1                    UNITED STATES DISTRICT COURT

2                   EASTERN DISTRICT OF CALIFORNIA

3                             --o0o--

4    UNITED STATES OF AMERICA,    )  Case No. 1:10-CR-00150-OWW
                                  )
5                    Plaintiff,   )  Fresno, California
                                  )  Friday, October 29, 2010
6         vs.                     )  2:16 P.M.
                                  )
7    BRETT ALLEN BOSSINGHAM, et al, )  Hearing re:  Arraignment.
                                  )
8                    Defendants.  )
     _____ )

9
                         TRANSCRIPT OF PROCEEDINGS
10             BEFORE THE HONORABLE DENNIS L. BECK
                   UNITED STATES MAGISTRATE JUDGE
11
     APPEARANCES:
12
     For Plaintiff:              MARK E. CULLERS
13                               U.S. Attorney's Office
                                 2500 Tulare Street, Suite 4401
14                               Fresno, CA   93721
                                 (559) 497-4000
15
     For Defendant:             BRETT ALLEN BOSSINGHAM, Pro Se
16                               ELISABETH ANN BOSSINGHAM, Pro Se
                                 1827 S. Court, Suite F
17                               Visalia, CA   93277

18   Court Recorder:            OTILIA FIGUEROA
                                 U.S. District Court
19                               2500 Tulare Street, Suite 1501
                                 Fresno, CA   93721
20                               (559) 499-5928

21   Transcription Service:     Petrilla Reporting &
                                   Transcription
22                               5002 - 61st Street
                                 Sacramento, CA   95820
23                               (916) 455-3887

24
     Proceedings recorded by electronic sound recording;
25   transcript produced by transcription service.

1

1     <u>FRESNO, CALIFORNIA, FRIDAY, OCTOBER 29, 2010, 2:16 P.M.</u>

2

3          THE COURT:  All right.  Is your true name Brett Allen

4     Bossingham?

5          MR. BOSSINGHAM:  My parents gave me that name.

6          THE COURT:  I'm sorry?

7          MR. BOSSINGHAM:  My parents gave me the name of Brett

8     Allen Bossingham.

9          THE COURT:  Okay, so that's the only name you have?

10         MR. BOSSINGHAM:  That's correct.

11         THE COURT:  All right.  That's where most of us get

12    our names.  You know, our parents write it on our birth

13    certificate, so --

14         MR. BOSSINGHAM:  Correct.

15         THE COURT:  -- that's the way it usually works.  All

16    right.

17         There's an indictment filed with this Court.  It

18    charges you in count one with conspiracy.  It alleges that you

19    and Elisabeth Ann Bossingham between -- on or about January

20    1st, 2000 and October 8th -- that is October 28th, 2009 in the

21    State and Eastern District of California conspired to willfully

22    attempt to evade or defeat income tax due and payable to the

23    Internal Revenue Service.

24         Counts two, three, four and five charge you with

25    violation -- attempting to evade and defeat the payment of tax

2

1  and aiding and abetting the same for the calendar years 2000,

2  2001, 2002 and 2003 respectively.  Each of those offenses is

3  punishable by as much as -- that is, as many as five years in

4  custody and a fine of as much as $250,000.

5          You're entitled to remain silent.  Anything you say

6  can and will be used against you.  You are entitled to a jury

7  trial where the government would have to prove your guilt

8  beyond a reasonable doubt.  You are entitled to be represented

9  by an attorney at all proceedings and if you are without funds

10  and therefore unable to hire an attorney, you might be entitled

11  to have one appointed to represent you.

12          And do you have any questions about your rights or

13  the charges?

14          MR. BOSSINGHAM:  I do not understand the nature and

15  cause of the charges.

16          THE COURT:  Had -- would you, yeah.  Ms. Voris, would

17  you turn the microphone a little bit more, Mr. Bossingham's

18  way?  There we go, okay.  Go ahead.

19          MR. BOSSINGHAM:  I don't fully understand the nature

20  and cause of the charges.

21          THE COURT:  All right.  So, what is it that you don't

22  understand?

23          MR. BOSSINGHAM:  I'm not an attorney, I'm not skilled

24  in the law, and I would like --

25          THE COURT:  Well, the government's charging you and

3

1   Elisabeth Ann Bossingham with conspiring to evade paying the

2   Internal Revenue the tax due on sums earned.

3           It's charging that in count two that you attempted to

4   evade, defeat the payments of tax and evaded in the same on or

5   about April 7, 2007 in the State and Eastern District of

6   California; that you evaded and falsely reported actual wages

7   earned, attempting to avoid payment of tax for the calendar

8   year 2000 in the amount of $9,685.

9           MR. BOSSINGHAM:  May I take a piece of paper out of

10  my pocket?

11          THE COURT:  I'm sorry?

12          MR. BOSSINGHAM:  May I take a piece of paper out of

13  my pocket?

14          THE COURT:  If you like.

15          MR. BOSSINGHAM:  Oh, thank you.

16      (Pause.)

17          MR. BOSSINGHAM:  Am I entitled to a fair trial?

18          THE COURT:  You're entitled to a jury -- as I already

19  explained to you -- you're entitled to a jury trial where the

20  government would have to prove your guilt beyond a reasonable

21  doubt.  You're entitled at that trial and at all times before

22  the Court to be represented by an attorney.  If you do not have

23  the funds and you are -- or assets and you are unable to hire

24  an attorney, you might be entitled to have one appointed at no

25  cost to you.

4

1          So, you understand me so far?

2          MR. BOSSINGHAM:  I would have to seek counsel to have

3     a --

4          THE COURT:  I'm sorry?

5          MR. BOSSINGHAM:  I would have to seek counsel to have

6     a complete understanding.

7          THE COURT:  Well, are you saying that you don't

8     believe you're entitled to have counsel appointed and you want

9     to find counsel to represent you?

10          MR. BOSSINGHAM:  Yes.

11          THE COURT:  Okay.  Then, that's fine.  But what we're

12     doing here initially is make sure you understand your rights

13     and the charges and among those, you, mind you I told you that

14     anything you say can and will be used against you.

15          Okay, so now what you're saying is at this point you

16     would like to continue this arraignment to a future date and

17     retain counsel to represent you?

18          MR. BOSSINGHAM:  That's my intention.

19          THE COURT:  Okay.  All right.  All right.  So you are

20     asking to continue the arraignment?

21          MR. BOSSINGHAM:  Yes.

22          THE COURT:  All right.  So I think two weeks is

23     probably reasonable, so how about if we continue this

24     arraignment to the, well, let's make it the 15th of November at

25     nine o'clock and I think that's next door before me.  I'm

5

1    sorry, and I meant 1:30, not nine o'clock.  I've been saying

2    nine o'clock all afternoon.  It's stuck in my head.

3          All right.  So, we're going to continue this back

4    next door assuming that the recording equipment is working, at

5    1:30 on November the 15th.

6          That agreeable with the government?

7          MR. CULLERS:  Yes, Your Honor.

8          THE COURT:  All right.  And now the -- what's the

9    government -- is the government seeking detention?

10         MR. CULLERS:  We would submit based on the report

11   from Pretrial Services.

12         THE COURT:  So yes, you are, but you think there are

13   reasonable conditions?

14         MR. CULLERS:  Correct.

15         THE COURT:  All right.

16         So what that means, Mr. Bossingham, and if you'd like

17   Ms. Voris to assist you just to help explain things, I'm happy

18   to have that happen.

19         So is -- the Pretrial Services has recommended that

20   you be released on your own reconnaissance.  That you be

21   released to the supervision of the Pretrial Services Agency,

22   report to them on the first working day following your release

23   from custody.  That you reside at a residence approved by

24   Pretrial Services.  That you not move from that residence or be

25   absent for more than 24 hours without the express prior

6

1    approval of Pretrial Services.

2            So, if there's somewhere you think you need to go

3    that you'll be absent for more than 24 hours, the process is

4    you would call the Pretrial Services Officer, you would say

5    hey, you know, I need to go wherever it is for this reason.

6    This is how long I'm going to be there, and they will tell you

7    yes you can go or no you can't go or you can't go unless I

8    contact the Court and the Court says it's okay.  But basically

9    when you're dealing with Pretrial Services you're dealing with

10   an extension of the Court.  They work for us.

11           You're not to travel outside the -- and the other

12   recommendation is you would not be allowed to travel outside

13   the State of California without the express prior approval of

14   Pretrial Services officer.  And my understanding is you do not

15   have a passport.

16           MR. BOSSINGHAM:  That's correct.

17           THE COURT:  Okay.  So, are those conditions agreeable

18   with you?

19           MR. BOSSINGHAM:  Yes.

20           THE COURT:  All right.  Then I'll -- that'll be the

21   order.  I'll order you released on those conditions and order

22   you, as I said, November 15th, 1:30, next door.  You need to

23   report to Pretrial Services on the first working day following

24   your release from custody.  Have you already been fingerprinted

25   and everything?

7

1          MR. BOSSINGHAM:  Yes.

2          THE COURT:  Okay, so release from custody should be

3   in time for you to go there today.  The Pretrial Services

4   office is right next door to the marshal's office on the third

5   floor of this building.  So, you would go there, ask for Mr.

6   Olson and he'll give you the lowdown on pretrial release, okay?

7          MR. BOSSINGHAM:  Yes.

8          THE COURT:  All right.  We'll see you back when?

9          MR. BOSSINGHAM:  November 15th at 1:30.

10         THE COURT:  Excellent.  Thank you very much.  All

11  right.

12         And we're ready for Ms. Bossingham as soon as you can

13  arrange it.

14     (Pause.)

15         THE COURT:  Thank you for the microphone adjustment.

16         MS. BOSSINGHAM:  You're welcome.

17         THE COURT:  Is your true name Elisabeth Ann

18  Bossingham?

19         MS. BOSSINGHAM:  That's the name my husband gave me.

20         THE COURT:  I'm sorry?

21         MS. BOSSINGHAM:  That's the name my husband gave me.

22         THE COURT:  Well, two of those are probably names

23  that your parents gave you, Elisabeth Ann, and --

24         MS. BOSSINGHAM:  Elisabeth Ann Hoig (phonetic) is

25  my --

8

1          THE COURT:  -- and when you married your husband --

2          MS. BOSSINGHAM:  -- maiden name.

3          THE COURT:  -- you took his name and that's

4     Bossingham; is that what you mean?

5          MS. BOSSINGHAM:  Right.  That's correct.

6          THE COURT:  So is that your true name?  That's the

7     name you -- only name you have?  I'm not trying to be coy.  I'm

8     just required to make a true name finding.  Yes, no?

9          MS. BOSSINGHAM:  I'm the --

10         THE COURT:  You go by some other name?

11         MS. BOSSINGHAM:  No, that's the --

12         THE COURT:  Okay, I'll accept that.

13         MS. BOSSINGHAM:  -- I'm the authorized representative

14    of that name.

15         THE COURT:  That's good enough.  We don't have to

16    quibble about who gave it to you.  But you have no other name;

17    that's the one you go by, yes?

18         MS. BOSSINGHAM:  No.  Yes, that's the only name I go

19    by.

20         THE COURT:  Okay.  All right.  Ms. Bossingham,

21    there's an indictment filed with this Court.  That indictment

22    is a criminal charging document.  It charges you and Brett

23    Allen Bossingham in count one with conspiracy to avoid payment

24    of tax and to evade, defeat income tax.  It alleges that that

25    conspiracy occurred beginning no later than January 1st, 2000

1   and continued to on or about October 28th, 2009 in the State

2   and Eastern District of California.  That offense is punishable

3   by as many as five years in custody and a fine of as much as

4   $250,000.

5          Counts six, seven, eight and nine charge you with a

6   violation of Title 26, Section 7201, attempting to evade,

7   defeat the payment of tax and aiding and abetting the same.

8          Those -- each of those charge that on April -- in

9   April of 2007 in the State and Eastern District of California

10  that you attempted to, by falsely reporting actual wages

11  earned, concealing or attempting to conceal the nature and

12  extent of your assets and income that you attempted to avoid

13  payment of income tax.  The first, count six, alleges that that

14  was for the calendar year 2000, count seven, the calendar year

15  2001, count eight, the calendar year 2002 and count nine, the

16  calendar year 2003.

17         You are entitled to remain silent.  Anything you say

18  can and will be used against you.  In other words, no one can

19  force you to say anything about the charges one way or the

20  other.

21         You're entitled to a jury trial where the government

22  would have to prove your guilt beyond a reasonable doubt.  You

23  are entitled to be represented by an attorney at all stages of

24  the proceeding.  If you were without funds and unable to hire

25  an attorney, you might be entitled to have one appointed to

10

1   represent you.

2         It -- from the information I've received, it appears

3   that you are probably not without funds and therefore are able

4   to afford to hire an attorney; am I mistaken?

5         MS. BOSSINGHAM:  Yes.

6         THE COURT:  Are you requesting the Court appoint

7   counsel for you --

8         MS. BOSSINGHAM:  No.

9         THE COURT:  -- or do you want to go find your own

10  attorney.

11        MS. BOSSINGHAM:  I'm requesting to find my own.

12        THE COURT:  Okay, that's what I thought.  All right.

13  And would you like this matter -- this is called the

14  arraignment.  Would you like it continued for a couple weeks to

15  allow you the opportunity to find an attorney?

16        MS. BOSSINGHAM:  Yes, I would.

17        THE COURT:  All right.  I've continued your -- I

18  assume it's your husband's case to the 15th of November at 1:30

19  for further arraignment so that you could have two weeks to

20  hire -- to find and hire counsel.  Would you like me to do that

21  in this case as well?

22        MS. BOSSINGHAM:  Yes, I would, yes.

23        THE COURT:  All right.

24        MS. BOSSINGHAM:  Thank you.

25        THE COURT:  So I'm going to order the matter

11

1    continued to the 15th of November at 1:30 next door in

2    Department, what am I, 9?  Nine.  You are ordered to appear at

3    that date and time.

4              The government -- same position here; the

5    government's seeking detention but things the conditions are

6    reasonable?

7              MR. CULLERS:  Yes, Your Honor.  We move for detention

8    but --

9              THE COURT:  All right.

10             MR. CULLERS:  -- submit based on the report.

11             THE COURT:  And, Ms. Bossingham, what's that -- what

12   that means is the government believes the conditions

13   recommended by Pretrial Services for your release are

14   reasonable.  Let me explain to you what those conditions are

15   and then you can tell me whether you think they're reasonable

16   or not as well.

17             The recommendation is that you be released on your

18   own reconnaissance, that's without posting any bail; that you

19   be released to the supervision of the Pretrial Services agency

20   and ordered to obey all their rules, regulations, and

21   directions; that you report to them on the first working day

22   following your release from custody, which is likely to be

23   today.

24             They close at 4:00, Mr. Olsen?  Four o'clock?

25             MR. CULLERS:  What time you close?

12

1      THE COURT:  Well, I guess this will be Mr. Stark.

2      MR. OLSEN:  Oh, 4:30, Your Honor, 4:30.

3      THE COURT:  4:30?  Okay.

4      You'll be there by 4:30.  Their office is on the

5  third floor next door to the Marshal's Office, which is where

6  you'll be released.  My understanding is you've already been

7  fingerprinted and processed, yes?

8      MS. BOSSINGHAM:  Yes.

9      THE COURT:  Okay.  You will also be ordered to reside

10  at a residence approved by Pretrial Services, which will be

11  your current residence unless something changes.  You'd be

12  ordered not to be absent from that residence for more than 24

13  hours without the express prior approval of the Pretrial

14  Services officer and not to move from that residence without

15  the approval of the Pretrial Services officer.

16      You'll also be ordered not to travel outside the

17  State of California unless travel is approved in advance by the

18  Pretrial Services officer.

19      Are those conditions acceptable to you?

20      MS. BOSSINGHAM:  Yes, they are.

21      THE COURT:  All right, then that will be the Court's

22  order.  I'll order you released on those conditions.  We have a

23  promise to appear you need to sign that we'll give you in just

24  a second, and you need to be next door in Department 9 --

25      MS. BOSSINGHAM:  Uh-huh.

13

1      THE COURT:  -- November 15th, 1:30 for further

2  arraignment and you need to make your first order of business

3  in this next two weeks -- I know you have a medical practice

4  that's a high priority -- but you need to make your first order

5  of business finding counsel and retaining them so that you

6  won't be disadvantaged as the Court -- as the case proceeds

7  through the courts, it's important that you have counsel and

8  you have them soon.

9      MS. BOSSINGHAM:  Yes, sir.

10      THE COURT:  All right.  Thank you.

11      MS. BOSSINGHAM:  Thank you.

12      THE COURT:  And we'll be in recess.

13   (Whereupon the hearing in the above-entitled matter was

14  adjourned at 2:33 p.m.)

15                          --o0o--

16                        CERTIFICATE

17   I certify that the foregoing is a correct transcript from

18  the electronic sound recording of the proceedings in the above-

19  entitled matter.

20

21  _____      November 20, 2010

22  Patricia A. Petrilla, Transcriber

23  AAERT CERT*D-113

24

25