1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF CALIFORNIA

3                              --o0o--

4    UNITED STATES OF AMERICA,    )  Case No. 1:10-CR-00150-OWW
                                  )
5                    Plaintiff,   )  Fresno, California
                                  )  Monday, November 15, 2010
6         vs.                     )  1:42 P.M.
                                  )
7    BRETT ALLEN BOSSINGHAM, et al, )  Hearing re:  further
                                  )  arraignment and plea re:
8                    Defendants.  )  indictment.
     _____)

9
                        TRANSCRIPT OF PROCEEDINGS
10              BEFORE THE HONORABLE GARY S. AUSTIN
                     UNITED STATES MAGISTRATE JUDGE
11
     APPEARANCES:
12
     For Plaintiff:             HENRY CARBAJAL
13                              U.S. Attorney's Office
                                2500 Tulare Street, Suite 4401
14                              Fresno, CA   93721
                                (559) 497-4000
15
     For Defendant:            BRETT ALLEN BOSSINGHAM, Pro Se
16                             ELISABETH ANN BOSSINGHAM, Pro Se
                               1827 S. Court, Suite F
17                             Visalia, CA   93277

18   Court Recorder:           OTILIA FIGUEROA
                               U.S. District Court
19                             2500 Tulare Street, Suite 1501
                               Fresno, CA   93721
20                             (559) 499-5928

21   Transcription Service:    Petrilla Reporting &
                                 Transcription
22                             5002 - 61st Street
                               Sacramento, CA   95820
23                             (916) 455-3887

24
     Proceedings recorded by electronic sound recording;
25   transcript produced by transcription service.

1

1        FRESNO, CALIFORNIA, MONDAY, NOVEMBER 15, 2010, 1:42 P.M.

2

3            THE COURT:  All right.  Calling the matters of Brett

4   Bossingham and Elisabeth Bossingham.  This is the time set for

5   hearing regarding indictment.

6            Are the Bossinghams here?

7            MR. BOSSINGHAM:  We're here.

8            THE COURT:  If I could have both of you just come up

9   to the podium, please, for just a moment.

10           As I read the docket entry, this matter was

11   previously on calendar, it looks like Judge Beck -- you

12   appeared before Judge Beck on October the 29th.  The

13   arraignment was continued to today's date.  Each of you were to

14   seek and retain counsel.

15           Mr. Bossingham, have you been able to retain counsel?

16           MR. BOSSINGHAM:  In regards to that, Your Honor, I

17   have a paper to submit here to your clerk.

18           THE COURT:  Well, this is -- I'm glad to accept

19   your -- but I don't want to read it.  I want you to tell me,

20   did you get counsel?

21           MR. BOSSINGHAM:  We have secured an appointment with

22   counsel on this coming Friday.

23           THE COURT:  Okay.  Is your counsel prepared to be

24   here on this coming Friday?

25           MR. BOSSINGHAM:  I have not confirmed that.

2

1    THE COURT:  Ms. Bossingham, the same for you.  Have

2    you conferred and attempted to retain counsel?

3    MS. BOSSINGHAM:  We've attempted to retain, however,

4    this document shows our difficulties.

5    THE COURT:  Okay.  What difficulties are we talking

6    about?

7    MS. BOSSINGHAM:  Timing.  Trying to have them accept

8    the case.

9    THE COURT:  Okay.  I certainly want to afford you

10   both the opportunity to hire retained counsel.  That's

11   certainly a constitutional right that's highly regarded in our

12   system, and certainly appropriately so.

13   But there comes a point when the Court feels that we

14   need to move the case on, so I'll give you one last

15   opportunity.

16   I'll put this case over one additional week, and in

17   that period of time, I would like you to either have counsel

18   present, or the Court would just appoint counsel.

19   You could later replace appointed counsel, provided

20   it's not too close up to the trial date, but at least that

21   would get the process moving along, okay?

22   If you wish to leave some papers with the Court, Mr.

23   Bossingham, I see you have some in your hand, I'm glad to take

24   them in.  If that does no more than explain your efforts to

25   retain counsel, you can keep them.  I don't need to read that,

1    I'll take your word for it.

2          MR. BOSSINGHAM:  No, there is more.  Let me submit

3    them and then we can --

4          THE COURT:  Well, is it a motion, or what exactly is

5    it?

6          MR. BOSSINGHAM:  May I submit this to the Court?

7          THE COURT:  Well, why don't you tell me what it is,

8    first of all.

9        (Pause.)

10          MR. BOSSINGHAM:  The first set of papers deals with

11   our efforts to get attorneys.

12          THE COURT:  Okay.

13          MR. BOSSINGHAM:  The second set of papers is a notice

14   to the Court about an ex-stay of proceedings.

15          The third set of papers is the counterclaim for

16   trespass.

17          And Exhibits 1 and 2.

18          And the last set of papers is the proof of process

19   service.

20          THE COURT:  Okay.  Those need to be filed with the

21   Court, so you can take those down to the Clerk's office.

22          The documents that outline your efforts to retain

23   counsel, I can keep those here.

24          If you have motions that you would like to bring

25   before the Court, they have to be properly filed with the

4

1    Clerk's office, and served on the U.S. Attorney's Office.

2           MR. BOSSINGHAM:  They all have been filed with the

3    Court --

4           THE COURT:  Okay.

5           MR. BOSSINGHAM:  -- in the Clerk's office.

6           THE COURT:  If these are just additional copies, I

7    don't need them.  They'll be responded to.  I can get them off

8    our own system.

9           So if they've all been filed with the Clerk's office,

10   then the Court has possession of them.

11          So you need to notice those motions.  Those motions

12   need to be properly set for court at the appropriate time.  So

13   that will be dealt with in due course.  You don't need to leave

14   them here if you have filed them down in the Clerk's Office on

15   the breezeway level.

16          Have you done that?

17          MR. BOSSINGHAM:  Yes, I have.

18          THE COURT:  Okay.  I don't need copies of them, then.

19          MR. CARBAJAL:  Your Honor, Henry Carbajal on behalf

20   of the United States.  A few issues we'd like to raise.

21          THE COURT:  Sure.

22          MR. CARBAJAL:  One is, we notice on the, you know,

23   the defendants were released on their own recognizance subject

24   to the standard conditions of release.

25          We notice on Ms. Bossingham's conditions of release

5

1    that she printed her name and then "all rights reserved" at the

2    end.

3            We would like clarification for her to re-execute

4    these conditions so that it's clear that she's actually

5    submitting to the jurisdiction of the Court and will abide by

6    those conditions.  So we'd like her to execute that without

7    qualification.

8            THE COURT:  Let me just ask, who is the -- who is

9    from Pretrial Services?  Mr. Stark?

10           MR. STARK:  Your Honor, I had prepared those reports

11   originally.

12           THE COURT:  I assume she has signed the conditions

13   to --

14           MS. BOSSINGHAM:  Your Honor, I object to that.

15           THE COURT:  Why?

16           MR. BOSSINGHAM:  Because I can object.

17           THE COURT:  Okay.  I recognize that, but --

18           MR. BOSSINGHAM:  It's not my wish.

19           THE COURT:  Okay.  It helps if I just hear one voice

20   at a time.

21           Mr. Stark, is that acceptable, what you have, in

22   terms of acceptance of the conditions?

23           MR. STARK:  Your Honor, the defendant signed the

24   order setting conditions of release which is filed with the

25   Court.  I understood that to mean that the defendant accepted

6

1    the conditions of release.  I believe the Court understands it

2    the same way.  The current signature is acceptable for my

3    purposes, if it's acceptable for the Court's purpose.

4              THE COURT:  Acceptable for my purposes.

5              MR. CARBAJAL:  Okay.  Second issue, Your Honor, is as

6    you know, they were in a hearing before Judge Beck.  The

7    defendants had asked for a certain amount of time to be able to

8    retain counsel.  In the interim, they've been placing telephone

9    calls to my case agent, and to myself.  If Your Honor could

10   admonish the defendants that their contacts with the

11   prosecution team should be from counsel, that would be

12   appreciated.

13             THE COURT:  That would be helpful.  Until they have

14   an opportunity.  Right now, you're representing yourselves, but

15   it's only temporary.  So those communications may be proper as

16   long as they're representing themselves, and in this interim

17   period they're doing so.

18             But I do need to determine next week, and we need to

19   set this case in motion, and set a status hearing before Judge

20   Wanger and get -- oh, I'm sorry, this case is before Judge

21   Ishii --

22        (Pause - Court and Clerk conferring.)

23             MR. CARBAJAL:  Your Honor, it is before Judge Wanger.

24             THE COURT:  I take that back.  It's Judge Wanger.  It

25   is Judge Wanger.

7

1          So we need to get the case moving along.

2          So the Court's prepared to give you one final week to

3     retain counsel, and then after that, the Court will be

4     appointing counsel to represent you.

5          And as I said, if you later wish to retain your own

6     attorneys and substitute them in for the court-appointed

7     attorneys, you may do so, but it has to be done in a timely

8     fashion.  You can't wait till the last minute before trial, or

9     before significant matters are set before the Court to all of a

10    sudden substitute in counsel.

11         Do you understand that?

12         MR. BOSSINGHAM:  We'd like to note objection --

13    objection.

14         THE COURT:  To what?

15         MR. BOSSINGHAM:  It's not our wish.  We want to have

16    time to find counsel,

17         THE COURT:  I'm giving it to you.  I don't think

18    you're listening to me.  I'm giving you another week.  You

19    understand that; correct?

20         MR. BOSSINGHAM:  Well, we hope that one week is

21    enough.  But we object to feeling like we're forced into

22    finding counsel without adequate time.  We're definitely trying

23    to make the effort --

24         THE COURT:  All right.

25         MR. BOSSINGHAM:  -- and we have the papers here to

8

1    support that.

2            THE COURT:  Okay.

3            MR. BOSSINGHAM:  We understand the value of counsel.

4    We're not trying to avoid it.

5            THE COURT:  All right.  I would highly recommend it.

6            All right.  I'll set you for -- the next week is a

7    short week because it's a holiday week.  So I'll give you to

8    the 29th, which is Monday.  It's the end of the month at 1:30,

9    and that will be before Judge Oberto?  Judge Snyder?

10           All right.  On the 29th you're ordered to appear at

11   1:30 in the afternoon.  It's on this floor, but she is in the

12   courtroom around the corner from mine.  In the meantime, all

13   your previous conditions of release are to remain in full force

14   and effect.

15           So you understand, Ms. Bossingham, by the documents

16   that you signed, whatever name you have used, those are

17   effective on your, so you need to comply with the terms and

18   conditions of your release.  You understand that?

19       (Pause - defendants conferring.)

20           THE COURT:  Ms. Bossingham?

21           MS. BOSSINGHAM:  I will comply.

22           THE COURT:  All right.  And Mr. Bossingham, you have

23   terms and conditions of release as well.  You understand that

24   you need to comply with those as well, sir?

25           MR. BOSSINGHAM:  I will comply.

9

1       THE COURT:  Okay.  Thank you.

2       All right.  Thank you.

3    (Whereupon the hearing in the above-entitled matter was

4 adjourned at 1:51 p.m.)

5                        --o0o--

6                       CERTIFICATE

7    I certify that the foregoing is a correct transcript from

8 the electronic sound recording of the proceedings in the above-

9 entitled matter.

10

11 _____        November 20, 2010

12 Patricia A. Petrilla, Transcriber

13 AAERT CERT*D-113

14

15

16

17

18

19

20

21

22

23

24

25