1. Brett Allan Bossingham
2. 1827 S. Court. Suite F
   Visalia, California
3. Counterclaimant

FILED
NOV 29 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10-CR-00150-OWW |
| Plaintiff, | DECLARATION OF Brett Bossingham; REQUEST FOR SANCTIONS ON ATTORNEY CARBAJAL FOR FAILURE TO OBEY COURT'S INSTRUCTION TO COMMUNICATE WITH OPPOSITION |
| v. | |
| BRETT ALLEN BOSSINGHAM, and ELISABETH ANN BOSSINGHAM, | |
| Defendants, | MAGISTRATE JUDGE: Sandra M. Snyder |
| | DATE: November 29, 2010 |
| | TIME: 1:30 PM |
| Brett Allen Bossingham, and Elisabeth Ann Bossingham, | ROOM: 7 (SMS) |
| Counterclaimants, | |
| v. | |
| UNITED STATES OF AMERICA; COMPLAINER DOE; KULBIR MAND; and MIKE COLEMAN; | |
| Counterdefendants. | |

///////////
///////////.

Page 1 of 4
-----
DECLARATION OF Brett Bossingham; REQUEST FOR SANCTIONS ON ATTORNEY CARBAJAL FOR FAILURE TO OBEY COURT'S INSTRUCTION TO COMMUNICATE WITH OPPOSITION.

1. On November 15, 2010, Plaintiff's attorney, Henry Z. Carbajal, extemporaneously requested that the Court admonish the self-represented parties for attempting to contact him. In response, the Court instructed Dr. Carbajal that he is obligated to communicate with the opposing parties.[1]

2. At no time, before or after the Court's instruction has Dr. Carbajal ever communicated with the opposing parties outside the Court.

3. On November 3, 2010, 1:30pm, I contacted Kulbir Mand to request a "meet & confer" session. He informed me that I should call the Assistant U.S. Attorney, Henry Carbajal.

4. Here is the log of the dates that I called Dr. Carbajal:

    11-3-2010  Afternoon, Specific time not recorded:  * Left message to call Brett back with Brett's cellphone number regarding meet and confer

    11-05-2010 9:17 am  * Left message to call Brett back with Brett's cellphone number regarding meet and confer.

    [11-15-2010 <u>Court instructs Dr. Carbajal</u> to <u>communicate with parties</u>]

    11-16-2010 1:43 pm  * Left message to call Brett back with Brett's cellphone number regarding meet and confer.

---

[1] Dkt. No. 17, Transcript, 11-15-2010, 1:42pm, Page 6, Lines 5 through 17].

DECLARATION OF Brett Bossingham; REQUEST FOR SANCTIONS ON ATTORNEY CARBAJAL FOR FAILURE TO OBEY COURT'S INSTRUCTION TO COMMUNICATE WITH OPPOSITION.

```
11-17-2010  4:06 pm  * Left message to call
                       Brett back with Brett's cellphone
                       number regarding meet and confer.

11-18-2010  2:47 pm  * Left message to call
                       Brett back with Brett's cellphone
                       number regarding meet and confer.

11-19-2010  4:00 pm  * Left message to call
                       Brett back with Brett's cellphone
                       number regarding meet and confer.

11-22-2010  4:16 pm pm  * Left message to
                       call Brett back with Brett's
                       cellphone number regarding meet
                       and confer.

11-23-2010  7:00pm   * Left message to call
                       Brett back with Brett's cellphone
                       number regarding meet and confer.

11-24-2010  9:56pm   * Left message to call
                       Brett back with Brett's cellphone
                       number regarding meet and confer.
```

5. To date, neither before nor after the Court instructed Dr. Carbajal, have I received any call back from Dr. Carbajal.

6. Based on his comments[2] in court and his lack of response, my impression is that Dr. Carbajal believes that, as an attorney, his only obligation is to talk with other attorneys,[3] and that he has no obligation to meet and confer in good faith with self-represented parties.

---

[2] Dkt. No. 17, Transcript, 11-15-2010, 1:42pm, Page 6, Lines 5 through 17].

[3] U.S. Constitution: §9-8. No Title of Nobility shall be granted by the United States; §10-1. No State shall grant any Title of Nobility.

Page 3 of 4

---

DECLARATION OF Brett Bossingham; REQUEST FOR SANCTIONS ON ATTORNEY CARBAJAL FOR FAILURE TO OBEY COURT'S INSTRUCTION TO COMMUNICATE WITH OPPOSITION.

7. Counterplaintiff invites the Court, on the Court's own initiative to invoke its contempt powers to enforce its prior instruction to <u>Assistant U.S. Attorney Henry Zazueta Carbajal III, Bar Number 237951</u> to communicate with opposing parties, and to prevent such behavior in the future.[4]

8. I am Brett Allen Bossingham, a counterclaimant in the above-entitled court of record. I have personal knowledge of the foregoing facts and am competent to testify as to the truth of those facts if called as a witness. I declare, under penalty of perjury, that the foregoing facts are true and correct, and that this declaration was executed on November 29, 2010, in Visalia, California.

Respectfully submitted,

*[signature]*

Brett Allen Bossingham

Counterplaintiff

---

[4] This is not the first time Dr. Carbajal has been instructed by the Court in this case. Once before, the court admonished Dr. Carbajal when he objected to Counterplaintiff's expectation of having rights [Dkt. No. 17, Transcript, 11-15-2010 1:42pm, Page 4, Line 19 thru Page 5, Line 7]

Page 4 of 4

---

DECLARATION OF Brett Bossingham; REQUEST FOR SANCTIONS ON ATTORNEY CARBAJAL FOR FAILURE TO OBEY COURT'S INSTRUCTION TO COMMUNICATE WITH OPPOSITION.