1. Brett Bossingham
   Elisabeth Bossingham
2. 1827 S. Court. Suite F
   Visalia, California
3.
4. Counterclaimants

FILED
NOV 29 2010
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

DISTRICT COURT OF THE UNITED STATES

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:10-CR-00150-OWW |
| ) | |
| Plaintiff, ) | DECLARATION OF BRETT AND ELISABETH |
| v. ) | IN RE ATTORNEY SEARCH |
| ) | |
| BRETT ALLEN BOSSINGHAM, and ) | |
| ELISABETH ANN BOSSINGHAM, ) | |
| ) | MAGISTRATE JUDGE: Sandra M. Snyder |
| Defendants, ) | DATE:   November 29, 2010 |
| ) | TIME:   1:30 PM |
| ------------------------------ ) | ROOM:   7 (SMS) |
| ) | |
| Brett Allen Bossingham, and ) | |
| Elisabeth Ann Bossingham, ) | |
| ) | |
| Counterclaimants, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA; ) | |
| COMPLAINER DOE; ) | |
| KULBIR MAND; and ) | |
| MIKE COLEMAN; ) | |
| ) | |
| Counterdefendants. ) | |
| ) | |

//////////

//////////

1. We, Brett Allen Bossingham and Elisabeth Ann Bossingham, are counterclaimants in the above-entitled court of record. We have personal knowledge of the following facts and are competent to testify as to the truth of those facts if called as a witness.

2. TO *UNITED STATES DISTRICT COURT, EASTERN DIVISION, UNITED STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM, AND ELISABETH ANN BOSSINGHAM, CASE NO. 1:10-CR-00150-OWW*:

3. On November 15, 2010, the equity court requested that counterclaimants make a diligent search for an attorney qualified to appear in the court. We have honored that request.

4. This declaration shows the name, address, phone number, date, and disposition of the contact. Attorneys who did not answer the phone are not listed. The Internet resource for attorneys in the Fresno area was anywhoyp.yellowpages.com. It consisted of 240 names. The following attorneys were contacted:

```
Philip Setrakian
2350 w. Shaw ave ste
Fresno, CA 93711
559-439-7000
Called Nov 8th @ 11:00 am
106   left message with staff,  referral
service 264-0137   Jannis
Attorney Out till Nov 15th
```

//////////

//////////

Case 1:10-cr-00150-OWW   Document 22   Filed 11/29/10   Page 3 of 6

```
 1.     Steven Cummings
        470 E. Herndon Ave
 2.     Fresno, CA 93720
        559 439 9900
 3.     Called Nov 8th @ 11:10 am
        He does not do federal cases,
 4.       per staff member david.

 5.     Mazzela Timothy
        3585 W. Beechwood Ave
 6.     Frenso CA 93711
        559 438 5297
 7.     Called Nov 8th @ 11:15 am  Staff member  said
        that he does not do this type of case.
 8.
        Jessica Bobadilla
 9.     2300 Tulare St. Suite 100
        Fresno CA 93271
10.     559 264 2500
        Nov 8th called @ 11:15 am,  Per Brenda, this
11.     Jessica is an immigration attorney

12.     Robert Ishidawa
        5713 N. West Ave
13.     Fresno, CA 93711
        559 432 9600
14.     Called Nov 8th @ 11:16 am
        Don't take those type of cases, per Danella,
15.
        Edmonds
16.     2501 W. Shaw Ave Suite 124
        Fresno CA 93711
17.     559 222 8747
        Called Nov 8th @ 11:17 am
18.     Not in office

19.     Nuttall & Coleman
        2445 Capital St.
20.     Fresno CA 93721
        559 233 2900   FAX 485-3852
21.     Called Nov 8th @ 11:18 Am  Talked to attorney
        Roger Nuttall
22.     (david emrich)

23.     Michael Goldberg
        925 N Sreet. Suite 130
24.     Fresno CA 93721
        559 440 6446
25.     Called 11-9-2008 @ 11:15   # 264-0137
        Talked to Frank, will not take case.
26.

27.                     Page 3 of 6
```

---

DECLARATION OF BRETT BOSSINGHAM AND ELISABETH BOSSINGHAM
IN RE ATTORNEY SEARCH

```
Kapetan Brothers
1236 M St.
Fresno, CA 93721
559 498 8000
Called Nov 9th @ 11:17  Talked to Attorney
Peter Kapetan.
FAX 498-3784

Hernandez & Ramirez
6103 N. 1st Street suite 102
Fresno CA 93719
559 449 8150  called 11-10-2010 @ 4:00 Per
ANN  will not case

Dowling Aaron Keeler inc.
8080 N. Palm Ave 3rd fl.
Fresno CA 93711
559 432 4500    Vicki  may call back.
Called back, will not take case.

Rick Berman
2333 Merced St.
Fresno CA 93721
559 233 2333
Leslie  left phone and address with Leslie
she asked for charges, bail, court, judge.

Sawl & Netzer
2150 Tulare St.
Fresno CA 93721
559 266 9800  nov 17th @ 4:30 pm
Left number may call back

Gary Hill
2444 main St.
Fresno CA 93721
559 442 4455   Nov 17th @ 4:30   Does not
take this type of case   264-0137
Per Leslie

Brian Tatarion
1221 Van Ness Ave
Fresno CA 93721
559 486 1761
does not take this type of case, per Kim
Nov 17 @ 4: 40pm

Harry Drandell
1221 Van ness Ave #450
Fresno CA 93721
559 442 8888
Nov 17th @ 4:45
```

Page 4 of 6

---

DECLARATION OF BRETT BOSSINGHAM AND ELISABETH BOSSINGHAM
IN RE ATTORNEY SEARCH

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.

Leslie Moore
1221 Van Ness Ave,
Fresno CA 93721
559 490 7973
Nov 17th @ 4:55 pm
Will call back, Left name and Number

Barron & Kreig Kemnitzer
2014 Tulare St. Fresno CA 93721
559 441 7486   Bad number

Runyon Marderosian Ceribe & Lehman
Don't take this type of case .. per
secretary, would not give name...
November 17 @ 4:58 pm
1260 Fulton Mall, Fresno, CA 93721
(559) 441-7991

Roger Nutttal   In person MEETING
November 19th 11:00am – 12:00am
2445 Capital St.
Fresno CA 93721
559 233 2900   FAX 485-3852
Gave Nuttal copies of paperwork. Met in
person. Talked about representation

David Emerich   In person MEETING
November 19th  11:15 am
2445 Capital St.
Fresno CA 93721
6356 N. Fresno St. Suite 102
559-437-7100
David shared his skills in dealing with Tax
matters.

Leslie Moore
1221 Van Ness Ave,
Fresno CA 93721
559 490 7973
November 22nd  10:30 am
Talked about case. Leslie made
recommendations, would not take case.

Harry Drandell   MEETING
1221 Van ness Ave #450
Fresno CA 93721
559 442 8888
November 24th 11:30 – 12;30
Harry Shared about his experience and made
comments about his successes.

------------------------------------------------------------
DECLARATION OF BRETT BOSSINGHAM AND ELISABETH BOSSINGHAM
IN RE ATTORNEY SEARCH

1. 5.  We declare, under penalty of perjury, that the foregoing
2. facts are true and correct, and that this declaration was
3. executed on November 29, 2010, in Visalia, California.
4.
5.     Respectfully submitted,
6.
7.
8. _____      _____
   Brett Allen Bossingham          Elisabeth Ann Bossingham
   Counterplaintiff                Counterplaintiff
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.

----

DECLARATION OF BRETT BOSSINGHAM AND ELISABETH BOSSINGHAM
IN RE ATTORNEY SEARCH