Bossingham Brett,
Bossingham Elisabeth
1827 S. Court. Suite F,
Visalia, California
559-737-1655
Counterclaimants

**LODGED**

NOV 1 2 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

**RECEIVED**

NOV 1 2 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:10 - CR - 00150 - OWW |
| Plaintiff, | ) COUNTERCLAIM |
| v. | ) FOR TRESPASS |
| BRETT ALLEN BOSSINGHAM, and ELISABETH ANN BOSSINGHAM, | ) |
| Defendants, | ) VERIFIED |
| ---------------------------------------------- | ) |
| Brett Allen Bossingham, and Elisabeth Ann Bossingham, | ) |
| Counterclaimants, | ) |
| v. | ) |
| UNITED STATES OF AMERICA; COMPLAINER DOE; KILBUR MAND; and MIKE COLEMAN; | ) |
| Counterdefendant(s). | ) |

-----------------------------------------------------------------------

COUNTERCLAIM FOR TRESPASS

FIRST CAUSE OF ACTION:  TRESPASS

PARTIES

1.  Brett Allen Bossingham and Elisabeth Ann Bossingham, (hereinafter Counterclaimants), are each a people of the United States, and in this court of record complain of each of the following: UNITED   STATES   OF   AMERICA,   COMPLAINER   DOE,   KILBUR   MAND,   and MIKE COLEMAN (each hereinafter Conspirator, and all collectively Conspirators), who are each summoned to answer to said Counterclaimants' plea of trespass, to wit:

2.  At all times mentioned in this action, each Conspirator is the agent of the other. The following paragraphs describe how the Conspirators, under color of law[1] and color of office,[2] either acted to cause injury or failed to act to prevent injury[3] and loss to Counterclaimants.

---

[1] COLOR OF LAW: The appearance or semblance, without the substance, of legal right. Misuse of power, possessed by virtue of state law and made possible only because the wrongdoer is clothed with authority of state, is action taken under color of law. *Atkins v. Lanning*, D.C. Okl. 415, F. Supp. 186, 188. [Black's Law Dictionary, 5th Ed. p. 241, (1979)]

[2] COLOR OF OFFICE: Pretence of official right to do an act, made by one who has no such right. *Kiker v Pinson*, 120 Ga. App. 784, 172, S.E.2d 333,334. An act under color of office is an act of an officer who claims authority to do the act by reason of his office when the office does not confer on him any such authority. *Maryland Cas. Co. v. McCormack*, Ky., 488 S.W. 2d 347, 352.

[3] 42 USC § 1986. Action for neglect to prevent. Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action; and if the death of any party be caused by any such wrongful act and neglect, the legal representatives of the deceased shall have such action therefore, and may recover not exceeding $5,000 damages therein, for the benefit of the widow of the deceased, if there be one, and if there be no widow, then for the benefit of the next of kin of the deceased. But no action under the provisions of this section shall be sustained which is not commenced within one year after the cause of action has accrued.

-------------------------------------------------------------------------------

COUNTERCLAIM FOR TRESPASS

1    3. Counterclaimants are informed and believe that Complainer Doe is either suing as a persona

2    named "UNITED STATES OF AMERICA", or is suing in the name of another person whose

3    name is " UNITED STATES OF AMERICA". COMPLAINER DOE, KILBUR MAND, and

4    MIKE COLEMAN intimidated,[4] lied, and deceived Counterclaimants, and fraudulently[5] caused

5    hand-, foot-, and belly-cuffing, and incarceration of Counterclaimants.[6] Against their will and

6    under color of law,[7]  Counterclaimants continue to be subjected to the forcefully assumed

7    jurisdiction,[8] will, and constructive detention by the Conspirators.

8

9    4. Counterclaimants, on information and belief, allege that Conspirators lack jurisdiction to

10

11

12    [4] 18 USC Sec. 241. Conspiracy against rights. *"If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same . . . . . they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death."*

13

14    [5] FRAUD: An intentional perversion of truth for the purpose of inducing another in reliance upon it to part with some valuable thing belonging to him or to surrender a legal right; a false representation of a matter of fact, whether by words or by conduct, by false or misleading allegations, or by concealment of that which should have been disclosed, which deceives and is intended to deceive another so that he shall act upon it to his legal injury.

15

16

17    [6] *"Certain wrongs affect more than a single right and, accordingly, can implicate more than one of the Constitution's commands. Where such multiple violations are alleged, we are not in the habit of identifying as a preliminary matter the claim's 'dominant' character. Rather, we examine each constitutional provision in turn."* **Soldal v. Cook County, 506 U.S. 56, ; 113 S. Ct. 538 (1992)**

18

19    [7] 18 USC § 242. Deprivation of rights under color of law Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

20
21
22
23
24

25    [8] "Jurisdiction is essential to give validity to the determinations of administrative agencies and where jurisdictional requirements are not satisfied, the action of the agency is a nullity..." ***Justice Street Improv Co. v. Pearson***, 181 C 640, 185 P.(1962); ***O'Neil v. Dept. of Professional & Vocational Standards***, 7 CA2d 393, 46 P2d 234 [Emphasis added]

26
27

bring their action against Counterclaimants.  For that reason, Counterclaimants demand that Conspirators provide proof[9] of standing and jurisdiction.[10]  Until jurisdiction is proven, all proceedings in the original case must stop until the final adjudication of jurisdiction which is the subject of this counterclaim.[11]

5.  Counterclaimants, on information and belief, allege that Conspirators misrepresented to the GRAND JURY their authority, as well as the facts and the law in this matter.[12]

6.  On October 27, 2010, Counterclaimants were contacted by phone by Conspirator KILBUR MAND, who claimed he was from the Department of Treasury, and that there is a grand jury indictment and a warrant for their arrest.  KILBUR MAND also ordered that they must, without other option,[13] appear on Friday, October 29, 2010, at the marshal's office for processing, and if they did not do as instructed, he stated, "it would not be good".  By his demeanor he implied that far more serious things would happen to the couple if they did not do as he instructed.  Later, a copy of a purported warrant was faxed to Counterclaimants.  The purported warrant (Exhibit 1) was incomplete and was not signed by a judge; it was dated April 15, 2010, signed by a deputy clerk, and "executed" over six months later.

---

[9]  5 USC §556(d): *"Except as otherwise provided by statute, the proponent of a rule or order has the burden of proof."*

[10] See *F & S Contr. Co. v. Jensen*, 337 F.2d 160, 161-162, (10th Cir.1963): "[I]t *is now settled that when there is an issue as to the sufficiency of jurisdictional amount, the burden of providing jurisdiction is on the party asserting it. Justice of Lauden, Okla. v. Chapman*, 257 F.2d 601 (10th Cir.); *McNutt v. General Motors Acceptance Corp.*, 289 U.S. 178, 56 S.Ct. 780, 80 L.Ed. 1135.

[11] *"However late this objection has been made, or may be made in any cause, in an inferior or appellate court of the United States, it must be considered and decided, before any court can move one further step in the cause; as any movement is necessarily the exercise of jurisdiction." Rhode Island v. Massachussetts*, 37 U.S. 657, 718, 9 L.Ed. 1233 (1838)

[12] Title 18, Section §1346.  "For the purposes of this chapter, the term "scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible right of honest services.  [Emphasis added]

[13] According to legal counsel, there are other options which would have legally prevented the abuses and injuries inflicted by Counterdefendants.

COUNTERCLAIM FOR TRESPASS

7. On October 28, 2010 Counterclaimants contacted the Sheriff's department and the Clerk of Court. Neither had any record of any warrant having been issued, nor was there any court docket showing counterclaimants as part of any action. Counterclaimants then contacted Conspirator KILBUR MAND who said that the reason why there was no record, was because the warrant was sealed. He also said, that if Counterclaimants didn't show up at the marshals, they would be arrested and placed in the County Jail.

8. On October 29, 2010, under duress and threat of arrest, Counterclaimants appeared at the designated location. Upon encountering Conspirators KILBUR MAND and MIKE COLEMAN, Counterclaimaint Brett stated the following: " Before we go inside we would like to make a few things clear. We want you to be aware that we object to this whole thing and we consider your actions today as an effective arrest, against our will, and under duress, because of your threat, that if we did not appear we would be arrested." Soon after, Counterclaimants were taken into custody without being informed of any charges or other significant information. [14]

9. As a consequence of Conspirators' actions, during custody, Counterclaimants were subject to mental and physical abuse by, for example, forced interrogatories, being kept in excessively-tightened handcuffs which caused pain, and with no apparent way to contact anyone if a medical

---

[14]  *63C Am.Jur.2d, Public Officers and Employees, §247* "As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised in behalf of the government or of all citizens who may need the intervention of the officer. [1] Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people, and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts. ..[3] and owes a fiduciary duty to the public... [4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual. [5] Furthermore, it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy. Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [483 U.S. 372] in the statute. See *United States v. Dial*, 757 F.2d 163, 168 (7th Cir1985) includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public, ... and if he deliberately conceals material information from them, he is guilty of fraud. *McNally v United States* 483 U.S. 350 (1987) [Emphasis added]

---------------------------------------------------------------------

emergency were to occur.

10. Further, Counterclaimants were forced to give up personal information and property, such as biometric data (e.g. fingerprints), against their will.

11. Counterclaimants, on information and belief, allege that each Conspirator exceeded his jurisdiction, and by either directly, through an agent, or in concert with another, caused Counterclaimants, under color of law, to be unlawfully and forcibly detained against their will.

12. At the onset of the detention, Conspirators, without good cause, threatened Counterclaimants with forced incarceration if Counterclaimants did not cooperate at the Marshal's office. Counterclaimants were thus in custody for over six hours. Further, although each Conspirator, at no risk to himself, was in a position to prevent said injury to counterclaimants, none made any effort to prevent injury.

13. Counterclaimants, on information and belief, allege that each Conspirator, knowingly and willfully, acted to deprive Counterclaimants of their liberty, and each Conspirator failed to act to prevent Counterclaimants' loss of liberty. Further, each Conspirator continues to be a willing participant in concert with each of the remaining Conspirators for purposes of keeping Counterclaimants under constructive custody.

14. Until jurisdiction is proven, all proceedings in the original case must stop until the final adjudication of jurisdiction which is the subject of this counterclaim. [15]

---

[15] *"However late this objection has been made, or may be made in any cause, in an inferior or appellate court of the United States, it must be considered and decided, before any court can move one further step in the cause; as any movement is necessarily the exercise of jurisdiction." **Rhode Island v. Massachussetts**, 37 U.S. 657, 718, 9 L.Ed. 1233 (1838)*

---

COUNTERCLAIM FOR TRESPASS

1  15. Conspirators have a duty to not cause Counterclaimants' loss of liberty.

2

3  16. Conspirators have breached that duty.

4

5  17. The damages for the injury caused by Conspirators' actions are $76,000 for each act of each

6  Conspirator.

7

8  18. The damages for the injury caused by Conspirators' absence of required action is $5,000 for

9  each failure to act.

10  <center>LAW OF THE CASE</center>

11

12  19. Exhibit 2 is incorporated by reference as though fully stated herein.

13

14  <center>REQUEST FOR RELIEF</center>

15

16  20. For that cause of action Counterclaimants bring this action.

17

18  21. WHEREFORE, Counterclaimants request relief and judgment against Conspirators and each

19  of them as follows:

20

21  22. For general damages in the sum of $76,000 per Conspirator;

22

23  23. For special damages in the sum of $350,000 for unlawful deprivation of liberty;

24

25  24. That the court enter an order dismissing, with prejudice, the Conspirators' Complaint.

26

27  25. That the court enter a declaratory judgment that Conspirators have acted arbitrarily and

<center>Page 7 of 8</center>

------------------------------------------------------------------------

<center>COUNTERCLAIM FOR TRESPASS</center>

1    capriciously, have abused their discretion and have acted not in accordance with law, but under

2    color of law;

3

4    26. That the court enter a declaratory judgment that Conspirators have acted in excess of their

5    constitutional limits.;

6

7    27. That the court enter a declaratory judgment that Conspirators' actions were in excess of

8    statutory jurisdiction, authority and short of statutory right;

9

10   28. That the court grant Counterclaminats' attorneys fees;

11

12   29. For interest as allowed by law; and

13

14   30. For costs of suit.

15

16   31. Further, that the court grant such other and further relief as the court deems proper;

17

18                                      VERIFICATION

19

20   32. We, Elisabeth Ann Bossingham and Brett Allen Bossingham are the counterclaimants in this

21   case. We have personal knowledge of the foregoing facts and are competent to testify as to the

22   truth of these facts if called as a witness. We declare under penalty of perjury that the foregoing

23   is true and correct and that this declaration was executed in Visalia, California on

24   November 11, 2010.

25

26   Elisabeth Ann Bossingham                        Brett Allen Bossingham

27

-------------------------------------------------------------------
COUNTERCLAIM FOR TRESPASS

# EXHIBIT 1

COUNTERCLAIM FOR TRESPASS
**CASE NO. 1:10 - CR - 00150 - OWW**

## Internal Revenue Service
## Criminal Investigation Division
### Oakland Field Office – Fresno Post-of-Duty



**DATE:** _10-27-2010_

**TO:** _Brett A. Bossingham_

**AT:** _____

**FAX NUMBER:** _877-387-9446_

**FROM:** _S/A Butch Maland_

IRS
Criminal Investigation
2525 Capitol Street, Suite 102
Fresno, California 93721-2227
Fax (559) 233-1253

**PHONE #:** _559-217-2650_

**TOTAL PAGES (Including Cover Sheet):** _3_

**COMMENTS:** _Per our conversation._

_____

_____

_____

### **ATTENTION**

The documents accompanying this communication may contain confidential information
intended only for the use of the addressee.  The provisions of the Internal Revenue
Code strictly prohibit unauthorized use, disclosure or copying.  If you have received this
communication in error, please contact the sender immediately!!!  Thank you.

**WARRANT OF ARREST**

**SEALED   UNITED STATES DISTRICT COURT   SEALED**

**ISSUED**

| INSTRUCTIONS: Forward copies Number 1 AND 2 intact to the Marshal. Forward copy Number 3 to US Attorney's office. Retain number 4 copy. If applicable, use Number 4 copy to withdraw warrant. After completion of return, US Marshal will distribute copies Number 1 through 3 as appropriate. | | |
| --- | --- | --- |
| Name of Person<br>BRETT ALLEN<br>BOSSINGHAM | DISTRICT OF ISSUE<br>EASTERN DISTRICT OF<br>CALIFORNIA | Docket Number<br>1 10 CR 0 0150 OWW |

| REASON FOR WARRANT | | |
| --- | --- | --- |
| ☐ Indictment ☐ | Information ☐ | OTHER (SPECIFY) |
| 18 U.S.C. § 371;  26 U.S.C. §7201 & 18 U.S.C. §2 | Conspiracy; Tax Evasion & Aiding & Abetting | NO BAIL |
| Date: 4/15/10 | DEPUTY CLERK:<br>E. SCRIVNER | Signature of issuing official |

| TO: ANY US MARSHAL OR ANY OTHER AUTHORIZED OFFICER |
| --- |
| ☐ You are hereby commanded to arrest the above named person and bring this individual forthwith before the nearest available United States Court or (if applicable) before the nearest United States Magistrate in the arresting district to answer the above stated charge(s) in the indictment or information. |
| THE US MARSHAL IN THE DISTRICT OF ARREST IS HEREBY FURTHER AUTHORIZED AND COMMANDED TO TAKE CUSTODY OF THE ABOVE NAMED PERSON. IF AFTER BRINGING THE PERSON BEFORE ANY APPLICABLE JUDICIAL OFFICER IN THE MANNER INDICATED ABOVE, THE INDIVIDUAL FAILS TO FURNISH BAIL FOR APPEARANCE PER ORDERS AND DIRECTIONS OF SUCH JUDICIAL OFFICER, THE US MARSHAL IS AUTHORIZED AND COMMANDED TO KEEP SAFELY THIS INDIVIDUAL UNTIL DISCHARGED IN DUE COURSE OF LAW. |

| RETURN | | |
| --- | --- | --- |
| I certify I executed this warrant and such other order directed herein as shown below. | | |
| Date Received | Arresting Agency (if not US Marshal) | Signature of Arresting Agent (if not US Marshal) |
| Date Committed | Place of Confinement | ☐ Executed<br>☐ Unexecuted<br>☐ Withdrawn |
| Date of Return | Name of US Marshal | Signature of US Marshal or Deputy |

COPY NUMBER 1 - ACTION COPY;  COPY NUMBER 2 - CONFINEMENT AGENCY COPY
COPY NUMBER 3 - US ATTORNEY COPY / COPY NUMBER 4 - CLERKS OFFICE COPY

## WARRANT OF ARREST
## UNITED STATES DISTRICT COURT

**INSTRUCTIONS:** Forward copies Number 1 AND 2 intact to the US Marshal. Forward copy Number 3 to US Attorney's office. Retain number 4 copy. If applicable, use Number 4 copy to withdraw warrant. After completion of return, US Marshal will distribute copies Number 1 through 3 as appropriate.

| Name of Person<br>ELISABETH ANN<br>BOSSINGHAM | DISTRICT OF ISSUE<br>EASTERN DISTRICT OF<br>CALIFORNIA | Docket Number<br>1:10 CR 00150 |
|---|---|---|

### REASON FOR WARRANT

| ☐ Indictment | ☐ Information | ☐ OTHER (SPECIFY) |
|---|---|---|
| 18 U.S.C. § 371; 26 U.S.C. § 7201 & 18 U.S.C. § 2 | Tax Evasion and Aiding & Abetting | NO BAIL |
| Date: 4/15/10 | DEPUTY CLERK:<br>E. SCRIVNER | Signature of issuing official: |

**TO:** ANY US MARSHAL OR ANY OTHER AUTHORIZED OFFICER

☐ You are hereby commanded to arrest the above named person and bring this individual forthwith before the nearest available United States Court or (if applicable) before the nearest United States Magistrate in the arresting district to answer the above stated charge(s) in the indictment or information.

THE US MARSHAL IN THE DISTRICT OF ARREST IS HEREBY FURTHER AUTHORIZED AND COMMANDED TO TAKE CUSTODY OF THE ABOVE NAMED PERSON. IF AFTER BRINGING THE PERSON BEFORE ANY APPLICABLE JUDICIAL OFFICER IN THE MANNER INDICATED ABOVE, THE INDIVIDUAL FAILS TO FURNISH BAIL FOR APPEARANCE PER ORDERS AND DIRECTIONS OF SUCH JUDICIAL OFFICER, THE US MARSHAL IS AUTHORIZED AND COMMANDED TO KEEP SAFELY THIS INDIVIDUAL UNTIL DISCHARGED IN DUE COURSE OF LAW.

### RETURN

I certify I executed this warrant and such other order directed herein as shown below.

| Date Received | Arresting Agency (if not US Marshal) | Signature of Arresting Agent (if not US Marshal) |
|---|---|---|
| Date Committed | Place of Confinement | ☐ Executed<br>☐ Unexecuted<br>☐ Withdrawn |
| Date of Return | Name of US Marshal | Signature of US Marshal or Deputy |

COPY NUMBER 1 - ACTION COPY;  COPY NUMBER 2 - CONFINEMENT AGENCY COPY
COPY NUMBER 3 - US ATTORNEY COPY /  COPY NUMBER 4 - CLERKS OFFICE COPY

# EXHIBIT 2

1.

## I. LAW OF THE CASE

2. The law of the case so far as it is not repugnant to or
inconsistent with a court of record is decreed as follows:

3.

4. All items mentioned in California Evidence Code Sections 451 and
452, [among which is included the Federal Rules of Civil
Procedure].

5.

6. It is the public policy of this state that public agencies exist
to aid in the conduct of the people's business....The people of
this state do not yield their sovereignty to the agencies which

7. serve them. [California Government Code, Section 11120.]

8. In enacting this chapter, the Legislature finds and declares
that the public commissions, boards and councils and the other

9. public agencies in this State exist to aid in the conduct of the
people's business....The people of this State do not yield their

10. sovereignty to the agencies which serve them. [California
Government Code Section 54950.]

11.

12. Laws, whether organic or ordinary, are either written or
unwritten. [California Code of Civil Procedure, Section 1895.]

13. A written law is that which is promulgated in writing, and of
which a record is in existence. [California Code of Civil

14. Procedure, Section 1896]

15. The organic law is the Constitution of Government, and is
altogether written. Other written laws are denominated statutes.

16. The written law of this State is therefore contained in its
Constitution and statutes, and in the Constitution and statutes

17. of the United States. [California Code of Civil Procedure,
Section 1897]

18.

19. Any judicial record may be impeached by evidence of a want of
jurisdiction in the Court or judicial officer, of collusion

20. between the parties, or of fraud in the party offering the
record, in respect to the proceedings. [California Code of Civil
Procedure, Section 1916]

21.

22. ...at the Revolution, the sovereignty devolved on the people;
and they are truly the sovereigns of the country, but they are
sovereigns without subjects...with none to govern but

23. themselves..... [CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L
Ed 440, 455 @DALL (1793) pp471-472.]

24.

25. The very meaning of 'sovereignty' is that the decree of the
sovereign makes law. [American Banana Co. v. United Fruit Co.,
29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas.

26. 1047.]

27. The people of this State, as the successors of its former
sovereign, are entitled to all the rights which formerly

Page 1 of 8

---

EXHIBIT 2 - LAW OF THE CASE

1.
2.  belonged to the King by his prerogative. [Lansing v. Smith, 4
    Wend. 9 (N.Y.) (1829), 21 Am.Dec. 89 10C Const. Law Sec. 298; 18
    C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48
    C Wharves Sec. 3, 7.]
3.
4.  A consequence of this prerogative is the legal ubiquity of the
    king. His majesty in the eye of the law is always present in all
5.  his courts, though he cannot personally distribute justice.
    (Fortesc.c.8. 2Inst.186) His judges are the mirror by which the
6.  king's image is reflected. 1 Blackstone's Commentaries, 270,
    Chapter 7, Section 379.

7.  ....This declaration of rights may not be construed to impair or
    deny others retained by the people." [California Constitution,
8.  Article 1, Declaration Of Rights Sec. 24.]

9.  "The state cannot diminish rights of the people." Hurtado v.
    People of the State of California, 110 U.S. 516.
10.
11. The assertion of federal rights, when plainly and reasonably
    made, is not to be defeated under the name of local practice.
    [Davis v. Wechsler, 263 US 22, 24.]
12.
13. Where rights secured by the Constitution are involved, there can
    be no rule making or legislation which would abrogate them.
    [Miranda v. Arizona, 384 US 436, 491.]
14.
15. There can be no sanction or penalty imposed upon one because of
    this exercise of constitutional rights. [Sherer v. Cullen, 481 F
    946.]
16.
17. Whereas, the people of California have presented a
    constitution....and which, on due examination, is found to be
    republican in its form of government.... [Act [of Congress] for
18. the Admission of California Into the Union, Volume 9, Statutes
    at Large, Page 452.]
19.
20. Republican government. One in which the powers of sovereignty
    are vested in the people and are exercised by the people, either
    directly, or through representatives chosen by the people, to
21. whom those powers are specially delegated. [In re Duncan, 139
    U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88
22. U.S. (21 Wall.) 162, 22 L.Ed. 627." Black's Law Dictionary,
    Fifth Edition, p. 626.]
23.
24. The State of California is an inseparable part of the United
    States of America, and the United States Constitution is the
    supreme law of the land. [California Constitution, Article 3,
25. Sec. 1.]

26. This Constitution, and the Laws of the United States which shall
    be made in Pursuance thereof; and all Treaties made, or which
27. shall be made, under the Authority of the United States, shall
    be the supreme Law of the Land; and the Judges in every State

---

EXHIBIT 2 - LAW OF THE CASE

1.
2.   shall be bound thereby; any Thing in the Constitution or Laws of any State to the Contrary notwithstanding. [Constitution for the United States of America, Article VI, Clause 2.]

3.   Conspiracy against rights:  If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any
4.   State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to
5.   him by the Constitution or laws of the United States, or because of his having so exercised the same; or If two or more persons
6.   go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment
7.   of any right or privilege so secured - They shall be fined under this title or imprisoned not more than ten years, or both; and
8.   if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to
9.   kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be
10.  fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.  [18, USC 241]

11.
12.  Deprivation of rights under color of law:  Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth,
13.  Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the
14.  Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person
15.  being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under
16.  this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of
17.  this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall
18.  be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in
19.  violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to
20.  commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or
21.  for life, or both, or may be sentenced to death.  [18, USC 242]

22.  Property rights of citizens:  All citizens of the United States shall have the same right, in every State and Territory, as is
23.  enjoyed by white citizens thereof to inherit, purchase, lease, sell, hold, and convey real and personal property.  [42 USC
24.  1982]

25.  Civil action for deprivation of rights:  Every person who, under color of any statute, ordinance, regulation, custom, or usage,
26.  of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or
27.  other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the

-------------------------------------------------------------------------
EXHIBIT 2 - LAW OF THE CASE

1. Constitution and laws, shall be liable to the party injured in
an action at law, suit in equity, or other proper proceeding for
2. redress, except that in any action brought against a judicial
officer for an act or omission taken in such officer's judicial
3. capacity, injunctive relief shall not be granted unless a
declaratory decree was violated or declaratory relief was
4. unavailable.  For the purposes of this section, any Act of
Congress applicable exclusively to the District of Columbia
5. shall be considered to be a statute of the District of Columbia.
[42 USC 1983]
6.
Conspiracy to interfere with civil rights:  Depriving persons of
7. rights or privileges:  If two or more persons in any State or
Territory conspire or go in disguise on the highway or on the
8. premises of another, for the purpose of depriving, either
directly or indirectly, any person or class of persons of the
9. equal protection of the laws, or of equal privileges and
immunities under the laws; or for the purpose of preventing or
10. hindering the constituted authorities of any State or Territory
from giving or securing to all persons within such State or
11. Territory the equal protection of the laws; or if two or more
persons conspire to prevent by force, intimidation, or threat,
12. any citizen who is lawfully entitled to vote, from giving his
support or advocacy in a legal manner, toward or in favor of the
13. election of any lawfully qualified person as an elector for
President or Vice President, or as a Member of Congress of the
14. United States; or to injure any citizen in person or property on
account of such support or advocacy; in any case of conspiracy
15. set forth in this section, if one or more persons engaged
therein do, or cause to be done, any act in furtherance of the
16. object of such conspiracy, whereby another is injured in his
person or property, or deprived of having and exercising any
17. right or privilege of a citizen of the United States, the party
so injured or deprived may have an action for the recovery of
18. damages occasioned by such injury or deprivation, against any
one or more of the conspirators.  [42 USC 1985(3)]
19.
Action for neglect to prevent:  Every person who, having
20. knowledge that any of the wrongs conspired to be done, and
mentioned in section 1985 of this title, are about to be
21. committed, and having power to prevent or aid in preventing the
commission of the same, neglects or refuses so to do, if such
22. wrongful act be committed, shall be liable to the party injured,
or his legal representatives, for all damages caused by such
23. wrongful act, which such person by reasonable diligence could
have prevented; and such damages may be recovered in an action
24. on the case; and any number of persons guilty of such wrongful
neglect or refusal may be joined as defendants in the action;
25. and if the death of any party be caused by any such wrongful act
and neglect, the legal representatives of the deceased shall
26. have such action therefor, and may recover not exceeding $5,000
damages therein, for the benefit of the widow of the deceased,
27. if there be one, and if there be no widow, then for the benefit
of the next of kin of the deceased.  But no action under the

EXHIBIT 2 - LAW OF THE CASE

1.  provisions of this section shall be sustained which is not
2.  commenced within one year after the cause of action has accrued.
    [42 USC 1986]

3.  COURT. The person and suit of the sovereign; the place where the
    sovereign sojourns with his regal retinue, wherever that may be.
4.  [Black's Law Dictionary, 5th Edition, page 318.]

5.  COURT. An agency of the sovereign created by it directly or
    indirectly under its authority, consisting of one or more
6.  officers, established and maintained for the purpose of hearing
    and determining issues of law and fact regarding legal rights
7.  and alleged violations thereof, and of applying the sanctions of
    the law, authorized to exercise its powers in the course of law
8.  at times and places previously determined by lawful authority.
    [Isbill v. Stovall, Tex.Civ.App., 92 S.W.2d 1067, 1070; Black's
9.  Law Dictionary, 4th Edition, page 425]

10. COURT OF RECORD. To be a court of record a court must have four
    characteristics, and may have a fifth. They are:

11.

12.     A. A judicial tribunal having attributes and
        exercising functions independently of the person of
        the magistrate designated generally to hold it [Jones
13.     v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte
        Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See,
14.     also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688,
        689][Black's Law Dictionary, 4th Ed., 425, 426]

15.

16.     B. Proceeding according to the course of common law
        [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229;
17.     Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J.
        See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E.
        688, 689][Black's Law Dictionary, 4th Ed., 425, 426]
18.

19.     C. Its acts and judicial proceedings are enrolled, or
        recorded, for a perpetual memory and testimony. [3 Bl.
20.     Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher,
        C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225;
        Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229;
21.     Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229,
        231]
22.

23.     D. Has power to fine or imprison for contempt. [3 Bl.
        Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher,
24.     C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225;
        Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229;
        Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229,
25.     231.][Black's Law Dictionary, 4th Ed., 425, 426]

26.     E. Generally possesses a seal. [3 Bl. Comm. 24; 3
        Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F.
27.     481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S.,

Page 5 of 8

EXHIBIT 2 - LAW OF THE CASE

1.       D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis,
         96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law
2.       Dictionary, 4th Ed., 425, 426]

3.   The following persons are magistrates: ...The judges of the
     superior courts.... [California Penal Code, Sec. 808.]
4.
     "Inferior courts" are those whose jurisdiction is limited and
5.   special and whose proceedings are not according to the course of
     the common law." Ex Parte Kearny, 55 Cal. 212; Smith v.
6.   Andrews, 6 Cal. 652

7.   "The only inherent difference ordinarily recognized between
     superior and inferior courts is that there is a presumption in
8.   favor of the validity of the judgments of the former, none in
     favor of those of the latter, and that a superior court may be
9.   shown not to have had power to render a particular judgment by
     reference to its record. Ex parte Kearny, 55 Cal. 212. Note,
10.  however, that in California 'superior court' is the name of a
     particular court. But when a court acts by virtue of a special
11.  statute conferring jurisdiction in a certain class of cases, it
     is a court of inferior or limited jurisdiction for the time
12.  being, no matter what its ordinary status may be. Heydenfeldt
     v. Superior Court, 117 Cal. 348, 49 Pac. 210; Cohen v. Barrett,
13.  5 Cal. 195" 7 Cal. Jur. 579

14.  ...our justices, sheriffs, mayors, and other ministers, which
     under us have the laws of our land to guide, shall allow the
15.  said charters pleaded before them in judgement in all their
     points, that is to wit, the Great Charter as the common law....
16.  [Confirmatio Cartarum, November 5, 1297, *Sources of Our
     Liberties* Edited by Richard L. Perry, American Bar Foundation]
17.
     Henceforth the writ which is called Praecipe shall not be served
18.  on any one for any holding so as to cause a free man to lose his
     court. [Magna Carta, Article 34].
19.
     If any claim, statement, fact, or portion in this action is held
20.  inapplicable or not valid, such decision does not affect the
     validity of any other portion of this action.
21.
     "We cannot say with assurance that under the allegations of the
22.  pro se complaint, which we hold to less stringent standards than
     formal pleadings drafted by lawyers, it appears 'beyond doubt
23.  that the plaintiff can prove no set of facts in support of his
     claim which would entitle him to relief.' Conley v. Gibson, 355
24.  U.S. 41, 45-46 (1957). See Dioguardi v. Durning, 139 F.2D 774
     (CA2 1944)." Haines v. Kerner, 404 U.S. 519.
25.
     An act of the court shall prejudice no man. Jenkins' Eight
26.  Centuries of Reports, 118; Brooms Legal Maxims, Lond. ed. 115;
     1 Strange's Reports, 126; 1 Smith's Leading Cases, 245-255; 12
27.  English Common Bench Reports by Manning, Granger, & Scott, 415

Page 6 of 8

EXHIBIT 2 - LAW OF THE CASE

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.

The Federal Rules of Civil Procedure are the rules of the above entitled court.  The rules shall be construed and administered to secure the just, speedy, and inexpensive determination of this action.

"It is essential to the creation of a contract that there be a mutual or reciprocal assent."  Sanford v. Abrams (1888) 24 Fla. 181, 2 So. 373, Ross v. Savage (1913) 66 Fla. 106, 63 So. 148, McCay v. Sever (1929) 98 Fla 710, 124 So. 44; United State Rubber Products, Inc. v. Clark (1941) 145 Fla 631, 200 So. 385, Mann v. Thompson (1958, Fla App D1) 100 So. 2d 634

"That, the assent be to a certain and definite proposition." Fincher v. Belk-Sawyer Co. (1961, Fla App D3) 127 So 2d 130; Goff v. Indian Lake Estates, Inv. (1965, Fla App D2), 178 So 2d 910, Hewitt v. Price (1969, Fla App D3) 222 So. 2d 247

Without a meeting of the minds of the parties on an essential element, there can be no enforceable contract.  Hettenbaugh v. Keyes-Oron-Fincher Ins., Inc. (1962, Fla App D3) 147 So 2d 328, Goff v. Indian Lake Estates, Inc. (1965, Fla App D2) 178 So 2d 910

In order to form a contract, the parties must have a distinct understanding, common to both, and without doubt or difference. Unless all understand alike, there can be no assent, and therefore no contract.  Webster Lumber Co. v. Lincoln (1927) 94 Fla 1097, 115 So 498, Minsky's Follies of Florida, Inc. v. Sennes (1953 206 F2d 1; O'neill v. Corporate Trustees, Inc. (1967) 376 F2d 818

Until the terms of the agreement have received the assent of both parties, the negotiation is open and imposes no obligation on either.  Goff v. Indian Lake Estates, Inc. (1965 Fla App D2) 178 So 2d 910; Carr v Duval (1840) 39 US 77, 10 L Ed 361

"In order to form a contract, the parties must have a distinct understanding, common to both, and without doubt or difference. Unless all understand alike, there can be no assent, and therefore no contract." (cited above)

The assent of each party must be freely given; a contract entered into as a result of the exercise of duress or undue influence by the other party, or procured by the fraud of one of the parties, lacks the essential element of real assent and may be avoided by the injured party.  Wall v. Bureau of Lathing and Plastering (1960, Fla App D3) 117 So. 2d 767

Page 7 of 8

EXHIBIT 2 - LAW OF THE CASE

1.   An actual assent by the parties upon exactly the same matters is
     indispensable to the formation of a contract.    Bullock v.
2.   Hardwick (1947) 158 Fla 834, 30 So 2d 539; Hettenbaugh v. Keyes-
     Ogon-Fincher Ins, Inc. (1962, Fla App D3) 147 So 2d 328; General
3.   Finance Corp. v Stratton (1963 Fla App D1) 156 So 2d 664

4.

5.

6.

7.

8.

9.

10.

11.

12.

13.

14.

15.

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.

26.

27.

EXHIBIT 2 - LAW OF THE CASE