1. Bossingham Brett,
   Bossingham Elisabeth
2. 1827 S. Court. Suite F,
   Visalia, California
3. 
   Counterclaimants
4. 
5. 
6. 
7. 
8. UNITED STATES DISTRICT COURT
9. EASTERN DISTRICT OF CALIFORNIA
10. 

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:10-CR-00150-OWW |
| ) | |
| Plaintiff, ) | NOTICE OF MOTION |
| v. ) | FOR EXPEDITED WRIT OF ERROR |
| ) | (EX PARTE) |
| BRETT ALLEN BOSSINGHAM, and ) | |
| ELISABETH ANN BOSSINGHAM, ) | MAGISTRATE JUDGE: Sandra M. Snyder |
| ) | DATE:    November 29, 2010 |
| Defendants, ) | TIME:    1:30 PM |
| ) | ROOM:    7 (SMS) |
| ------------------------------ ) | |
| ) | |
| Brett Allen Bossingham, and ) | |
| Elisabeth Ann Bossingham, ) | |
| ) | |
| Counterclaimants, ) | |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA; ) | |
| COMPLAINER DOE; ) | |
| KULBIR MAND; and ) | |
| MIKE COLEMAN; ) | |
| ) | |
| Counterdefendants. ) | |
| ) | |

FILED

NOV 24 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___A. JESSEN___
           DEPUTY CLERK

25. 1.  TO *UNITED STATES DISTRICT COURT, EASTERN DIVISION, UNITED*
26. *STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM, AND ELISABETH ANN*
27. *BOSSINGHAM, CASE NO. 1:10-CR-00150-OWW;* to Counterdefendants;

Page 1 of 2
--------------------------------------------------------------------
NOTICE OF MOTION FOR EXPEDITED WRIT OF ERROR (EX PARTE)

1. and to all other interested parties, please take notice of the
2. following:
3.
4. 2.   On November 29, 2010, at 1:30 pm, in the above-entitled
5. court of record, counterplaintiffs Brett Allen Bossingham and
6. Elisabeth Ann Bossingham will move the court for an ex-parte
7. emergency writ of error to correct errors in court procedure and
8. the court record.  The motion will be based upon the
9. accompanying affidavit, exhibits, points and authorities, and
10. papers on file.
11.
12.     Respectfully submitted,
13.
14. _____          _____
15. Brett Allen Bossingham              Elisabeth Ann Bossingham
16. Counterplaintiff                    Counterplaintiff