1. Bossingham Brett,
   Bossingham Elisabeth
2. 1827 S. Court. Suite F,
   Visalia, California
3.
   Counterclaimants
4.

FILED
NOV 24 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

8.        UNITED STATES DISTRICT COURT

9.        EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,        ) CASE NO. 1:10-CR-00150-OWW
                                 )
     Plaintiff,                  ) MOTION
         v.                      ) FOR EXPEDITED WRIT OF ERROR
                                 ) (EX PARTE)
BRETT ALLEN BOSSINGHAM, and      )
ELISABETH ANN BOSSINGHAM,        ) MAGISTRATE JUDGE: Sandra M. Snyder
                                 ) DATE:   November 29, 2010
     Defendants,                 ) TIME:   1:30 PM
                                 ) ROOM:   7 (SMS)
-------------------------------- )
                                 )
Brett Allen Bossingham, and      )
Elisabeth Ann Bossingham,        )
                                 )
     Counterclaimants,           )
                                 )
         v.                      )
                                 )
UNITED STATES OF AMERICA;        )
COMPLAINER DOE;                  )
KULBIR MAND; and                 )
MIKE COLEMAN;                    )
                                 )
     Counterdefendants.          )
                                 )
_____)
```

25. 1. TO *UNITED STATES DISTRICT COURT, EASTERN DIVISION, UNITED*

26. *STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM, AND ELISABETH ANN*

27. *BOSSINGHAM, CASE NO. 1:10-CR-00150-OWW*; to Counterdefendants;

1. and to all other interested parties:
2.
3. 2. Plaintiffs Brett Allen Bossingham and Elisabeth Ann
4. Bossingham hereby move the above-entitled court for an ex-parte
5. expedited writ of error to correct errors in court procedure and
6. the court record. This motion is based upon the accompanying
7. affidavit, exhibits, points and authorities, and papers on file.
8.
9.     Respectfully submitted,
10.
11. _/s/ Brett Allen Bossingham_        _/s/ Elisabeth Ann Bossingham_
12. Brett Allen Bossingham           Elisabeth Ann Bossingham
13. Counterplaintiff                Counterplaintiff
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.