1. Bossingham Brett,
Bossingham Elisabeth
2. 1827 S. Court. Suite F,
Visalia, California
3. Counterclaimants

FILED
NOV 24 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10-CR-00150-OWW |
| Plaintiff, | POINTS AND AUTHORITIES |
| v. | IN SUPPORT OF MOTION |
|  | FOR EXPEDITED WRIT OF ERROR |
| BRETT ALLEN BOSSINGHAM, and | (EX PARTE) |
| ELISABETH ANN BOSSINGHAM, |  |
|  | MAGISTRATE JUDGE: Sandra M. Snyder |
| Defendants, | DATE: November 29, 2010 |
|  | TIME: 1:30 PM |
|  | ROOM: 7 (SMS) |
| Brett Allen Bossingham, and |  |
| Elisabeth Ann Bossingham, |  |
| Counterclaimants, |  |
| v. |  |
| UNITED STATES OF AMERICA; |  |
| COMPLAINER DOE; |  |
| KULBIR MAND; and |  |
| MIKE COLEMAN; |  |
| Counterdefendants. |  |

1. The purpose of the writ of error is to correct errors in the procedures of a court of record. Counterclaimants request that

Page 1 of 4

---

DECLARATION OF BRETT BOSSINGHAM AND ELISABETH BOSSINGHAM
IN SUPPORT OF MOTION FOR EXPEDITED WRIT OF ERROR (EX PARTE)

1. the errors discussed below be not allowed to perpetuate so as to
2. affect court procedure and result in irreparable harm to any of
3. the parties.
4.
5. 2.  The first error is that the Docket fails to show all the
6. activity relating to the case.  The second error is that a paper
7. was misnamed as a Motion rather than as a Notice.  Both errors
8. undermine the court's ability to accurately function,[1] and result
9. in unproductive waste of time for all affected parties.
10.
11.
12.              A WRIT OF ERROR CORAM NOBIS
                   SHOULD ISSUE TO SHOW ON
13.             THE COURT OF RECORD'S DOCKET
                    THAT THE COURT RECEIVED
14.                    THE COUNTERCLAIM.
15.
        "A writ of error lies to correct erroneous proceedings
16.     in a court of record, 3 Blackstone, Comm. 407; 18
        Pick. Mass. 417; but will not lie unless the court be
17.     one, technically, of record."  Bouvier's Law
        Dictionary, Twelfth Edition (1868), Page 385
18.
        "FILE.  A thread, string, or wire upon which writs and
19.     other exhibits in courts and offices are fastened or
        filed for the more safe keeping and ready turning to
20.     the same.  Spelman, Gloss.; Cowel; Tomlin, Law Dict.
        Papers put together and tied in bundles.  A paper is
21.     said also to be filed when it is delivered to the
        proper officer and by him received to be kept on file.
22.     13 Viner, Abr. 211; 1 Littleton, 113; 1 Hawkins, Pl.
        Cr. 7, 207."  Bouvier's Law Dictionary, Twelfth
23.     Edition (1868), Page 385.
24.
25. 3.  The Counterclaim is a paper that was delivered to the proper
26.
---
[1] The computer industry describes such a situation as "Garbage in; garbage out."  Good data is required for good decisions.
27.

1. officer (Deputy Clerk) to be received and kept on file. The
2. Docket (Exhibit 7) as of November 22, 2010, was not properly
3. posted to show that the Counterclaim was received.[2]

4. 
5. 4.  The Court should order that the Docket be corrected to show
6. that the Counterclaim was received.

7. 
8. 

A WRIT OF ERROR CORAM NOBIS
SHOULD ISSUE TO SHOW ON
THE COURT OF RECORD'S DOCKET
THAT THE NOTICE OF AUTOMATIC STAY
IS A NOTICE AND NOT A MOTION.

"A writ of error lies to correct erroneous proceedings in a court of record, 3 Blackstone, Comm. 407; 18 Pick. Mass. 417; but will not lie unless the court be one, technically, of record." Bouvier's Law Dictionary, Twelfth Edition (1868), Page 385

16. 5.  The Court Docket dated November 22, 2010, shows #14 as a
17. "MOTION". The paper is specifically identified on its first
18. page as a "Notice of Automatic Stay of Proceedings". The
19. present Docket description erroneously leads the observer into
20. believing that it is a motion.

21. 
22. 6.  The Court should order that the Docket be corrected to
23. reflect the true nature of the paper.

24. 
25. 7.  Counterclaimants request the Court issue the writs of error

---
[2] Exhibit 7, copy of Court Docket as November 22, 2010

DECLARATION OF BRETT BOSSINGHAM AND ELISABETH BOSSINGHAM
IN SUPPORT OF MOTION FOR EXPEDITED WRIT OF ERROR (EX PARTE)

1. in order to protect the integrity of the record.
2.
3.     Respectfully submitted,
4.
5. _____     _____
6. Brett Allen Bossingham              Elisabeth Ann Bossingham
7. Counterplaintiff                    Counterplaintiff

Page 4 of 4

----------------------------------------------------------------
DECLARATION OF BRETT BOSSINGHAM AND ELISABETH BOSSINGHAM
IN SUPPORT OF MOTION FOR EXPEDITED WRIT OF ERROR (EX PARTE)