1.  Bossingham Brett,
    Bossingham Elisabeth
2.  1827 S. Court. Suite F,
    Visalia, California
3.
    Counterclaimants
4.
5.
6.
7.
8.                 UNITED STATES DISTRICT COURT

9.                 EASTERN DISTRICT OF CALIFORNIA

10.
    UNITED STATES OF AMERICA,     ) CASE NO. 1:10-CR-00150-OWW
11.                               )
            Plaintiff,            ) DECLARATION OF BRETT AND ELISABETH
12.            v.                 ) IN SUPPORT OF MOTION
                                  ) FOR EXPEDITED WRIT OF ERROR
13. BRETT ALLEN BOSSINGHAM, and   ) (EX PARTE)
    ELISABETH ANN BOSSINGHAM,     )
14.                               ) MAGISTRATE JUDGE: Sandra M. Snyder
            Defendants,           ) DATE:    November 29, 2010
15.                               ) TIME:    1:30 PM
    --------------------------- ) ROOM:    7 (SMS)
16.                               )
    Brett Allen Bossingham, and   )
17. Elisabeth Ann Bossingham,     )
                                  )
18.         Counterclaimants,     )
                                  )
19.            v.                 )
                                  )
20. UNITED STATES OF AMERICA;     )
    COMPLAINER DOE;               )
21. KULBIR MAND; and              )
    MIKE COLEMAN;                 )
22.                               )
            Counterdefendants.    )
23.                               )
                                  )
24.
25. 1.  We, Brett Allen Bossingham and Elisabeth Ann Bossingham, are

26. counterclaimants in the above-entitled court of record.  We have

27.                         Page 1 of 3
    --------------------------------------------------------------------
    DECLARATION OF BRETT BOSSINGHAM AND ELISABETH BOSSINGHAM
    IN SUPPORT OF MOTION FOR EXPEDITED WRIT OF ERROR (EX PARTE)

FILED

NOV 2 4 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

1. personal knowledge of the following facts and are competent to
2. testify as to the truth of those facts if called as a witness.
3. TO *UNITED STATES DISTRICT COURT, EASTERN DIVISION, UNITED STATES*
4. *OF AMERICA V. BRETT ALLEN BOSSINGHAM, AND ELISABETH ANN*
5. *BOSSINGHAM, CASE NO. 1:10-CR-00150-OWW;* to Counterdefendants;
6. and to all other interested parties:

7.

8. 2. On November 12, 2010, the Counterclaim was given to the
9. Deputy Clerk, who stamped it "FILED". Ultimately, the paper was
10. re-marked as "RECEIVED" by the clerk because there was a
11. question as to whether or not the same case number should be
12. used. The Deputy Clerk estimated that the question would likely
13. be resolved in a couple of days. No fee was demanded at the
14. time. Exhibit 3 is a true and correct copy of the conformed
15. Counterclaim. On the conformed Counterclaim the original
16. "FILED" stamp shows through the re-marking label.

17.

18. 3. All counterdefendants were served, shortly after the filing,
19. with a copy of the counterclaim by means of a professional
20. process server. See Proof of Service, Exhibit 4.

21.

22. 4. On November 15, 2010, a Notice of Automatic Stay of
23. Proceedings (see Exhibit 5) was filed with Deputy Clerk of
24. Court, and all parties were also served with a copy (see Proof
25. of Service, Exhibit 6). (NOTE: the Notice was incorrectly
26. posted to the Court Docket. The docket entry incorrectly shows

27.

Page 2 of 3

DECLARATION OF BRETT BOSSINGHAM AND ELISABETH BOSSINGHAM
IN SUPPORT OF MOTION FOR EXPEDITED WRIT OF ERROR (EX PARTE)

1.  it as a "MOTION".)

2.

3.  5.    At the hearing on November 15, 2010, the court was apprised

4.  of the filing of the Counterclaim, Notice, and Proof of Service.

5.  The Judge of the criminal court declined to receive the

6.  conformed copies because he and the Counterclaimants, in good

7.  faith, thought the papers had been entered into the electronic

8.  system upon which all rely.  It was not until November 22, 2010,

9.  that the Counterclaimants discovered that the Counterclaim had

10. never been posted into the electronic system.

11.

12. 6.    Counterclaimants believe that those two errors can be easily

13. corrected by the court.

14.

15. 7.    We declare, under penalty of perjury, that foregoing facts

16. are true and correct, and that this declaration was executed on

17. November 23, 2010, in Visalia, California.

18.

19.          Respectfully submitted,

20.

21.

22. Brett Allen Bossingham          Elisabeth Ann Bossingham

23. Counterplaintiff                Counterplaintiff

24.

25.

26.

27.                        Page 3 of 3
    ------------------------------------------------------------------
       DECLARATION OF BRETT BOSSINGHAM AND ELISABETH BOSSINGHAM
       IN SUPPORT OF MOTION FOR EXPEDITED WRIT OF ERROR (EX PARTE)

1.

2.

3.

4.

5.

6.

7.

8.

9.

10.

11.

12.

13.

14.

15.

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.

26.

27.

Exhibits

3. Conformed copy of Counterclaim (with Exhibits 1 & 2 attached)
4. Conformed copy of Proof of Service of Counterclaim
5. Conformed copy Notice of Automatic Stay
6. Conformed copy Proof of Service of Automatic Stay.
7. Court docket dated 11/22/2010

-------------------------------------------------------------------------------------------------

NOTICE OF MOTION FOR EXPEDITED WRIT OF ERROR (EX PARTE)

# EXHIBIT 3

1  Bossingham Brett,
   Bossingham Elisabeth
2  1827 S. Court. Suite F,
   Visalia, California
3
   Counterclaimants
4



NOV 1 2 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10
   UNITED STATES OF AMERICA,           ) CASE NO. 1:10 - CR - 00150 - OWW
11                                      )
                Plaintiff,              ) COUNTERCLAIM
12                                      ) FOR TRESPASS
        v.                             )
13 BRETT ALLEN BOSSINGHAM, and         )
   ELISABETH ANN BOSSINGHAM,           )
14                                      )
                Defendants,            ) VERIFIED
15                                      )
   Brett Allen Bossingham, and         )
16 Elisabeth Ann Bossingham,           )
                                       )
17              Counterclaimants,      )
                                       )
18      v.                             )
                                       )
19 UNITED STATES OF AMERICA;           )
   COMPLAINER DOE;                     )
20 KILBUR MAND; and                    )
   MIKE COLEMAN;                       )
21                                      )
                Counterdefendant(s).   )
22

23

24

25

26

27

                        Page 1 of 8

                COUNTERCLAIM FOR TRESPASS

## FIRST CAUSE OF ACTION: TRESPASS

### PARTIES

1. Brett Allen Bossingham and Elisabeth Ann Bossingham, (hereinafter Counterclaimants), are each a people of the United States, and in this court of record complain of each of the following: UNITED STATES OF AMERICA, COMPLAINER DOE, KILBUR MAND, and MIKE COLEMAN (each hereinafter Conspirator, and all collectively Conspirators), who are each summoned to answer to said Counterclaimants' plea of trespass, to wit:

2. At all times mentioned in this action, each Conspirator is the agent of the other. The following paragraphs describe how the Conspirators, under color of law[1] and color of office,[2] either acted to cause injury or failed to act to prevent injury[3] and loss to Counterclaimants.

---

[1] COLOR OF LAW: The appearance or semblance, without the substance, of legal right. Misuse of power, possessed by virtue of state law and made possible only because the wrongdoer is clothed with authority of state, is action taken under color of law. *Atkins v. Lanning*, D.C. Okl. 415, F. Supp. 186, 188. [Black's Law Dictionary, 5th Ed. pg. 241, (1979)]

[2] COLOR OF OFFICE: Pretence of official right to do an act, made by one who has no such right. *Kiker v Pinson*, 120 Ga. App. 784, 172, S.E.2d 333,334. An act under color of office is an act of an officer who claims authority to do the act by reason of his office when the office does not confer on him any such authority. *Maryland Cas. Co. v. McCormack*, Ky., 488 S.W. 2d 347, 352.

[3] 42 USC § 1986. Action for neglect to prevent. Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action; and if the death of any party be caused by any such wrongful act and neglect, the legal representatives of the deceased shall have such action therefore, and may recover not exceeding $5,000 damages therein, for the benefit of the widow of the deceased, if there be one, and if there be no widow, then for the benefit of the next of kin of the deceased. But no action under the provisions of this section shall be sustained which is not commenced within one year after the cause of action has accrued.

Page 2 of 8

3. Counterclaimants are informed and believe that Complainer Doe is either suing as a persona named "UNITED STATES OF AMERICA", or is suing in the name of another person whose name is " UNITED STATES OF AMERICA". COMPLAINER DOE, KILBUR MAND, and MIKE COLEMAN intimidated,[4] lied, and deceived Counterclaimants, and fraudulently[5] caused hand-, foot-, and belly-cuffing, and incarceration of Counterclaimants.[6] Against their will and under color of law,[7] Counterclaimants continue to be subjected to the forcefully assumed jurisdiction,[8] will, and constructive detention by the Conspirators.

4. Counterclaimants, on information and belief, allege that Conspirators lack jurisdiction to

---

[4] 18 USC Sec. 241. Conspiracy against rights. *"If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same . . . . . they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death."*

[5] FRAUD: An intentional perversion of truth for the purpose of inducing another in reliance upon it to part with some valuable thing belonging to him or to surrender a legal right; a false representation of a matter of fact, whether by words or by conduct, by false or misleading allegations, or by concealment of that which should have been disclosed, which deceives and is intended to deceive another so that he shall act upon it to his legal injury.

[6] *"Certain wrongs affect more than a single right and, accordingly, can implicate more than one of the Constitution's commands. Where such multiple violations are alleged, we are not in the habit of identifying as a preliminary matter the claim's 'dominant' character. Rather, we examine each constitutional provision in turn."* **Soldal v. Cook County**, 506 U.S. 56, ; 113 S. Ct. 538 (1992)

[7] 18 USC § 242. Deprivation of rights under color of law Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

[8] "Jurisdiction is essential to give validity to the determinations of administrative agencies and where jurisdictional requirements are not satisfied, the action of the agency is a nullity..." **Justice Street Improv Co. v. Pearson**, 181 C 640, 185 P.(1962); **O'Neil v. Dept. of Professional & Vocational Standards**, 7 CA2d 393, 46 P2d 234 [Emphasis added]

Page 3 of 8

--------------------------------------------------------------------------------
COUNTERCLAIM FOR TRESPASS

1  bring their action against Counterclaimants. For that reason, Counterclaimants demand that

2  Conspirators provide proof[9] of standing and jurisdiction.[10] Until jurisdiction is proven, all

3  proceedings in the original case must stop until the final adjudication of jurisdiction which is the

4  subject of this counterclaim.[11]

5

6  5. Counterclaimants, on information and belief, allege that Conspirators misrepresented to the

7  GRAND JURY their authority, as well as the facts and the law in this matter.[12]

8

9  6. On October 27, 2010, Counterclaimants were contacted by phone by Conspirator KILBUR

10  MAND, who claimed he was from the Department of Treasury, and that there is a grand jury

11  indictment and a warrant for their arrest. KILBUR MAND also ordered that they must, without

12  other option,[13] appear on Friday, October 29, 2010, at the marshal's office for processing, and if

13  they did not do as instructed, he stated, "it would not be good". By his demeanor he implied that

14  far more serious things would happen to the couple if they did not do as he instructed. Later, a

15  copy of a purported warrant was faxed to Counterclaimants. The purported warrant (Exhibit 1)

16  was incomplete and was not signed by a judge; it was dated April 15, 2010, signed by a deputy

17  clerk, and "executed" over six months later.

18

19  ⁹ 5 USC §556(d): *"Except as otherwise provided by statute, the proponent of a rule or order has the burden of

20  proof."*

21  ¹⁰ See *F & S Contr. Co. v. Jensen*, 337 F.2d 160, 161-162, (10th Cir.1963): "[I]t *is now settled that when there is an
   issue as to the sufficiency of jurisdictional amount, the burden of providing jurisdiction is on the party asserting it.

22  Justice of Lauden, Okla. v. Chapman*, 257 F.2d 601 (10th Cir.); *McNutt v. General Motors Acceptance Corp.*, 289
   U.S. 178, 56 S.Ct. 780, 80 L.Ed. 1135.

23  ¹¹ *"However late this objection has been made, or may be made in any cause, in an inferior or appellate court of the
   United States, it must be considered and decided, before any court can move one further step in the cause; as any

24  movement is necessarily the exercise of jurisdiction." **Rhode Island v. Massachussetts**, 37 U.S. 657, 718, 9 L.Ed.
   1233 (1838)

25  ¹² Title 18, Section §1346. "For the purposes of this chapter, the term "scheme or artifice to defraud" includes a

26  scheme or artifice to deprive another of the intangible right of honest services. [Emphasis added]

27  ¹³ According to legal counsel, there are other options which would have legally prevented the abuses and injuries
   inflicted by Counterdefendants.

Page 4 of 8

7. On October 28, 2010 Counterclaimants contacted the Sheriff's department and the Clerk of Court. Neither had any record of any warrant having been issued, nor was there any court docket showing counterclaimants as part of any action. Counterclaimants then contacted Conspirator KILBUR MAND who said that the reason why there was no record, was because the warrant was sealed. He also said, that if Counterclaimants didn't show up at the marshals, they would be arrested and placed in the County Jail.

8. On October 29, 2010, under duress and threat of arrest, Counterclaimants appeared at the designated location. Upon encountering Conspirators KILBUR MAND and MIKE COLEMAN, Counterclaimaint Brett stated the following: " Before we go inside we would like to make a few things clear. We want you to be aware that we object to this whole thing and we consider your actions today as an effective arrest, against our will, and under duress, because of your threat, that if we did not appear we would be arrested." Soon after, Counterclaimants were taken into custody without being informed of any charges or other significant information. [14]

9. As a consequence of Conspirators' actions, during custody, Counterclaimants were subject to mental and physical abuse by, for example, forced interrogatories, being kept in excessively-tightened handcuffs which caused pain, and with no apparent way to contact anyone if a medical

---

[14] *63C Am.Jur.2d, Public Officers and Employees, §247* "As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised in behalf of the government or of all citizens who **may need the intervention** of the officer. [1] Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, **are trustees of the people**, and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts. ..[3] **and owes a fiduciary duty to the public**... [4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual. [5] Furthermore, it has been stated that **any enterprise undertaken by the public official** who **tends to weaken public confidence and undermine the sense of security for individual rights is against public policy**. Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [483 U.S. 372] in the statute. See *United States v. Dial*, 757 F.2d 163, 168 (7th Cir1985) includes the **deliberate concealment of material information in a setting of fiduciary obligation**. A public official is a fiduciary toward the public, ... and if he deliberately conceals material information from them, he is guilty of fraud. *McNally v United States* 483 U.S. 350 (1987) [Emphasis added]

1  emergency were to occur.

2

3  10. Further, Counterclaimants were forced to give up personal information and property, such as

4  biometric data (e.g. fingerprints), against their will.

5

6  11. Counterclaimants, on information and belief, allege that each Conspirator exceeded his

7  jurisdiction, and by either directly, through an agent, or in concert with another, caused

8  Counterclaimants, under color of law, to be unlawfully and forcibly detained against their will.

9

10 12. At the onset of the detention, Conspirators, without good cause, threatened Counterclaimants

11 with forced incarceration if Counterclaimants did not cooperate at the Marshal's office.

12 Counterclaimants were thus in custody for over six hours. Further, although each Conspirator, at

13 no risk to himself, was in a position to prevent said injury to counterclaimants, none made any

14 effort to prevent injury.

15

16 13. Counterclaimants, on information and belief, allege that each Conspirator, knowingly and

17 willfully, acted to deprive Counterclaimants of their liberty, and each Conspirator failed to act to

18 prevent Counterclaimants' loss of liberty. Further, each Conspirator continues to be a willing

19 participant in concert with each of the remaining Conspirators for purposes of keeping

20 Counterclaimants under constructive custody.

21

22 14. Until jurisdiction is proven, all proceedings in the original case must stop until the final

23 adjudication of jurisdiction which is the subject of this counterclaim. [15]

24

25 [15] *"However late this objection has been made, or may be made in any cause, in an inferior or appellate court of the*
   *United States, it must be considered and decided, before any court can move one further step in the cause; as any*
26 *movement is necessarily the exercise of jurisdiction." Rhode Island v. Massachussetts. 37 U.S. 657, 718, 9 L.Ed.*
   1233 (1838)
27

Page 6 of 8
-----------------------------------------------------------------------------------------
COUNTERCLAIM FOR TRESPASS

1  15. Conspirators have a duty to not cause Counterclaimants' loss of liberty.

2

3  16. Conspirators have breached that duty.

4

5  17. The damages for the injury caused by Conspirators' actions are $76,000 for each act of each

6  Conspirator.

7

8  18. The damages for the injury caused by Conspirators' absence of required action is $5,000 for

9  each failure to act.

10                                    LAW OF THE CASE

11

12  19. Exhibit 2 is incorporated by reference as though fully stated herein.

13

14                                    REQUEST FOR RELIEF

15

16  20. For that cause of action Counterclaimants bring this action.

17

18  21. WHEREFORE, Counterclaimants request relief and judgment against Conspirators and each

19  of them as follows:

20

21  22. For general damages in the sum of $76,000 per Conspirator;

22

23  23. For special damages in the sum of $350,000 for unlawful deprivation of liberty;

24

25  24. That the court enter an order dismissing, with prejudice, the Conspirators' Complaint.

26

27  25. That the court enter a declaratory judgment that Conspirators have acted arbitrarily and

Page 7 of 8
--------------------------------------------------------------------------------------
COUNTERCLAIM FOR TRESPASS

1 | capriciously, have abused their discretion and have acted not in accordance with law, but under
2 | color of law;

3

4 | 26. That the court enter a declaratory judgment that Conspirators have acted in excess of their
5 | constitutional limits.;

6

7 | 27. That the court enter a declaratory judgment that Conspirators' actions were in excess of
8 | statutory jurisdiction, authority and short of statutory right;

9

10 | 28. That the court grant Counterclaminats' attorneys fees;

11

12 | 29. For interest as allowed by law; and

13

14 | 30. For costs of suit.

15

16 | 31. Further, that the court grant such other and further relief as the court deems proper;

17

18 |                                VERIFICATION

19

20 | 32. We, Elisabeth Ann Bossingham and Brett Allen Bossingham are the counterclaimants in this
21 | case. We have personal knowledge of the foregoing facts and are competent to testify as to the
22 | truth of these facts if called as a witness. We declare under penalty of perjury that the foregoing
23 | is true and correct and that this declaration was executed in Visalia, California on
24 | November 11, 2010.

25 | *Elisabeth Ann Bossingham* (signature)          *Brett Allen Bossingham* (signature)

26 | Elisabeth Ann Bossingham                         Brett Allen Bossingham

27

# EXHIBIT 1

COUNTERCLAIM FOR TRESPASS
CASE NO. 1:10 - CR - 00150 - OWW

OCT-27-2010  13:33       IRS-CI FRESNO                        559 233 1253     P.01

### Internal Revenue Service
### Criminal Investigation Division
#### Oakland Field Office – Fresno Post-of-Duty



DATE:  _10-27-2010_

TO:  _Bret A. Bossingham_

AT:  _____

FAX NUMBER:  _877-387-9446_

FROM:  _S/A Bulbul Mahal_

**IRS**
Criminal Investigation
2525 Capitol Street, Suite 102
Fresno, California 93721-2227
Fax (559) 233-1253

PHONE #:  _559-217-7652_

TOTAL PAGES (Including Cover Sheet):  _3_

COMMENTS:  _Per our conversation._

_____

_____

_____

### **ATTENTION**

The documents accompanying this communication may contain confidential information intended only for the use of the addressee.  The provisions of the Internal Revenue Code strictly prohibit unauthorized use, disclosure or copying.  If you have received this communication in error, please contact the sender immediately!!!  Thank you.

## WARRANT OF ARREST

**SEALED** **UNITED STATES DISTRICT COURT** **SEALED** **ISSUED**

| INSTRUCTIONS: Forward copies Number 1 AND 2 intact to the Marshal. Forward copy Number 3 to US Attorney's office. Retain number 4 copy. If applicable, use Number 4 copy to withdraw warrant. After completion of return, US Marshal will distribute copies Number 1 through 3 as appropriate. | | |
|---|---|---|
| **Name of Person**<br>BRETT ALLEN<br>BOSSINGHAM | **DISTRICT OF ISSUE**<br>**EASTERN DISTRICT OF**<br>**CALIFORNIA** | **Docket Number**<br>1 10 CR  0015 0 OWW |

| **REASON FOR WARRANT** | | |
|---|---|---|
| ☐ Indictment        ☐ Information        ☐ OTHER (SPECIFY) | | |
| 18 U.S.C.§ 371; 26 U.S.C. §7201 &<br>18 U.S.C. §2 | Conspiracy; Tax Evasion &<br>Aiding & Abetting | NO BAIL |
| Date: 4/15/10 | **DEPUTY CLERK:**<br><br>**E. SCRIVNER** | Signature of issuing<br>official |

TO:  ANY US MARSHAL OR ANY OTHER AUTHORIZED OFFICER

☐   You are hereby commanded to arrest the above named person and
bring this individual forthwith before the nearest available
United States Court or (if applicable) before the nearest
United States Magistrate in the arresting district to answer
the above stated charge(s) in the indictment or information.

**THE US MARSHAL IN THE DISTRICT OF ARREST IS HEREBY FURTHER
AUTHORIZED AND COMMANDED TO TAKE CUSTODY OF THE ABOVE NAMED PERSON.
IF AFTER BRINGING THE PERSON BEFORE ANY APPLICABLE JUDICIAL OFFICER
IN THE MANNER INDICATED ABOVE, THE INDIVIDUAL FAILS TO FURNISH BAIL
FOR APPEARANCE PER ORDERS AND DIRECTIONS OF SUCH JUDICIAL OFFICER,
THE US MARSHAL IS AUTHORIZED AND COMMANDED TO KEEP SAFELY THIS
INDIVIDUAL UNTIL DISCHARGED IN DUE COURSE OF LAW.**

| **RETURN** | | |
|---|---|---|
| I certify I executed this warrant and such other order directed<br>herein as shown below. | | |
| **Date Received** | **Arresting Agency (if<br>not US Marshal)** | **Signature of Arresting<br>Agent (if not US<br>Marshal)** |
| **Date Committed** | **Place of Confinement** | ☐ Executed<br>☐ Unexecuted<br>☐ Withdrawn |
| **Date of Return** | **Name of US Marshal** | **Signature of US Marshal<br>or Deputy** |

COPY NUMBER 1 - ACTION COPY;  COPY NUMBER 2 - CONFINEMENT AGENCY COPY
COPY NUMBER 3 - US ATTORNEY COPY /  COPY NUMBER 4 - CLERKS OFFICE COPY

**WARRANT OF ARREST**
**UNITED STATES DISTRICT COURT**

**INSTRUCTIONS:** Forward copies Number 1 AND 2 intact to the US Marshal. Forward copy Number 3 to US Attorney's office. Retain number 4 copy. If applicable, use Number 4 copy to withdraw warrant. After completion of return, US Marshal will distribute copies Number 1 through 3 as appropriate.

| Name of Person ELISABETH ANN BOSSINGHAM | DISTRICT OF ISSUE EASTERN DISTRICT OF CALIFORNIA | Docket Number 1 10 CR 0 0 1 5 0 |
|---|---|---|

**REASON FOR WARRANT**

| ☐ Indictment | ☐ Information | ☐ OTHER (SPECIFY) |
|---|---|---|
| 18 U.S.C.§ 371, 26 U.S.C.§ 7201 & 18 U.S.C.§ 2 | Tax Evasion and Aiding & Abetting | NO BAIL |
| Date: 4/15/10 | DEPUTY CLERK: E. SCRIVNER | Signature of issuing official: |

**TO:** ANY US MARSHAL OR ANY OTHER AUTHORIZED OFFICER

☐ You are hereby commanded to arrest the above named person and bring this individual forthwith before the nearest available United States Court or (if applicable) before the nearest United States Magistrate in the arresting district to answer the above stated charge(s) in the indictment or information.

THE US MARSHAL IN THE DISTRICT OF ARREST IS HEREBY FURTHER AUTHORIZED AND COMMANDED TO TAKE CUSTODY OF THE ABOVE NAMED PERSON. IF AFTER BRINGING THE PERSON BEFORE ANY APPLICABLE JUDICIAL OFFICER IN THE MANNER INDICATED ABOVE, THE INDIVIDUAL FAILS TO FURNISH BAIL FOR APPEARANCE PER ORDERS AND DIRECTIONS OF SUCH JUDICIAL OFFICER, THE US MARSHAL IS AUTHORIZED AND COMMANDED TO KEEP SAFELY THIS INDIVIDUAL UNTIL DISCHARGED IN DUE COURSE OF LAW.

**RETURN**

I certify I executed this warrant and such other order directed herein as shown below.

| Date Received | Arresting Agency (if not US Marshal) | Signature of Arresting Agent (if not US Marshal) |
|---|---|---|
| Date Committed | Place of Confinement | ☐ Executed ☐ Unexecuted ☐ Withdrawn |
| Date of Return | Name of US Marshal | Signature of US Marshal or Deputy |

COPY NUMBER 1 - ACTION COPY;   COPY NUMBER 2 - CONFINEMENT AGENCY COPY
COPY NUMBER 3 - US ATTORNEY COPY /   COPY NUMBER 4 - CLERKS OFFICE COPY

# EXHIBIT 2

COUNTERCLAIM FOR TRESPASS
**CASE NO. 1:10 - CR - 00150 - OWW**

1.

## I. LAW OF THE CASE

2. The law of the case so far as it is not repugnant to or
inconsistent with a court of record is decreed as follows:

3.

4. All items mentioned in California Evidence Code Sections 451 and
452, [among which is included the Federal Rules of Civil
Procedure].

5.

6. It is the public policy of this state that public agencies exist
to aid in the conduct of the people's business....The people of
this state do not yield their sovereignty to the agencies which

7. serve them.  [California Government Code, Section 11120.]

8. In enacting this chapter, the Legislature finds and declares
that the public commissions, boards and councils and the other

9. public agencies in this State exist to aid in the conduct of the
people's business....The people of this State do not yield their

10. sovereignty to the agencies which serve them. [California
Government Code Section 54950.]

11.

12. Laws, whether organic or ordinary, are either written or
unwritten. [California Code of Civil Procedure, Section 1895.]

13. A written law is that which is promulgated in writing, and of
which a record is in existence. [California Code of Civil

14. Procedure, Section 1896]

15. The organic law is the Constitution of Government, and is
altogether written. Other written laws are denominated statutes.

16. The written law of this State is therefore contained in its
Constitution and statutes, and in the Constitution and statutes

17. of the United States. [California Code of Civil Procedure,
Section 1897]

18.

19. Any judicial record may be impeached by evidence of a want of
jurisdiction in the Court or judicial officer, of collusion
between the parties, or of fraud in the party offering the

20. record, in respect to the proceedings. [California Code of Civil
Procedure, Section 1916]

21.

22. ...at the Revolution, the sovereignty devolved on the people;
and they are truly the sovereigns of the country, but they are
sovereigns without subjects...with none to govern but

23. themselves..... [CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L
Ed 440, 455 @DALL (1793) pp471-472.]

24.

25. The very meaning of 'sovereignty' is that the decree of the
sovereign makes law. [American Banana Co. v. United Fruit Co.,
29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas.

26. 1047.]

27. The people of this State, as the successors of its former
sovereign, are entitled to all the rights which formerly

Page 1 of 8

EXHIBIT 2 - LAW OF THE CASE

1. belonged to the King by his prerogative. [Lansing v. Smith, 4
2. Wend. 9 (N.Y.) (1829), 21 Am.Dec. 89 10C Const. Law Sec. 298; 18
   C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48
   C Wharves Sec. 3, 7.]

3.

4. A consequence of this prerogative is the legal ubiquity of the
   king. His majesty in the eye of the law is always present in all
   his courts, though he cannot personally distribute justice.
5. (Fortesc.c.8. 2Inst.186) His judges are the mirror by which the
   king's image is reflected. 1 Blackstone's Commentaries, 270,
6. Chapter 7, Section 379.

7. ....This declaration of rights may not be construed to impair or
   deny others retained by the people." [California Constitution,
8. Article 1, Declaration Of Rights Sec. 24.]

9. "The state cannot diminish rights of the people." Hurtado v.
   People of the State of California, 110 U.S. 516.
10.
    The assertion of federal rights, when plainly and reasonably
11. made, is not to be defeated under the name of local practice.
    [Davis v. Wechsler, 263 US 22, 24.]
12.
    Where rights secured by the Constitution are involved, there can
13. be no rule making or legislation which would abrogate them.
    [Miranda v. Arizona, 384 US 436, 491.]
14.
    There can be no sanction or penalty imposed upon one because of
15. this exercise of constitutional rights. [Sherer v. Cullen, 481 F
    946.]
16.
    Whereas, the people of California have presented a
17. constitution....and which, on due examination, is found to be
    republican in its form of government.... [Act [of Congress] for
18. the Admission of California Into the Union, Volume 9, Statutes
    at Large, Page 452.]
19.
    Republican government. One in which the powers of sovereignty
20. are vested in the people and are exercised by the people, either
    directly, or through representatives chosen by the people, to
21. whom those powers are specially delegated. [In re Duncan, 139
    U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88
22. U.S. (21 Wall.) 162, 22 L.Ed. 627." Black's Law Dictionary,
    Fifth Edition, p. 626.]
23.
    The State of California is an inseparable part of the United
24. States of America, and the United States Constitution is the
    supreme law of the land. [California Constitution, Article 3,
25. Sec. 1.]

26. This Constitution, and the Laws of the United States which shall
    be made in Pursuance thereof; and all Treaties made, or which
27. shall be made, under the Authority of the United States, shall
    be the supreme Law of the Land; and the Judges in every State

---

EXHIBIT 2 - LAW OF THE CASE

1. shall be bound thereby; any Thing in the Constitution or Laws of
   any State to the Contrary notwithstanding. [Constitution for the
2. United States of America, Article VI, Clause 2.]

3. Conspiracy against rights:  If two or more persons conspire to
   injure, oppress, threaten, or intimidate any person in any
4. State, Territory, Commonwealth, Possession, or District in the
   free exercise or enjoyment of any right or privilege secured to
5. him by the Constitution or laws of the United States, or because
   of his having so exercised the same; or If two or more persons
6. go in disguise on the highway, or on the premises of another,
   with intent to prevent or hinder his free exercise or enjoyment
7. of any right or privilege so secured - They shall be fined under
   this title or imprisoned not more than ten years, or both; and
8. if death results from the acts committed in violation of this
   section or if such acts include kidnapping or an attempt to
9. kidnap, aggravated sexual abuse, or an attempt to commit
   aggravated sexual abuse, or an attempt to kill, they shall be
10. fined under this title or imprisoned for any term of years or
    for life, or both, or may be sentenced to death.   [18, USC 241]
11.

    Deprivation of rights under color of law:  Whoever, under color
12. of any law, statute, ordinance, regulation, or custom, willfully
    subjects any person in any State, Territory, Commonwealth,
13. Possession, or District to the deprivation of any rights,
    privileges, or immunities secured or protected by the
14. Constitution or laws of the United States, or to different
    punishments, pains, or penalties, on account of such person
15. being an alien, or by reason of his color, or race, than are
    prescribed for the punishment of citizens, shall be fined under
16. this title or imprisoned not more than one year, or both; and if
    bodily injury results from the acts committed in violation of
17. this section or if such acts include the use, attempted use, or
    threatened use of a dangerous weapon, explosives, or fire, shall
18. be fined under this title or imprisoned not more than ten years,
    or both; and if death results from the acts committed in
19. violation of this section or if such acts include kidnapping or
    an attempt to kidnap, aggravated sexual abuse, or an attempt to
20. commit aggravated sexual abuse, or an attempt to kill, shall be
    fined under this title, or imprisoned for any term of years or
21. for life, or both, or may be sentenced to death.   [18, USC 242]

22. Property rights of citizens:  All citizens of the United States
    shall have the same right, in every State and Territory, as is
23. enjoyed by white citizens thereof to inherit, purchase, lease,
    sell, hold, and convey real and personal property.   [42 USC
24. 1982]

25. Civil action for deprivation of rights:  Every person who, under
    color of any statute, ordinance, regulation, custom, or usage,
26. of any State or Territory or the District of Columbia, subjects,
    or causes to be subjected, any citizen of the United States or
27. other person within the jurisdiction thereof to the deprivation
    of any rights, privileges, or immunities secured by the

EXHIBIT 2 - LAW OF THE CASE

1. Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for
2. redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial
3. capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was
4. unavailable.  For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia
5. shall be considered to be a statute of the District of Columbia. [42 USC 1983]
6.
7. Conspiracy to interfere with civil rights:  Depriving persons of rights or privileges:  If two or more persons in any State or Territory conspire or go in disguise on the highway or on the
8. premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the
9. equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or
10. hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or
11. Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat,
12. any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the
13. election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the
14. United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy
15. set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the
16. object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any
17. right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of
18. damages occasioned by such injury or deprivation, against any one or more of the conspirators.   [42 USC 1985(3)]
19.
20. Action for neglect to prevent:  Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be
21. committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such
22. wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such
23. wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action
24. on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action;
25. and if the death of any party be caused by any such wrongful act and neglect, the legal representatives of the deceased shall
26. have such action therefor, and may recover not exceeding $5,000 damages therein, for the benefit of the widow of the deceased,
27. if there be one, and if there be no widow, then for the benefit of the next of kin of the deceased.  But no action under the

1. provisions of this section shall be sustained which is not
   commenced within one year after the cause of action has accrued.
2. [42 USC 1986]

3. COURT. The person and suit of the sovereign; the place where the
   sovereign sojourns with his regal retinue, wherever that may be.
4. [Black's Law Dictionary, 5th Edition, page 318.]

5. COURT. An agency of the sovereign created by it directly or
   indirectly under its authority, consisting of one or more
6. officers, established and maintained for the purpose of hearing
   and determining issues of law and fact regarding legal rights
7. and alleged violations thereof, and of applying the sanctions of
   the law, authorized to exercise its powers in the course of law
8. at times and places previously determined by lawful authority.
   [Isbill v. Stovall, Tex.Civ.App., 92 S.W.2d 1067, 1070; Black's
9. Law Dictionary, 4th Edition, page 425]

10. COURT OF RECORD. To be a court of record a court must have four
    characteristics, and may have a fifth. They are:
11.

12.      A. A judicial tribunal having attributes and
         exercising functions independently of the person of
         the magistrate designated generally to hold it [Jones
13.      v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte
         Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See,
14.      also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688,
         689][Black's Law Dictionary, 4th Ed., 425, 426]
15.

16.      B. Proceeding according to the course of common law
         [Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229;
         Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J.
17.      See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E.
         688, 689][Black's Law Dictionary, 4th Ed., 425, 426]
18.

19.      C. Its acts and judicial proceedings are enrolled, or
         recorded, for a perpetual memory and testimony. [3 Bl.
         Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher,
20.      C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225;
         Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229;
21.      Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229,
         231]
22.

23.      D. Has power to fine or imprison for contempt. [3 Bl.
         Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher,
         C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225;
24.      Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229;
         Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229,
25.      231.][Black's Law Dictionary, 4th Ed., 425, 426]

26.      E. Generally possesses a seal. [3 Bl. Comm. 24; 3
         Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F.
27.      481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S.,

Page 5 of 8

---

EXHIBIT 2 - LAW OF THE CASE

1.      D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis,
        96 Ohio St. 205, 117 N.E. 229, 231.][Black's Law
2.      Dictionary, 4th Ed., 425, 426]

3.  The following persons are magistrates: ...The judges of the
    superior courts.... [California Penal Code, Sec. 808.]
4.
    "Inferior courts" are those whose jurisdiction is limited and
5.  special and whose proceedings are not according to the course of
    the common law." Ex Parte Kearny, 55 Cal. 212; Smith v.
6.  Andrews, 6 Cal. 652

7.  "The only inherent difference ordinarily recognized between
    superior and inferior courts is that there is a presumption in
8.  favor of the validity of the judgments of the former, none in
    favor of those of the latter, and that a superior court may be
9.  shown not to have had power to render a particular judgment by
    reference to its record. Ex parte Kearny, 55 Cal. 212. Note,
10. however, that in California 'superior court' is the name of a
    particular court. But when a court acts by virtue of a special
11. statute conferring jurisdiction in a certain class of cases, it
    is a court of inferior or limited jurisdiction for the time
12. being, no matter what its ordinary status may be. Heydenfeldt
    v. Superior Court, 117 Cal. 348, 49 Pac. 210; Cohen v. Barrett,
13. 5 Cal. 195" 7 Cal. Jur. 579

14. ...our justices, sheriffs, mayors, and other ministers, which
    under us have the laws of our land to guide, shall allow the
15. said charters pleaded before them in judgement in all their
    points, that is to wit, the Great Charter as the common law....
16. [Confirmatio Cartarum, November 5, 1297, *Sources of Our
    Liberties* Edited by Richard L. Perry, American Bar Foundation]
17.
    Henceforth the writ which is called Praecipe shall not be served
18. on any one for any holding so as to cause a free man to lose his
    court. [Magna Carta, Article 34].
19.
    If any claim, statement, fact, or portion in this action is held
20. inapplicable or not valid, such decision does not affect the
    validity of any other portion of this action.
21.
    "We cannot say with assurance that under the allegations of the
22. pro se complaint, which we hold to less stringent standards than
    formal pleadings drafted by lawyers, it appears 'beyond doubt
23. that the plaintiff can prove no set of facts in support of his
    claim which would entitle him to relief.' Conley v. Gibson, 355
24. U.S. 41, 45-46 (1957). See Dioguardi v. Durning, 139 F.2D 774
    (CA2 1944)." Haines v. Kerner, 404 U.S. 519.
25.
    An act of the court shall prejudice no man. Jenkins' Eight
26. Centuries of Reports, 118; Brooms Legal Maxims, Lond. ed. 115;
    1 Strange's Reports, 126; 1 Smith's Leading Cases, 245-255; 12
27. English Common Bench Reports by Manning, Granger, & Scott, 415

Page 6 of 8

EXHIBIT 2 - LAW OF THE CASE

The Federal Rules of Civil Procedure are the rules of the above entitled court. The rules shall be construed and administered to secure the just, speedy, and inexpensive determination of this action.

"It is essential to the creation of a contract that there be a mutual or reciprocal assent." Sanford v. Abrams (1888) 24 Fla. 181, 2 So. 373, Ross v. Savage (1913) 66 Fla. 106, 63 So. 148, McCay v. Sever (1929) 98 Fla 710, 124 So. 44; United State Rubber Products, Inc. v. Clark (1941) 145 Fla 631, 200 So. 385, Mann v. Thompson (1958, Fla App D1) 100 So. 2d 634

"That, the assent be to a certain and definite proposition." Fincher v. Belk-Sawyer Co. (1961, Fla App D3) 127 So 2d 130; Goff v. Indian Lake Estates, Inv. (1965, Fla App D2), 178 So 2d 910, Hewitt v. Price (1969, Fla App D3) 222 So. 2d 247

Without a meeting of the minds of the parties on an essential element, there can be no enforceable contract. Hettenbaugh v. Keyes-Oron-Fincher Ins., Inc. (1962, Fla App D3) 147 So 2d 328, Goff v. Indian Lake Estates, Inc. (1965, Fla App D2) 178 So 2d 910

In order to form a contract, the parties must have a distinct understanding, common to both, and without doubt or difference. Unless all understand alike, there can be no assent, and therefore no contract. Webster Lumber Co. v. Lincoln (1927) 94 Fla 1097, 115 So 498, Minsky's Follies of Florida, Inc. v. Sennes (1953 206 F2d 1; O'neill v. Corporate Trustees, Inc. (1967) 376 F2d 818

Until the terms of the agreement have received the assent of both parties, the negotiation is open and imposes no obligation on either. Goff v. Indian Lake Estates, Inc. (1965 Fla App D2) 178 So 2d 910; Carr v Duval (1840) 39 US 77, 10 L Ed 361

"In order to form a contract, the parties must have a distinct understanding, common to both, and without doubt or difference. Unless all understand alike, there can be no assent, and therefore no contract." (cited above)

The assent of each party must be freely given; a contract entered into as a result of the exercise of duress or undue influence by the other party, or procured by the fraud of one of the parties, lacks the essential element of real assent and may be avoided by the injured party. Wall v. Bureau of Lathing and Plastering (1960, Fla App D3) 117 So. 2d 767

1.  An actual assent by the parties upon exactly the same matters is
    indispensable to the formation of a contract.  Bullock v.
2.  Hardwick (1947) 158 Fla 834, 30 So 2d 539; Hettenbaugh v. Keyes-
    Ogon-Fincher Ins, Inc. (1962, Fla App D3) 147 So 2d 328; General
3.  Finance Corp. v Stratton (1963 Fla App D1) 156 So 2d 664

4.

5.

6.

7.

8.

9.

10.

11.

12.

13.

14.

15.

16.

17.

18.

19.

20.

21.

22.

23.

24.

25.

26.

27.

EXHIBIT 2 - LAW OF THE CASE

# EXHIBIT 4

COUNTERCLAIM FOR TRESPASS
CASE NO. 1:10 - CR - 00150 - OWW

| Attorney or Party without Attorney:<br>Brett Bossingham<br>1827 South Court Street, Suite A<br>Visalia, CA 93227<br>Telephone No: (559) 622-0800 | | | | For Court Use Only<br>ORIGINAL<br>FILED<br>NOV 1.5 2010 |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | CLERK, U S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |
| U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA | | | BY | DEPUTY CLERK |
| Plaintiff: Brett Bossingham | | | | |
| Defendant: United States of America | | | | |
| **PROOF OF SERVICE**<br>**Counterclaim For** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:10-CR-00150-OWW |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Counterclaim For Trespass; Exhibit 1, Exhibit 2,

| 3. a. Party served:<br>   b. Person served: | Attorney General<br>Susan Sok, Front Receptionist in Attorney General Office. |
|---|---|

4. *Address where the party was served:*      2500 Tulare St., Suite 4401
                                              Fresno, CA 93721

5. *I served the party:*

   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on: Fri., Nov. 12, 2010 at: 11:00AM, to the person(s) indicated below in the manner as provided in 1011 CCP.

   Susan Sok, Front Receptionist in Attorney General Office.

   (1) **(Business)** I informed him or her of the general nature of the papers.

7. *Person Who Served Papers:*

   a. J. Belmontez
   **b. Universal Legal Service**
   545 Bullard Ave.
   Clovis, CA 93612
   c. (559) 324-1189, FAX (559) 324-1188

   Recoverable Cost Per CCP 1033.5(a)(4)(B)

   d. *The Fee for Service was:*     $20.00
   e. I am: (3) registered California process server
       (i)   Owner
       (ii)  *Registration No.:*     S200910000060
       (iii) *County:*              Fresno
       (iv)  *Expiration Date:*      Fri, Nov. 18, 2011

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   *Date: Fri, Nov. 12, 2010*

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

**PROOF OF SERVICE**
**Counterclaim For**

(J. Belmontez)                    md.5

| Attorney or Party without Attorney:<br>Brett Bossingham<br>1827 South Court Street, Suite A<br>Visalia, CA 93227<br>*Telephone No:* (559) 622-0800 | | | | For Court Use Only<br>ORIGINAL<br>FILED |
|---|---|---|---|---|
| *Attorney for:* Plaintiff | | *Ref. No. or File No.:* | | NOV 1 5 2010 |
| *Insert name of Court, and Judicial District and Branch Court:*<br>U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA | | | | CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |
| *Plaintiff:* Brett Bossingham<br>*Defendant:* United States of America | | | BY | DEPUTY CLERK |
| **PROOF OF SERVICE**<br>**Counterclaim For** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>1:10-CR-00150-OWW |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Counterclaim For Trespass; Exhibit 1, Exhibit 2,

*3. a. Party served:*      Internal Revenue Service
   *b. Person served:*      David Higley, IAR Assistant Representative Front Clerk Office.

*4. Address where the party was served:*      2525 Capitol St.
                                            Fresno, CA 93721

*5. I served the party:*

   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on: Fri., Nov. 12, 2010 at: 11:14AM, to the person(s) indicated below in the manner as provided in 1011 CCP.·

                              David Higley, IAR Assistant Representative Front Clerk Office.

   (1) **(Business)** I informed him or her of the general nature of the papers.

*7. Person Who Served Papers:*

   a. J. Belmontez
   b. Universal Legal Service
      545 Bullard Ave.
      Clovis, CA 93612
   c. (559) 324-1189, FAX (559) 324-1188

                                      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*   $20.00
   e. I am: (3) registered California process server
          *(i)* Owner
          *(ii) Registration No.:*   S200910000060
          *(iii) County:*   Fresno
          *(iv) Expiration Date:*   Fri, Nov. 18, 2011

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date: Sun, Nov. 14, 2010*

**PROOF OF SERVICE**<br>**Counterclaim For**      (J. Belmontez)      *md.6*

# EXHIBIT 5

1. Bossingham Brett,
   Bossingham Elisabeth
2. 1827 S. Court. Suite F,
   Visalia, California
3.
   Counterclaimants
4.

5.

6.

7.

8.                    UNITED STATES DISTRICT COURT

9.                  EASTERN DISTRICT OF CALIFORNIA

10.
    UNITED STATES OF AMERICA,      ) CASE NO. 1:10-CR-00150-OWW
11.                                 )
           Plaintiff,               ) NOTICE OF AUTOMATIC STAY
12.              v.                 ) OF PROCEEDINGS
                                    )
13. BRETT ALLEN BOSSINGHAM, and     )
    ELISABETH ANN BOSSINGHAM,       )
14.                                 )
           Defendants,              )
15.                                 )
    ------------------------------- )
16.                                 )
    Brett Allen Bossingham, and     )
17. Elisabeth Ann Bossingham,       )
                                    )
18.        Counterclaimants,        )
                                    )
19.              v.                 )
                                    )
20. UNITED STATES OF AMERICA;       )
    COMPLAINER DOE;                 )
21. KULBIR MAND; and                )
    MIKE COLEMAN;                   )
22.                                 )
           Counterdefendants.       )
23.                                 )
                                    )
24.

25. 1.  TO *UNITED STATES DISTRICT COURT, EASTERN DIVISION, UNITED*

26. *STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM, AND ELISABETH ANN*

27. *BOSSINGHAM, CASE NO. 1:10-CR-00150-OWW;* to Counterdefendants;

                          Page 1 of 4
    -----------------------------------------------------------------
             NOTICE OF AUTOMATIC STAY OF PROCEEDINGS

RECEIVED

2010 NOV 15  P 2: 56

U.S. ATTORNEY'S OFFICE
FRESNO, CALIFORNIA

1. Bossingham Brett,
   Bossingham Elisabeth
2. 1827 S. Court. Suite F,
   Visalia, California
3.
   Counterclaimants
4.
5.
6.
7.
8.                    UNITED STATES DISTRICT COURT
9.                    EASTERN DISTRICT OF CALIFORNIA
10.
    UNITED STATES OF AMERICA,        )  CASE NO. 1:10-CR-00150-OWW
11.                                   )
           Plaintiff,                 )  NOTICE OF AUTOMATIC STAY
12.             v.                    )  OF PROCEEDINGS
                                      )
13. BRETT ALLEN BOSSINGHAM, and       )
    ELISABETH ANN BOSSINGHAM,         )
14.                                   )
15.        Defendants,                )
                                      )
    -----------------------------)
16.                                   )
17. Brett Allen Bossingham, and       )
    Elisabeth Ann Bossingham,         )
18.                                   )
        Counterclaimants,             )
19.                                   )
               v.                     )
20.                                   )
    UNITED STATES OF AMERICA;         )
21. COMPLAINER DOE;                   )
    KULBIR MAND; and                  )
    MIKE COLEMAN;                     )
22.                                   )
23.        Counterdefendants.         )
                                      )
24.                                   )
25. 1.   TO *UNITED STATES DISTRICT COURT, EASTERN DIVISION, UNITED*
26. *STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM, AND ELISABETH ANN*
27. *BOSSINGHAM, CASE NO. 1:10-CR-00150-OWW;* to Counterdefendants;

1. and to all other interested parties, please take notice of the
2. following:
3.
4.
5.                    THE CRIMINAL CASE IS
                      AUTOMATICALLY STAYED
6.           UNTIL THE QUESTION OF JURISDICTION
               IS RESOLVED IN THE COUNTERCLAIM.
7.
8.
9.     "However late this objection has been made, or may be
       made in any cause, in an inferior or appellate court
10.    of the United States, it must be considered and
       decided, before any court can move one further step in
11.    the cause; as any movement is necessarily the exercise
       of jurisdiction." The State of Rhode Island and
12.    Providence Plantations, Complainants v. the
       Commonwealth of Massachusetts, Defendant, 37 U.S. 657,
13.    12 Pet. 657, 9 L.Ed. 1233 (1838)
14.    "Where there is no jurisdiction over the subject
       matter, there is, as well, no discretion to ignore
15.    that lack of jurisdiction. See F.R.Civ.P. 12(h) (3),
       supra note 1."  Joyce v. United States, 474 F.2d 215,
16.    219 (3rd Cir., 1973)
17.    "When it clearly appears that the court lacks
       jurisdiction, the court has no authority to reach the
18.    merits." *Melo* v. *US*, 505 F2d 1026, 1030
19.    "It is most true that this Court will not take
       jurisdiction if it should not: but it is equally true,
20.    that it must take jurisdiction if it should. The
       judiciary cannot, as the legislature may, avoid a
21.    measure because it approaches the confines of the
       constitution. We cannot pass it by because it is
22.    doubtful. With whatever doubts, with whatever
       difficulties, a case may be attended, we must decide
23.    it, if it be brought before us. We have no more right
       to decline the exercise of jurisdiction which is
24.    given, than to usurp that which is not given. The one
       or the other would be treason to the constitution."
25.    Cohens v. Virginia, 19 U.S. 264, 5 L.Ed. 257, 6 Wheat.
       264 (1821)
26.
27.

--------------------------------------------------------------------
NOTICE OF AUTOMATIC STAY OF PROCEEDINGS

1.   2.   On November 12, 2010, a counterclaim in a court of record
2.   was filed and duly served in the above-entitled case. The first
3.   cause of action raised the validity of jurisdiction of the
4.   criminal proceeding.[1]
5.
6.   3.   Until the jurisdiction issue is settled in the
7.   counterclaiming court of record, the inferior court has no
8.   authority to proceed.[2]
9.
10.  4.   The inferior court has no discretion to ignore that lack of
11.  jurisdiction.[3]
12.
13.  5.   So long as the court has no jurisdiction, it may not reach
14.  the merits of the case.[4]
15.
16.  6.   If the inferior court usurps the jurisdiction, it will be
17.  committing a treason against the Constitution.[5]
18.
19.  7.   Therefore, please take notice, the inferior court, by virtue
20.  of the above cited cases, must automatically stop all
21.
22.  ---

[1] See attached copy of counterclaim and proof of service.

23.  [2] The State of Rhode Island and Providence Plantations, Complainants v. the Commonwealth of Massachusetts,
24.  Defendant, 37 U.S. 657, 12 Pet. 657, 9 L.Ed. 1233 (1838)

25.  [3] Joyce v. United States, 474 F.2d 215, 219 (3rd Cir., 1973)

26.  [4] *Melo* v. *US*, 505 F2d 1026, 1030

27.  [5] Cohens v. Virginia, 19 U.S. 264, 5 L.Ed. 257, 6 Wheat. 264 (1821)

-------------------------------------------------------------

NOTICE OF AUTOMATIC STAY OF PROCEEDINGS

1. **proceedings until the jurisdiction issue is adjudicated by the**
2. **court of record.**
3.
4.       **Respectfully and duly presented without dishonor,**
5.
6.
7. **Brett Allen Bossingham**          **Elisabeth Ann Bossingham**
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.

Page 4 of 4

NOTICE OF AUTOMATIC STAY OF PROCEEDINGS

# EXHIBIT 6

| *Attorney or Party without Attorney:* For Court Use Only | | | | |
|---|---|---|---|---|
| Brett Bossingham<br>1827 South Court Street, Suite A<br>Visalia, CA 93227<br>*Telephone No:* (559) 622-0800 | | | | |
| | | *Ref. No. or File No.:* | | |
| *Attorney for:* Plaintiff | | | | |
| *Insert name of Court, and Judicial District and Branch Court:* | | | | |
| U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA | | | | |
| *Plaintiff:* Brett Bossingham | | | | |
| *Defendant:* United States District Court Eastern District of California | | | | |
| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* |
| **Notice of Automatic** | | | | 1:10-CR--00150-OWW |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Notice of Automatic Stay of Proceedings

| | |
|---|---|
| *3. a. Party served:* | Internal Revenue Service |
| *b. Person served:* | Internal Revenue Service<br>David Higley, IAR Assistant Representative Front Office Clerk. |
| *4. Address where the party was served:* | 2525 Capitol St.<br>Fresno, CA 93721 |

*5. I served the party:*

a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on: Mon., Nov. 15, 2010 at: 2:52PM, to the person(s) indicated below in the manner as provided in 1011 CCP.

Internal Revenue Service

David Higley, IAR Assistant Representative Front Office Clerk.

(1) **(Business)** I informed him or her of the general nature of the papers.

*7. Person Who Served Papers:*

Recoverable Cost Per CCP 1033.5(a)(4)(B)

a. J. Belmontez

b. **Universal Legal Service**
545 Bullard Ave.
Clovis, CA 93612
c. (559) 324-1189, FAX (559) 324-1188

d. *The Fee for Service was:* $20.00

e. I am: (3) registered California process server
   *(i)* Owner
   *(ii) Registration No.:* S200910000060
   *(iii) County:* Fresno
   *(iv) Expiration Date:* Fri, Nov. 18, 2011

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date: Tue, Nov. 23, 2010*

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
Notice of Automatic

(J. Belmontez)

md.7

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Brett Bossingham<br>1827 South Court Street, Suite A<br>Visalia, CA 93227<br>*Telephone No:* (559) 622-0800 | | | | |
| | | *Ref. No. or File No.:* | | |
| *Attorney for:* Plaintiff | | | | |
| *Insert name of Court, and Judicial District and Branch Court:* | | | | |
| U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA | | | | |
| *Plaintiff:* Brett Bossingham | | | | |
| *Defendant:* United States District Court Eastern District of California | | | | |
| **PROOF OF SERVICE**<br>**Notice of Automatic** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>1:10-CR--00150-OWW |

*1. At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Notice of Automatic Stay of Proceedings

*3. a. Party served:*  Attorney General
   *b. Person served:*  Susan Sok, Front Receptionist in Attorney General Office., White, Female, 38 Years Old, * Not on file * Hair, * Not on file * Eyes, 5 Feet 6 Inches, 141 Pounds

*4. Address where the party was served:*  2500 Tulare St., Suite 4401
   Fresno, CA 93721

*5. I served the party:*

a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on: Mon., Nov. 15, 2010 at: 2:56PM, to the person(s) indicated below in the manner as provided in 1011 CCP.

Susan Sok, Front Receptionist in Attorney General Office.

(1) **(Business)** I informed him or her of the general nature of the papers.

*7. Person Who Served Papers:*  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. J. Belmontez
   b. Universal Legal Service
     545 Bullard Ave.
     Clovis, CA 93612
   c. (559) 324-1189, FAX (559) 324-1188

d. *The Fee for Service was:* $20.00
e. I am: (3) registered California process server
   *(i)* Owner
   *(ii) Registration No.:* S200910000060
   *(iii) County:* Fresno
   *(iv) Expiration Date:* Fri, Nov. 18, 2011

*8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

*Date: Tue, Nov. 23, 2010*

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
Notice of Automatic

(J. Belmontez)

md.7

# EXHIBIT 7

## U.S. District Court
## Eastern District of California – Live System (Fresno)
## CRIMINAL DOCKET FOR CASE #: 1:10-cr-00150-OWW-1

Case title: USA v. Bossingham et al                    Date Filed: 04/15/2010

Assigned to: Judge Oliver W.
Wanger

### Defendant (1)

**Brett Allen Bossingham**              represented by **Brett Allen Bossingham**
                                         1827 S. Court, Suite F
                                         Visalia, Ca 93277
                                         PRO SE

### Pending Counts                      **Disposition**

18 U.S.C. 371 – Conspiracy
(1)

26 U.S.C. 7201 – Attempt to Evade
and Defeat the Payment of Tax and
Aiding and Abetting
(2–5)

### Highest Offense Level (Opening)

Felony

### Terminated Counts                   **Disposition**

None

### Highest Offense Level
### (Terminated)

None

### Complaints                          **Disposition**

None

### Plaintiff

**USA**                                 represented by **Mark Eugene Cullers**
                                         U.S. Department of Justice
                                         2500 Tulare Street
                                         Suite 4401
                                         Fresno, CA 93721
                                         (559) 497-4000
                                         Fax: (559) 497-4099
                                         Email: mark.cullers@usdoj.gov
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Henry Zazueta Carbajal , III**
                                         Us Dept Of Justice, Us Atty's Office, E.d.
                                         Cal.
                                         2500 Tulare Street
                                         Suite 4401
                                         Fresno, CA 93711

559-497-4028
Fax: 559-497-4099
Email: henry.carbajal@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2010 | 15 | OPPOSITION by USA to 14 MOTION. *Re: Automatic Stay of Proceedings and Lack of Jurisdiction* (Attachments: # 1 Declaration Henry Z. Carbajall III in support of Opposition to Motion re: Automatic Stay of Proceedings and Lack of Jurisdiction)(Carbajal, Henry) (Entered: 11/19/2010) |
| 11/15/2010 | 14 | MOTION / Notice of Automatic Stay of Proceedings, by Brett Allen Bossingham, Elisabeth Ann Bossingham. (Marrujo, C) (Entered: 11/18/2010) |
| 11/15/2010 | 13 | MINUTES (Text Only) for proceedings held before Magistrate Judge Gary S. Austin: ARRAIGNMENT AND PLEA RE INDICTMENT as to Brett Allen Bossingham, Elisabeth Ann Bossingham *NOT HELD* on 11/15/2010. Defendants informed the Court that they are attempting to retain private counsel, however, they are having difficulties doing so and request further continuance of the arraignment. The Court CONTINUES the Arraignment to 11/29/2010 at 01:30 PM in Courtroom 7 (SMS) before Magistrate Judge Sandra M. Snyder. Defendants are ordered to be present at next hearing with retained counsel, or the Court will appoint counsel on their behalf. All previous conditions of release remain in full force and effect. Government Counsel H. Carbajal present. Custody Status: O/R – both defendants present. Court Reporter/CD Number: ECRO. (Bradley, A) (Entered: 11/15/2010) |
| 10/29/2010 | 12 | MINUTES (Text Only) for proceedings held before Magistrate Judge Dennis L. Beck: ARRAIGNMENT as to Brett Allen Bossingham, Elisabeth Ann Bossingham NOT held on 10/29/2010. Defendants requested that the Arraignment be continue so that they retain their own counsel. Arraignment is continued to 11/15/2010 at 01:30 PM in Courtroom 9 (DLB) before Magistrate Judge Dennis L. Beck. Defendants were Ordered Released with Conditions. Government Counsel M Cullers present. Defense Counsel A Voris present. Custody Status: Custody – BOTH UNSHACKLED. Court Reporter/CD Number: ECRO. (Kusamura, W) (Entered: 11/01/2010) |
| 10/29/2010 | 10 | ORDER SETTING CONDITIONS of RELEASE as to Brett Allen Bossingham (1) signed by Magistrate Judge Dennis L. Beck on 10/29/2010. (Jessen, A) (Entered: 11/01/2010) |
| 10/29/2010 | 8 | ARREST WARRANT RETURNED EXECUTED on 10/29/2010 as to Brett Allen Bossingham. (Jessen, A) (Entered: 11/01/2010) |
| 10/29/2010 | 7 | DESIGNATION of COUNSEL FOR SERVICE. Added attorney Henry Zazueta Carbajal, III for USA (Carbajal, Henry) (Entered: 10/29/2010) |
| 10/28/2010 | 6 | MOTION to Unseal Indictment by USA as to Brett Allen Bossingham, Elisabeth Ann Bossingham. (Sant Agata, S) (Entered: 10/29/2010) |
| 10/28/2010 | 5 | ORDER to UNSEAL INDICTMENT as to Brett Allen Bossingham, Elisabeth Ann Bossingham. signed by Judge Oliver W. Wanger on 10/28/2010. (Sant Agata, S) (Entered: 10/29/2010) |
| 04/15/2010 | 4 | Ex Parte Motion to SEAL Indictment Pursuant to Rule 6(e), Federal Rules of Criminal Procedure and ORDER as to Brett Allen Bossingham, Elisabeth Ann Bossingham signed by Magistrate Judge Dennis L. Beck on 4/15/2010. (Bradley, A) (Entered: 04/15/2010) |
| 04/15/2010 | 1 | INDICTMENT as to Brett Allen Bossingham (1) count(s) 1, 2–5, Elisabeth Ann Bossingham (2) count(s) 1, 6–9. (Attachments: # 1 True Bill) (Bradley, A) (Entered: 04/15/2010) |

## U.S. District Court
## Eastern District of California - Live System (Fresno)
## CRIMINAL DOCKET FOR CASE #: 1:10-cr-00150-OWW-2

Case title: USA v. Bossingham et al                    Date Filed: 04/15/2010

Assigned to: Judge Oliver W.
Wanger

### Defendant (2)

Elisabeth Ann Bossingham            represented by Elisabeth Ann Bossingham
                                                  1827 S. Court, Suite F
                                                  Visalia, Ca 93277
                                                  PRO SE

### Pending Counts                    Disposition

18 U.S.C. 371 - Conspiracy
(1)
26 U.S.C. 7201 - Attempt to Evade
and Defeat the Payment of Tax and
Aiding and Abetting
(6-9)

### Highest Offense Level (Opening)

Felony

### Terminated Counts                 Disposition

None

### Highest Offense Level
### (Terminated)

None

### Complaints                        Disposition

None

### Plaintiff

USA                                 represented by Mark Eugene Cullers
                                                  U.S. Department of Justice
                                                  2500 Tulare Street
                                                  Suite 4401
                                                  Fresno, CA 93721
                                                  (559) 497-4000
                                                  Fax: (559) 497-4099
                                                  Email: mark.cullers@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  Henry Zazueta Carbajal , III
                                                  Us Dept Of Justice, Us Atty's Office, E.d.
                                                  Cal.
                                                  2500 Tulare Street
                                                  Suite 4401
                                                  Fresno, CA 93711

559−497−4028
Fax: 559−497−4099
Email: henry.carbajal@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2010 | 15 | OPPOSITION by USA to 14 MOTION. *Re: Automatic Stay of Proceedings and Lack of Jurisdiction* (Attachments: # 1 Declaration Henry Z. Carbajall III in support of Opposition to Motion re: Automatic Stay of Proceedings and Lack of Jurisdiction)(Carbajal, Henry) (Entered: 11/19/2010) |
| 11/15/2010 | 14 | MOTION / Notice of Automatic Stay of Proceedings, by Brett Allen Bossingham, Elisabeth Ann Bossingham. (Marrujo, C) (Entered: 11/18/2010) |
| 11/15/2010 | 13 | MINUTES (Text Only) for proceedings held before Magistrate Judge Gary S. Austin: ARRAIGNMENT AND PLEA RE INDICTMENT as to Brett Allen Bossingham, Elisabeth Ann Bossingham *NOT HELD* on 11/15/2010. Defendants informed the Court that they are attempting to retain private counsel, however, they are having difficulties doing so and request further continuance of the arraignment. The Court CONTINUES the Arraignment to 11/29/2010 at 01:30 PM in Courtroom 7 (SMS) before Magistrate Judge Sandra M. Snyder. Defendants are ordered to be present at next hearing with retained counsel, or the Court will appoint counsel on their behalf. All previous conditions of release remain in full force and effect. Government Counsel H. Carbajal present. Custody Status: O/R − both defendants present. Court Reporter/CD Number: ECRO. (Bradley, A) (Entered: 11/15/2010) |
| 10/29/2010 | 12 | MINUTES (Text Only) for proceedings held before Magistrate Judge Dennis L. Beck: ARRAIGNMENT as to Brett Allen Bossingham, Elisabeth Ann Bossingham NOT held on 10/29/2010. Defendants requested that the Arraignment be continue so that they retain their own counsel. Arraignment is continued to 11/15/2010 at 01:30 PM in Courtroom 9 (DLB) before Magistrate Judge Dennis L. Beck. Defendants were Ordered Released with Conditions. Government Counsel M Cullers present. Defense Counsel A Voris present. Custody Status: Custody − BOTH UNSHACKLED. Court Reporter/CD Number: ECRO. (Kusamura, W) (Entered: 11/01/2010) |
| 10/29/2010 | 11 | ORDER SETTING CONDITIONS of RELEASE as to Elisabeth Ann Bossingham (2) signed by Magistrate Judge Dennis L. Beck on 10/29/2010. (Jessen, A) (Entered: 11/01/2010) |
| 10/29/2010 · | 9 | ARREST WARRANT RETURNED EXECUTED on 10/29/2010 as to Elisabeth Ann Bossingham. (Jessen, A) (Entered: 11/01/2010) |
| 10/29/2010 | 7 | DESIGNATION of COUNSEL FOR SERVICE. Added attorney Henry Zazueta Carbajal, III for USA (Carbajal, Henry) (Entered: 10/29/2010) |
| 10/28/2010 | 6 | MOTION to Unseal Indictment by USA as to Brett Allen Bossingham, Elisabeth Ann Bossingham. (Sant Agata, S) (Entered: 10/29/2010) |
| 10/28/2010 | 5 | ORDER to UNSEAL INDICTMENT as to Brett Allen Bossingham, Elisabeth Ann Bossingham. signed by Judge Oliver W. Wanger on 10/28/2010. (Sant Agata, S) (Entered: 10/29/2010) |
| 04/15/2010 | 4 | Ex Parte Motion to SEAL Indictment Pursuant to Rule 6(e), Federal Rules of Criminal Procedure and ORDER as to Brett Allen Bossingham. Elisabeth Ann Bossingham signed by Magistrate Judge Dennis L. Beck on 4/15/2010. (Bradley, A) (Entered: 04/15/2010) |
| 04/15/2010 | 1 | INDICTMENT as to Brett Allen Bossingham (1) count(s) 1, 2−5, Elisabeth Ann Bossingham (2) count(s) 1, 6−9. (Attachments: # 1 True Bill) (Bradley, A) (Entered: 04/15/2010) |