| Attorney or Party without Attorney: Brett Bossingham 1827 South Court Street, Suite A Visalia, CA 93227 Telephone No.: (559) 622-0800 | | | | FILED NOV 15 2010 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK |
|---|---|---|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court: U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: Brett Bossingham | | | | |
| Defendant: United States of America | | | | |
| **PROOF OF SERVICE** **Counterclaim For** | Hearing Date: | Time: | Dept/Div: | Case Number: 1:10-CR-00150-OWW |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Counterclaim For Trespass; Exhibit 1, Exhibit 2.

3. a. Party served: Attorney General
   b. Person served: Susan Sok, Front Receptionist in Attorney General Office.

4. Address where the party was served: 2500 Tulare St., Suite 4401
   Fresno, CA 93721

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on: Fri., Nov. 12, 2010 at: 11:00AM, to the person(s) indicated below in the manner as provided in 1011 CCP.
      Susan Sok, Front Receptionist in Attorney General Office.
   (1) **(Business)** I informed him or her of the general nature of the papers.

7. Person Who Served Papers:
   a. J. Belmontez
   b. **Universal Legal Service**
      545 Bullard Ave.
      Clovis, CA 93612
   c. (559) 324-1189, FAX (559) 324-1188

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $20.00
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.: S2009100000060
      (iii) County: Fresno
      (iv) Expiration Date: Fri, Nov. 18, 2011

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Fri, Nov. 12, 2010

   (J. Belmontez)

   Judicial Council Form
   Rule 2.150.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE
   Counterclaim For

   md.5