1. Bossingham Brett,
   Bossingham Elisabeth
2. 1827 S. Court. Suite F,
   Visalia, California
3.
4. Counterclaimants

**FILED**

DEC 7 - 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:10-CR-00150-OWW |
| Plaintiff, ) | AFFIDAVIT OF DEFAULT |
| v. ) | |
| BRETT ALLEN BOSSINGHAM, and ) ELISABETH ANN BOSSINGHAM, ) | (FRCvP Rule 55) |
| Defendants, ) | |
| ------------------------------ ) | |
| Brett Allen Bossingham, and ) Elisabeth Ann Bossingham, ) | |
| Counterclaimants, ) | |
| v. ) | |
| UNITED STATES OF AMERICA; ) COMPLAINER DOE; ) KULBIR MAND; and ) MIKE COLEMAN; ) | |
| Counterdefendants. ) | |

**AFFIDAVIT OF DEFAULT (Rule 55)**[1]

---

[1] Rule 55. Default…"Entry. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend as provided by these rules and that fact is made to appear by affidavit or otherwise, the clerk shall enter the party's default."

Page 1 of 2

-------------------------------------------------------------------------
AFFIDAVIT OF DEFAULT

1. We are Brett Allen Bossingham and Elisabeth Ann Bossingham, the Counterclaimants in the above-entitled case. We have personal knowledge of the following facts and are competent to testify as to the truth of these facts if called as a witness.

2. On November 12, 2010, we filed[2] and served[3] the counterclaim[4] against each of three persons in their individual capacities: Complainer Doe aka United States of America, Kulbir Mand, and Mike Coleman. Each Counterdefendant did not serve a reply to the counterclaim within 20 days after service.[5]

3. I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed in Visalia, California, on December 7, 2010.

Respectfully submitted,

*/s/ Brett Allen Bossingham*  
Brett Allen Bossingham  
Counterplaintiff

*/s/ Elisabeth Ann Bossingham*  
Elisabeth Ann Bossingham  
Counterplaintiff

---

[2] FRCvP Rule 5(e) "Filing with the Court Defined. The filing of papers with the court as required by these rules shall be made by filing them with the clerk of court....The clerk shall not refuse to accept for filing any paper presented for that purpose solely because it is not presented in proper form as required by these rules or any local rules or practices."
 "File. verb. ...To deposit in the custody or among the records of a court. To deliver an instrument or other paper to the proper officer, or official for the purpose of being kept on file by him as a matter of record and reference in the proper place. In re Gubelman, C.C.A.N.Y., 10 F.2d 926, 929; City of Overland Park v. Nikias, 209 Kan. 643, 498 P.2d 56, 59. Black's Law Dictionary, Fifth Edition, Page 566

[3] Attached is a true and correct copy of the conformed Proof of Service, Exhibit 8

[4] Attached is a true and correct copy of the conformed Counterclaim face page, Exhibit 3.

[5] FRCvP Rule 12(a)(2) ...The plaintiff shall serve a reply to a counterclaim in the answer within 20 days after service....

Exhibits 1 & 2 omitted

# EXHIBIT 3

Exhibits 4-7 omitted.

AFFIDAVIT OF DEFAULT
EXHIBIT

1  Bossingham Brett,
   Bossingham Elisabeth
2  1827 S. Court. Suite F,
   Visalia, California
3
   Counterclaimants
4
5
6                                                     RECEIVED
                                                       NOV 12 2010
                                                    CLERK, U.S. DISTRICT COURT
                                                    EASTERN DISTRICT OF CALIFORNIA
                                                    BY_____
                                                              DEPUTY CLERK
7

8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10
11  UNITED STATES OF AMERICA,              ) CASE NO. 1:10 - CR - 00150 - OWW
                                            )
12           Plaintiff,                     ) COUNTERCLAIM
        v.                                  ) FOR TRESPASS
13                                          )
    BRETT ALLEN BOSSINGHAM, and             )
14  ELISABETH ANN BOSSINGHAM,               )
                                            )
15           Defendants,                    ) VERIFIED
    _____)
16  Brett Allen Bossingham, and             )
    Elisabeth Ann Bossingham,               )
17                                          )
             Counterclaimants,              )
18      v.                                  )
                                            )
19  UNITED STATES OF AMERICA;               )
    COMPLAINER DOE;                         )
20  KILBUR MAND; and                        )
    MIKE COLEMAN;                           )
21                                          )
             Counterdefendant(s).           )
22  _____)

23
24
25
26
27

                           Page 1 of 8

                    COUNTERCLAIM FOR TRESPASS

## FIRST CAUSE OF ACTION: TRESPASS

### PARTIES

1. Brett Allen Bossingham and Elisabeth Ann Bossingham, (hereinafter Counterclaimants), are each a people of the United States, and in this court of record complain of each of the following: UNITED STATES OF AMERICA, COMPLAINER DOE, KILBUR MAND, and MIKE COLEMAN (each hereinafter Conspirator, and all collectively Conspirators), who are each summoned to answer to said Counterclaimants' plea of trespass, to wit:

2. At all times mentioned in this action, each Conspirator is the agent of the other. The following paragraphs describe how the Conspirators, under color of law[1] and color of office,[2] either acted to cause injury or failed to act to prevent injury[3] and loss to Counterclaimants.

---

[1] COLOR OF LAW: The appearance or semblance, without the substance, of legal right. Misuse of power, possessed by virtue of state law and made possible only because the wrongdoer is clothed with authority of state, is action taken under color of law. *Atkins v. Lanning*, D.C. Okl. 415, F. Supp. 186, 188. [Black's Law Dictionary, 5th Ed. pg. 241, (1979)]

[2] COLOR OF OFFICE: Pretence of official right to do an act, made by one who has no such right. *Kiker v Pinson*, 120 Ga. App. 784, 172, S.E.2d 333,334. An act under color of office is an act of an officer who claims authority to do the act by reason of his office when the office does not confer on him any such authority. *Maryland Cas. Co. v. McCormack*, Ky., 488 S.W. 2d 347, 352.

[3] 42 USC § 1986. Action for neglect to prevent. Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action; and if the death of any party be caused by any such wrongful act and neglect, the legal representatives of the deceased shall have such action therefore, and may recover not exceeding $5,000 damages therein, for the benefit of the widow of the deceased, if there be one, and if there be no widow, then for the benefit of the next of kin of the deceased. But no action under the provisions of this section shall be sustained which is not commenced within one year after the cause of action has accrued.

3. Counterclaimants are informed and believe that Complainer Doe is either suing as a persona named "UNITED STATES OF AMERICA", or is suing in the name of another person whose name is " UNITED STATES OF AMERICA". COMPLAINER DOE, KILBUR MAND, and MIKE COLEMAN intimidated,[4] lied, and deceived Counterclaimants, and fraudulently[5] caused hand-, foot-, and belly-cuffing, and incarceration of Counterclaimants.[6] Against their will and under color of law,[7] Counterclaimants continue to be subjected to the forcefully assumed jurisdiction,[8] will, and constructive detention by the Conspirators.

4. Counterclaimants, on information and belief, allege that Conspirators lack jurisdiction to

---

[4] 18 USC Sec. 241. Conspiracy against rights. *"If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same . . . . . they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death."*

[5] FRAUD: An intentional perversion of truth for the purpose of inducing another in reliance upon it to part with some valuable thing belonging to him or to surrender a legal right; a false representation of a matter of fact, whether by words or by conduct, by false or misleading allegations, or by concealment of that which should have been disclosed, which deceives and is intended to deceive another so that he shall act upon it to his legal injury.

[6] *"Certain wrongs affect more than a single right and, accordingly, can implicate more than one of the Constitution's commands. Where such multiple violations are alleged, we are not in the habit of identifying as a preliminary matter the claim's 'dominant' character. Rather, we examine each constitutional provision in turn."* **Soldal v. Cook County**, 506 U.S. 56, ; 113 S. Ct. 538 (1992)

[7] 18 USC § 242. Deprivation of rights under color of law Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

[8] "Jurisdiction is essential to give validity to the determinations of administrative agencies and where jurisdictional requirements are not satisfied, the action of the agency is a nullity..." **Justice Street Improv Co. v. Pearson**, 181 C 640, 185 P.(1962); ***O'Neil v. Dept. of Professional & Vocational Standards***, 7 CA2d 393, 46 P2d 234 [Emphasis added]

bring their action against Counterclaimants. For that reason, Counterclaimants demand that Conspirators provide proof[9] of standing and jurisdiction.[10] Until jurisdiction is proven, all proceedings in the original case must stop until the final adjudication of jurisdiction which is the subject of this counterclaim.[11]

5. Counterclaimants, on information and belief, allege that Conspirators misrepresented to the GRAND JURY their authority, as well as the facts and the law in this matter.[12]

6. On October 27, 2010, Counterclaimants were contacted by phone by Conspirator KILBUR MAND, who claimed he was from the Department of Treasury, and that there is a grand jury indictment and a warrant for their arrest. KILBUR MAND also ordered that they must, without other option,[13] appear on Friday, October 29, 2010, at the marshal's office for processing, and if they did not do as instructed, he stated, "it would not be good". By his demeanor he implied that far more serious things would happen to the couple if they did not do as he instructed. Later, a copy of a purported warrant was faxed to Counterclaimants. The purported warrant (Exhibit 1) was incomplete and was not signed by a judge; it was dated April 15, 2010, signed by a deputy clerk, and "executed" over six months later.

---

[9] 5 USC §556(d): *"Except as otherwise provided by statute, the proponent of a rule or order has the burden of proof."*

[10] See *F & S Contr. Co. v. Jensen*, 337 F.2d 160, 161-162, (10th Cir.1963): "[I]t *is now settled that when there is an issue as to the sufficiency of jurisdictional amount, the burden of providing jurisdiction is on the party asserting it. Justice of Lauden, Okla. v. Chapman*, 257 F.2d 601 (10th Cir.); *McNutt v. General Motors Acceptance Corp.*, 289 U.S. 178, 56 S.Ct. 780, 80 L.Ed. 1135.

[11] *"However late this objection has been made, or may be made in any cause, in an inferior or appellate court of the United States, it must be considered and decided, before any court can move one further step in the cause; as any movement is necessarily the exercise of jurisdiction." Rhode Island v. Massachussetts*, 37 U.S. 657, 718, 9 L.Ed. 1233 (1838)

[12] Title 18, Section §1346. "For the purposes of this chapter, the term "scheme or artifice to defraud" includes a scheme or artifice to deprive another of the intangible right of honest services. [Emphasis added]

[13] According to legal counsel, there are other options which would have legally prevented the abuses and injuries inflicted by Counterdefendants.

7. On October 28, 2010 Counterclaimants contacted the Sheriff's department and the Clerk of Court. Neither had any record of any warrant having been issued, nor was there any court docket showing counterclaimants as part of any action. Counterclaimants then contacted Conspirator KILBUR MAND who said that the reason why there was no record, was because the warrant was sealed. He also said, that if Counterclaimants didn't show up at the marshals, they would be arrested and placed in the County Jail.

8. On October 29, 2010, under duress and threat of arrest, Counterclaimants appeared at the designated location. Upon encountering Conspirators KILBUR MAND and MIKE COLEMAN, Counterclaimaint Brett stated the following: " Before we go inside we would like to make a few things clear. We want you to be aware that we object to this whole thing and we consider your actions today as an effective arrest, against our will, and under duress, because of your threat, that if we did not appear we would be arrested." Soon after, Counterclaimants were taken into custody without being informed of any charges or other significant information.[14]

9. As a consequence of Conspirators' actions, during custody, Counterclaimants were subject to mental and physical abuse by, for example, forced interrogatories, being kept in excessively-tightened handcuffs which caused pain, and with no apparent way to contact anyone if a medical

---

[14] *63C Am.Jur.2d, Public Officers and Employees, §247* "As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised in behalf of the government or of all citizens who **may need the intervention** of the officer. [1] Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, **are trustees of the people**, and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts. ..[3] **and owes a fiduciary duty to the public**... [4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual. [5] Furthermore, it has been stated that **any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy.** Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [483 U.S. 372] in the statute. See *United States v. Dial*, 757 F.2d 163, 168 (7th Cir1985) includes the **deliberate concealment of material information in a setting of fiduciary obligation**. A public official is a fiduciary toward the public, ... and if he deliberately conceals material information from them, he is guilty of fraud. *McNally v United States* 483 U.S. 350 (1987) [Emphasis added]

emergency were to occur.

10. Further, Counterclaimants were forced to give up personal information and property, such as biometric data (e.g. fingerprints), against their will.

11. Counterclaimants, on information and belief, allege that each Conspirator exceeded his jurisdiction, and by either directly, through an agent, or in concert with another, caused Counterclaimants, under color of law, to be unlawfully and forcibly detained against their will.

12. At the onset of the detention, Conspirators, without good cause, threatened Counterclaimants with forced incarceration if Counterclaimants did not cooperate at the Marshal's office. Counterclaimants were thus in custody for over six hours. Further, although each Conspirator, at no risk to himself, was in a position to prevent said injury to counterclaimants, none made any effort to prevent injury.

13. Counterclaimants, on information and belief, allege that each Conspirator, knowingly and willfully, acted to deprive Counterclaimants of their liberty, and each Conspirator failed to act to prevent Counterclaimants' loss of liberty. Further, each Conspirator continues to be a willing participant in concert with each of the remaining Conspirators for purposes of keeping Counterclaimants under constructive custody.

14. Until jurisdiction is proven, all proceedings in the original case must stop until the final adjudication of jurisdiction which is the subject of this counterclaim.[15]

---

[15] *"However late this objection has been made, or may be made in any cause, in an inferior or appellate court of the United States, it must be considered and decided, before any court can move one further step in the cause; as any movement is necessarily the exercise of jurisdiction."* **Rhode Island v. Massachussetts**. 37 U.S. 657, 718, 9 L.Ed. 1233 (1838)

15. Conspirators have a duty to not cause Counterclaimants' loss of liberty.

16. Conspirators have breached that duty.

17. The damages for the injury caused by Conspirators' actions are $76,000 for each act of each Conspirator.

18. The damages for the injury caused by Conspirators' absence of required action is $5,000 for each failure to act.

## LAW OF THE CASE

19. Exhibit 2 is incorporated by reference as though fully stated herein.

## REQUEST FOR RELIEF

20. For that cause of action Counterclaimants bring this action.

21. WHEREFORE, Counterclaimants request relief and judgment against Conspirators and each of them as follows:

22. For general damages in the sum of $76,000 per Conspirator;

23. For special damages in the sum of $350,000 for unlawful deprivation of liberty;

24. That the court enter an order dismissing, with prejudice, the Conspirators' Complaint.

25. That the court enter a declaratory judgment that Conspirators have acted arbitrarily and

Page 7 of 8

------------------------------------------------------------------------

COUNTERCLAIM FOR TRESPASS

1  capriciously, have abused their discretion and have acted not in accordance with law, but under
2  color of law;

4  26. That the court enter a declaratory judgment that Conspirators have acted in excess of their
5  constitutional limits.;

7  27. That the court enter a declaratory judgment that Conspirators' actions were in excess of
8  statutory jurisdiction, authority and short of statutory right;

10  28. That the court grant Counterclaminats' attorneys fees;

12  29. For interest as allowed by law; and

14  30. For costs of suit.

16  31. Further, that the court grant such other and further relief as the court deems proper;

### VERIFICATION

20  32. We, Elisabeth Ann Bossingham and Brett Allen Bossingham are the counterclaimants in this
21  case. We have personal knowledge of the foregoing facts and are competent to testify as to the
22  truth of these facts if called as a witness. We declare under penalty of perjury that the foregoing
23  is true and correct and that this declaration was executed in Visalia, California on
24  November 11, 2010.

25  _/s/ Elisabeth A. Bos_                                     _/s/ Brett Allen Bossingham_

26  Elisabeth Ann Bossingham                                    Brett Allen Bossingham

27

Page 8 of 8

COUNTERCLAIM FOR TRESPASS

# EXHIBIT 8

AFFIDAVIT OF DEFAULT
EXHIBIT

| Attorney or Party without Attorney:<br>Brett Bossingham<br>1827 South Court Street, Suite A<br>Visalia, CA 93227<br>Telephone No: (559) 622-0800 | | | | For Court Use Only<br>**ORIGINAL FILED**<br>NOV 15 2010<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |
|---|---|---|---|---|
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: Brett Bossingham | | | | |
| Defendant: United States of America | | | | |
| **PROOF OF SERVICE**<br>**Counterclaim For** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:10-CR-00150-OWW |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Counterclaim For Trespass: Exhibit 1, Exhibit 2,

3. a. *Party served:*      Internal Revenue Service
   b. *Person served:*      David Higley, IAR Assistant Representative Front Clerk Office.

4. *Address where the party was served:*      2525 Capitol St.
   Fresno, CA 93721

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on: Fri., Nov. 12, 2010 at: 11:14AM. to the person(s) indicated below in the manner as provided in 1011 CCP.-
        David Higley, IAR Assistant Representative Front Clerk Office.
   (1) **(Business)** I informed him or her of the general nature of the papers.

7. **Person Who Served Papers:**
   a. J. Belmontez
   b. **Universal Legal Service**
        545 Bullard Ave.
        Clovis, CA 93612
   c. (559) 324-1189, FAX (559) 324-1188

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*      $20.00
   e. I am: (3) registered California process server
        (i) Owner
        (ii) *Registration No.:*      S2009100000060
        (iii) *County:*      Fresno
        (iv) *Expiration Date:*      Fri, Nov. 18, 2011

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Sun, Nov. 14, 2010

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
Counterclaim For

(J. Belmontez)

md.6

| Attorney or Party without Attorney:<br>Brett Bossingham<br>1827 South Court Street, Suite A<br>Visalia, CA 93227<br>Telephone No: (559) 622-0800 | | | | For Court Use Only<br>**ORIGINAL FILED**<br>NOV 15 2010<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY_____<br>DEPUTY CLERK |
|---|---|---|---|---|
| Attorney for: Plaintiff | | Ref. No. or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: Brett Bossingham | | | | |
| Defendant: United States of America | | | | |
| **PROOF OF SERVICE**<br>**Counterclaim For** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:10-CR-00150-OWW |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Counterclaim For Trespass; Exhibit 1, Exhibit 2.

3. a. *Party served:*                  Attorney General
   b. *Person served:*             Susan Sok, Front Receptionist in Attorney General Office.

4. *Address where the party was served:*     2500 Tulare St., Suite 4401
                                                    Fresno, CA 93721

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on: Fri., Nov. 12, 2010 at: 11:00AM, to the person(s) indicated below in the manner as provided in 1011 CCP.
                                Susan Sok, Front Receptionist in Attorney General Office.
   (1) **(Business)** I informed him or her of the general nature of the papers.

7. *Person Who Served Papers:*                           Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. J. Belmontez                         d. **The Fee** *for Service was:*    $20.00
   b. **Universal Legal Service**          e. I am: (3) registered California process server
       545 Bullard Ave.                         (i)    Owner
       Clovis, CA 93612                       (ii)   *Registration No.:*   S2009100000060
   c. (559) 324-1189, FAX (559) 324-1188      (iii) *County:*             Fresno
                                                   (iv) *Expiration Date:*   Fri, Nov. 18, 2011

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    Date: Fri, Nov. 12, 2010                                _____
                                                   (J. Belmontez)

Judicial Council Form                  **PROOF OF SERVICE**                                   *ind.5*
Rule 2.150.(a)&(b) Rev January 1, 2007    **Counterclaim For**