IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRETT ALLEN BOSSINGHAM and<br>ELIZABETH ANN BOSSINGHAM,<br><br>Defendants. | No. CR-F-10-150 OWW<br><br>ORDER STRIKING DEFENDANTS' AFFIDAVIT OF DEFAULT (Doc. 40) |

On December 7, 2010, Defendants, proceeding *in pro per*, filed an "Affidavit of Default" pursuant to Rule 55, Federal Rules of Civil Procedure.  Defendants seek entry of default against persons named as counterdefendants in Defendants' "Counterclaim for Trespass."

The "Affidavit for Default" is STRICKEN.  As ordered in the "Memorandum Decision and Order Vacating Notice of Automatic Stay (Doc. 14), Denying Ex Parte Motion for Expedited Writ of Error (Doc. 32) and Directing Clerk of Court to Lodge Plaintiff's [sic]

1

'Counterclaim for Trespass'", Defendants cannot file a civil counterclaim in a criminal action.  There is no pending civil action.  There is no basis for entry of default under these circumstances.

    IT IS SO ORDERED.

**Dated:  December 13, 2010**         /s/ Oliver W. Wanger
                                                  UNITED STATES DISTRICT JUDGE