Bossingham Brett,
Bossingham Elisabeth
1827 S. Court. Suite F,
Visalia, California

Private Attorneys

FILED

DEC 3 0 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

DISTRICT COURT OF THE UNITED STATES

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:10-CR-00150-OWW |
| | ) |
| Plaintiff, | ) NOTICE TO COURT |
| v. | ) RE PROGRESS OF THE SEARCH |
| | ) FOR COMPETENT COUNSEL |
| BRETT ALLEN BOSSINGHAM, and | ) |
| ELISABETH ANN BOSSINGHAM, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| -------------------------- | ) |
| | ) |
| Brett Allen Bossingham, and | ) |
| Elisabeth Ann Bossingham, | ) |
| | ) |
| Counterclaimants, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA; | ) |
| COMPLAINER DOE; | ) |
| KULBIR MAND; and | ) |
| MIKE COLEMAN; | ) |
| | ) |
| Counterdefendants. | ) |
| | ) |

1.   COMES NOW Brett Allen Bossingham and Elisabeth Ann

Bossingham in the above-entitled inferior court to report the

Page 1 of 8

1. progress in the attorney search effort mandated by said court

2. despite the ongoing objection by Counterclaimants to the court's

3. jurisdiction.

4.

5. 2.   The Court said, in Gibson v. Commonwealth, No. 2006-CA-

6. 001147-MR (Ky. App. 12/12/2007) (Ky. App., 2007), pages 8 to 9:

7.

8. "It has been stated that "a grand jury can indict a
ham sandwich ", and this is true. Many times in the
9. grand jury process the defendant is unaware that he is
the subject of a pending indictment. He can present no
10. defense. On many occasions in the grand jury process,
the evidence produced is embellished or perjured by a
11. witness with an agenda against the defendant. On many
occasions, the person is indicted based upon
12. inaccurate and untruthful hearsay testimony.

13. "Then, after being unjustly indicted, when the
defendant is ready to have his day in court, the
14. overworked Commonwealth Attorney discovers that the
charges cannot be sustained before a jury. The
15. Commonwealth Attorney then moves the court for a
dismissal without prejudice, and that motion is
16. granted. The defendant wrongfully indicted, forever,
must carry the burden of a felony indictment charge.
17. This criminal record, even though dismissed, causes
damage in employment opportunities, credit
18. opportunities, and other damages to this wrongfully
indicted person."
19.

20. 3.   Also, the Court said, in People v. Francis, 634 N.Y.S.2d

21. 639, 166 Misc.2d 476 (N.Y.Sup., 1995)   September 27, 1995,

22. "Former Chief Judge Wachtler is reported to have stated publicly

23. that, if requested by the prosecutor, a New York Grand Jury

24. would indict a ham sandwich. See, People v. Carter, 77 N.Y.2d

25. 95, 107, 564 N.Y.S.2d 992, 566 N.E.2d 119 (1990) (Titone, J.,

26. Dissenting), citing Wolfe, The Bonfire of the Vanities, at 603,

27.

------------------------------------------------------------------------
NOTICE TO COURT RE PROGRESS OF THE
SEARCH FOR COMPETENT COUNSEL

1. quoting Wachtler,...."[1]

2.

3. 4. "It has been observed that a Grand Jury can indict anyone or

4. anything--even a ham sandwich. [Cited from Wolfe, The Bonfire

5. of the Vanities, at 603, quoting Wachtler, Ch. J.] [77 N.Y.2d

6. 108] Now, under the majority's holding, apparently anyone can

7. present the People's case to the Grand Jury--even an unadmitted

8. layperson masquerading as an attorney. Because this position

9. makes a mockery of both the rules prohibiting legal practice by

10. laypersons and the Grand Jury system itself, I dissent."

11. TITONE, Judge (dissenting). People v. Carter, 77 N.Y.2d 95, 564

12. N.Y.S.2d 992 (N.Y., 1990)

13.

14. 5. The Court said in Gideon v. Wainwright,

15.
16. *"Even the intelligent and educated layman has small
   and sometimes no skill in the science of law. If
   charged with crime, he is incapable, generally, of*

17. *determining for himself whether the indictment is good
   or bad. He is unfamiliar with the rules of evidence.*

18. Left without the aid of counsel he may be put on
   hearing without a proper charge, and convicted upon

19. incompetent evidence, or evidence irrelevant to the
   issue or otherwise inadmissible. *He lacks both the*

20. *skill and knowledge adequately to prepare his defense,
   even though he have a perfect one. He requires* the

21. guiding hand of counsel at every step in the
   proceedings against him. Without it, though he be not

22. guilty, he faces the danger of conviction because he
   does not know how to establish his innocence." Gideon

23. v. Wainwright, 372 U.S. 335, 344-345 (1963)

24.

25.

26. _____
[1] *Solomon Wachtler* (born April 29, 1930) is a New York State lawyer and former Chief Judge of the New

27. York Court of Appeals, which is the highest position in the State judiciary.

--------------------------------------------------------------------
NOTICE TO COURT RE PROGRESS OF THE
SEARCH FOR COMPETENT COUNSEL

1.   | 6.   This report is issued without prejudice, under duress, in
2.   | response to the inferior Court's firm language, which is
3.   | inferred by the Counterclaimants as a threat:
4.   |
5.   | "I caution you that you are entering upon ground that
     | may result in exceedingly adverse consequences to
6.   | you."[2]
7.   | "..you are charged with knowledge[i] of and all of which
     | you are absolutely required to follow and obey under
     | the penalties of pain and contempt and other
8.   | consequences which may befall you."[3]
9.   | "You can continue to represent yourselves, but as I've
     | indicated, that is exceedingly perilous. There are
10.  | many consequences, many of them adverse, for which you
     | are potentially liable. And if you don't have the
11.  | knowledge of the law, you won't even be able to know
     | what consequences you face."[4]
12.  |
13.  | "But the concern of each magistrate judge that you
     | have appeared before, and now you're before a district
     | judge, is that you have the informed assistance of an
14.  | attorney licensed to practice law who's competent in
     | federal criminal law and procedure so that your rights
15.  | will be fully protected."[5]
16.  | "The quantum of reasonableness is defined by the
     | actual efforts that you're taking and the response of
17.  | attorneys who you are seeking to hire."[6]
18.  | "And I will advise you that having views of the
     | law that may be unorthodox or may not be recognized in
19.  | statute or cases is not a ground, quite frankly, for
     | not hiring a lawyer. Lawyers understand that people
20.  | have different views and interpretations of what the
     | law is. And so that is not an impediment.
21.  | "It may be a factor causing an attorney not to
     | want to undertake the representation, quite frankly,
22.  | where it would either impede or reduce the
     | effectiveness of the lawyer in being able to
23.  | communicate with you as clients."[7]
24.  |
     | [2] Transcript, December 20, 2010, Page 7, Lines 8 through 10
25.  | [3] Transcript, December 20, 2010, Page 9, Lines 12 through 14
     | [4] Transcript, December 20, 2010, Page 9, Line 21 through Page 10, Line 1
26.  | [5] Transcript, December 20, 2010, Page 11, Lines 16 through 20
     | [6] Transcript, December 20, 2010, Page 13, Lines 7 through 9
27.  | [7] Transcript, December 20, 2010, Page 13, Lines 10 through 19

NOTICE TO COURT RE PROGRESS OF THE
SEARCH FOR COMPETENT COUNSEL

1.
2.
"And so is there anybody that you have been in contact with who you are interested in hiring as a lawyer in this case?"[8]

3.
4.
5.
6.
"Failing the ability to find a lawyer with whom you can agree on the substance and the course of the representation, then you may have to represent yourselves. But I cannot permit you to thwart the process of justice and the proceedings of this Court. And I'm advising you that that's not going to happen."[9]

7.
8.
"I'd like to have you meet with Mr. Nuttall, formalize your relationship and then Mr. Nuttall understands this, he would appear with you and we will proceed with the arraignment."[10]

9.
10.
11.
"I wish to convey that we still have the counterclaim that you've responded to today in talking about that based on the counterclaim, we still have that running objection to these proceedings."[11]

12.
13.
14.
15.
"Oh, it -- if I had a nickel for every defendant that's told me that the charging document is vague, I'd be a wealthy woman. That's why you need a lawyer. And that's why t's better that you wait until you have the lawyer that you are actively seeking, and obviously desperately want, because we keep putting this over."[12]

16.
17.
18.
19.
        THE COURT: "Okay. I would suggest that you wait until you get an attorney so that it can be a meaningful meet and confer because you're asking lawyers to explain to lay people something that you've already indicated is difficult for lay people to understand. So it's a -- you've got a built-in conflict working here.
        MR. BOSSINGHAM: I don't see the conflict.

20.
21.
22.
23.
        THE COURT: I just explained it to you. They're going to talk to you in legalese, you don't get it, you're going to ask them could you be more simple? Could you be more clear? And you know, judges and lawyers don't work really well that way. We're trained in legalese. We're trained in the letter and the spirit of the law. We're trained in terms of very complicated rules of evidence."[13]

24.
25.
26.
27.

---

[8] Transcript, December 20, 2010, Page 14, Lines 3 through 5
[9] Transcript, December 20, 2010, Page 14, Lines 14 through 19
[10] Transcript, December 20, 2010, Page 20, Lines 10 through 13
[11] Transcript, December 20, 2010, Page 21, Line 25 through Page 22, Line 3
[12] Transcript, November 29, 2010, Page 15, Line 24 through Page 16, Line 4
[13] Transcript, November 29, 2010, Page 16, Line 16 through Page 17, Line 4

Page 5 of 8

---

NOTICE TO COURT RE PROGRESS OF THE
SEARCH FOR COMPETENT COUNSEL

1.

"I certainly want to afford you both the opportunity
to hire retained counsel. That's certainly a

2.

constitutional right that's highly regarded in our
system, and certainly appropriately so."[14] "You are

3.

entitled to be represented by an attorney at all
proceedings…"[15]

4.

5.

"You're entitled at that trial and at all times before
the Court to be represented by an attorney."[16]

6.

"MR. BOSSINGHAM: I would have to seek counsel to
have a complete understanding.

7.

THE COURT: Well, are you saying that you don't
believe you're entitled to have counsel appointed and

8.

you want to find counsel to represent you?
MR. BOSSINGHAM: Yes.

9.

THE COURT: Okay. Then, that's fine. But what
we're doing here initially is make sure you understand

10.

your rights and the charges and among those, you, mind
you I told you that anything you say can and will be

11.

used against you."[17]

12.

"You are entitled to be represented by an attorney at
all stages of the proceeding."[18]

13.

14.

"…you need to make your first order of business in
this next two weeks -- I know you have a medical
practice that's a high priority -- but you need to

15.

make your first order of business finding counsel and
retaining them so that you won't be disadvantaged as

16.

the Court -- as the case proceeds through the courts,
it's important that you have counsel and you have them

17.

soon."[19]

18.

19.

7. Because of the insecurity regarding the outcome of the

20.

proceedings, Counterclaimants agree with the inferior court that

21.

competent counsel is tantamount to being a mandatory requirement

22.

for effective defense:

23.

24.

[14] Transcript, November 15, 2010, Page 2, Lines 9 through 12

25.

[15] Transcript, October 29, 2010, Page 2, Lines 8 through 9
[16] Transcript, October 29, 2010, Page 3, Lines 21 through 22

26.

[17] Transcript, October 29, 2010, Page 4, Lines 5 through 14
[18] Transcript, October 29, 2010, Page 9, Lines 22 through 24

27.

[19] Transcript, October 29, 2010, Page 13, Lines 2 through 8

---------------------------------------------------------------------

NOTICE TO COURT RE PROGRESS OF THE
SEARCH FOR COMPETENT COUNSEL

1.
2.
3.
4.

> "MR. BOSSINGHAM: I don't fully understand the nature and cause of the charges.
> THE COURT: All right. So, what is it that you don't understand?
> MR. BOSSINGHAM: I'm not an attorney, I'm not skilled in the law, and I would like--"[20]

5.
6.
7.
8.

> "THE COURT: Are you requesting the Court appoint counsel for you --
> MS. BOSSINGHAM: No.
> THE COURT: -- or do you want to go find your own attorney.
> MS. BOSSINGHAM: I'm requesting to find my own."[21]

9. 8.   Attached is Exhibit 9, which is included by reference as

10. though fully stated herein.  The exhibit is a list of over sixty

11. (60) prospective attorneys who have been contacted.  To date, we

12. have not been able to secure an affirmative commitment for

13. representation.

14.

15. 9.   Exhibit 10 is a questionnaire presented to prospective

16. attorneys with an offer to pay for their time to respond.  We

17. believe the questions are reasonable and relate directly to the

18. issues at hand.  To date we have not received any negative

19. feedback from the attorneys, though one actually followed

20. through and answered the questions, but acknowledged he did not

21. have any Title 26 expertise.

22.

23. //////////

24. //////////

25.

26.

27.

---

[20] Transcript, October 29, 2010, Page 2, Lines 19 through 24
[21] Transcript, October 29, 2010, Page 10, Lines 6 through 11

------------------------------------------------------------------------

NOTICE TO COURT RE PROGRESS OF THE
SEARCH FOR COMPETENT COUNSEL

1. | **10.  We invite the court to take cognizance of the due diligence**
2. | **effort [almost a full time job] on the part of the Counter-**
3. | **claimants to secure competent counsel.**
4. |
5. |
6. | _(signature)_                          _(signature)_
7. | **Brett Allen Bossingham**              **Elisabeth Ann Bossingham**
8. | **Private Attorney**                    **Private Attorney**
9. |
10. |
11. |
12. |
13. |
14. |
15. |
16. |
17. |
18. |
19. |
20. |
21. |
22. |
23. |
24. |
25. |
26. | _____
27. |                          Page 8 of 8

NOTICE TO COURT RE PROGRESS OF THE
SEARCH FOR COMPETENT COUNSEL

# EXHIBIT 9

.

.

Attorney Search Update

Dec 16th
Reyes, Nicolas Frank
1107 R St. Fresno ca    486-4500
Does Federal Tax Cases
9:01 am  Will call back on Dec 28th,

Katherine Donovan
907 Santa Fe Ave
Fresno CA
228 6655  Per Joan does not take this type of case

Betts & Rubin
907 Santa Fe Ave Fresno
438-8500  Does not do  Criminal cases  Per Ellen

Capozzi Tony  221 0200
Phone meetings with Attorney. Tony was going to look at indictment and get back to me.

Dec 19th,  Dec 28th  Willing to meet after recovery from Back Surgery  Tentative
arrangement for January 5th.
(Shawn )

Phillppe Dwelshauvers Law Corp
2641 Fresno St.
492 3636  Will Call Back  Called back and spoke with Connie,  This firm does not handle
Federal Criminal Law

Edward B Chatorian
2607 Fresno St.
485 0101  Per Sandra Does not do Federal Criminal cases

Latta Gil
1228 P St. Ste 1103
268 0527  Got FAX machine

United Legal Group
495-1073  Disconnected number

Moore Law firm
800-508-4352   number not good

Received Call From Tony Copozzi on
Dec 19th. Tony made insightful comments regarding indictment. We agreed to try to
meet and get back in touch with him.

Dec 23

Gordon Douglas
2844 Fresno St.  Fresno CA 93721
Does not handle this type of Case  Per Marilyn.
486 5200


Post Bradley A
2444 main St, Fresno CA
268-0117 Mostly does general defense, not tax related.  Per Jackie.

Bennett, Barry
2444 Main St. Fresno
485-0120  Per Kim, they do not handle this type of case.

Schreiber Lenore
925 N  St. Ste 110
441-1666
Per Kathy, only does Family law,

Soleya Baker Hicks
906 N. St.  Fresno CA
486-0906
Not available, just got message machine

Soley Charles H
906 N St. Suite 110
230-1551
Number not good.

Hicks Julie
906 S. St.  Fresno
441-1301
Per Rachel,  does not handle this type of Case

Crown, William
2344 Tulare St. Fresno, CA
4451234
Per ANN does not take this type of case.

Callahan McCune W Willis

1608 E. Divisadero St. Fresno, CA
485-5700
NO Answer to phone call.

James Makasian
Phone contact with attorney,
1327 N. Street
Fresno CA
233 5151  FAX 445 0328        442-4212
Meeting set for Monday Dec 27th @ 3:30


Dec 27


Steve Hrdicka
2115 Kern St. Ste 206
Fresno, CA 93721
559-485-1453
Does not do Criminal Defense matters  Per Carolina  Receptionist.

Erin Ormonde
2115 Kern St. Ste 3  Fresno, CA 93721
559-268-7617
In court at time of call. Per Trisha. FAXED attorney questioner to office late morning.
Spoke with Trisha on Dec 30th. Attorney is busy and out of town, She will attempt to get
the questions to the attorney the afternoon of the 30th and get back to us.

Accurate Attorney Services
2115 Kern St. Fresno CA 03721
559-485-2127
Does not deal with Trial law.


The Sandhu Law Firm
2100 Tulare St. Suite 529
Fresno, CA 93721
559-251-4529
Per receptionist, not available.  Placed second call, left number.  Have not heard back

Hristo Bijev, Inc.
2100 Tulare St. Ste 407
Fresno, CA 93721
559-264-6585
FAX 264-6611

Per Vicki Call back in 30 minutes. Will review docket and attempt to contact us in a day or so. FAXED questionnaire.
Called Back, Really busy, cannot complete questions, but Set appointment for January 5th @ 10:00 am

Herman, George,
2100 Tulare St. Ste 210
Fresno, CA 93721
559-269-1584
Left message to call back, left brief description about seeking attorney with criminal defense, and tax law. Called back on Dec 30, no Answer.

Stephen Quade
559-977-0396 Cell
O-559 237-2042
Fax 559 237-3966
11/30 Spoke with Quade. Will faxed Questionnaire and told to contact early next week to make an appointment.

Martin Gamulin,
2100 Tulare St.
Fresno, CA
559-486-9999
Spoke with Attorney
Made recommendation to work with a CPA and Tax attorney. Will not take case


Dec 27th

Michael E. Mitchell
222-2424 FAX 272-2430
Attorney called back, No tax experience. Faxed Attorney Questionnaire. Follow up call placed 12/30. Receptionist to contact lawyer re: info faxed and possible appt.


Mark W. King.
237-8880
12/27 Left Voice mail message with phone number for call back. 12/30 Spoke with M.King and he has not done a tax case, usually works in State issues.


Tina Barberi
447-1240
Left name and number for call back. Follow up call on 12/30 and spike with James. Barberi does not deal with Fed. Criminal Defense matters.

Jeff Hammerschmidt
Jerry Lowe
2445 Capital St. Ste 150
Fresno, CA 93721
233-5333
485-3852 FAX
Spoke with Barbara, invited to send fax with questions/information.  Fax sent at 2:35 pm
Left Voice mail with name and number  Follow up 12/30 Barbara asked to info be
refaxed for Jeff Hammerschmidt.  Refaxed information on 12/30.


MEETINGS: 12-27-2010

James Makasion
1327 N. Street
Fresno CA
233 5151  FAX 445 0328        442-4212
Met a @3:30  Monday 12-27 2010
Discussed Questionnaire,  Paid Attorney to answer Questions. Will meet again on 12-29-
2010 @ 3:00.


Nuttall, Roger
2445 Capital St.
Fresno, CA 93721
Met @ 4:30 on Monday Dec 27th 2010
After review, Roger does not recommend a co-counsel situation.  Recommends we find a
attorney who knows Tax Law, and Criminal Law.  Roger shared that at once time in his
past he was going to work with a Michael Minns from Texas, and that he knows Tony
Capozzi, and thought that Capozzi might be worth interviewing with as well.


Dec 28th  Calls

Michael Minns
9119 S. Gessnor, Suite 1
Huston TX 77074
713-777-0772
FAX 713-777 0453
Left message.  Follow Up message again left on 12/30.

Betty J. Williams
3600 American River Dr. Suite 220
Sacramento, CA
916-488-8501
916-488-8196
Left information with Chirstie Thomason -Spoke with partner Steven Mopsick 11:30am
on 12/28.

Steven J. Mopsick.
3600 American River Dr. Suite 220
Sacramento, CA
916-488-8501
Received call from Steven @ 11:30  had discussion about case. His expertise, is in
prosecution, not defense.  Assumption of guilt not innocence in his approach.  Not a good
choice for representation.

Tony Capozzi,
1233 W. Shaw Ave Suite 102
Fresno, CA
221-0200
FAX 221-7997
Not in office, request for face to face meeting. Returned call on 12/28 and will contact
him on 1/3 regarding potential appt on 1/5.  Tony is recovering from Back Surgery.

Scott Quinlan
2333 Merced St.
Fresno, CA
559-442-0634
559-233-6947 FAX
Spoke with Attorney, will to arrange meeting for December 29th.
Meeting arranged fro Dec 29th @ 2:00pm  FAXED Questionnaire.


David Mugridge
2100 Tulare St. # 505
Fresno, CA 93721
559-264-2688
Spoke with Son James,  Sent questionnaire.  Might handle this type of case.
Need to call back after holidays.

Gomez, Hugo,
2100 Tulare st.
Fresno, CA 93721
559-978-9850
Spoke with attorney, does not take federal cases.

Fairless, Paul W.
2100 Tulare St.
Fresno, CA 93721
Not open between holidays.

Rayus, Nick
486-4500
Fax  559-486 4533
Spoke with receptionist.  She said we had called already to speak with Attorney Nick.
Will call back on Dec 30th

ZuZuarregui, Rene
2125 Merced St.
Fresno, CA 93721
559-268-8771
Does not take this type of case.

Tommassian Pimentel & Shapazian
901 Van Ness Ave,
Fresno, CA 93721
559-264-2223
No answer   Called Dec 30th  No Answer

Fanucchi, Edward
2125 Merced St. Fresno, CA 93721
559-268-8771
Per Dara Does not handle this type of case

Renge, John
2100 Tulare St. Fresno, CA 93721
559-444-0300
Not open between the holidays.

Mourit, Blea
1221 Van ness Ave suite 501,
Fresno, CA 93721
559-642-6700
Per Debbie,  Does not handle this type of Case

Aggressive Lawyers
2141 Tuolumne St.
Fresno, Ca 93721
559-237-5297
Got answering service.  They do handle criminal matters.  Called Dec 30th Office is
closed

Coronado, Louie
1221 Van Ness Ave   Ste 501
Fresno, CA 93721
559-264-2056
Per Debbie, does not handle Criminal matters.

Farmer C. Michael
1221 Van Ness Ave,
Fresno, CA 93721
559-441-1074
Per Kathy, does not know if they take criminal cases.   Called Back on Dec 30th, They are
closed

Dec 29th

Steve Russells
Sacramento CA
916-730-6432
Left message for call back.

Frank Taylor Gash
2141 Tuolumne St.  STE O
Fresno, Ca
559-266-1640
Not open

Hristo Bijev, Inc.
Received call back from Attorney, Arranged personal meeting for January 5th @ 5:pm

Meetings:

Scott Quinlan
2333 Merced St.
Fresno, CA
559-442-0634
559-233-6947 FAX
Met @ 2:00pm  Will not take case

James Makasion
1327 N. Street
Fresno CA
233 5151  FAX 445 0328        442-4212
Met At 3:00 pm  Did nto Achieve an understanding of the issue of the indictment.

Dec 30th 2010

Michael Idiart

T. W. Patterson Bldg
2014 Tulare St. Suite 212
Fresno, CA
442-4900
Left message

Steve Russells
Sacramento, CA
916-730-6432  916-359-0307
Spoke with Attorney Russells.  FAXED questionnaire.  Attorney will get back in touch
with us.

Peter M. Jones
2220 Tulare St. Suite 200
Fresno, CA
233-4800
233-9330 FAX
Spoke with Jill.  Faxed questionnaire, Left message attorney to get back in touch with us.

Jack Revvill
2950 Mariposa St. 140
Fresno, CA
444-0942   559 444 0945 FAX
Spoke with  Cynthia :FAXED Questionnaire, Awaiting response.

Erik Fogderude
5412 N. Palm Ave #101
Fresno, CA 93704-1943
559-431-9710
Highly recommended by Mike King.  Left message, awaiting response.

Rayus, Nick
486-4500
Fax  559-486 4533
Spoke with Attorney, FAXED questionnaire. Attorney will get back in touch after he
reviews documents

# EXHIBIT 10

## Attorney Questionnaire

Case 1:10 CR 00150 oww

Brett & Elisabeth Bossingham

brettbossingham@sbcglobal.net

FAX 877-387 9446  Phone 559-737-1655    559 280-4858

Please answer Yes, No, Do not know, or make appropriate commentary wherever applicable. Please use the numbered Answer sheets provided with this set. If you believe one or more of the questions are unclear or inappropriate, please note accordingly and give a brief reason, request for clarification or a brief explanation for what you may consider inappropriate.

1)  Have you ever been reprimanded, suspended or disbarred?
2)  How many cases have you represented in federal criminal law in the last 2 years?
3)  How many cases have you plea bargained?
4)  How many cases have you taken to trial?
5)  How many cases have you won?
6)  How many acquittals have you had?
7)  Do you believe that non-lawyers are incapable of legally defending themselves in a court, regardless of their education level?
8)  Do you have expertise in Government, Constitution, Common Law and Tax Law?
9)  What is the purpose of government?
10) Does a Republican government protect individual rights, or the rights of the majority?
11) Does the federal government have general jurisdiction over the states of the union?
12) Does the federal government have general powers outside its territories, subjects and objects? If yes, please identify such circumstances.
13) How do people become subject to federal jurisdiction?  Please identify such circumstances.
14) Does USA have standing to allege tax crimes of omission by people outside its jurisdiction?
15) Is the purpose of the courts different from the purpose for government?
16) What is the definition of a court?
17) What are the characteristics of a court of record?
18) Does the USDC have to comply with the attributes of a court of record?
19) May anyone obstruct the filing of claims in common law by the people?
20) Factually, what is jurisdiction?
21) Do you have any concerns about sanctions or disbarment for challenging USA standing?
22) Have you ever challenged United States of America standing or jurisdiction?
23) If yes to the above question, how many times were you successful?
24) Does a court have subject matter jurisdiction without an adversarial proceeding?
25) Will you ask the judge if the court he represents is limited by Article III Section 2 to hearing only cases or justiciable controversies?
26) Will you ask the judge if he believes this case is an adversarial proceeding?
27) Will you ask: if it is not an adversarial proceeding, where is the jurisdiction to proceed?
28) Do standing and jurisdiction apply to criminal cases?
29) What is necessary to establish in a prosecution of a crime?
30) What are the elements of a crime?
31) Have you read the indictment?
32) Does the indictment present a valid case or justiciable controversy?
33) Can you identify an allegation of <u>injury</u> in the indictment?
34) Can you identify an allegation of <u>violation of anyone's legal right</u> in the indictment? If yes, which legal right?

35) Can you identify an allegation of a <u>breach of a duty</u>, of a <u>liability, or of a contract</u> in the indictment? If yes, please elaborate.
36) Should prohibitions under prudential standing stop the arraignment in my case?
37) Would I have to enter a plea if there were no cause of action presented?
38) Would I have to enter a plea if there were no crime presented?
39) Would I have to enter a plea if the alleged plaintiff lacks standing to complain against me?
40) Would I have to enter a plea if there were no jurisdiction over me?
41) Is the one bringing the complaint not required to prove jurisdiction? If not, why?
42) Do you agree with this United States Supreme Court ruling: "courts only adjudicate justiciable controversies." <u>United States v. ICC,</u> 337 U.S. 426, 430 (1949) ?
43) Would I have to enter a plea if a justiciable case or controversy has not been presented?
44) What are the essential elements for a justiciable case or controversy?
45) Does a plea of not guilty confer jurisdiction to the court into which it was entered?
46) Is a USDC judge required to abide by Supreme Court rulings?
47) Is a USDC judge required to follow Constitutional prerogatives?
48) Is a USDC judge required to have an oath of office and a valid bond?
49) Will you ask for verification of all the prerequisites to qualify a judge?
50) What would you do if the judge lacks any of the prerequisites?
51) Will you certify before the court that you will uphold my rights as guaranteed by the Constitution?
52) Do you believe the alleged plaintiff has standing to complain in this case? If yes, please explain.
53) Does a court have jurisdiction to demand a plea if the alleged plaintiff lacks standing to prosecute? If yes, please explain.
54) Does a court get jurisdiction over nontaxpayers by a grand jury tax indictment? If yes, how?
55) Do federal courts have the power to create non statutory taxpayers for the purpose of applying the provisions of the revenue acts?
56) Which of the two species of legislative power are exercised by Congress in the tax Act?
57) Describe your social relationships with the judge?
58) Are you a member of any organization in common with the judge?
59) Do you know how the judge runs his courtroom?
60) Are you a member of any organization in common with the prosecutors?
61) Do you know the prosecutors?
62) How would you prevent the judge from entering a protective order against discovery?

## Tax specific

63) Are you an expert in 26 USC?
64) Are you familiar with 27 CFR 70 et seq.?
65) How long have you been practicing Tax law?
66) How often do you attend seminars to keep up to date on ever-changing Tax laws?
67) What percentage of case load is spent battling criminal tax cases?
68) Is it your opinion that the United States has the legal right to receive a tax return from me, without which the injury would be the loss of revenue?
69) Is it legally sufficient to make allegations without facts to support the allegations?
70) Have you identified any allegation in the indictment establishing factually how an obligation to file a tax return was created?
71) Have you identified any allegations of a connection between the party asserting the right and the party who allegedly has this obligation?

72) Does the Constitution apply to everyone?
73) Can Congress pass legislation abrogating rights secured by the Constitution?
74) Can a statute trump the Constitution?
75) Can an unconstitutional practice be grandfathered into law by historical acceptance?
76) Can Congress compel or authorize a trade or business in order to tax it?
77) Is the Individual income tax a direct or an indirect tax?
78) Is a man's own labor subject to any of the above categories of tax?
79) Is there any Constitutional provision for any other type of tax?
80) What is the basis upon which criminal penalties attach in regards to taxes?
81) Prior to the imposition of a valid assessment, the money paid to the IRS is a.................. ?
82) Is there any definition of income in Title 26, Subtitle A?
83) Do you believe that everything that comes in is income within the proper definition of the term "gross income"?
84) What is the rule of proof in a tax case based on an alleged income tax liability?
85) What is the foundation of income tax liability?
86) What are the prescribed procedures for nontaxpayers to redeem an erroneous withholding?
87) Does a tax official have the power to assess against individuals not specified in the statutes and make conclusive presumptions that said individual is a taxpayer?
88) Does anyone have the right to tax the fruits of another's labor?
89) Does filing a request for refund on form 1040 create a tax liability or loss of rights?
90) Does liability have to exist before a proposed assessment or demand is made?
91) Does the proposed assessment create the liability for federal income taxes?
92) Does a Social Security number or contribution create a liability for the graduated federal individual/personal income tax?
93) Is Social Security contribution mandatory or voluntary?
94) Are you aware of any enabling statute and its implementing regulation showing an income tax liability for people's own labor, earning a living in the private sector?
95) Do regulations issued by the Secretary of Treasury have the power to change the Tax Act?
96) Can reliance on Supreme Court decisions be penalized by administrative agencies?
97) Does IRS have to comply with Supreme Court rulings?
98) Does IRS have to comply with Constitutional boundaries?
99) Is the IRS a United States government agency?
100) Do IRS officers and employees have to have an oath of office?
101) Who would be the real party in interest for IRS collections?
102) Does IRS have to comply with the FDCPA (Fair Debt Collection Act)?
103) Does the IRS have to prove jurisdiction over non US subjects, objects, or territories?
104) Does the IRS have authority to assess other than taxpayers?
105) Is it the burden of the taxpayer to prove a negative i.e. non-liability?
106) Can IRS create a criminal offense or liability for a tax?
107) Does the Taxpayer Bill of Rights yield to the Bill of Rights in the Constitution?
108) Is there any statute that sanctions or penalizes the exercise of one's rights?
109) What do you suggest as the remedy in this case?

**Attorney answer sheet and qualifying information**

If additional space is needed, identify the number of the question and continue on a blank sheet.

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____
7. _____
8. _____
9. _____
10. _____
11. _____
12. _____
13. _____
14. _____
15. _____
16. _____
17. _____
18. _____
19. _____
20. _____
21. _____
22. _____
23. _____
24. _____
25. _____
26. _____
27. _____
28. _____
29. _____
30. _____
31. _____
32. _____
33. _____
34. _____
35. _____
36. _____
37. _____
38. _____
39. _____
40. _____
41. _____
42. _____
43. _____
44. _____
45. _____
46. _____

47. _____
48. _____
49. _____
50. _____
51. _____
52. _____
53. _____
54. _____
55. _____
56. _____
57. _____
58. _____
59. _____
60. _____
61. _____

Tax Specific

62. _____
63. _____
64. _____
65. _____
66. _____
67. _____
68. _____
69. _____
70. _____
71. _____
72. _____
73. _____
74. _____
75. _____
76. _____
77. _____
78. _____
79. _____
80. _____
81. _____
82. _____
83. _____
84. _____
85. _____
86. _____
87. _____
88. _____
89. _____
90. _____
91. _____
92. _____
93. _____

94. _____
95. _____
96. _____
97. _____
98. _____
99. _____
100. _____
101. _____
102. _____
103. _____
104. _____
105. _____
106. _____
107. _____
108. _____
109. _____


## Professional information

1a   Do you have a business license?...............................................[ ] Yes  [ ] No
1b.   If so, please provide the following information:
Licensing authority:   _____
License Number:   _____
Date of License:   _____
Name of Business:   _____
To whom issued:   _____

2a.   Are you licensed to practice law?...............................................[ ] Yes  [ ] No
2b.   Is your license endorsed as required by the B&P Code Sec. 6067? ................... [ ] Yes  [ ] No
2c.   If so, please provide the following information:
Licensing authority:   _____
License Number:   _____
Date of License:   _____
2d.   What does this license authorize (e.g. The practice of law or the operation of a business?)
2e.   Are you an attorney at law or an attorney in equity?   ...........at law; .............equity.

3a.   Are you a professional corporation or other entity when acting as an attorney? [ ] Yes  [ ] No
3b.   If Yes, in what capacity do you act?
3c.   If you act as a corporation while in the capacity of attorney, please provide the following information:
Location where formed: _____
Date of Formation:   _____
Name of corporation:   _____
Name of Corporation CEO or President:   _____
Corporate liability:   [ ] Limited   [ ] Regular  (check one)

3d.   If an alien or foreign corporation, has the corporation been registered with any State Secretary of State? .................................................................................................................. [ ] Yes  [ ] No

3e.   If Yes, please provide the following information:
Registering authority: _____
Registration number: _____
Date of registration: _____

4.   Please provide your Attorney Bar Association Member Card#: _____

5a.   Are you bonded for the practice of law? ............................................................. [ ] Yes  [ ] No
5b.   If Yes, please provide the following:
Bond number: _____
Bond company name: _____
Bond company address: _____
_____
Bond company phone:   (_____) _____ - _____
Bond amount:   $_____
Bond description: _____

6a.   Do you carry Errors and Omissions Insurance?.........................................[ ] Yes  [ ] No
6b.   If Yes, please provide the following:
Insurance number: _____
Insurance company name: _____
Insurance company address: _____

Insurance company phone:   (_____) _____ - _____
Insurance amount:   $_____
Insurance description: _____

6c.   If self insured, have you listed the assets used to form the insurance with any State Insurance Commission? ................................................................................................................ [ ] Yes  [ ] No

7a.   Are you insured against malpractice?...............................................................[ ] Yes  [ ] No
7b.   If Yes, please provide the following:
Insurance number: _____
Insurance company name: _____
Insurance company address: _____
_____
Insurance company phone:   (_____) _____ - _____
Insurance amount:   $_____
Insurance description: _____
_____
_____

Page 7 of 8

7c.   If self insured, have you listed the assets used to form the insurance with any State Insurance
      Commission?............…………….....................................................................…... [ ] Yes  [ ] No
7d.   If Yes, what State? _____

8a.   Are you licensed to practice in endeavors-undertakings other than JUDICIAL, at and before the
      Executive branch (quasi-judicial) levels for Administrative Pleading as required by the class of
      cases represented on page 286, 1 US Sct. Digest under "Exhaustion of Administrative Remedies?
      ...................................................................................................................[ ] Yes  [ ] No
8b.   If Yes, please provide:
      Licensing Authority in the Executive Branch: _____
      _____
8c.   Your license Number: _____    _____
8d.   The date of license: _____    _____

10.   What is your Martindale-Hubbell Peer Review Rating?
10a.  In what categories are your Martindale-Hubbell Peer Review Rating?
      _____

10b.  Do you have a legal specialty?_____
10c.  Is your specialty certified by any professional organization?_____
      _____

## Verification:

      I declare under the penalties of perjury and under my full commercial liability that the
      information included herein is true, correct, complete, and not misleading.

DATED THIS _____ day of _____, 2010.

_____ *(Signature)*

._____ Attorney

(Address)_____

_____ (City) _____ (State) _____ (Zip Code)

(_____) _____-_____ (Phone)