**Attorney or Party without Attorney:**
Brett Bossingham
1827 South Court Street, Suite F
Visalia, CA 93227
Telephone No: (559) 622-0800

**Attorney for:** Plaintiff

**Ref. No. or File No.:**

For Court Use Only

**FILED**
JAN 0 7 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**Insert name of Court, and Judicial District and Branch Court:**
U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

**Plaintiff:** Brett Bossingham
**Defendant:** United States of America

| PROOF OF SERVICE Notice to Court re | Hearing Date: | Time: | Dept/Div: | Case Number: 1:10-CR-00150-OWW |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Notice to Court re Progress of The Search For Competent Counsel; Doc PG 1-8, Exhibit 9, Exhibit 10

3. a. Party served: Internal Revenue Service
   b. Person served: David Higley IAR Front Desk Clerk

4. Address where the party was served: 2525 Capitol St. Fresno, CA 93721

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on: Thu., Dec. 30, 2010 at: 4:01PM, to the person(s) indicated below in the manner as provided in 1011 CCP.
      David Higley IAR Front Desk Clerk
      (1) (**Business**) I informed him or her of the general nature of the papers.

7. Person Who Served Papers:
   a. J. Belmontez
   b. Universal Legal Service
      545 Bullard Ave.
      Clovis, CA 93612
   c. (559) 324-1189, FAX (559) 324-1188

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee for Service was:** $20.00
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.: S200910000060
      (iii) County: Fresno
      (iv) Expiration Date: Fri, Nov. 18, 2011

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Thu, Dec. 30, 2010


(J. Belmontez)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
Notice to Court re

md.23