```
 1.  Bossingham Brett,                         FILED
     Bossingham Elisabeth
 2.  1827 S. Court. Suite F,                   JAN 0 7 2011
     Visalia, California
 3.                                            CLERK, U.S. DISTRICT COURT
     Counterclaimants                          EASTERN DISTRICT OF CALIFORNIA
 4.                                            BY _____
                                                       DEPUTY CLERK
 5.            .

 6.

 7.

 8.             DISTRICT COURT OF THE UNITED STATES

 9.                EASTERN DISTRICT OF CALIFORNIA

10.
     UNITED STATES OF AMERICA,     )  CASE NO. 1:10-CR-00150-OWW
11.                                )
           Plaintiff,              )  NOTICE TO COURT
12.             v.                 )  RE PROGRESS OF THE SEARCH
                                   )  FOR COMPETENT COUNSEL
13.  BRETT ALLEN BOSSINGHAM, and   )  (SUPPLEMENT)
     ELISABETH ANN BOSSINGHAM,     )
14.                                )
           Defendants,             )
15.                                )
     ----------------------------- )
16.                                )
     Brett Allen Bossingham, and   )
17.  Elisabeth Ann Bossingham,     )
                                   )
18.        Counterclaimants,       )
                                   )
19.             v.                 )
                                   )
20.  UNITED STATES OF AMERICA;     )
     COMPLAINER DOE;               )
21.  KULBIR MAND; and              )
     MIKE COLEMAN;                 )
22.                                )
           Counterdefendants.      )
23.                                )
     _____ )
24.

25.  1.  COMES NOW Brett Allen Bossingham and Elisabeth Ann

26.  Bossingham in the above-entitled inferior court to supplement

27.                        Page 1 of 4
```
------------------------------------------------------------------
NOTICE TO COURT RE PROGRESS OF THE
SEARCH FOR COMPETENT COUNSEL (SUPPLEMENT)

1. the report on the progress in the attorney search effort
2. mandated by said court despite the ongoing objection by
3. Counterclaimants to the court's jurisdiction.
4.
5. 2. Counterclaimants retain, preserve, and reserve all rights,
6. and waive none. This report is issued without prejudice, under
7. duress, in response to the inferior Court's firm language, which
8. is inferred by the Counterclaimants as a threat. A portion of
9. that language quoted in the initial report is cited here:
10.
11. "I caution you that you are entering upon ground that
    may result in exceedingly adverse consequences to
12. you."[1]
13.
14. 3. Because of the insecurity regarding the outcome of the
15. proceedings, Counterclaimants agree with the advice of the
16. inferior court that competent counsel is tantamount to being a
17. mandatory requirement for effective defense:
18.
19. "But the concern of each magistrate judge that you
    have appeared before, and now you're before a district
20. judge, is that you have the informed assistance of an
    attorney licensed to practice law who's competent in
21. federal criminal law and procedure so that your rights
    will be fully protected." [2]
22.
    "MR. BOSSINGHAM: I don't fully understand the
23. nature and cause of the charges.
24.     THE COURT: All right. So, what is it that you
    don't understand?
25.

---

[1] Transcript, December 20, 2010, Page 7, Lines 8 through 10
[2] Transcript, December 20, 2010, Page 11, Lines 16-20

Page 2 of 4

------------------------------------------------------------
NOTICE TO COURT RE PROGRESS OF THE
SEARCH FOR COMPETENT COUNSEL (SUPPLEMENT)

1.       MR. BOSSINGHAM: I'm not an attorney, I'm not skilled in the law, and I would like--"[3]

2.       "THE COURT: Are you requesting the Court appoint counsel for you --

4.       MS. BOSSINGHAM: No.

5.       THE COURT: -- or do you want to go find your own attorney.

7.       MS. BOSSINGHAM: I'm requesting to find my own."[4]

8. 4. Attached are Exhibits 9 and 11, which are included by reference as though fully stated herein. Exhibit 9 is the original list. Exhibit 11 is a list of additional prospective attorneys who have been contacted. To date, no attorneys have made an affirmative commitment for representation.

14. 5. Exhibit 10 on file is a questionnaire presented to prospective attorneys with an offer to pay for their time to respond. Counterclaimants believe the questions are reasonable and relate directly to the issues at hand. To date Counterclaimants have not received from any attorneys any negative feedback regarding the questionnaire.

21.       "The quantum of reasonableness is defined by the actual efforts that you're taking and the response of attorneys who you are seeking to hire."[5]

---

[3] Transcript, October 29, 2010, Page 2, Lines 19 through 24
[4] Transcript, October 29, 2010, Page 10, Lines 6 through 11
[5] Transcript, 12-20-10 Page 13, Lines 7-9

Page 3 of 4

------------------------------------------------------------
NOTICE TO COURT RE PROGRESS OF THE
SEARCH FOR COMPETENT COUNSEL (SUPPLEMENT)

6. Counterclaimants invite the court to take cognizance of the due diligence effort [almost a full time job] to secure competent counsel as advised by the court.

January 7, 2011

_____          _____
Brett Allen Bossingham                 Elisabeth Ann Bossingham
Counterclaimant                        Counterclaimant

# EXHIBIT 9

COUNTERCLAIM FOR TRESPASS
CASE NO. 1:10 - CR - 00150 - OWW

Attorney Search Update

Dec 16th
Reyes, Nicolas Frank
1107 R St. Fresno ca   486-4500
Does Federal Tax Cases
9:01 am  Will Call Back

Katherine Donovan
907 Santa Fe Ave
Fresno CA
228 6655   Per Joan does not take this type of case

Betts & Rubin
907 Santa Fe Ave Fresno
438-8500   Does not do Criminal cases   Per Ellen


Capozzi  Tony  221 0200
Phone meetings with Attorney

Dec 19th, Dec 28th  Willing to meet after recovery from Back Surgery  Tentative arrangement for January 5th.
(Shawn )


Phillppe Dwelshauvers Law Corp
2641 Fresno St.
492 3636  Will Call Back


Edward B Chatorian
2607 Fresno St.
485 0101   Does not do Federal Criminal cases  per sandra

Latta Gil
1228 P St. Ste 1103
268 0527  Got FAX machine

United Legal Group
495-1073  Disconnected number

Moore Law firm
800-508-4352   number not good

1

Dec 23 Morning

Gordon Douglas
2844 Fresno St. Fresno CA 93721
Does not handle this type of Case Per Marilyn.
486 5200


Post Bradley A
2444 main St, Fresno CA
268-0117 Mostly does general defense, not tax related. Per Jackie.

Bennett, Barry
2444 Main St. Fresno
485-0120  Per Kim, they do not handle this type of case.

Schreiber Lenore
925 N N St. Ste 110
441-1666
Per Kathy, only does Family law,

Soleya Baker Hicks
906 N. St. Fresno CA
486-0906
Not available, just got message machine

Soley Charles H
906 N St. Suite 110
230-1551
Number not good.

Hicks Julie
906 S. St. Fresno
441-1301
Per Rachel, does not handle this type of Case

Caprioglio Paul    James   Makasian
1327 N St. Fresno
233 5151
Per Rickal  Consult with James over Phone.  Appointment Dec 27th @ 3:30


Crown, William
2344 Tulare St. Fresno, CA
4451234
Per ANN does not take this type of case.

2

Callahan McCune W Willis
1608 E. Divisadero St.
485-5700.
NO Answer to phone call.

James Makasian
December 23  Phone contact with attorney, Meeting set for Monday Dec 27th @ 3:30
1327 N. Street
Fresno CA
233 5151  FAX 445 0328      442-4212

Dec 27

Calls:

Steve Hrdicka
2115 Kern St. Ste 206
Fresno, CA 93721
559-485-1453
Does not do Criminal Defense matters  Per Carolina  Receptionist.

Erin Ormonde
2115 Kern St. Ste 3  Fresno, CA 93721
559-268-7617
In court at time of call.  Per Trisha.  FAXED attorney questioner to office late morning.
No answer back

Accurate Attorney Services
2115 Kern St. Fresno CA 03721
559-485-2127
Does not deal with Trial law.

The Sandhu Law Firm
2100 Tulare St. Suite 529
Fresno, CA 93721
559-251-4529
Per receptionist, not available.  Placed second call, left number.

3

Hristo Bijev, Inc.
2100 Tulare St. Ste 407
Fresno, CA 93721
559-264-6585
FAX 264-6611
Per Vicki  Call back in 30 minutes.  Will review docket and attempt to contact us in a day or so.  FAXED questionnaire.
Called Back,  Really busy, cannot complete questions, but willing to meet on January 5th.

Set appointment for January 5th @ 10:00 am

Herman, George,
2100 Tulare St. Ste 407
Fresno, CA 93721
559-264-6585
Left message to call back,  left brief description about seeking attorney with criminal defense, and tax law.

Cedin Clade  Erik Green
559-997-0396 Cell
250-7633 Cell
Left message for Clade and Green

Martin Gamulin,
2100 Tulare St.
Fresno, CA
559-486-9999
Spoke with Attorney
Made recommendation to work with a cpa and Tax attorney. Will not take case


Dec 27th Afternoon

Michael E. Mitchell
222-2424 FAX 272-2430
Attorney called back, No tax experience.  Faxed Attorney Questionnaire.

Mark W. King.
237-8880
Left Voice mail message with phone number for call back.
Tina Barberi
447-1240
Left name and number for call back.

4

Jeff Hammerschmidt
Jerry Lowe
2445 Capital St. Ste 150
Fresno, CA 93721
233-5333
Spoke with Barbara, invited to send fax with questions/information.  Fax sent at 2:35 pm
Left Voice mail with name and number


MEETINGS:

James Makasion
1327 N. Street
Fresno CA
233 5151   FAX 445 0328       442-4212
Met a @3:30


Nuttall, Roger
2445 Capital St.
Fresno, CA 93721
Met @ 4:30
After review, Roger does not recommend a co-counsel situation.  Recommends we find a attorney who knows Tax Law, and Criminal Law.


Dec 28th  Calls

Michael Minns
9119 S. Gessnor, Suite 1
Huston TX 77074
713-777-0772
FAX 713-777 0453
Left message

Betty J. Williams
3600 American River Dr. Suite 220
Sacramento, CA
916-488-8501
916-488-8196
Left information with Chirstie Thomason

5

Steven J. Mopsick.
3600 American River Dr. Suite 220
Sacramento, CA
916-488-8501
Received call from Steven @ 11:30 had discussion about case.

Tony Capozzi,
1233 W. Shaw Ave Suite 102
Fresno, CA
221-0200
FAX 221-7997
Not in office, request for face to face meeting.


Scott Quinlan
2333 Merced St.
Fresno, CA
559-442-0634
559-233-6947 FAX
Spoke with Attorney, will to arrange meeting for December 29th.
Meeting arranged fro Dec 29th @ 2:00pm  FAXED Questionnaire.

David Mugridge
2100 Tulare St. # 505
Fresno, CA 93721
559-264-2688
Spoke with Son James, Sent questionnaire. Might handle this type of case.
Need to call back after holidays.

Gomez, Hugo,
2100 Tulare st.
Fresno, CA 93721
559-978-9850
Spoke with attorney, does not take federal cases.

Fairless, Paul W.
2100 Tulare St.
Fresno, CA 93721
No open between holidays.

Rayus, Nick
486-4500
Spoke with receptionist. She said we had called already to speak with Attorney Nick.

6

ZuZuarregui, Rene
2125 Merced St.
Fresno, CA 93721
559-268-8771
Does not take this type of case.

Tommassian Pimentel & Shapazian
901 Van Ness Ave,
Fresno, CA 93721
559-264-2223
No answer

Fanucchi, Edward
2125 Merced St. Fresno, CA 93721
559-268-8771
Per Dara Does not handle this type of case

Renge, John
2100 Tulare St. Fresno, CA 93721
559-444-0300
Not open between the holidays.

Mourit, Blea
1221 Van ness Ave suite 501,
Fresno, CA 93721
559-642-6700
Per Debbie, Does not handle this type of Case

Aggressive Lawyers
2141 Tuolumne St.
Fresno, Ca 93721
559-237-5297
Got answering service. They do handle criminal matters.

Coronado, Louie
1221 Van Ness Ave   Ste 501
Fresno, CA 93721
559-264-2056
Per Debbie, does not handle Criminal matters.

Farmer C. Michael
1221 Van Ness Ave,
Fresno, CA 93721
559-441-1074
Per Kathy, does not know if they take criminal cases. Need to call back another day.

7

Dec 29th


Frank Taylor Gash
2141 Tuolumne St. STE O
Fresno, Ca
559-266-1640
Not open

Hristo Bijev, Inc.
Received call back from Attorney, Arranged personal meeting for January 5th @ 5:pm

Meetings:

Scott Quinlan
2333 Merced St.
Fresno, CA
559-442-0634
559-233-6947 FAX
Met @ 2:00pm  Will not take case


James Makasion
1327 N. Street
Fresno CA
233 5151  FAX 445 0328      442-4212
Met a @3:00
Follow – up meeting.

8

# EXHIBIT 11

UPDATE ATTORNEY SEARCH

Jan 3rd

Received Phone Call from Michael Minns Office. Spoke with Assistant. I was informed of the Retainer fee. Retainer is unrealistic and not obtainable.

Received Phone call from Michael Idiart. Received message on voice mail.

January 4th

Nevvill, Jack
1350 Van Ness Ave, Fresno, CA 93721
800-286-4545
Number not good.


Marina Gonzalez (sorlie)
1315 E. Divisadero St,
Fresno, CA 93721
559-497-0515   FAX  497 8785   Per Claudia does Federal Criminal Tax Defense.
Sent FAX with Indictment and Questionnaire. Have not heard back since FAX.

Dunnion Law Frim
1400 Van Ness Ave,
Fresno CA 93721
559-264-7413
Per Sandis, does not handle this type of Case

Esquivel, Richard
2014 Tulare St. Suite 501
Fresno, CA 94721
559-237-8830
Got message machine, Left message to call me. Have not heard back.

Hollingsworth, David
2014 Tulare St. Sute707
Fresno, CA 93721
559-485-3425
Per Annette, does not handle this type of case

Zachritz, Linda
2014 Tulare St. Ste 703,
Fresno, CA 93721
559-266-1443
Spoke with Attorney, does not handle this type of Case.

1

Petne Dorfmeier and Morris
2014 Tulare St. Ste 030
Fresno, CA 93721
559-498-6522
Spoke with Receptionist who was not authorized to give her name- Receptionist shared that the firm does not handle this type of case.

Joan, Levie
2014 Tulare St. Ste 528
Fresno, CA 93721
559-498-8155
Got message machine, left message to call me back.

Ciummo and Associates,
2014 Tulare St.
Fresno, CA 93721
559-441-0114
Spoke with Attorney Tony Alvarez, He agreed to look over indictment and Questionnaire. Emailed both to:
Email  Antonio@aralvarezlaw.com

Attorney Alvarez emailed back that he will not take this type of case.


O'neil Barbara
2014 Tulare St. Ste 506
Fresno, CA 93721
559-459-0655  FAX  559-459-0656
Got message machine   left message to call us back.
Received Call Back from Attorney, Faxed Questionnaire and Indictment. Have not heard back from Attorney.

Fiske, Willaim
2014 Tulare St. Sute 215
Fresno, Ca
559-264-6549
Spoke with Bill, does not handle this type of case.

Michael Idiart
442-4900  Returned Call , Got Machine, Left message for call back

Blevins Greg
2014 Tulare St.
Fresno, CA 93721
559-237-2791
Got FAX machine, not voice line. No Voice line listed.

2

Morris, Johm w
2014 Tulare St.
Fresno Ca 93721
559-498-6522
Per Receptionist – no name given, does not handle this type of case.


Alternate Defense office
2014 Tulare St. Ste 310
Fresno, CA 93721
559-264-8872
Per Patty, does not handle this type of case.

January 5th.

Meeting with Tony Capossi In Fresno.

Met with Attoney Capossi. Capossi will not move forward with us at this time.


Meeting with Eric Fogderude 5412 N. Palm Ave #101  437-9710

Met with Attorney, discussed strategy, Eric agreed to answer questionnaire and read our Memorandum of law. After said it would take a couple of day, and then we can schedule another appointment.

Meeting with Attorney Hristro Bijev. 264-6585
He said not to use a public defender. He recommended Tony Capozzi.

Phone Call with Peter Jones. 999-1677  We Agreed to get back in touch by phone on Janary 6th.


January 6, 2011

Phone call With Roger Nuttall
Continued negotiations with Roger Nuttall on how we can move forward. At Roger Nuttalls request I send our memorandum of Law to his office via Email. I also Sent the same Memorandum to Attorney David Emerich. He will review and get back in touch with us.

Phone Call With Peter Jones
Attorney Jones will not take our case. He made recommendations for other attorney's.

Future meeting with David Mugridge for Wednesday January 12th.

3