| Attorney or Party without Attorney:<br>Brett Bossingham<br>1827 South Court Street, Suite F<br>Visalia, CA 93227<br>Telephone No: (559) 622-0800 | | | | | For Court Use Only<br><br>FILED<br>JAN 10 2011<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |
|---|---|---|---|---|---|
| | | Ref. No. or File No.: | | | |
| Attorney for: Plaintiff | | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA | | | | | |
| Plaintiff: Brett Bossingham | | | | | |
| Defendant: United States of America | | | | | |
| **PROOF OF SERVICE**<br>**Writ of Error Quae** | Hearing Date: | | Time: | Dept/Div: | Case Number:<br>1:10-CR-00150-OWW |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Writ of Error Quae Coram Nobis Residant; Notice to Court RE Progress of the Search for Competent Counsel, Exhibit 9, Exhibit 11,

3. a. Party served:                                Internal Revenue Service
    b. Person served:                          David Higley IAR Front Desk Person

4. Address where the party was served:        2525 Capitol St.
                                                      Fresno, CA 93721

5. I served the party:
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on: Fri., Jan. 07, 2011 at: 1:58PM, to the person(s) indicated below in the manner as provided in 1011 CCP.

                                            David Higley IAR Front Desk Person
    (1) **(Business)** I informed him or her of the general nature of the papers.

7. **Person Who Served Papers**:
    a. J. Belmontez
    **b. Universal Legal Service**
       545 Bullard Ave.
       Clovis, CA 93612
    c. (559) 324-1189, FAX (559) 324-1188

    Recoverable Cost Per CCP 1033.5(a)(4)(B)
    d. **The Fee for Service was:**    $20.00
    e. I am: (3) registered California process server
        (i) Owner
        (ii) Registration No.:    S200910000060
        (iii) County:    Fresno
        (iv) Expiration Date:    Fri, Nov. 18, 2011

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

    Date: Fri, Jan. 07, 2011

| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>Writ of Error Quae | (J. Belmontez)<br>md.24 |
|---|---|---|