1. Bossingham Brett,
Bossingham Elisabeth
2. 1827 S. Court. Suite F,
Visalia, California
3.
4. Counterclaimants

FILED
JAN 28 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

DISTRICT COURT OF THE UNITED STATES

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:10-CR-00150-OWW |
| Plaintiff, | ) |
| v. | ) NOTICE TO COURT |
| | ) RE PROGRESS OF THE SEARCH |
| | ) FOR COMPETENT COUNSEL |
| BRETT ALLEN BOSSINGHAM, and | ) (SUPPLEMENT 2) |
| ELISABETH ANN BOSSINGHAM, | ) |
| Defendants, | ) |
| --------------------------- | ) |
| Brett Allen Bossingham, and | ) |
| Elisabeth Ann Bossingham, | ) |
| Counterclaimants, | ) |
| v. | ) |
| UNITED STATES OF AMERICA; | ) |
| COMPLAINER DOE; | ) |
| KULBIR MAND; and | ) |
| MIKE COLEMAN; | ) |
| Counterdefendants. | ) |

1. COMES NOW Brett Allen Bossingham and Elisabeth Ann Bossingham in the above-entitled inferior court to supplement

Page 1 of 4

----------------------------------------------------------------
NOTICE TO COURT RE PROGRESS OF THE
SEARCH FOR COMPETENT COUNSEL (SUPPLEMENT)

the report on the progress in the attorney search effort mandated by said court despite the ongoing objection by Counterclaimants to the court's jurisdiction.

2.  Counterclaimants retain, preserve, and reserve all rights, and waive none. This report is issued without prejudice, under duress, in response to the inferior Court's firm language, which is inferred by the Counterclaimants as a threat. A portion of that language quoted in the initial report is cited here:

> "I caution you that you are entering upon ground that may result in exceedingly adverse consequences to you."[1]

3.  Because of the insecurity regarding the outcome of the proceedings, Counterclaimants agree with the advice of the inferior court that competent counsel is tantamount to being a mandatory requirement for effective defense:

> "But the concern of each magistrate judge that you have appeared before, and now you're before a district judge, is that you have the informed assistance of an attorney licensed to practice law who's competent in federal criminal law and procedure so that your rights will be fully protected." [2]
>
> "MR. BOSSINGHAM: I don't fully understand the nature and cause of the charges.
>
> THE COURT: All right. So, what is it that you don't understand?

---

[1] Transcript, December 20, 2010, Page 7, Lines 8 through 10
[2] Transcript, December 20, 2010, Page 11, Lines 16-20

Page 2 of 4

----------------------------------------------------------------
NOTICE TO COURT RE PROGRESS OF THE
SEARCH FOR COMPETENT COUNSEL (SUPPLEMENT)

1.       "MR. BOSSINGHAM: I'm not an attorney, I'm not
2.   skilled in the law, and I would like--"[3]

3.       "THE COURT: Are you requesting the Court appoint
     counsel for you --

4.       MS. BOSSINGHAM: No.

5.       THE COURT: -- or do you want to go find your own
6.   attorney.

7.       MS. BOSSINGHAM: I'm requesting to find my own."[4]

8.   4.  Attached is Exhibit 12, which is included by reference as
9.   though fully stated herein.  Exhibit 12 is a list of additional
10.  prospective attorneys who have been contacted.  To date, no
11.  attorneys have made an affirmative commitment for
12.  representation.

13.

14.  5.  Exhibit 10 on file is a questionnaire presented to
15.  prospective attorneys with an offer to pay for their time to
16.  respond.  Counterclaimants believe the questions are reasonable
17.  and relate directly to the issues at hand.  To date
18.  Counterclaimants have not received from any attorneys any
19.  negative feedback regarding the questionnaire.

20.

21.      "The quantum of reasonableness is defined by the
         actual efforts that you're taking and the response of
22.      attorneys who you are seeking to hire."[5]

23.

24.  6.

25.
     _____
26.  [3] Transcript, October 29, 2010, Page 2, Lines 19 through 24
     [4] Transcript, October 29, 2010, Page 10, Lines 6 through 11
27.  [5] Transcript, 12-20-10 Page 13, Lines 7-9

Page 3 of 4
----------------------------------------------------------------
NOTICE TO COURT RE PROGRESS OF THE
SEARCH FOR COMPETENT COUNSEL (SUPPLEMENT)

7. Counterclaimants invite the court to take cognizance of the due diligence effort [almost a full time job] to secure competent counsel as advised by the court.

January 28, 2011

_____          _____
Brett Allen Bossingham                   Elisabeth Ann Bossingham
Counterclaimant                          Counterclaimant

Page 4 of 4

---

NOTICE TO COURT RE PROGRESS OF THE
SEARCH FOR COMPETENT COUNSEL (SUPPLEMENT)

# EXHIBIT 12
## Report in re Attorney Search

Filed 01-28-2011

CASE NO. 1:10 - CR - 00150 - OWW

Exhibit 12

January 10th

Received Call from David Mugridge office. Will not take our case.

January 11,

Received Email from Federal Defenders office.
Francine Zepeda
Fresno Branch Chief
Federal Defender's Office
2500 Tulare Street, Suite 330
Fresno, CA 93721
Phone: 559-487-5561 Fax: 559-487-5950

I confirmed Email address and replyed back.

January 14th

Received Call from Attoney Hristo Bejiv,
He left message to call him back 559 264-6585

January 18th

Called Atttorney Hristo Bijev. He Recommend Attorney Mark Broughton 233-5333

<u>Brett Bossingham was involved in an automobile accident. Some injuries occurred. This event has imposed an added burden to this day.</u>

January 19th

Cox, Timothy J
2014 Tulare St.
Fresno CA 93721
559-441-1304
Spoke with Attorney, only does State Criminal Law Cases, and family law. Will not take our case.

1

Shrout Randall
2014 Tulare St.
Fresno, CA 93721
559 266 3498
No answer, left message.


Petne David J
2014 Tulare St.
Fresno, CA
93721
559 498-6522
Fax  498-6522   Spoke with Receptionist.  She said their might be an attorney who deals with Federal Criminal AND tax law.  She recommended that I FAX the Questionnaire over.  FAXED  498-6516  Have not heard back since questionnaire was sent.

Horowitz, Rick
2014 Tulare St.
Fresno, CA 93721
559-233-8886
Spoke With Attorney , does not handle this type of case.  He recommended attorney David  Camenson who he last knew was in Clovis Ca.

Lindahl, Linden
2014 Tulare St.
Fresno, CA 93721
559-266-2560
 Left message on Answering machine with our name and phone number.

O'Rourke  Sean
2014 Tulare St.
Fresno, CA 93721
559-498-6522  FAXED Questionnaire to this office Via Receptionist.

Cabbiness  Pete
2014 Tulare St.
Fresno, CA 93721
559-579-1056
This number appears to be a FAX machine.

Leath, David M
2014 Tulare St.
Fresno, CA 93721  Faxed Questionnaire to this office Via Receptionist.

2

January 21st

Doftmeier  Dale
2014 Tulare St.
Fresno CA 93721
559-268-0117
Attorney Doftmeirer is no longer at this phone number

Horowitz Law
2014 Tulare St.
Fresno CA 93721
559-233-8886
Left message with our information and call back number

Missirlian, John H
2014 Tulare St.
Fresno CA 93721
559-497-0100
Phone Mail box was full, could not leave message

Mark Broughton   233-5333
Fax  485 3852   Talked to Erin  Faxed Indictment and Questionnaire, have not heard back

Received call from Francine Zepeda
Fresno Branch Chief
Federal Defender's Office

She said she looked over our list of attorney's from previous delcarations, and said the the list did not have attorney's that she would recommend for our case.

Francine Zepeda provide the name and number for the following out of state attorney:

Lowell Harrison Becraft, Jr.
403 Andrew Jackson Way NE
Huntsville, AL  35801-3665

256-533-2535     FAX 256-534-1821

Francine shared that she hoped that Mr. Becraft would have a recommendation for a local attonrney.

Called and left message with Attorney Lowell Becraft.

3

Jan 24th

Michael Minns
1-713-777-0772
Left message with receptionist to call us back. Told that he would be out till Monday the 31st.

Jan 25th

Lowell Harrison Becraft, Jr.
403 Andrew Jackson Way NE
Huntsville, AL 35801-3665

256-533-2535    FAX 256-534-1821

Received call back from Michael Minns office, they are not accepting new cases until September 2011.

Contacted Attorney, set up phone conference.
Mr. Becraft recommend we also speak with Tom Cryer  318-227-9193

January 26th

Conference with Attorney's Lowell Becraft and Tom Cryer.

January 27th

Conference with Attorney's Lowell Becraft and Tom Cryer
Attorney Becraft had no recommendations for a knowledgeable criminal defense attorney in the State of California.

Mr. Becraft said he would need local counsel to work with if he was going to work with us.

4