FILED

UNITED STATES COURT OF APPEALS

FEB 08 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM. | No. 11-70275 |
| | D.C. No. 1:10-cr-00150-OWW Eastern District of California, Fresno |
| BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM, | |
| Petitioners, | ORDER |
| v. | |
| UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA (FRESNO), | |
| Respondent, | |
| UNITED STATES OF AMERICA, | |
| Real Party in Interest. | |

Before: CANBY, LEAVY, and SILVERMAN, Circuit Judges.

Petitioners' emergency motion for an expedited ruling on the pending petition for a writ of mandamus is granted.

Petitioners have not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v.*

MT/MOATT

*United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

Petitioners' emergency motion to stay district court proceedings pending the court's decision on the petition for a writ of mandamus is denied as moot.

No motions for reconsideration, modification, or clarification of this order shall be filed or entertained.