1. Bossingham Brett,
Bossingham Elisabeth
2. 1827 S. Court. Suite F,
Visalia, California
3.
4. Defendants

**FILED**

MAR 08 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

5.
6.
7.
8.             UNITED STATES DISTRICT COURT
9.             EASTERN DISTRICT OF CALIFORNIA
10.
11. UNITED STATES OF AMERICA,     ) CASE NO. 1:10-CR-00150-OWW
                                  )
12.      Plaintiff,               ) NOTICE OF MOTION FOR DISCOVERY
         v.                       ) FOR GRAND JURY MINUTES, TESTIMONY,
                                  ) AND STATUS
13. BRETT ALLEN BOSSINGHAM, and   )
    ELISABETH ANN BOSSINGHAM,     ) JUDGE: O. W. Wanger
14.                               ) DATE:
         Defendants,              ) TIME:
15.                               ) ROOM:
                                  )
16. _____)

17. 1. TO *UNITED STATES DISTRICT COURT, EASTERN DIVISION, UNITED*
18. *STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM, AND ELISABETH ANN*
19. *BOSSINGHAM, CASE NO. 1:10-CR-00150-OWW*; to Plaintiff; and to all
20. other interested parties, please take notice of the following:
21.
22. 2. On April 18th , 2011, at 1:30pm
23. in the above-entitled court, defendants Brett Allen Bossingham
24. and Elisabeth Ann Bossingham will move the court for a MOTION
25. FOR DISCOVERY FOR GRAND JURY MINUTES, TESTIMONY, AND STATUS.
26. The motion will be based upon the accompanying affidavit,
27.
                          Page 1 of 2
----------------------------------------------------------------
                       NOTICE OF MOTION
    FOR DISCOVERY, GRAND JURY MINUTES, TESTIMONY, AND STATUS

1. exhibits, points and authorities, and papers on file.
2.
3. March 8, 2011         Respectfully submitted,
4.
5. _____          _____
6. Brett Allen Bossingham            Elisabeth Ann Bossingham
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.