

```
Brett Allen Bossingham
Elisabeth Ann Bossingham
1827 S. Court. Suite F,
Visalia, California

Defendants
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:10 - CR - 00150 - OWW |
| Plaintiff, | ) MOTION FOR DISCOVERY |
| | ) FOR GRAND JURY MINUTES, |
| v. | ) TESTIMONY, AND STATUS |
| BRETT ALLEN BOSSINGHAM, and | ) FRCvP 6, 7, 12, 16 |
| ELISABETH ANN BOSSINGHAM, | ) |
| Defendants, | ) |

MOTION FOR DISCOVERY

FOR GRAND JURY MINUTES, TESTIMONY, AND STATUS

1. We invite the court to notice that we are here under duress, under constructive custody, against our will, and under the plaintiff's threat that we will be harmed if we do not do as they direct, that we retain all our rights, and that there is an ongoing unanswered challenge to this court's jurisdiction and to these proceedings.  As an aside, we have made every attempt to honor the court, and present our best efforts to the court.  We

1 | request that the court admonish plaintiff's attorneys to cease
2 | dishonoring the dignity of the court process, for they have been
3 | making ad hominem, inflammatory, false, and irrelevant, guilt-
4 | by-association presentations to the court, both orally and in
5 | their papers.
6 |
7 | 2. COME NOW Brett Allen Bossingham and Elisabeth Ann
8 | Bossingham, defendants, and move pursuant to Rules 6, 7, 12, and
9 | 16, of Federal Rules of Criminal Procedure; and Amendments IV,
10 | V, and VI of the Constitution for the United States of America
11 | that this Court order the government to comply with each of the
12 | following requests.  (In the following, the singular includes
13 | the plural, and the plural includes the singular; the masculine
14 | includes the feminine, and the feminine includes the masculine.)
15 |
16 | 3. That the plaintiff state and/or disclose the following:
17 |
18 | (a) The dates evidence was presented to any grand jury
19 | considering the offenses charged in the instant
20 | Information;
21 |
22 | (b) The identity, by name or by code (e.g., a
23 | different letter for each individual Grand Juror) of
24 | the Grand Jurors present on each such date;
25 |
26 | (c) The identity, by name or by code, of the Grand
27 |

----------------------------------------------------------------------------------

MOTION FOR DISCOVERY
FOR GRAND JURY MINUTES, TESTIMONY, AND STATUS

Jurors who voted to indict defendant;

(d) The names of witnesses who testified before any Grand Jury considering the offenses charged in the instant Information:

(e) The names of witnesses who testified to any Grand Jury considering the offenses in the instant Information under statutory or de facto immunity promises as to the consequences of their testimony;

(f) The identity of all persons who received transcripts of Grand Jury testimony, documents subpoenaed by the Grand Jury, or any other Grand Jury material presented to any Grand Jury considering the offenses charged in the instant Information and any judicial order authorizing or notifications evidencing such disclosures;

(g) The purpose for which the persons identified in subparagraph (f), received such disclosure;

(h) The transcript of any statements of law and or legal instruction provided any Grand Jury investigating defendants or work associates, by any government attorney or witness;

(i) The transcript of any other statements made by any government attorney or witness, including, but not limited to, responses to questions of Grand Jurors;

(j) The dates when any Grand Jury considering the offenses charged began and completed service, and if any were Grand Juries convened pursuant to 18 U.S.C. Sec. 331, the application and order for the initiation and/or extension of such Grand Juries;

(k) The identity of any government attorney presenting evidence to any Grand Jury as aforesaid;

(l) The identity of any person, other than the Grand Jurors, the attorneys for the government, the witness under examination, any necessary interpreter, stenographer or operator of a recording device who was present when any Grand Jury considering the offenses charged in the instant Information was in session; and

(m) The identity of any person designated "agent of the Grand Jury" or purportedly endowed with any title or office by the Grand Jury in connection with any Grand Jury considering the offenses charged in the instant Information.

(n) The description and nature of any financial relationship or affiliation between each Grand Juror and any governmental unit.

(o) The description and nature of any financial relationship and affiliation between each Grand Juror and any non-governmental organization that has a financial relationship or affiliation with the government (e.g. the Internal Revenue Service).

4. Each of these requests is of a continuing nature and calls for supplementation of any answer as soon as the government discovers additional responsive material. In addition, each request in each paragraph of this letter is specifically sought under the rule of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 4.27 U.S. 97 (1976), and their progeny, as well as applicable rules of discovery.

5. WHEREFORE, defendants pray for an Order of this Court requiring Plaintiff to provide the above requested discovery.

March 8, 2011                    Respectfully submitted,


_____        _____
Elisabeth Ann Bossingham         Brett Allen Bossingham