1. Bossingham Brett,
   Bossingham Elisabeth
2. 1827 S. Court. Suite F,
   Visalia, California
3.
   Defendants
4.

FILED
MAR 08 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:10-CR-00150-OWW |
| Plaintiff, | ) |
| v. | ) POINTS AND AUTHORITIES |
| | ) IN SUPPORT OF MOTION |
| | ) FOR DISCOVERY FOR GRAND JURY |
| BRETT ALLEN BOSSINGHAM, and | ) MINUTES, TESTIMONY AND STATUS |
| ELISABETH ANN BOSSINGHAM, | ) |
| | ) JUDGE: O. W. Wanger |
| Defendants, | ) DATE: |
| | ) TIME: |
| | ) ROOM: |

POINTS AND AUTHORITIES
AN ORDER FOR DISCOVERY SHOULD ISSUE
REQUIRING PLAINTIFF TO PROVIDE DISCOVERY

1. FRCrP Rule 12(b)(4)(B), provides as follows:

   At the arraignment or as soon afterward as
   practicable, the defendant may, in order to have an
   opportunity to move to suppress evidence under Rule
   12(b)(3)(C), request notice of the government's
   intent to use (in its evidence-in-chief at trial)
   any evidence that the defendant may be entitled to
   discover under Rules 16.

March 8, 2011                    Respectfully submitted,

_____          _____
Brett Allen Bossingham           Elisabeth Ann Bossingham

Page 1 of 1

--------------------------------------------------------
POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR DISCOVERY
FOR GRAND JURY MINUTES, TESTIMONY AND STATUS