FILED

MAR 08 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

Bossingham Brett,
Bossingham Elisabeth
1827 S. Court. Suite F,
Visalia, California

Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>BRETT ALLEN BOSSINGHAM, and<br>ELISABETH ANN BOSSINGHAM,<br><br>Defendants, | CASE NO. 1:10-CR-00150-OWW<br><br>NOTICE OF MOTION<br>FOR DISCOVERY<br><br>JUDGE: O. W. Wanger<br>DATE:<br>TIME:<br>ROOM: |

1. TO ***UNITED STATES DISTRICT COURT, EASTERN DIVISION, UNITED STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM, AND ELISABETH ANN BOSSINGHAM, CASE NO. 1:10-CR-00150-OWW;*** to Plaintiff; and to all other interested parties, please take notice of the following:

2. On April 18th , 2011, at 1 : 30 pm in the above-entitled court, defendants Brett Allen Bossingham and Elisabeth Ann Bossingham will move the court for a MOTION FOR DISCOVERY. The motion will be based upon the accompanying affidavit, exhibits, points and authorities, and papers on file.

March 8, 2011

Respectfully submitted,

Brett Allen Bossingham

Elisabeth Ann Bossingham

Page 2 of 2

NOTICE OF MOTION FOR DISCOVERY