1. Bossingham Brett,
Bossingham Elisabeth
2. 1827 S. Court. Suite F,
Visalia, California
3.
Defendants
4.

FILED

MAR 0 8 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:10-CR-00150-OWW |
| Plaintiff, | ) |
| v. | ) AFFIDAVIT |
|  | ) IN SUPPORT OF MOTION |
|  | ) FOR DISCOVERY |
| BRETT ALLEN BOSSINGHAM, and | ) |
| ELISABETH ANN BOSSINGHAM, | ) JUDGE: O. W. Wanger |
|  | ) DATE: |
| Defendants, | ) TIME: |
|  | ) ROOM: |

1. On November 29, 2010, and on January 31, 2011, the court assured us that upon arraignment the court would issue an order for discovery.[1]  Because it appears no order is forthcoming, this motion for discovery is instituted.

2. We are Elisabeth Ann Bossingham and Brett Allen Bossingham. We have personal knowledge of the foregoing facts and are competent to testify as to the truth of these facts if called as a witness.  We declare under penalty of perjury that the

---

[1] Doc. 26, Transcript, 11-29-2010, Page 11, Lines 17 through 20, Page 17, Lines 4 through 5
Doc. 68, Transcript, 01-31-2011, Page 12, Line 25 through Page 13, Line 8

Page 1 of 2

------------------------------------------------------------------------

AFFIDAVIT IN SUPPORT OF MOTION FOR DISCOVERY

1. foregoing is true and correct and that this declaration was
2. executed in Visalia, California on March 8, 2011.
3.
                    Respectfully submitted,
4.
5.
6. _____        _____
   Brett Allen Bossingham                 Elisabeth Ann Bossingham
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.

-------------------------------------------------------------------------------
AFFIDAVIT IN SUPPORT OF MOTION FOR DISCOVERY