1. Bossingham Brett,
   Bossingham Elisabeth
2. 1827 S. Court. Suite F,
   Visalia, California
3.
4. Private Attorneys

FILED
APR 0 6 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

8.         DISTRICT COURT OF THE UNITED STATES
9.            EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:10-CR-00150-OWW |
| Plaintiff, | AMENDMENT |
| v. | TO WRIT OF ERROR (DOC. 59) [1] |
| BRETT ALLEN BOSSINGHAM, and ELISABETH ANN BOSSINGHAM, | |
| Defendants, | |
| ----------------------------- | |
| Brett Allen Bossingham, and Elisabeth Ann Bossingham, | |
| Counterclaimants, | |
| v. | |
| UNITED STATES OF AMERICA; COMPLAINER DOE; KULBIR MAND; and MIKE COLEMAN; | |
| Counterdefendants. | |

1. THE ABOVE-ENTITLED COURT OF RECORD COMES NOW, ON ITS OWN MOTION, TO review the writ entitled **WRIT OF ERROR QUAE CORAM**

---

[1] "Writ of Error Coram Nobis. …It is also said that at common law it [a writ of error] lay to correct purely ministerial errors of the officers of the court. Cramer v. Illinois Commercial Men's Ass'n, 260 Ill. 516, 103 N.E. 459, 461" Black's Law Dictionary, Revised Fourth Edition, Page 1786 (1968)

Page 1 of 2

---

AMMENDMENT TO WRIT OF ERROR (DOC. 59)

1. NOBIS RESIDANT IN RE (Doc 51) 'MEMORANDUM DECISION AND ORDER DENYING DEFENDANTS' "WRIT OF ERROR QUAE CORAM NOBIS RESIDANT" etc.'" (Doc. 59) filed on January 7, 2011, and to accordingly address it.

2. The Court finds that Paragraph 53 of Doc. 59 is in error. Paragraph 53 states:

> 53. "MEMORANDUM DECISION AND ORDER DENYING DEFENDANTS' 'WRIT OF ERROR QUAE CORAM NOBIS RESIDANT', etc." (Doc. 51) is rescinded, nunc pro tunc; and Documents 40, 41, 42, 46, and 47 are reinstated, nunc pro tunc.

3. Paragraph 53 is amended, nunc pro tunc January 7, 2011, to remove reference to Document 41, and now orders:

> 53. "MEMORANDUM DECISION AND ORDER DENYING DEFENDANTS' 'WRIT OF ERROR QUAE CORAM NOBIS RESIDANT', etc." (Doc. 51) is rescinded, nunc pro tunc; and Documents 40, 42, 46, and 47 are reinstated, nunc pro tunc.

4. The Court extends its apologies to the parties for the error.

5. The judge and counter-defendants are each invited to file and serve on all other interested parties a brief no later than April 18, 2011, to show cause to this court why this order should not take effect or should be modified. Unless requested, there will be no oral argument.

Dated: April 6, 2011

IT IS SO ORDERED.

_____
Brett Allen Bossingham
Private Attorney

_____
Elisabeth Ann Bossingham
Private Attorney