**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA**



**PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, PROPOSED ORDER**

United States of America

                Plaintiff(s),

Case No. 1:10-CR-00150 OWW

v.

Brett Bossingham, and
Elisabeth Bossingham

                Defendant(s).

I, Gary D. Fielder, attorney for Brett and Elisabeth Bossingham, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is: 5777 Olde Wadsworth Boulevard, #R700, Arvada, CO 80002

| | |
|---|---|
| Firm Name: | LAW OFFICE OF GARY FIELDER |
| Address: | 5777 Olde Wadsworth Boulevard, #R700 |
| | Arvada, CO 80002 |
| | (303) 650-1505 |
| | Fax (303) 650-1705 |
| | Email: criminaldefense@fielderlaw.net; garyfielder@earthlink.net |
| I reside in City: | Denver, Colorado |

I was admitted to practice in the highest Court of the State of Colorado on October 22, 1990. I was admitted to practice before the United States District Court of Colorado on August 25, 1993 and the 10th Circuit Court of Appeals on October 22, 2002. I am presently in good standing and eligible to practice in said courts. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (*If you have made a pro hac vice application to this*

*court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)*

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

| | |
|---|---|
| Name: | Peter Gibbons |
| Firm Name: | Law offices of Peter Gibbons |
| Address: | Suite E |
| | 1805 North Carson Street |
| City: | Carson City |
| State: | Nevada    ZIP Code: 89701 |

Voice Phone: 775-546-1450

FAX Phone: 866-809-0467

E-mail: LawDr1@clearwire.net

Dated: April 12, 2011

Petitioner: _____
Gary D. Fielder, Colorado Bar #19757

**ORDER**

IT IS SO ORDERED.

Dated: _____       _____
                              JUDGE, U.S. DISTRICT COURT