

# Supreme Court
## State of Colorado,

STATE OF COLORADO, ss:

I, **Susan J. Festag**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**GARY D FIELDER**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **22nd** day of **October** A. D. **1990** and that at the date hereof the said **GARY D FIELDER** is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **13th** day of **April** A. D. **2011**

*Susan J. Festag*
Clerk

By *Carla Trujillo*
Deputy Clerk