```
BENJAMIN B. WAGNER
United States Attorney
MARK E. CULLERS
HENRY Z. CARBAJAL III
Assistant United States Attorneys
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:10-CR-00150 OWW |
| ) | |
| Plaintiff, ) | |
| ) | [PROPOSED] ORDER RE APRIL 25, |
| v. ) | 2011 STATUS CONFERENCE |
| ) | |
| ) | |
| BRETT ALLEN BOSSINGHAM and ) | |
| ELISABETH ANN BOSSINGHAM, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

### [PROPOSED] ORDER RE APRIL 25, 2011 STATUS CONFERENCE

On April 25, 2011, the Court held a status conference in the above-captioned case. Assistant United States Attorneys Mark E. Cullers and Henry Z. Carbajal III personally appeared on behalf of the United States. Attorney Gary D. Fielder appeared telephonically on behalf of the defendants, Brett Allen Bossingham and Elisabeth Ann Bossingham, who personally appeared in court and out of custody.

For the reasons articulated by the Court on the record during the status conference, the Court Orders as follows:

IT IS HEREBY ORDERED that the parties' counsel shall confer on an agreed form of protective order;

**[Proposed] Order Re April 25,2011
Status Conference**

1   IT IS FURTHER ORDERED that the parties shall submit an agreed
2   form of protective order, or, if the parties are unable to agree on a
3   form of order, the parties' respective proposed forms of protective
4   order, **on or before May 2, 2011;**
5   IT IS FURTHER ORDERED that defense counsel Gary D. Fielder shall
6   file a report with the Court regarding the status of potential
7   conflicts of interest with respect to his representation of both
8   defendants simultaneously, including any executed waivers of
9   conflicts of interest, if applicable, **on or before May 10, 2011;**
10  IT IS FURTHER ORDERED that a further status conference before
11  the Court in the above-captioned matter is set for **May 23, 2011 at**
12  **2:00 p.m. Pacific Time;**
13  IT IS FINALLY ORDERED that time is excluded under the Speedy
14  Trial Act from April 25, 2011 through and including May 23, 2011
15  pursuant to 18 U.S.C. §§ 3161(h)(7)(A), as the public and the
16  defendants' interest in a speedy trial is outweighed by the ends of
17  justice served by affording the defendants adequate time for the
18  receipt and review of discovery and trial preparation.

IT IS SO ORDERED.

DATED: _____     _____
                            HON. OLIVER W. WANGER
                            UNITED STATES DISTRICT JUDGE