UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 1:10-CR-00150 OWW |
| ) | |
| Plaintiff, ) | MOTION FOR EXTENSION |
| ) | OF TIME TO REPLY TO |
| ) | GOVERNMENT'S OPPOSITION TO |
| ) | DEFENDANTS' MOTION FOR BILL |
| BRETT ALLEN BOSSINGHAM ) | OF PARTICULARS |
| and ) | |
| ELISABETH ANN BOSSINGHAM) | |
| ) | |
| Defendants. ) | |
| _____) | |

COMES NOW  Brett Allen Bossingham and Dr. Elisabeth Ann Bossingham, by and through counsel, Gary D. Fielder, Esq., and respectfully requests that this Court issue an Order granting additional time to reply to the Government's Opposition to Motion for Bill of Particulars.

1.  The Government filed their Opposition to Defendants' Motion for Bill of Particulars on June 29, 2011.  The Defendants' Reply is due on July 5, 2011.

2.   Due to the 4th of July holiday, as well as undersigned counsel just returning from vacation, the Reply has not been finalized.

3.   The Defendants would respectfully request that the Court grant up and through July 14, 2011, to file their reply to the Government's Opposition to Motion for Bill of Particulars.  Noting that the Government's response to the Defendants' motion was not due until July 14, 2011, the Government will not be prejudiced by this short extension.

4.  Undersigned counsel has attempted to contact the U.S. Attorney, namely, Henry Z. Carbajal, to ascertain his position, but has not received a response as of the filing of this motion.

WHEREFORE, for the reasons stated above, the Defendants request the court grant additional time to file their Reply to the Government's Opposition to Defendants'

Motion for Bill of Particulars, and for such other relief as the court deems just and proper.

*s/ Gary D. Fielder*
Gary D. Fielder, #19757
LAW OFFICE OF GARY D. FIELDER
5777 Olde Wadsworth Boulevard, #R700
Arvada, CO 80002
(303) 650-1505

Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 5th day of July, 2011, electronically filed the foregoing **MOTION FOR EXTENSION OF TIME TO REPLY TO GOVERNMENT'S OPPOSITION TO DEFENDANTS' MOTION FOR BILL OF PARTICULARS** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Henry Z. Carbajal, III
Assistant U.S. Attorney
henry.carbajal@usdoj.gov


*s/ Shelley Ricker, Legal Assistant*