**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**USA**                                             CASE:  **1:10–CR–00150–AWI**

                          vs.

**BRETT ALLEN BOSSINGHAM, ET AL.**          **ORDER OF REASSIGNMENT**

_____  /

   The court, having received the notice of full retirement of **Senior Judge**

**Oliver W. Wanger** finds the necessity for reassignment of the above captioned case, and

for notice to be given to the affected parties.

   IT IS THEREFORE ORDERED that:

   The above captioned case shall be and is hereby **REASSIGNED** from

**Senior Judge Oliver W. Wanger** to **Chief Judge Anthony W. Ishii** for all

further proceedings.  The new case number for this action, which must be used on all documents

filed with the court, is:

       **1:10–CR–00150–AWI**

   All dates currently set in this reassigned action shall remain effective subject to further

order of the court.

   DATED: September 21, 2011

_____

**ANTHONY W. ISHII**, CHIEF
U.S. DISTRICT COURT JUDGE