Gary D. Fielder; CBN 19757
5777 Olde Wadsworth Boulevard, Suite #R700
Arvada, Colorado 80002
303-650-1505 Ph.
303-650-1705 Fax

Peter Gibbons; CBN 196169
1805 North Carson Street, Suite E
Carson City, Nevada 89701
775-546-1450 Ph.
866-809-0467 Fax

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| United States of America,<br><br>PLAINTIFF<br>Vs.<br><br>**Brett Allen Bossingham, and**<br>**Elisabeth Ann Bossingham,**<br><br>DEFENDANTS. | Case No.   1:10-CR-00150 AWI<br><br>**Defendants' Unopposed Motion for Continuance of Trial Date** |

**UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL CALENDAR.**

Defendants Brett and Elisabeth Bossingham, through counsel and in agreement with the United States hereby move this court for a continuance of the trial calendar for 60 days from November 15, 2011 to January 16, 2012, so that the parties can schedule witnesses and complete preparation for trial. This motion is made in the interests of justice and based on the necessity of continuance for the defense.

1)   On September 29, 2011, the United States filed its second superseding indictment (*Doc. 117*). This new indictment reflects material changes in the facts alleged in the charges against

the defendants, requiring additional time to assess and prepare for trial. Defendants' counsel need the requested time to adequately prepare for trial based on the changes to the indictment.

2)   The defendants' waiver of rights to a speedy trial is filed herewith.

4)   The United States does not oppose this motion and has stipulated to the order requested herein.

5)    No supporting memorandum accompanies this motion because both parties stipulate that no prejudice will arise as a result of granting this request.

      WHEREFORE, it is respectfully requested that the court grant this request for continuance.

Dated: October 24, 2011

*Peter Gibbons*
_____
Peter Gibbons, Attorney for:
Brett A. and Elisabeth A. Bossingham

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| **United States of America,** | Case No.   1:10-CR-00150 AWI |
| PLAINTIFF | **Elisabeth Ann Bossingham's Waiver of** |
| Vs. | **Right to Speedy Trial** |
| **Brett Allen Bossingham, and** | |
| **Elisabeth Ann Bossingham,** | |
| DEFENDANTS. | |

**WAIVER OF RIGHT TO SPEEDY TRIAL**

I, Elisabeth A. Bossingham, hereby state to the Court that I have been advised of my rights under the Speedy Trial Act, 18 U.S.C. 3161, et seq. and the Plan for Prompt Disposition of Criminal Cases adopted by this Court, and have further been advised that my case is currently set for trial on November 15, 2011, and that I may have my case tried by that date if I desire.

I hereby consent to having my case continued for trial until a later date and in so doing, waive my right to a speedy trial as set forth in the Speedy Trial Act, 18 U.S.C. 3161, et seq. and the Plan for Prompt Disposition of Criminal Cases adopted by this Court,

Dated: October  24, 2011


*[signature]*
Elisabeth A. Bossingham

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| United States of America,<br><br>PLAINTIFF<br>Vs.<br><br>Brett Allen Bossingham, and<br>Elisabeth Ann Bossingham,<br><br>DEFENDANTS. | Case No.   1:10-CR-00150 AWI<br><br>Brett Allen Bossingham's Waiver of Right to Speedy Trial |

**WAIVER OF RIGHT TO SPEEDY TRIAL**

I, Brett A. Bossingham, hereby state to the Court that I have been advised of my rights under the Speedy Trial Act, 18 U.S.C. 3161, et seq. and the Plan for Prompt Disposition of Criminal Cases adopted by this Court, and have further been advised that my case is currently set for trial on November 15, 2011, and that I may have my case tried by that date if I desire.

I hereby consent to having my case continued for trial until a later date and in so doing, waive my right to a speedy trial as set forth in the Speedy Trial Act, 18 U.S.C. 3161, et seq. and the Plan for Prompt Disposition of Criminal Cases adopted by this Court,

Dated: October 24, 2011

_____
Brett A. Bossingham

Page 1                                    Case No. 1:10-CR-00150

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| United States of America, | Case No.   1:10-CR-00150 AWI |
| PLAINTIFF | Order Granting Defendants' Unopposed |
| Vs. | Motion for Continuance of Trial Date |
| Brett Allen Bossingham, and Elisabeth Ann Bossingham, | |
| DEFENDANTS. | |

### ORDER

Defendants unopposed motion t0 continue the trial date for 60 days, to January 16, 2012 is granted. The court finds that the ends of justice served by granting the continuance are in the best interests of the public, and outweigh the interest of the public and the defendant in a speedy trial, set forth in 18 U.S.C. § 3161(h)(7)(A), in that failure to grant a continuance would unreasonably deny the defendants the time necessary for effective preparation, taking into account the exercise of due diligence under the circumstances.

Trial has been rescheduled for January 16, 2011.

Final Pretrial Conference set for: _____.

Jury selection to start on: _____.

SO ORDERED

Dated: October _____, 2011

_____
Anthony W. Ishii
Chief Judge