**FILED**

| ☎AO 435 (Rev. 12/03) | Administrative Office of the United States Courts | FOR COURT USE ONLY |
|---|---|---|
| Please Read Instructions above | **TRANSCRIPT ORDER** | DUE DATE: NOV 14 2011 |

| 1. NAME<br>Gary D. Fielder | 2. PHONE NUMBER<br>(303) 650-1505 | 3. DATE<br>11/7/2011 |
|---|---|---|
| 4. MAILING ADDRESS<br>5777 Olde Wadsworth Boulevard, #R700 | 5. CITY<br>Arvada | 6. STATE<br>CO | 7. ZIP CODE<br>80002 |
| 8. CASE NUMBER<br>1:10-cr-00150-AWI | 9. JUDGE<br>Ishii | DATES OF PROCEEDINGS |
| | | 10. FROM 10/31/2011 | 11. |
| 12. CASE NAME<br>U.S.A. v. Bossingham | | LOCATION OF PROCEEDINGS |
| | | 13. Fresno, CA | 14. |

15. ORDER FOR
- ☐ APPEAL        ☒ CRIMINAL               ☐ CRIMINAL JUSTICE ACT    ☐ BANKRUPTCY
- ☐ NON-APPEAL    ☐ CIVIL                   ☐ IN FORMA PAUPERIS       ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING | 10/31/2011 |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☒ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional). | ESTIMATE TOTAL | 0.00 |
|---|---|---|
| 18. SIGNATURE<br>Gary D. Fielder | PROCESSED BY | |
| 19. DATE<br>11/7/2011 | PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |

**RECEIVED NOV 14 2011**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)
DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY