Gary D. Fielder; CBN 19757
5777 Olde Wadsworth Boulevard, Suite #R700
Arvada, Colorado 80002
303-650-1505 Ph.
303-650-1705 Fax

Peter Gibbons; CBN 196169
1805 North Carson Street, Suite E
Carson City, Nevada 89701
775-546-1450 Ph.
866-809-0467 Fax

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| **United States of America,**<br><br>PLAINTIFF<br>Vs.<br><br>**Brett Allen Bossingham, and Elisabeth Ann Bossingham,**<br><br>DEFENDANTS. | Case No.   1:10-CR-00150 AWI<br><br>**Peter Gibbons' Notice of Withdrawal and Termination of Consent to Serve as Designee for Pro Hac Vice Applicant Gary D. Fielder, Esq.** |

**Peter Gibbons' Notice of Withdrawal and Termination of Consent to Serve as Designee for Pro Hac Vice Applicant Gary D. Fielder, Esq.**

TO ALL PARTIES and their counsel of record, please take note that Peter Gibbons hereby gives notice of his withdrawal and termination of his consent to serve as designee of record for Pro Hac Vice applicant Gary D. Fielder, (*Doc. 93*). This withdrawal and termination shall be effective upon service of the parties and their counsel and is based on the requirements of the ethical duties owed to the defendants and the development of irreconcilable differences between counsel of record, Gary D. Fielder, and designee, Peter Gibbons.

1
2  Dated: December 1, 2011
3
4  *Peter Gibbons*
   _____
5  Peter Gibbons, as designee for
   Gary D. Fielder, Attorney for:
6  Brett A. and Elisabeth A. Bossingham
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28