Brett A. Bossingham
Elisabeth A. Bossingham
1827 S. Court St. STE F
Visalia, California
Phone: (559) 737-1655
Phone: (559) 280-4858
Fax: (661) 480-2550
bbossingham@vpa1.net
ebossingham@vpa1.net

# NOTICE

**CONSTRUCTIVE NOTICE OF TERMINATION OF ATTORNEYS DATED02 DECEMBER 2011 in** Case No: 1:10-CR-00150-AWI, United States District Court for the Eastern District of California

Notice is hereby given that a **CONSTRUCTIVE NOTICE OF TERMINATION OF ATTORNEYS DATED 02 DECEMBER 2011 in** Case No: 1:10-CR-00150-AWI, United States District Court for the Easter District of California a copy attached hereto as "EXHIBIT A" is given to BENJAMIN B. WAGNER, United States Attorney, MARK E. CULLERS and HENRY Z. CARBAJAL III, Assistant United States Attorneys, 2500 Tulare Street, Suite 4401 Fresno, California 93721, Phone: (559) 497-4000 FAX: (559) 497-4099 this 02nd day of December A.D. 2011.

Executed without the United States at Visalia, California republic, this second day of the twelve month in the year of our Lord, two-thousand and eleven.

In Witness Whereof, We have hereunto set our hand and seal.

_____
*All Rights Reserved*

Brett A. Bossingham, Secured Party Creditor,
Executive Trustee for the Trust,
BRETT ALLEN BOSSINGHAM

_____
*All Rights Reserved*

Elisabeth A. Bossingham, Secured Party Creditor,
Executive Trustee for the Trust
ELISABETH ANN BOSSINGHAM

# EXHIBIT A

TERMINATION OF ATTORNEYS

02 December 2011

Case No. 1:10-CR-00150-AWI

Offeree:
Brett A. Bossingham
Elisabeth A. Bossingham
1827 S. Court St. STE F
Visalia, California
Cell Phone: (559) 737-1655
Cell Phone: (559) 280-4858
Fax: (661) 480-2550
bbossingham@vpa1.net
ebossingham@vpa1.net

**THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES**
NOTICE TO AGENT IS NOTICE TO PRINCIPAL ••• NOTICE TO PRINCIPAL IS NOTICE TO AGENT
APPLICABLE TO ALL SUCCESSORS AND ASSIGNS

# NOTICE

## NOTICE TERMINATION OF ATTORNEY
## AND
## REVOCATION OF POWER OF ATTORNEY

Date: *Nunc pro tunc* 23 November 2011

To: GARY FIELDER, ESQ
LAW OFFICES OF GARY FIELDER
5777 Olde Wadworth Blvd., #R700
Arvada, CO 80002
Telephone: (303) 650-1505
criminaldefense@fielderlaw.net

Re: Notice of Termination of Attorney and Revocation of any and all Power of Attorney (Power of Attorney for Individuals) CASE NO. 1:10-CR 00150 AWI IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

Dear Sir:

Thank you for any and all services as legal counsel/attorney. **Notice** is hereby given that you are terminated as of *Nunc pro tunc* 23 November 2011 from any further duties, obligations, services, and all matters concerning

Brett A. Bossingham and Elisabeth A. Bossingham as an Authorized Representative for BRETT ALLEN BOSSINGHAM and ELISABETHANN BOSSINGHAM CASE NO. 1:10-CR 00150 AWI, IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA. Also any and all Power of Attorney previously granted is hereby revoked and is of no further force or effect as of 02 December 2011.

In Witness Whereof, We have hereunto set our hand and seal.

Brett A. Bossingham, Secured Party Creditor,
Executive Trustee for the Trust,
BRETT ALLEN BOSSINGHAM

*[signature]*
All Rights Reserved

Elisabeth A. Bossingham, Secured Party Creditor,
Executive Trustee for the Trust
ELISABETH ANN BOSSINGHAM

*[signature]*
All Rights Reserved

Cc:

Peter Gibbons
Attorney at Law
1805 North Carson Street
Carson City, NV 89701-1216
Phone (775) 546-1450
FAX 866-809-0467
LawDr1@clearwire.net

BENJAMIN B. WAGNER, United States Attorney
MARK E. CULLERS, HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Phone: (559) 497-4000 FAX: (559) 497-4099

CLERK OF THE COURT (CASE NO. 1:10 – CR- 00150 AWI)
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA.
2500 Tulare Street
Fresno, California 93721

Offeree:
Brett A. Bossingham
Elisabeth A. Bossingham
1827 S. Court St. STE F
Visalia, California
Cell Phone: (559) 737-1655
Cell Phone: (559) 280-4858
Fax: (661) 480-2550
bbossingham@vpa1.net
ebossingham@vpa1.net

**THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES**
NOTICE TO AGENT IS NOTICE TO PRINCIPAL ••• NOTICE TO PRINCIPAL IS NOTICE TO AGENT
APPLICABLE TO ALL SUCCESSORS AND ASSIGNS

# NOTICE

## NOTICE TERMINATION OF ATTORNEY
## AND
## REVOCATION OF POWER OF ATTORNEY

Date: *Nunc pro tunc* 23 November 2011

To: Peter Gibbons
Attorney at Law
1805 North Carson Street
Carson City, NV 89701-1216
Phone (775) 546-1450
FAX 866-809-0467
LawDr1@clearwire.net

Re: Notice of Termination of Attorney and Revocation of any and all Power of Attorney (Power of Attorney for Individuals) CASE NO. 1:10-CR 00150 AWI IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

Dear Sir:

Thank you for any and all services as legal counsel/attorney. **Notice** is hereby given that you are terminated as of *Nunc pro tunc* 23 November 2011 from any further duties, obligations, services, and all matters concerning Brett A. Bossingham and Elisabeth A. Bossingham as an Authorized Representative for BRETT ALLEN BOSSINGHAM and ELISABETHANN BOSSINGHAM CASE NO. 1:10-CR 00150 AWI, IN THE UNITED STATES

DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA. Also any and all Power of Attorney previously granted is hereby revoked and is of no further force or effect as of December 2nd 2011.

In Witness Whereof, We have hereunto set our hand and seal.

Brett A. Bossingham, Secured Party Creditor,
Executive Trustee for the Trust,
BRETT ALLEN BOSSINGHAM

*[signature] All Rights Reserved*

Elisabeth A. Bossingham, Secured Party Creditor,
Executive Trustee for the Trust
ELISABETH ANN BOSSINGHAM

*[signature] All Rights Reserved*

CC:

GARY FIELDER, ESQ
LAW OFFICES OF GARY FIELDER
5777 Olde Wadworth Blvd., #R700
Arvada, CO 80002
Telephone: (303) 650-1505
criminaldefense@fielderlaw.net

BENJAMIN B. WAGNER, United States Attorney
MARK E. CULLERS, HENRY Z. CARBAJAL III
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, California 93721
Phone: (559) 497-4000 FAX: (559) 497-4099

CLERK OF THE COURT (CASE NO. 1:10 – CR- 00150 AWI)
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA.
2500 Tulare Street
Fresno, California 93721