Brett Allen Bossingham
Elisabeth Ann Bossingham
c/o Benton Hall, Notary
3546 East Presidio Circle
Mesa, Arizona
*Non-domestic without the U.S.*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**In RE:**

UNITED STATES OF AMERICA,
       Plaintiff,

CASE NO. 1:10-cr-00150-AWI
**INDICTMENT**

AND

BRETT ALLEN BOSSINGHAM, and
ELISABETH ANN BOSSINGHAM
       Defendant.

**FILED**

DEC 1 6 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

# *NOTICE*

## NOTICE OF TENDER FOR SETOFF and a REQUEST REGARDING A STATEMENT OF ACCOUNT in Case No. 1:10-cr-00150-AWI, IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

Notice is hereby given that a **NOTICE OF TENDER FOR SETOFF and a REQUEST REGARDING A STATEMENT OF ACCOUNT** regarding "INDICTMENT" in Case No. 1:10-cr-00150-AWI, IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA a copy attached hereto as "EXHIBIT B" is given to Chief Financial Officer, c/o UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, 2500 Tulare Street, Fresno, CA 93721 this 15th day of December A.D. 2011.

Executed without the United States in Tulare county, California republic, this fifteenth day of the twelfth month in the year of our Lord, two-thousand and eleven.

In Witness Whereof, We have hereunto set our hands and seals.

Brett A. Bossingham

Brett Allen Bossingham, Secured Party Creditor,
Executive Trustee for the Trust
BRETT ALLEN BOSSINGHAM

Elisabeth A. Bossingham

Elisabeth Ann Bossingham, Secured Party Creditor
Executive Trustee for the Trust
ELISABETH ANN BOSSINGHAM

# "EXHIBIT B"
## RECORD OF PRESENTMENT

1. *NOTICE*: **NOTICE OF TENDER FOR SETOFF** (5 leaves);

2. **REQUEST REGARDING A STATEMENT OF ACCOUNT** (1 leaf):

**EXHIBIT A:**

3. **EXHIBIT A cover page** (1 leaf);

4. *NOTICE*: **NOTICE TO SETOFF ACCOUNTS** dated 15 December 2011 (2 leaves);

5. **COUPON** in the amount of NINE MILLION AND 00/100 DOLLARS (1 leaf);

6. **"INDICTMENT"** in Case Number 1:10-cr-00150-AWI IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, (UNITED STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM), with banker's acceptance endorsement on front page and reverse page of each leaf (8 leaves);

7. **I.R.S. FORM 1040-ES PAYMENT VOUCHER**, with banker's acceptance indorsement on reverse page of leaf, for BRETT A. BOSSINGHAM Account # ***-**-9439 and ELISABETH A. BOSSINGHAM Account # ***-**-3521 (1 leaf);

8. **PRIVATE REGISTERED SETOFF BOND NO. 20111208** (1 leaf);

9. **PRIVATE REGISTERED SETOFF BOND NO. 20111207** (1 leaf);

10. **UCC-1 Financing Statement**, Document No. 31307800002 Filing No. 11-7293507873, dated December 8, 2011 (3 leaves);

11. **UCC-3 Financing Assignment**, Document No. 31307800003 Filing No. 11-72935088, dated December 8, 2011 (3 leaves);

12. **UCC-1 Financing Statement**, Document No. 31290710002 Filing No. 11-7293372843, dated December 7, 2011 (3 leaves);

13. **UCC-3 Financing Assignment**, Document No. 31290710003 Filing No. 11-72933732, dated December 7, 2011 (4 leaves);

14. **NOTARY'S CERTIFICATE OF SERVICE** December 15, 2011 (signed original on file) (1 leaf); and

15. **NOTARY'S CERTIFICATE OF SERVICE** dated December 15, 2011 (signed original on file) (2 leaves).

CERTIFIED COPY

I hereby certify the foregoing document to which this seal has been affixed consisting of ___05___ pages(s) to be a complete, true and correct copy of the original on file and of record in the office of Benton Hall.

By: _____

Date: _December  15, 2011_

(THIS STAMP MUST BE RED)

**Case #PR-20111206-A**

Claimant
    Brett Allen Bossingham
    Elisabeth Ann Bossingham
    c/o Benton Hall, Notary
    3546 East Presidio Circle
    Mesa, Arizona
    Non-Domestic without the U.S.

## THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
### NOTICE TO AGENT IS NOTICE TO PRINCIPAL --- NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# NOTICE

## NOTICE OF TENDER FOR SETOFF

14 December 2011

Respondent:
    **Chief Financial Officer**
    c/o UNITED STATES DISTRICT COURT
    FOR THE EASTERN DISTRICT OF CALIFORNIA
    2500 Tulare Street
    Fresno, CA 93721
    **Serviced by: USPS "Certificate of Mailing" (PS Form 3817)**

Re:    Case Number 1:10-cr-00150-AWI, IN THE UNITED STATES DISTRICT COURT FOR THE
    EASTERN DISTRICT OF CALIFORNIA, (UNITED STATES OF AMERICA V. BRETT ALLEN
    BOSSINGHAM and ELISABETH ANN BOSSINGHAM), including but not limited to Counts 1-9,
    hereinafter "INDICTMENT".

WHEREAS, on December 15, 2011 instruments of tender for setoff, hereinafter "TENDER" for the
setoff of an Case Number 1:10-cr-00150-AWI, IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA, (UNITED STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM
and ELISABETH ANN BOSSINGHAM), including but not limited to Counts 1-9, hereinafter
"INDICTMENT", were presented for setoff to:

    INTERNAL REVENUE SERVICE
    Stop 4440
    P.O. Box 9036
    Ogden, Utah 84201

WHEREAS, on December 15, 2011, the TENDER is deemed accepted for the setoff of the Case Number
1:10-cr-00150-AWI, IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

**NOTICE OF TENDER FOR SETOFF**                                             

CALIFORNIA, (UNITED STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM), including but not limited to Counts 1-9, hereinafter "INDICTMENT", pursuant to and evidenced by the records enclosed herewith.

THEREFORE, Brett Allen Bossingham and Elisabeth Ann Bossingham, hereinafter "Claimants", requests that the balance of the ACCOUNT be adjusted to Zero dollars ($0.00) to reflect the ledgering of said TENDER.

Enclosed herewith is a Request Regarding a Statement of Account, pursuant to Uniform Commercial Code §9-210 and its implementation in the State of California, as a record authenticated by the Debtor requesting that the respondent approve or correct the statement. Respondent has Fourteen (14) days to comply with this request and provide an authenticated record.

If the Request Regarding a Statement of Account is not corrected by the Respondent within Fourteen (14) days, then it shall be deemed accepted and/or approved. Respondent's failure to respond within Fourteen (14) days of the postmark of the presentment of this Notice of Tender for Setoff shall cause the Claimants to have executed a Certificate of Non-Response by the Notary listed below. Said Certificate of Non-Response shall serve as evidence of the Respondent's acceptance and/or approval of this Notice of Tender for Setoff and the enclosed Request Regarding a Statement of Account.

Upon the Respondent's acceptance of the Request Regarding a Statement of Account, the Respondent shall credit Case No. 1:10-cr-00150-AWI, IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, (UNITED STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM), including but not limited to Counts 1-9, hereinafter "INDICTMENT", with the TENDER and discharge any and all public and private claims, levies, liens or holdings of the Defendants-Debtors, BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM resulting from any "INDICTMENT" and all variations and derivatives thereof; Respondent shall rescind on any "INDICTMENT" and or COLLATERAL being held in regards to this matter in Case No. 1:10-cr-00150-AWI by executing or causing to be executed a Notice of Rescission regarding BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM and all variations and derivatives thereof and any other collateral of or relating to the Claimants in Case Number 1:10-cr-00150-AWI, IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, (UNITED STATES OF AMERICA V. , BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM), hereinafter "INDICTMENT", and file said Notice of Discharge and dismissal of Case No. 1:10-cr-00150-AWI IN UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA. Respondent shall also execute all procedures for the discharge of all liens and levies or detainers in the "INDICTMENT", belonging to the Defendants-Debtors, BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM to hold the Defendants-Debtors, BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM non liable for public performance.

Respondent's failure to execute or cause to be executed the Notice of Discharge of Case Number 1:10-cr-00150-AWI, IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, (UNITED STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM), including but not limited to Counts 1-9, hereinafter "INDICTMENT", within Fourteen (14) days of the mailing of the Request Regarding a Statement of Account shall constitute the granting and conveying of a Specific Power of Attorney by the Respondent to the Claimants' for the Claimants' to execute any and all said instruments effectuate same on behalf of the Respondent. In addition, the Respondent shall also grant and convey a Specific Power of Attorney to the Claimants' to execute any and all instruments, communications, or correspondences the Claimants' deem necessary for the perfection of the Claimants' paramount security interest in the Defendants-Debtors, BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM.

Case #PR-20111206-A

Respondent shall give notice to the Claimants' of the filing of the Discharge of the Case Number 1:10-cr-00150-AWI, IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, (UNITED STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM), including but not limited to Counts 1-9, hereinafter "INDICTMENT", and all variations and derivatives thereof, by mailing certified copies of said instruments to the Claimants' through the Notary listed below. Respondent's failure to give notice to the Claimants' within Fourteen (14) of the mailing shall be deemed a failure to perform and shall cause the Claimants to have executed a Certificate of Non-Performance by the Notary listed below. Said Certificate of Non-Performance shall serve as evidence of the Respondent's acceptance and/or approval of the granting and conveying of the Specific Power-of-Attorney-in-Fact mentioned above.

Any and all responses, notices, or correspondence regarding this NOTICE OF TENDER FOR SETOFF and REQUEST REGARDING A STATEMENT OF ACCOUNT shall be directed to the Claimants, by U.S.P.S. Certified or Registered Mail, at the following address:

    Brett Allen Bossingham
    Elisabeth Ann Bossingham
    c/o Benton Hall, Notary
    3546 East Presidio Circle
    Mesa, Arizona
    Non-Domestic without the U.S.

Service in any other manner will be deemed defective on its face.

**SEALS:** The seals on the documents represent that the parties intend the agreement to entail legal consequences.

Executed in Tulare county, California republic, the *Fifteenth* day of the *Twelfth* month in the year *Two-Thousand and Eleven.*

In Witness Whereof, We have hereunto set our hands and seals.

*Brett A. Bossingham*

Brett Allen Bossingham, Authorized Representative
For the Accommodation Party & Secured Party Creditor

*Elizabeth A. Bossingham*

Elisabeth Ann Bossingham, Authorized Representative
For the Accommodation Party & Secured Party Creditor

---

NOTICE: THIS DOCUMENT IS NOT INTENDED TO THREATEN, HARASS, HINDER OR OBSTRUCT ANY LAWFUL OPERATIONS. IT IS FOR THE PURPOSES OF OBTAINING LAWFUL REMEDY AS IS PROVIDED BY LAW.

---

Case #PR-20111206-A

**Mark Eugene Cullers**
c/o U.S. Department of Justice
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Phone: (559) 497-4000
Fax: (559) 497-4099
Email: mark.cullers@usdoj.gov

**BENJAMIN B. WAGNER**
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorney
4401 Federal Courthouse
2500 Tulare Street
Fresno, CA 93721

**Henry Zazueta Carbajal, III**
U.S. Dept Of Justice, Us Atty's Office, E.d. Cal.
2500 Tulare Street
Suite 4401
Fresno, CA 93711
Phone: (559) 497-4028
Fax: (559) 497-4099
Email: henry.carbajal@usdoj.gov

**CLERK OF COURT (Case No. 1:10-cr-00150-AWI)**
c/o UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street
Fresno, CA 93721

## All serviced by: USPS "Certificate of Mailing" (PS Form 3817)

Case #PR-20111206-A

Enclosure(s):

1. **REQUEST REGARDING A STATEMENT OF ACCOUNT** (1 leaf):
2. **NOTARY'S CERTIFICATE OF SERVICE** dated December 15, 2011 (2 leaves) (signed original on file);

**EXHIBIT A:**

3. **EXHIBIT A** cover page [1 leaf];
4. *NOTICE*: **NOTICE TO SETOFF ACCOUNTS** dated 15 December 2011 (2 leaves);
5. **COUPON** in the amount of NINE MILLION AND 00/100 DOLLARS (1 leaf);
6. "INDICTMENT" in Case Number 1:10-cr-00150-AWI IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, (UNITED STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM), with banker's acceptance endorsement on front page and reverse page of each leaf (8 leaves);
7. **I.R.S. FORM 1040-ES PAYMENT VOUCHER,** with banker's acceptance indorsement on reverse page of leaf, for BRETT A. BOSSINGHAM Account # ***-**-9439 and ELISABETH A. BOSSINGHAM Account # ***-**-3521(1 leaf);
8. **PRIVATE REGISTERED SETOFF BOND NO. 20111208** (1 leaf);
9. **PRIVATE REGISTERED SETOFF BOND NO. 20111207** (1 leaf);
10. **UCC-1 Financing Statement,** Document No. 31307800002 Filing No. 11-7293507873, dated December 8, 2011 (3 leaves);
11. **UCC-3 Financing Assignment,** Document No. 31307800003 Filing No. 11-72935088, dated December 8, 2011 (3 leaves); and
12. **UCC-1 Financing Statement,** Document No. 31290710002 Filing No. 11-7293372843, dated December 7, 2011 (3 leaves);
13. **UCC-3 Financing Assignment,** Document No. 31290710003 Filing No. 11-72933732, dated December 7, 2011 (4 leaves); and
14. **NOTARY'S CERTIFICATE OF SERVICE** December 15, 2011 (signed original on file) (1 leaf).

**Cc:**

**Gary D Fielder, PHV**
c/o Law Office Of Gary Fielder
5777 Olde Wadsworth Boulevard, #r700
Arvada, CO 80002
Phone: (303) 650-1505
Fax: (303) 650-1705
Email: criminaldefense@fielderlaw.net

**Peter J. Gibbons**
c/o Law Offices Of Peter Gibbons
1805 North Carson Street, Suite E
Carson City, NV 89701
Phone: (775) 299-4542
Fax: (866) 809-0467
Email: lawdr1@npn.net

**Case #PR-20111206-A**

CERTIFIED COPY
I hereby certify the foregoing document to which this seal has been affixed consisting of _____ O 2 _____ pages(s) to be a complete, true and correct copy of the original on file and of record in the office of Benton Hall.

By: _____ Benton Hall _____

Date: _____ December '15, 2011 _____

(THIS STAMP MUST BE RED)

**To:** **Chief Financial Officer**
c/o UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street
Fresno, CA 93721
**Serviced by: USPS "Certificate of Mailing" (PS Form 3817)**

**From:** Brett Allen Bossingham and Elisabeth Ann Bossingham, Authorized Representative
For the Accommodation Party & Secured Party Creditor

**Re:** **REQUEST REGARDING A STATEMENT OF ACCOUNT** for INDICTMENT in Case Number 1:10-cr-00150-AWI IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, (UNITED STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM).

**REQUEST REGARDING A STATEMENT OF ACCOUNT**
**Pursuant to the Uniform Commercial Code § 9-210 and its implementation in the State of California, this is a record authenticated by the debtor requesting that the respondent approve or correct a statement indicating what the debtor believes to be the aggregate amount of unpaid obligations secured by collateral as of a specified date and reasonably identifying the transaction or relationship that is the subject of the request. Respondent has fourteen (14) days to comply with this request and provide an authenticated record.**

**STATEMENT OF ACCOUNT**

Date:              **December 15, 2011**

Creditor:        **UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

Debtors:        **BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM**

Case No.:      **1:10-cr-00150-AWI**

Collateral:     **BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM**

Balance Due:   **$0.00**

I declare under penalty of perjury that the information above is true and correct.

-BRETT A. BOSSINGHAM
-ELISABETH A. BOSSINGHAM

By: _____ Brett A. Bossingham _____
Brett Allen Bossingham, Authorized Representative
For the Accommodation Party & Secured Party Creditor

By: _____ Elisabeth A. Bossingham _____
Elisabeth Ann Bossingham, Authorized Representative
For the Accommodation Party & Secured Party Creditor

# "EXHIBIT A"
## RECORD OF PRESENTMENT

1. *NOTICE*: NOTICE TO SETOFF ACCOUNTS dated 15 December 2011 (2 leaves);

2. COUPON in the amount of NINE MILLION AND 00/100 DOLLARS (1 leaf);

3. "INDICTMENT" in Case Number 1:10-cr-00150-AWI IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, (UNITED STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM), with banker's acceptance endorsement on front page and reverse page of each leaf (8 leaves);

4. I.R.S. FORM 1040-ES PAYMENT VOUCHER, with banker's acceptance indorsement on reverse page of leaf, for BRETT A. BOSSINGHAM Account # ***-**-9439 and ELISABETH A. BOSSINGHAM Account # ***-**-3521(1 leaf);

5. PRIVATE REGISTERED SETOFF BOND NO. 20111208 (1 leaf);

6. PRIVATE REGISTERED SETOFF BOND NO. 20111207 (1 leaf);

7. UCC-1 Financing Statement, Document No. 31307800002 Filing No. 11-7293507873, dated December 8, 2011 (3 leaves);

8. UCC-3 Financing Assignment, Document No. 31307800003 Filing No. 11-72935088, dated December 8, 2011 (3 leaves);

9. UCC-1 Financing Statement, Document No. 31290710002 Filing No. 11-7293372843, dated December 7, 2011 (3 leaves);

10. UCC-3 Financing Assignment, Document No. 31290710003 Filing No. 11-72933732, dated December 7, 2011 (4 leaves); and

11. NOTARY'S CERTIFICATE OF SERVICE December 15, 2011 (signed original on file) (1 leaf).

Case #PR-20111206-A

Accommodation Party:
    Brett Allen Bossingham
    Elisabeth Ann Bossingham
    c/o Benton Hall, Notary
    3546 East Presidio Circle
    Mesa, Arizona
    Non-Domestic without the U.S.

## THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
### NOTICE TO AGENT IS NOTICE TO PRINCIPAL ••• NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# NOTICE

## NOTICE TO SETOFF ACCOUNTS

Date of Notice:    15 December 2011

Notice for:    INTERNAL REVENUE SERVICE
    Stop 4440
    P.O. Box 9036
    Ogden, Utah 84201

Service by:    Registered Mail Article No. RE 085 255 264 US

In the matter of:    Enclosed tender for setoff of Case No. 1:10-cr-00150-AWI, IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, (UNITED STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM), including but not limited to Counts 1-9, hereinafter "INDICTMENT"

Please find enclosed the following instruments:

1. **ORIGINAL:** COUPON in the amount of NINE MILLION AND 00/100 DOLLARS (1 leaf);

2. **ORIGINAL:** "INDICTMENT" in Case Number 1:10-cr-00150-AWI IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, (UNITED STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM), duly indorsed as follows:
    a. "ACCEPT FOR VALUE"
    b. "RETURN FOR VALUE"
    c. "EXEMPT FROM LEVY"
    d. "DISCHARGE ALL PRESENTMENTS AND RELATED FEES"
    e. "ADJUST THE BALANCE TO ZERO"
    f. "PRIVATE PREPAID TREASURY EXEMPTION # 541869439"
    g. "CHARGE THE SAME TO: BRETT A. BOSSINGHAM 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"
    h. "PRIVATE PREPAID TREASURY EXEMPTION # 568253521"
    i. "CHARGE THE SAME TO: ELISABETH A. BOSSINGHAM 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"
    j. "(signature) (date) (seal)";

3. **ORIGINAL:** I.R.S. Form 1040-ES Payment Voucher, duly indorsed as follows:
    a. "ACCEPT FOR VALUE – RETURN FOR VALUE"
    b. "EXEMPT FROM LEVY – PREPAID COMMON STOCK"
    c. "DISCHARGE ALL PRESENTMENTS AND RELATED FEES"
    d. "ADJUST THE BALANCE TO ZERO"

Case #PR-20111206-A

        e.  "PRIVATE PREPAID TREASURY EXEMPTION # 541869439"
        f.  "CHARGE THE SAME TO: BRETT A. BOSSINGHAM 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"
        g.  "PRIVATE PREPAID TREASURY EXEMPTION # 568253521"
        h.  "CHARGE THE SAME TO: ELISABETH A. BOSSINGHAM 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"
        i.  "(signature) (date) (seal)";

4. **ORIGINAL: PRIVATE REGISTERED SETOFF BOND NO. 20111208** (1 leaf);

5. **ORIGINAL: PRIVATE REGISTERED SETOFF BOND NO. 20111207** (1 leaf);

6. **COPY: UCC-1 Financing Statement,** Document No. 31307800002 Filing No. 11-7293507873, dated December 8, 2011 (3 leaves);

7. **COPY: UCC-3 Financing Assignment,** Document No. 31307800003 Filling No. 11-72935088, dated December 8, 2011 (3 leaves); and

8. **COPY: UCC-1 Financing Statement,** Document No. 31290710002 Filing No. 11-7293372843, dated December 7, 2011 (3 leaves);

9. **COPY: UCC-3 Financing Assignment,** Document No. 31290710003 Filling No. 11-72933732, dated December 7, 2011 (4 leaves); and

10. **COPY: Notary's Certificate of Service** (signed original on file) (1 leaf).


These instruments are being tendered by Brett Allen Bossingham and Elisabeth Ann Bossingham, hereinafter "Accommodation Party", for the setoff of Case Number 1:10-cr-00150-AWI, IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, (UNITED STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM), including but not limited to Counts 1-9, hereinafter "INDICTMENT", in behalf of BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM, and are to be used to affect debit and credit accounting transactions for the settlement and closure of said account. If any of the enclosed instruments contain any defects or are incorrect, incomplete, or inaccurate, please return the same to the Accommodation Party via the Notary at the address shown above within 10 days from the date of receipt.

Please exercise ordinary care, as the party entitled to enforce these instruments, to ensure that all debit or credit transactions ledgered to account #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 for BRETT A. BOSSINGHAM and account #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 for ELISABETH A. BOSSINGHAM are done so in the best interest of the United States Treasury.

Sincerely,


By: _Brett A. Bossingham_
Brett Allen Bossingham, Accommodation Party


By: _Elizabeth A. Bossingham_
Elisabeth Ann Bossingham, Accommodation Party

# COUPON



--------------------------------------------cut here--------------------------------------------

# COUPON

#PR-20111206-A

7 December 2011

Pay to the
Order of: **United States Treasury**

$9,000,000.00

**Nine Million and 00/100 Dollars**

Tendered as full satisfaction of the claim for Case No. 1:10-00150-AWI,
hereinafter "INDICTMENT", including but not limited to counts 1-9
**Memo**

*Brett A. Bosingham*
Brett A. Bossingham, Authorized Representative

*Elizabeth A. Bossingham*
Elisabeth A. Bossingham, Authorized Representative

1   BENJAMIN B. WAGNER
    United States Attorney
2   MARK E. CULLERS
    Assistant U.S. Attorney
    4401 Federal Courthouse
    2500 Tulare Street
4   Fresno, CA 93721
    Telephone: (559) 497-4000

**FILED**

APR 15 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
    DEPUTY CLERK

**SEALED**

8

9                   IN THE UNITED STATES DISTRICT COURT

                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10                                              1 10 CR   0 0 1 5 0 OWW

11  UNITED STATES OF AMERICA,          )   CASE NO.
                                       )
12              Plaintiff,             )   VIOLATIONS: 18 U.S.C. § 371 -
                                       )   Conspiracy;
13  v.                                 )   26 U.S.C. § 7201 and 18 U.S.C.
                                       )   § 2 - Tax Evasion and Aiding
14                                     )   and Abetting (8 Counts)
    BRETT ALLEN BOSSINGHAM, and        )
15  ELISABETH ANN BOSSINGHAM,          )
                                       )
16                                     )
                                       )
17              Defendants.            )
                                       )
    _____)
18

19  COUNT ONE:  [18 U.S.C. § 371 - Conspiracy]

20       The Grand Jury charges:

21                     BRETT ALLEN BOSSINGHAM, and
                        ELISABETH ANN BOSSINGHAM,
22

23  defendants herein, as follows:

24                                I.

25                            INTRODUCTION

26       1.  At all times relevant herein, defendants BRETT ALLEN

27  BOSSINGHAM and ELISABETH ANN BOSSINGHAM  were husband and wife, and

28

                                  1

1  resided in Woodlake, California, within the State and Eastern
2  District of California.

3                              II.

4                        THE CONSPIRACY

5      2.  Beginning on a date not known to the Grand Jury, but no
6  later than on or about January 1, 2000, and continuing until on or
7  about October 28, 2009, in the State and Eastern District of
8  California, and elsewhere, defendants BRETT ALLEN BOSSINGHAM and
9  ELISABETH ANN BOSSINGHAM knowingly and intentionally agreed, combined
10  and conspired with each other, and with others both known and unknown
11  to the Grand Jury, to defraud the United States, and a department or
12  agency thereof, by willfully attempting to evade or defeat any income
13  tax, or the payment thereof, due and payable to the Internal Revenue
14  Service.

15                  MANNER AND MEANS OF THE CONSPIRACY

16      3.  In furtherance of the conspiracy, defendants BRETT ALLEN
17  BOSSINGHAM and ELISABETH ANN BOSSINGHAM, employed, among others, the
18  following manner and means:

19          A.  The defendants used, and caused to be used, offshore
20  bank accounts, "warehouse" banking, and abusive tax avoidance schemes
21  and trust organizations to hide and shield their income.

22          B.  The defendants filed, and cause to be filed, bogus
23  liabilities, including Deeds of Trust, against their properties to
24  create the appearance of no equity in those properties to further
25  impede the Internal Revenue Service in its duty to collect taxes due
26  and owing.

27          C.  As a result of the defendants' conduct, over $100,000
28  in back taxes has been evaded to date.

                              2

1
## OVERT ACTS

2     4.   In furtherance of the conspiracy and to effect the objects

3 thereof, defendants BRETT ALLEN BOSSINGHAM and ELISABETH ANN

4 BOSSINGHAM performed the following overt acts in the State and

5 Eastern District of California, and elsewhere:

6         A.   On or about July 17, 2000, defendant ELISABETH ANN

7 BOSSINGHAM filed an "Exempt Form W-4 (Employee's Withholding

8 Allowance Certificate)" with her former employer Visalia Medical

9 Clinic, Inc.

10         B.   On or about September 29, 2000, defendant ELISABETH ANN

11 BOSSINGHAM signed a document titled "Resolutions of Director" for

12 International Business Company, Heritage AT Ltd.

13         C.   On or about May 11, 2003, defendants ELISABETH ANN

14 BOSSINGHAM and BRETT ALLEN BOSSINGHAM established an anonymous

15 account with Interactive Currency Interface System (MYICIS).

16         D.   On or about June 23, 2005, defendant BRETT ALLEN

17 BOSSINGHAM utilized Lake City LLC, an Oklahoma Limited Liability

18 Company, to encumber his personal residence located at 20278 Avenue

19 360, Woodlake, California.

20     All in violation of Title 18, United States Code, Section 371

21 and Title 26, United States Code, Section 7201.

22

23 COUNT TWO:      [26 U.S.C. § 7201 - Attempt to Evade and Defeat the
                   Payment of Tax and Aiding and Abetting]
24

25     The Grand Jury further charges:

26                        BRETT ALLEN BOSSINGHAM,

27 defendant herein, on or about April 8, 2007, within the State and

28 Eastern District of California, did wilfully attempt to evade and

3

1  defeat the payment of a large part of the income tax due and owing by

2  him to the United States of America for the calendar year 2000, in

3  the approximate amount of $9,685, by falsely reporting actual wages

4  earned, concealing and attempting to conceal from the Internal

5  Revenue Service the nature and extent of his assets and income and

6  the location thereof, and by attempting to place funds and property

7  beyond the reach of service of process.

8      All in violation of Title 26, United States Code, Section 7201.

9

10  COUNT THREE:    [26 U.S.C. § 7201 - Attempt to Evade and Defeat the
                    Payment of Tax and Aiding and Abetting]
11

12      The Grand Jury further charges:

13                  BRETT ALLEN BOSSINGHAM,

14  defendant herein, on or about April 9, 2007, within the State and

15  Eastern District of California, did wilfully attempt to evade and

16  defeat the payment of a large part of the income tax due and owing by

17  him to the United States of America for the calendar year 2001, in

18  the approximate amount of $21,672, by falsely reporting actual wages

19  earned, concealing and attempting to conceal from the Internal

20  Revenue Service the nature and extent of his assets and income and

21  the location thereof, and by attempting to place funds and property

22  beyond the reach of service of process.

23      All in violation of Title 26, United States Code, Section 7201.

24  ///

25  ///

26  ///

27  ///

28  ///

4

Case 1:10-cr-00150-AWI Document 1 Filed 04/15/10 Page 5 of 8

1  COUNT FOUR:     [26 U.S.C. § 7201 - Attempt to Evade and Defeat the
                   Payment of Tax and Aiding and Abetting]
2

3       The Grand Jury further charges:

4                   BRETT ALLEN BOSSINGHAM,

5  defendant herein, on or about April 11, 2007, within the State and

6  Eastern District of California, did wilfully attempt to evade and

7  defeat the payment of a large part of the income tax due and owing by

8  him to the United States of America for the calendar year 2002, in

9  the approximate amount of $11,026, by falsely reporting actual wages

10 earned, concealing and attempting to conceal from the Internal

11 Revenue Service the nature and extent of his assets and income and

12 the location thereof, and by attempting to place funds and property

13 beyond the reach of service of process.

14      All in violation of Title 26, United States Code, Section 7201.

15

16 COUNT FIVE:     [26 U.S.C. § 7201 - Attempt to Evade and Defeat the
                   Payment of Tax and Aiding and Abetting]
17

18      The Grand Jury further charges:

19                  BRETT ALLEN BOSSINGHAM,

20 defendant herein, on or about April 19, 2007, within the State and

21 Eastern District of California, did wilfully attempt to evade and

22 defeat the payment of a large part of the income tax due and owing by

23 him to the United States of America for the calendar year 2003, in

24 the approximate amount of $14,193, by falsely reporting actual wages

25 earned, concealing and attempting to conceal from the Internal

26 Revenue Service the nature and extent of his assets and income and

27 the location thereof, and by attempting to place funds and property

28 beyond the reach of service of process.

                              5

1    All in violation of Title 26, United States Code, Section 7201.

2

3    COUNT SIX:    [26 U.S.C. § 7201 - Attempt to Evade and Defeat the
                   Payment of Tax and Aiding and Abetting]
4

5    The Grand Jury further charges:

6                        ELISABETH ANN BOSSINGHAM,

7    defendant herein, on or about April 8, 2007, within the State and

8    Eastern District of California, did wilfully attempt to evade and

9    defeat the payment of a large part of the income tax due and owing by

10   her to the United States of America for the calendar year 2000, in

11   the approximate amount of $9,685, by falsely reporting actual wages

12   earned, concealing and attempting to conceal from the Internal

13   Revenue Service the nature and extent of her assets and income and

14   the location thereof, and by attempting to place funds and property

15   beyond the reach of service of process.

16   All in violation of Title 26, United States Code, Section 7201.

17

18   COUNT SEVEN:    [26 U.S.C. § 7201 - Attempt to Evade and Defeat the
                     Payment of Tax and Aiding and Abetting]
19

20   The Grand Jury further charges:

21                       ELISABETH ANN BOSSINGHAM,

22   defendant herein, on or about April 9, 2007, within the State and

23   Eastern District of California, did wilfully attempt to evade and

24   defeat the payment of a large part of the income tax due and owing by

25   her to the United States of America for the calendar year 2001, in

26   the approximate amount of $21,672, by falsely reporting actual wages

27   earned, concealing and attempting to conceal from the Internal

28   Revenue Service the nature and extent of her assets and income and

6

1  the location thereof, and by attempting to place funds and property

2  beyond the reach of service of process.

3     All in violation of Title 26, United States Code, Section 7201.

4

5  COUNT EIGHT:     [26 U.S.C. § 7201 - Attempt to Evade and Defeat the
                     Payment of Tax and Aiding and Abetting]
6

7     The Grand Jury further charges:

8                       ELISABETH ANN BOSSINGHAM,

9  defendant herein, on or about April 11, 2007, within the State and

10  Eastern District of California, did wilfully attempt to evade and

11  defeat the payment of a large part of the income tax due and owing by

12  her to the United States of America for the calendar year 2002, in

13  the approximate amount of $11,026, by falsely reporting actual wages

14  earned, concealing and attempting to conceal from the Internal

15  Revenue Service the nature and extent of her assets and income and

16  the location thereof, and by attempting to place funds and property

17  beyond the reach of service of process.

18     All in violation of Title 26, United States Code, Section 7201.

19

20  COUNT NINE:     [26 U.S.C. § 7201 - Attempt to Evade and Defeat the
                     Payment of Tax and Aiding and Abetting]
21

22     The Grand Jury further charges:

23                       ELISABETH ANN BOSSINGHAM,

24  defendant herein, on or about April 19, 2007, within the State and

25  Eastern District of California, did wilfully attempt to evade and

26  defeat the payment of a large part of the income tax due and owing by

27  her to the United States of America for the calendar year 2003, in

28  the approximate amount of $14,143, by falsely reporting actual wages

7

1   earned, concealing and attempting to conceal from the Internal
2   Revenue Service the nature and extent of her assets and income and
3   the location thereof, and by attempting to place funds and property
4   beyond the reach of service of process.

5       All in violation of Title 26, United States Code, Section 7201.

6

7                                   A TRUE BILL.
                                    /s/ Signature on file w/AUSA
8       _____
                                    FOREPERSON
9

10

11
    BENJAMIN B. WAGNER
12  United States Attorney
        KEVIN P. ROONEY
13  By_____
        MARK E. CULLERS,
14  Assistant U.S. Attorney
    Chief, Fresno Office
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                          8

**Form 1040-ES**
Department of the Treasury
Internal Revenue Service

## 20**11 Estimated Tax**

**Payment Voucher 4**

OMB No. 1545-0074

File only if you are making a payment of estimated tax by check or money order. Mail this voucher with your check or money order payable to "United States Treasury." Write your social security number and "2011 Form 1040-ES" on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this voucher.

| Calendar year—Due Jan. 17, 2012 | | |
|---|---|---|
| Amount of estimated tax you are paying | | |
| by check or money order. | Dollars | Cents |

| | | Your first name and initial | Your last name | Your social security number |
|---|---|---|---|---|
| **Print or type** | | BRETT A. | BOSSINGHAM | 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 |
| | | If joint payment, complete for spouse | | |
| | | Spouse's first name and initial | Spouse's last name | Spouse's social security number |
| | | ELISABETH A. | BOSSINGHAM | 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 |
| | | Address (number, street, and apt. no.) | | |
| | | 1827 SOUTH COURT STREET. SUITE F | | |
| | | City, state, and ZIP code. (If a foreign address, enter city, province or state, postal code, and country.) | | |
| | | VISALIA, CALIFORNIA 93277 | | |

For Privacy Act and Paperwork Reduction Act Notice, see instructions on page 6.

Form 1040-ES (2011)                    -9-

# PRIVATELY REGISTERED SETOFF BOND

**BOND NUMBER**

20111208

# $9,000,000.00

**REGISTERED**

CALIFORNIA SECRETARY OF STATE
UCC DOCUMENT NO.: 31307800002
UCC FILING NO.: 11-7293507873

Pay to the Order of: UNITED STATES TREASURY ("PAYEE")
1500 Pennsylvania Avenue N.W.
Washington, D.C. 20220

**Issue Date: December 8, 2011**

**Maturity Date: December 8, 2041**

For Further Credit to: THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA for Case No. 1:10-cr-00150-AWI in behalf of ELISABETH A. BOSSINGHAM

By/On/Through: Elisabeth Ann Bossingham, Surety ("Creditor")
Private Offset Account No. 568253521

WHEREAS only fiat money exists in circulation for the discharge of debts, and

WHEREAS this instrument is intended to constitute a Privately Registered Setoff Bond.

BE IT KNOWN THAT:

This Privately Registered Setoff Bond is tendered in good faith as full satisfaction of any and all claims and/or demands;

The undersigned Creditor, being of sound mind and having only honorable intentions, issues this Privately Registered Setoff Bond for the purposes of protecting secured interests, reserving rights of recourse, remedy, and subrogation, and to maintain the honor of the above-named account holders and accounts;

The undersigned Creditor, in his rightful *Sui Juris* status, does hereby knowingly and with full disclosure hold, bind, and obligate the collateral of the Creditor;

This instrument is intended to insure, underwrite, indemnify, and discharge the above-noted account holders and accounts against any and all pre-existing current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contract and/or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this bond;

By this instrument the undersigned Creditor is voluntarily acting as surety for all of the above-noted account holders and accounts, each severally and jointly, for any amount up to and including **Nine Million United States Dollars ($9,000,000.00)** thereby honorably discharging and vacating dollar-for-dollar all obligations listed above until the sum or the term of this Privately Registered Setoff Bond is exhausted.

SATISFACTION OF LIABILITIES. The PAYEE may demand payment of all or any portion hereof at its discretion by posting the payment to the Private Offset Account above-indicated dollar-for-dollar and transferring the obligation by TT&L or presentment to:

Timothy F. Geithner ("Secretary")
Secretary of the Treasury
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

PRIVATE OFFSET ACCOUNT. The PAYEE shall by the end of business on the day of presentment, but in no case later than one business day thereafter, post the full or partial value of this bond to satisfy, set-off, pay, terminate, and discharge dollar-for-dollar in accord with generally accepted accounting principles any and all past, present, and/or future debts, liabilities, encumbrances, deficiencies, deficits, liens, charges, fees, interest, bills, true bills, taxes, obligations of contract and/or performance, instruments of debt, and all other obligations (jointly and severally) attributed to the account holders and accounts above-noted.

AMOUNT DUE.                         PAYEE enter the amount due below

$ [ ][ ][ ][ ][ ][ ][ ][ ][ ] . [ ][ ]

MATURITY. Upon demand, the Secretary shall release the obligation dollar-for-dollar to the extent so paid, with the balance of the bond remaining in full force and effect. Upon satisfaction of this obligation in full, the Secretary shall mark this bond cancelled and return it bearing the marks of cancellation to the Principal or the Principal's heirs by registered mail. All profits and proceeds accruing since presentment to remain with the Secretary for the benefit and use of the United States Department of the Treasury.

IN WITNESS WHEREOF, the Signatory to this bond does hereby affix his respective hand and seal on this Eighth day of the Twelfth month in the year of our Lord Two Thousand and Eleven.

By: *Elizabeth A. Bossingham* (seal)
Elisabeth Ann Bossingham, Surety/Underwriter
Exemption ID # 568253521
Non-domestic mail
in care of: 1827 South Court Street, Suite F
Visalia, California



# PRIVATELY REGISTERED SETOFF BOND

**BOND NUMBER**
20111207

## $9,000,000.00

**REGISTERED**
CALIFORNIA SECRETARY OF STATE
UCC DOCUMENT NO.: 31290710002
UCC FILING NO.: 11-7293372843

Pay to the Order of: UNITED STATES TREASURY ("PAYEE")
1500 Pennsylvania Avenue N.W.
Washington, D.C. 20220

**Issue Date: December 7, 2011**

**Maturity Date: December 7, 2041**

For Further Credit to: THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA for Case No. 1:10-cr-00150-AWI in behalf of BRETT A. BOSSINGHAM

By/On/Through: Brett Allen Bossingham, Surety ("Creditor")
Private Offset Account No. 541869439

WHEREAS only fiat money exists in circulation for the discharge of debts, and

WHEREAS this instrument is intended to constitute a Privately Registered Setoff Bond,

**BE IT KNOWN THAT:**

This Privately Registered Setoff Bond is tendered in good faith as full satisfaction of any and all claims and/or demands;

The undersigned Creditor, being of sound mind and having only honorable intentions, issues this Privately Registered Setoff Bond for the purposes of protecting secured interests, reserving rights of recourse, remedy, and subrogation, and to maintain the honor of the above-named account holders and accounts;

The undersigned Creditor, in his rightful *Sui Juris* status, does hereby knowingly and with full disclosure hold, bind, and obligate the collateral of the Creditor;

This instrument is intended to insure, underwrite, indemnify, and discharge the above-noted account holders and accounts against any and all pre-existing current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contract and/or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this bond;

By this instrument the undersigned Creditor is voluntarily acting as surety for all of the above-noted account holders and accounts, each severally and jointly, for any amount up to and including Nine Million United States Dollars ($9,000,000.00) thereby honorably discharging and vacating dollar-for-dollar all obligations listed above until the sum or the term of this Privately Registered Setoff Bond is exhausted.

SATISFACTION OF LIABILITIES. The PAYEE may demand payment of all or any portion hereof at its discretion by posting the payment to the Private Offset Account above-indicated dollar-for-dollar and transferring the obligation by TT&L or presentment to:

Timothy F. Geithner ("Secretary")
Secretary of the Treasury
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

PRIVATE OFFSET ACCOUNT. The PAYEE shall by the end of business on the day of presentment, but in no case later than one business day thereafter, post the full or partial value of this bond to satisfy, set-off, pay, terminate, and discharge dollar-for-dollar in accord with generally accepted accounting principles any and all past, present, and/or future debts, liabilities, encumbrances, deficiencies, deficits, liens, charges, fees, interest, bills, true bills, taxes, obligations of contract and/or performance, instruments of debt, and all other obligations (jointly and severally) attributed to the account holders and accounts above-noted.

AMOUNT DUE.           PAYEE enter the amount due below

$ | | | | | | | | . | |

MATURITY. Upon demand, the Secretary shall release the obligation dollar-for-dollar to the extent so paid, with the balance of the bond remaining in full force and effect. Upon satisfaction of this obligation in full, the Secretary shall mark this bond cancelled and return it bearing the marks of cancellation to the Principal or the Principal's heirs by registered mail. All profits and proceeds accruing since presentment to remain with the Secretary for the benefit and use of the United States Department of the Treasury.

*IN WITNESS WHEREOF, the Signatory to this bond does hereby affix his respective hand and seal on this Seventh day of the Twelfth month in the year of our Lord Two Thousand and Eleven.*

By: *Brett A. Bossingham* (seal)
Brett Allen Bossingham, Surety/Underwriter
Exemption ID # 541869439
Non-domestic mail
in care of: 1827 South Court Street, Suite F
Visalia, California

# State of California

## Secretary of State

I, **Debra Bowen** , Secretary of State of the State of California, hereby certify:

That the attached transcript of 2 page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF,** I execute this certificate and affix the Great Seal of the State of California this day of

December 08, 2011

_Debra Bowen_

Secretary of State

FILE #      117293507873

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

(559) 280-4858

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

ELISABETH ANN BOSSINGHAM
1827 SOUTH COURT STREET
SUITE F
VISALIA, CA 93277
USA

DOCUMENT NUMBER: 31307800002
FILING NUMBER: 11-7293507873
FILING DATE: 12/08/2011 09:54
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ELISABETH ANN BOSSINGHAM | | | | |

| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1827 SOUTH COURT STREET, SUITE F | VISALIA | CA | 93277 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | REGISTERED PERSON | CAIFORNIA | \*\*\*-\*\*-3521  ☐ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

| OR 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| bossingham | Elisabeth | Ann | of |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| General Delivery | Visalia, California | CA | [93277] | ZZZ |

**4. This FINANCING STATEMENT covers the following collateral:**

PRIVATE REGISTERED SETOFF BOND NO. 20111208

Value of Collateral: Nine-Million and 00/100 Dollars --- USD $9,000,000.00

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| ☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]  [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

PRIVATE REGISTERED SETOFF BOND NO. 20111208

FILING OFFICE COPY

# UCC FINANCING STATEMENT ADDENDUM

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

| 9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT | | |
|---|---|---|
| 9a. ORGANIZATION'S NAME<br>ELISABETH ANN BOSSINGHAM | | |
| OR 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |

| 10. MISCELLANEOUS: |
|---|
| |

DOCUMENT NUMBER: 31307800002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

| 11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names | | | | | |
|---|---|---|---|---|---|
| 11a. ORGANIZATION'S NAME | | | | | |
| OR 11b. INDIVIDUAL'S LAST NAME | | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 11c. MAILING ADDRESS | | CITY | | STATE | POSTAL CODE | COUNTRY |
| 11d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID#, if any | ☐ NONE |

| 12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b) | | | | |
|---|---|---|---|---|
| 12a. ORGANIZATION'S NAME | | | | |
| OR 12b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | SUFFIX |
| 12c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

| 13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.<br><br>14. Description of real estate: | 16. Additional collateral description: |
|---|---|
| 15. Name and address of RECORD OWNER of above-described real estate<br>(if Debtor does not have a record interest): | 17. Check only if applicable and check only one box.<br>Debtor is a ☑ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate<br>18. Check only if applicable and check only one box.<br>☐ Debtor is a TRANSMITTING UTILITY<br>☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years<br>☐ Filed in connection with a Public-Finance Transaction - effective 30 years |

FILING OFFICE COPY

# State of California

## Secretary of State

I, **Debra Bowen** , Secretary of State of the State of California, hereby certify:

That the attached transcript of 2  page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of

December 08, 2011

_Debra Bowen_

Secretary of State

FILE #          1172935088

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

(559) 280-4858

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

ELISABETH ANN BOSSINGHAM
1827 SOUTH COURT STREET
SUITE F
VISALIA, CA 93277
USA

DOCUMENT NUMBER: 31307800003
FILING NUMBER: 11-72935088
FILING DATE: 12/08/2011 09:59
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
| --- | --- |
| 11-7293507873 | |

**2.** ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☑ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

| ☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c |
| --- | --- | --- |

**6. CURRENT RECORD INFORMATION:**

| | 6a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- | --- |
| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| | 7a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- | --- |
| OR | UNITED STATES TREASURY | | | |
| | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| --- | --- | --- | --- | --- |
| 1500 PENNSYLVANIA AVENUE, N.W. | WASHINGTON | DC | 20220- | USA |

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any ☐ NONE |
| --- | --- | --- | --- | --- |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

PRIVATE REGISTERED SETOFF BOND NO. 20111208

Value of Collateral: Nine-Million and 00/100 Dollars --- USD $9,000,000.00

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| | a. ORGANIZATION'S NAME | | | |
| --- | --- | --- | --- | --- |
| OR | b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | bossingham | Elisabeth | Ann | |

**10. OPTIONAL FILER REFERENCE DATA**

PRIVATER REGISTERED SETOFF BOND NO. 20111208

FILING OFFICE COPY

UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 12. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 11-7293507873 |

13. NAME OF PARTY AUTHORIZING THIS AMENDMENT(same as item 9 on Amendment form)

| | 13a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| OR | 13b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
| | bossingham | Elisabeth | Ann |

| 14 MISCELLANEOUS |
|---|
| |

DOCUMENT NUMBER: 31307800003
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

14. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (14a or 14b) - do not abbreviate or combine names

| | 14a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 14b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| | 14c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |

| 14d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 14e. TYPE OF ORGANIZATION | 14f. JURISDICTION OF ORGANIZATION | 14g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

15. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (15a or 15b) - do not abbreviate or combine names

| | 15a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 15b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| | 15c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |

| 15d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 15e. TYPE OF ORGANIZATION | 15f. JURISDICTION OF ORGANIZATION | 15g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

16. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (16a or 16b) - do not abbreviate or combine names

| | 16a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 16b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| | 16c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |

| 16d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 16e. TYPE OF ORGANIZATION | 16f. JURISDICTION OF ORGANIZATION | 16g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

17.ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - Insert only one name (17a or 17b)

| | 17a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 17b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | GEITHNER | TIMOTHY | F | | |
| | 17c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | 1500 PENNSYLVANIA AVENUE, N.W | WASHINGTON | DC | 20220- | USA |

18.ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - Insert only one name (18a or 18b)

| | 18a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 18b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| | 18c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

FILING OFFICE COPY

# State of California

## Secretary of State

I, **Debra Bowen** , Secretary of State of the State of California, hereby certify:

That the attached transcript of 2  page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of

December 07, 2011

_Debra Bowen_

Secretary of State

FILE #        117293372843

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

(559) 737-1655

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

BRETT A BOSSINGHAM
1827 SOUTH COURT STREET
SUITE F
VISALIA, CA 93277
USA

DOCUMENT NUMBER: 31290710002
FILING NUMBER: 11-7293372843
FILING DATE: 12/07/2011 09:18
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME BRETT A BOSSINGHAM | | | | | |
|---|---|---|---|---|---|
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS 1827 SOUTH COURT STREET, SUITE F | CITY VISALIA | | STATE CA | POSTAL CODE 93277 | COUNTRY USA |
| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION REGISTERED PERSON | 1f. JURISDICTION OF ORGANIZATION CALIFORN IA | 1g. ORGANIZATIONAL ID#, if any \*\*\*-\*\*-9439 | □ NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME ELISABETH A BOSSINGHAM | | | | | |
|---|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS 1827 SOUTH COURT STREET, SUITE F | CITY VISALIA | | STATE CA | POSTAL CODE 93277 | COUNTRY USA |
| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION REGISTERED PERSON | 2f. JURISDICTION OF ORGANIZATION CALIFORN IA | 2g. ORGANIZATIONAL ID#, if any \*\*\*-\*\*-3521 | □ NONE |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME bossingham | FIRST NAME Brett | | MIDDLE NAME Allen | | SUFFIX of |
| 3c. MAILING ADDRESS General Delivery | CITY Visalia, California | | STATE CA | POSTAL CODE [93277] | COUNTRY ZZZ |

4. This FINANCING STATEMENT covers the following collateral:

PRIVATE REGISTERED SETOFF BOND NO. 20111207

Value of Collateral: Nine-Million and 00/100 Dollars ---USD $9,000,000.00

5. ALT DESIGNATION: □ LESSEE/LESSOR □ CONSIGNEE/CONSIGNOR □ BAILEE/BAILOR □ SELLER/BUYER □ AG. LIEN □ NON-UCC FILING

| □ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] □ All Debtors □ Debtor 1 □ Debtor 2 |
|---|---|

8. OPTIONAL FILER REFERENCE DATA

PRIVATE REGISTERED SETOFF BOND NO. 20111207

FILING OFFICE COPY

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| 9a. ORGANIZATION'S NAME |
|---|
| |

**BRETT A BOSSINGHAM**

| OR | 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|---|
| | | | |

**10. MISCELLANEOUS:**

.

DOCUMENT NUMBER: 31290710002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| 11a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 11d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**12.** ☑ **ADDITIONAL SECURED PARTY'S or** ☐ **ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)**

| 12a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| bossingham | Elisabeth | Ann | of |
| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| General Delivery | Visalia, California | CA | [93277] | ZZZ |

**13. This FINANCING STATEMENT covers** ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

**14. Description of real estate:**

**16. Additional collateral description:**

**15. Name and address of RECORD OWNER of above-described real estate**
(if Debtor does not have a record interest):

**17. Check only if applicable and check only one box.**
Debtor is a ☑ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18. Check only if applicable and check only one box.**
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY

# State of California

## Secretary of State

I, **Debra Bowen** , Secretary of State of the State of California, hereby certify:

That the attached transcript of 3  page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of

December 07, 2011

_Debra Bowen_

Secretary of State

FILE #          1172933732

# UCC FINANCING STATEMENT AMENDMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

(559) 737-1655

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

BRETT A BOSSINGHAM
1827 SOUTH COURT STREET
SUITE F
VISALIA, CA 93277
USA

DOCUMENT NUMBER: 31290710003
FILING NUMBER: 11-72933732
FILING DATE: 12/07/2011 09:23
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1a. INITIAL FINANCING STATEMENT FILE #**
11-7293372843

**1b.** ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) In the REAL ESTATE RECORDS.

**2.** ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

**3.** ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

**4.** ☑ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

**5. AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party. | ☐ DELETE name: Give record name to be deleted in item 6a or 6b. | ☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

| | | | | |
|---|---|---|---|---|
| **6a. ORGANIZATION'S NAME** | | | | |
| OR **6b. INDIVIDUAL'S LAST NAME** | FIRST NAME | | MIDDLE NAME | SUFFIX |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| | | | | |
|---|---|---|---|---|
| **7a. ORGANIZATION'S NAME** UNITED STATES TREASURY | | | | |
| OR **7b. INDIVIDUAL'S LAST NAME** | FIRST NAME | | MIDDLE NAME | SUFFIX |
| **7c. MAILING ADDRESS** 1500 PENNSYLVANIA AVENUE, N.W. | CITY WASHINGTON | | STATE DC | POSTAL CODE 20220- | COUNTRY USA |
| **7d. SEE INSTRUCTIONS** | ADD'L DEBTOR INFO | **7e. TYPE OF ORGANIZATION** | **7f. JURISDICTION OF ORGANIZATION** | **7g. ORGANIZATIONAL ID#, If any** ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

PRIVATE REGISTERED SETOFF BOND NO. 20111207

Value of Collateral: Nine-Million and 00/100 Dollars --- USD $9,000,000.00

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| | | | | |
|---|---|---|---|---|
| **a. ORGANIZATION'S NAME** | | | | |
| OR **b. INDIVIDUAL'S LAST NAME** bossingham | FIRST NAME Brett | MIDDLE NAME Allen | SUFFIX | |

**10. OPTIONAL FILER REFERENCE DATA**
PRIVATE REGISTERED SETOFF BOND NO. 20111207

FILING OFFICE COPY

UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 12. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 11-7293372843 |

13. NAME OF PARTY AUTHORIZING THIS AMENDMENT(same as item 9 on Amendment form)

| 13a. ORGANIZATION'S NAME | | |
|---|---|---|
| OR 13b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
| bossingham | Brett | Allen |

| 14 MISCELLANEOUS |
|---|
| |

DOCUMENT NUMBER: 31290710003
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

14. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (14a or 14b) - do not abbreviate or combine names

| 14a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 14b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 14c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 14d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 14e. TYPE OF ORGANIZATION | 14f. JURISDICTION OF ORGANIZATION | 14g. ORGANIZATIONAL ID#, if any □ NONE |

15. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (15a or 15b) - do not abbreviate or combine names

| 15a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 15b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 15c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 15d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 15e. TYPE OF ORGANIZATION | 15f. JURISDICTION OF ORGANIZATION | 15g. ORGANIZATIONAL ID#, if any □ NONE |

16. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (16a or 16b) - do not abbreviate or combine names

| 16a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 16b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 16c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 16d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 16e. TYPE OF ORGANIZATION | 16f. JURISDICTION OF ORGANIZATION | 16g. ORGANIZATIONAL ID#, if any □ NONE |

17. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (17a or 17b)

| 17a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 17b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| GEITHNER | TIMOTHY | F | | |
| 17c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1500 PENNSYLVANIA AVENUE, N.W | WASHINGTON | DC | 20220- | USA |

18. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (18a or 18b)

| 18a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 18b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 18c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

FILING OFFICE COPY

UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY

**FOLLOW INSTRUCTIONS (front and back) CAREFULLY**

| 20. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 11-7293372843 |

| 21. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form) | | |
|---|---|---|
| 21a. ORGANIZATION'S NAME | | |
| OR 21b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
| bossingham | Brett | Allen |

| 22 MISCELLANEOUS |
|---|

DOCUMENT NUMBER: 31290710003
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

| 23. AUTHORIZING PARTIES (continued): | | | |
|---|---|---|---|
| 23a. ORGANIZATION'S NAME | | | |
| OR 23b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| bossingham | Elisabeth | Ann | |

**FILING OFFICE COPY**

Case #PR-20111206-A

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below the undersigned Notary mailed to:

INTERNAL REVENUE SERVICE
Mail Stop 4440
P.O. Box 9036
Ogden, Utah 84201

hereinafter, "Recipient", documents and sundry papers pertaining to certain Case No. 1:10-cr-00150-AWI IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA (UNITED STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM AND ELISABETH ANN BOSINGHAM) as follows:

1.  ORIGINAL: NOTICE TO SETOFF ACCOUNTS dated 15 December 2011 (2 leaves);

2.  ORIGINAL: COUPON in the amount of NINE MILLION AND 00/100 DOLLARS (1 leaf);

3.  COPY: "INDICTMENT" in Case Number 1:10-cr-00150-AWI IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, (UNITED STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM), with banker's acceptance endorsement on front page and reverse page of each leaf (8 leaves);

4.  ORIGINAL: I.R.S. FORM 1040-ES PAYMENT VOUCHER, with banker's acceptance indorsement on reverse page of leaf, for BRETT A. BOSSINGHAM Account # ***-**-9439 and ELISABETH A. BOSSINGHAM Account # ***-**-3521(1 leaf);

5.  ORIGINAL: PRIVATE REGISTERED SETOFF BOND NO. 20111208 (1 leaf);

6.  ORIGINAL: PRIVATE REGISTERED SETOFF BOND NO. 20111207 (1 leaf);

7.  COPY: UCC-1 Financing Statement, Document No. 31307B00002 Filing No. 11-7293507873, dated December 8, 2011 (3 leaves);

8.  COPY: UCC-3 Financing Assignment, Document No. 31307800003 Filing No. 11-729350B8, dated December 8, 2011 (3 leaves); and

9.  COPY: UCC-1 Financing Statement, Document No. 31290710002 Filing No. 11-7293372B43, dated December 7, 2011 (3 leaves);

10.  COPY: UCC-3 Financing Assignment, Document No. 31290710003 Filing No. 11-72933732, dated December 7, 2011 (4 leaves); and

11.  REFERENCE COPY: NOTARY'S CERTIFICATE OF SERVICE, dated December 15, 2011 (signed original on file) (1 leaf).

This mailing contains a total of twenty-eight (28) leaves.

Said service was by United States Postal Service, Registered Mail No. RE 085 255 264 US by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

__December 15, 2011__
DATE

(Seal)

_Benton J. Hall_
NOTARY

Benton Hall
3546 East Presidio Circle
Mesa, Arizona [85213]
Phone: (480) 319-1552
Email: Benton.private@gmail.com

LEGAL NOTICE The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any Individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned Notary Public mailed to:

**Chief Financial Officer**
c/o UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street
Fresno, CA 93721
**Serviced by: USPS "Certificate of Mailing" (PS Form 3817)**

**Cc:**

| | |
|---|---|
| **Gary D Fielder, PHV**<br>c/o Law Office Of Gary Fielder<br>5777 Olde Wadsworth Boulevard, #r700<br>Arvada, CO 80002<br>Phone: (303) 650-1505<br>Fax: (303) 650-1705<br>Email: criminaldefense@fielderlaw.net | **Peter J. Gibbons**<br>c/o Law Offices Of Peter Gibbons<br>1805 North Carson Street, Suite E<br>Carson City, NV 89701<br>Phone: (775) 299-4542<br>Fax: (866) 809-0467<br>Email: lawdr1@npn.net |
| **Mark Eugene Cullers**<br>c/o U.S. Department of Justice<br>2500 Tulare Street, Suite 4401<br>Fresno, CA 93721<br>Phone: (559) 497-4000<br>Fax: (559) 497-4099<br>Email: mark.cullers@usdoj.gov | **BENJAMIN B. WAGNER**<br>United States Attorney<br>MARK E. CULLERS<br>Assistant U.S. Attorney<br>4401 Federal Courthouse<br>2500 Tulare Street<br>Fresno, CA 93721 |
| **Henry Zazueta Carbajal, III**<br>U.S. Dept Of Justice, Us Atty's Office, E.d. Cal.<br>2500 Tulare Street<br>Suite 4401<br>Fresno, CA 93711<br>Phone: (559) 497-4028<br>Fax: (559) 497-4099<br>Email: henry.carbajal@usdoj.gov | **CLERK OF COURT (Case No. 1:10-cr-00150-AWI)**<br>c/o UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>2500 Tulare Street<br>Fresno, CA 93721 |

## All serviced by: USPS "Certificate of Mailing" (PS Form 3817)

hereinafter, "Recipients", the documents and sundry papers pertaining to the Recipient, regarding Case No. 1:10-cr-00150-AWI IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA (UNITED STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM AND ELISABETH ANN BOSINGHAM) as follows:

1. *NOTICE*: NOTICE OF TENDER FOR SETOFF (5 leaves);

2. **REQUEST REGARDING A STATEMENT OF ACCOUNT** (1 leaf):

Case #PR-20111206-A

**EXHIBIT A:**

3. **EXHIBIT A** cover page (1 leaf);

4. *NOTICE:* **NOTICE TO SETOFF ACCOUNTS** dated 15 December 2011 (2 leaves);

5. **COUPON** in the amount of NINE MILLION AND 00/100 DOLLARS (1 leaf);

6. "**INDICTMENT**" in Case Number 1:10-cr-00150-AWI IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, (UNITED STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM), with banker's acceptance endorsement on front page and reverse page of each leaf (8 leaves);

7. **I.R.S. FORM 1040-ES PAYMENT VOUCHER**, with banker's acceptance indorsement on reverse page of leaf, for BRETT A. BOSSINGHAM Account # ***-**-9439 and ELISABETH A. BOSSINGHAM Account # ***-**-3521(1 leaf);

8. **PRIVATE REGISTERED SETOFF BOND NO. 20111208** (1 leaf);

9. **PRIVATE REGISTERED SETOFF BOND NO. 20111207** (1 leaf);

10. **UCC-1 Financing Statement,** Document No. 31307800002 Filing No. 11-7293507873, dated December 8, 2011 (3 leaves);

11. **UCC-3 Financing Assignment,** Document No. 31307800003 Filing No. 11-72935088, dated December 8, 2011 (3 leaves);

12. **UCC-1 Financing Statement,** Document No. 31290710002 Filing No. 11-7293372843, dated December 7, 2011 (3 leaves);

13. **UCC-3 Financing Assignment,** Document No. 31290710003 Filing No. 11-72933732, dated December 7, 2011 (4 leaves);

14. **NOTARY'S CERTIFICATE OF SERVICE** December 15, 2011 (signed original on file) (1 leaf); and

15. Reference copy of this **NOTARY'S CERTIFICATE OF SERVICE** dated December 15, 2011 (signed original on file) (2 leaves).

These mailings contained a total of thirty-seven (37) leaves each. They were sent via the United States Postal Service under the control, direction, and instruction of the USPS "Certificate of Mailing" (PS Form 3817) referenced above. The aforesaid mailings were placed in postpaid envelopes properly addressed to the Recipients. They were deposited at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

__December 15, 2011__

DATE

Benton Hall, Notary

3546 East Presidio Circle

Mesa, Arizona [85213]

Phone: (480) 319-1552

Email: Benton.private@gmail.com

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.