UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                        )<br>        Plaintiff,                              )<br>                                                        )<br>        v.                                             )<br>                                                        )<br>BRETT ALLEN BOSSINGHAM and )<br>ELISABETH ANN BOSSINGHAM, )<br>                                                        )<br>        Defendants.                            )<br>_____)  | CASE NO. 1:10-CR-0150 AWI<br><br>ORDER RETURNING MATERIALS<br>TO DEFENDANTS |

    Defendants Brett Allen and Elisabeth Ann Bossingham have mailed materials entitled "Notice Forgive Me Request, Constructive Notice of Conditional Acceptance and Request to Continue Public Proceedings in Case No. 1:10-cr-00150-AWI, in the United States District Court for the Eastern District of California." These materials have also been sent to the U.S. Attorney's Office for the Eastern District of California. Included in these materials are a copy of former Docket No. 138 which has been stricken from the record and a declaration that non-response from the U.S. Attorrney's Office constitutes agreement to a 50 day continuance of the upcoming trial. As has previously been stated, these materials are improper and will not be docketed.

    It is ORDERED that the Clerk of the Court RETURN these materials to Defendants.

IT IS SO ORDERED.

Dated:  December 23, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE