UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HON. ANTHONY W. ISHII, JUDGE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 10-CR-150-OWW |
| | ) | |
| vs. | ) | STATUS CONFERENCE |
| | ) | HEARING RE COUNSEL |
| BRETT ALLEN BOSSINGHAM and | ) | DISCOVERY MOTION |
| ELISABETH ANN BOSSINGHAM, | ) | |
| | ) | |
| Defendants. | ) | |

Fresno, California                    Monday, December 19, 2011


REPORTER'S TRANSCRIPT OF PROCEEDINGS


KAREN HOOVEN, RMR-CRR
Official Court Reporter
CSR No. 5816

APPEARANCES OF COUNSEL:

| | |
|---|---|
| For the Plaintiff: | United States Attorney's Office<br>BY: **HENRY CARBAJAL, III**<br>and **MARK CULLERS**<br>2500 Tulare Street<br>Suite 4401<br>Fresno, California 93721 |
| For the Defendants: | **BRETT ALLEN BOSSINGHAM**<br>**ELISABETH ANN BOSSINGHAM**<br>In Pro Se<br>1827 South Court<br>Suite F<br>Visalia, CA 93277 |

1  Monday, December 19, 2011                    Fresno, California
2  1:35 p.m.
3              THE CLERK: Number 19 on the calendar.
4  CR-10-150-AWI. United States versus Brett Allen Bossingham
5  and Elisabeth Ann Bossingham.
6              MR. CULLERS: Mark Cullers and Henry Carbajal on
7  behalf of the United States, Your Honor.
8              MS. BOSSINGHAM: Let the record show that I am here
9  today as an combination party for Elisabeth Ann Bossingham.
10             We additionally accept these proceedings on proof of
11 claim that we are not the paramount security interest holders
12 in all property and collateral, both registered and
13 unregistered, belonging to Elisabeth Ann Bossingham and Brett
14 Allen Bossingham appearing specially, not generally. And on
15 proof of claim that there is not a notice before this Court to
16 continue these public proceedings pending completion of the
17 ongoing private administrative record, which, when completed,
18 will have the likelihood to set off, settle and resolve this
19 matter without wasting public, valuable public resources. We
20 now move this Court to continue these public proceedings for
21 50 days to resolve the matter privately.
22             MR. BOSSINGHAM: Let the record show that I am here
23 today as a combination party for Brett Allen Bossingham. We
24 conditionally accept these proceedings on proof of claim that,
25 one, we are not the paramount security interest holders in all

property and collateral, both registered and unregistered, belonging to Brett Allen Bossingham and Elisabeth Ann Bossingham, appearing specially, not generally. And on proof of claim that, two, there is not a notice before the Court to continue these public proceedings pending the completion of the ongoing private administrative record which, when completed, will have the likelihood to set off, settle, resolve this matter without wasting valuable public resources.

We now move this Court to continue these public proceedings for 50 days to resolve this matter privately. Therefore, business here is concluded and we'll be leaving.

THE COURT: You leave at your own peril. The trial is set for February 7, 2012, 8:30 in the morning. Motions are set for January 23rd at 1:30 in the afternoon. If you're not present, I may have to issue a warrant for your arrests.

MR. BOSSINGHAM: We conditionally accept your offer on proof of claim that there is not a request before the Court to continue the public proceedings in accordance with the record before the Court.

THE COURT: All right. That's fine.

MR. BOSSINGHAM: Good day.

THE COURT: The only other thing is this is set for you to tell me whether or not you've been looking for an attorney. And whether or not you're able to secure an attorney. If not, you'd have to proceed pro se, so --

1          MR. BOSSINGHAM: We conditionally accept the offer,
2   judge, on proof of claim that counsel is even needed in light
3   of the ongoing private administrative record before this
4   Court. And on proof of claim that there is not a request
5   before this Court to continue the public proceedings pending
6   the completion of the ongoing private administrative process.
7          THE COURT: Okay. You know, look, folks, you have to
8   understand. I know that I got this case fairly recently and
9   there's a long history to it. But I have to advise you folks
10  that you need to get an attorney or you're going to have to
11  represent yourselves. And that's perilous to do. And I set
12  this over, over the objection of the government, to see if you
13  were able to secure an attorney. That's all I'm asking for
14  today.
15         MR. BOSSINGHAM: In response, we conditionally accept
16  your offer on proof of claim that there is not a request
17  before this Court to continue the public proceedings in
18  accordance with the record before the Court.
19         THE COURT: All right. Well, the only thing I can
20  tell you is that unless there's some, as you know, way that I
21  can vacate the trial date, and there is no legal basis for me
22  to do that, you're going to have to appear and represent
23  yourselves.
24         And that's very dangerous because if you're not
25  specifically trained in the law, although apparently you have

1  some legal education.  You're clearly both very well educated
2  and you're clearly can represent yourselves.  But, you know,
3  if you're not specifically trained in the law, you're at a
4  disadvantage because you are going up against specifically
5  trained lawyers.
6        There's a lot of proceedings pre-trial, including
7  possible resolution.  There's a lot of discovery.  There are a
8  lot of potential pretrial motions.  At trial, I can't help you
9  out.  Okay?  I can't -- I can't bend the rules.  You have to
10 abide by the same rules if you were represented by a lawyer or
11 if you were lawyers.  And there are obviously very serious
12 consequences to if you don't -- if you're just not getting a
13 lawyer or if you're going to represent yourself, that's fine.
14 I certainly see where you're both well educated and you can do
15 that.  But you are at a disadvantage and there are some very
16 serious consequences if you're found guilty of the charges.
17       Now, obviously, you can appeal.  But during the
18 appeal process, I can't say what would happen in this case.
19 So that's all I can tell you, you know, possible consequences,
20 disadvantages of representing yourselves, et cetera.  But, you
21 know, I understand your position and I'm not here to argue
22 with you.  So --
23       MR. BOSSINGHAM:  Well, we conditionally accept these
24 proceedings on proof of claim that there's not a notice before
25 this Court to continue these public proceedings pending the

1 completion of the ongoing private administrative record which,
2 when completed, will have the likelihood to settle and resolve
3 and set off this matter without wasting valuable public
4 resources.
5     THE COURT: All right. With respect to the pending
6 motion for discovery, I'm going to grant the general motion
7 for discovery on the basic terms and conditions. Rule 16,
8 *Brady* and other case authority.
9     I'm going to order reciprocal discovery and remind
10 parties that discovery is an ongoing basis. And remember, if
11 you do not comply with discovery, there could be sanctions
12 imposed in this case. Okay?
13     MR. BOSSINGHAM: We conditionally accept your offer
14 on proof of claim there's not a request before this Court to
15 continue the public proceedings in accordance with the record
16 before the Court.
17     THE COURT: So anything further by the government?
18     MR. CARBAJAL: Yes, Your Honor. A couple of things
19 on behalf of the government. First, I think we should clarify
20 whether they're still looking for counsel, they're going to go
21 forward. And it's -- you know, United States would point to
22 US versus Kelm, 827 F 2d 1319, a Ninth Circuit case, which
23 holds that the defendants have to be given a fair opportunity
24 to be able to secure counsel.
25     So I think it would be best for all parties involved

if we could clarify this on the record. Have they now stopped looking? Are they going to go forward by themselves? They haven't said much of anything.

And just for their own benefit, with these new filings -- I don't even know what to call them -- that's come in. There are no pending administrative proceedings. This is a criminal case. There will be no settlement negotiations. The charges are not going to go away. We're going to -- the government plans to go forward through with the trial. So just for -- just for the record, to put the defendants on notice.

MR. BOSSINGHAM: We conditionally accept the offer from Henry Carbajal on proof of claim that counsel is even needed in light of ongoing private administrative record before this Court and on proof of claim there is no request before this Court to continue the public proceedings pending the completion of the ongoing private administrative process. Therefore, business is completed and we will be leaving.

THE COURT: All right. Let me ask you just one question. Are you going to continue to seek counsel or not?

MR. BOSSINGHAM: We conditionally accept the offer, judge, on proof of claim that counsel is even needed in light of the ongoing private administrative record before this Court and on proof of claim that there is not a request before this Court to continue the public proceedings pending the

1  completion of the ongoing private administrative process.
2      THE COURT: Are you going to represent yourselves?
3      MR. BOSSINGHAM: We conditionally accept the offer,
4  judge, on proof of claim that counsel is even needed in light
5  of the ongoing private administrative record before this Court
6  and on proof of claim that there is not a request before this
7  Court to continue the public proceedings pending the
8  completion of the ongoing private administrative process,
9  which in all likelihood will set off, settle and resolve this
10 matter without wasting valuable public resources.
11     MR. CARBAJAL: Your Honor, the government would ask
12 for a finding that -- from the Court that the defendants have
13 waived their right to counsel by their conduct.
14     THE COURT: I agree. Based upon their continuing
15 statement, I agree that they've waived their right to continue
16 this case and to seek further counsel.
17     MR. CULLERS: The record should also reflect that the
18 defendants have left the courtroom, Your Honor.
19     THE COURT: The defendants have walked out even
20 though I've admonished them to remain.
21     It is clear to this Court -- and again, I recently
22 received this case. I know it's been ongoing for quite some
23 time before Judge Wanger before he retired. I just don't know
24 what else the Court can do.
25     Anything further by -- now, they walked out. They

1 essentially waived their right to be personally present at
2 proceedings other than the dates that have been set.  Anything
3 further by the government?
4       MR. CARBAJAL:  Nothing further on behalf of the
5 government, Your Honor.
6       THE COURT:  All right.  Motions in limine and trial
7 confirmation will be January 23rd at 1:30 in the afternoon.
8 The trial date is February 7th at 8:30 in the morning.
9       (The proceedings were concluded at 1:44 p.m.)
10
11       I, KAREN HOOVEN, Official Reporter, do hereby certify
12 that the foregoing transcript as true and correct.
13
14 DATED:  12/27/2011      /s/  Karen Hooven
      KAREN HOOVEN, RMR-CRR
15
16
17
18
19
20
21
22
23
24
25