Claimant:

Brett Allen Bossingham
Elisabeth Ann Bossingham
c/o Benton Hall, Notary
3546 East Presidio Circle
Mesa, Arizona |85213|
Non-domestic without the U.S.
Phone: (480) 319-1552
Email: benton.private@gmail.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

**In RE:**

UNITED STATES OF AMERICA,
       Plaintiff,

v.

BRETT A. BOSSINGHAM
ELISABETH A. BOSSINGHAM
       Defendants.

CASE NO. 1:10-cr-00150-AWI

. VIOLATIONS: 18 U.S.C. & 371 -
CONSPIRACY:
26 U.S.C. & 7201 and 18 U.S.C.
& 2- Tax Evasion and Aiding
and Abetting (8 counts)

# NOTICE

**FORGIVE ME REQUEST NOTICE OF AMENDMENT TO PRIVATE SETOFF PROCESS** in Criminal Case No. 1:10-cr-00150-AWI IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

Notice is hereby given that a **FORGIVE ME REQUEST NOTICE OF AMENDMENT TO PRIVATE SETOFF PROCESS** in Criminal Case No: 1:10-cr-00150-AWI, IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA a copy attached hereto as "EXHIBIT 1" is given to Benjamin B. Wagner, United States Attorney, Mark E. Cullers, Assistant U.S. Attorney, 4401 Federal Courthouse, 2500 Tulare Street, Fresno, CA 93721 this 30th day of January A.D. 2012.

Executed without the United States in Tulare County, California republic, this thirtieth day of the first month in the year of our Lord, two-thousand and twelve.

In Witness Whereof, we have hereunto set our hands and seals.

Brett Allen Bossingham, Secured Party Creditor
Executive Trustee for the Trust
BRETT A. BOSSINGHAM

Elisabeth Ann Bossingham, Secured Party Creditor
Executive Trustee for the Trust
ELISABETH A. BOSSINGHAM

**RECEIVED**

FEB 0 1 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____DEPUTY CLERK

Page 1 of 1

# EXHIBIT 1

CERTIFIED COPY

I hereby certify the foregoing document to which this seal has been affixed consisting of _06_ pages(s) to be a complete, true and correct copy of the original on file and of record in the office of Benton Hall.

By: _Benton Hall_

Date: _January 30, 2012_

(THIS STAMP MUST BE RED)

Offeree:
Brett Allen Bossingham
Elisabeth Ann Bossingham
c/o Benton Hall, Notary
3546 East Presidio Circle
Mesa, Arizona [85213]
Non-Domestic without U.S.
Phone: (480) 319-1552
Email: benton.private@gmail.com

## THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
### NOTICE TO AGENT IS NOTICE TO PRINCIPAL--- NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# NOTICE

## FORGIVE ME REQUEST

## NOTICE OF AMENDMENT
## TO PRIVATE SETOFF PROCESS

Date:   30 January 2012

Offeror:
**Benjamin B. Wagner, United States Attorney**
c/o Mark E. Cullers, Assistant U.S. Attorney
4401 Federal Courthouse
2500 Tulare Street
Fresno, CA 93721

**Service by: USPS "Certificate of Mailing" (PS Form 3817)**

Re:   Remedy to apply to SECOND SUPERSEDING INDICTMENT in CASE NO. 1:10-CR-00150-AWI dated September 29, 2011.

Comes now Brett Allen Bossingham and Elisabeth Ann Bossingham, as Paramount Security Interest holders in all property and collateral both registered and unregistered belonging to the Debtors-Defendants, BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM, and also accommodation parties, hereinafter "Offeree's".

The Offeree's, having attended a hearing on January 23, 2012, in CASE NO. 1:10-CR-00150-AWI, are made aware of the fact that a SECOND SUPERSEDING INDICTMENT, hereinafter "Offer", from United states of America, is the current charging instrument against Debtors-Defendants, BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM, in CASE NO. 1:10-CR-00150-AWI, hereinafter "Case". The Offeree's are remiss in not extending the current accommodation setoff process, conducted by the Offeree's as Accommodation Parties in this Case applicable to the original Indictment charges, so that said accommodation process is also applicable to the SECOND SUPERSEDING INDICTMENT to discharge the current accounts in this Case. The Offerees have but two words for such shortcomings in assisting this Court, FORGIVE US!

WHEREAS it is the intent of the Offeree's to setoff, settle and close the current charges against the Debtors-Defendants, BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM, in this Case;

WHEREAS Assistant US Attorneys MARK E. CULLERS and HENERY Z. CARBAJAL, Assistant US Attorney's, hereinafter "Offeror", and the Honorable ANTHONY W. ISHII, CHIEF JUDGE, noticed the Offeree's in a hearing in this Case dated January 23, 2012, that the current charges are unresolved, hereinafter the "Offer";

WHEREAS the Offeree's are now aware that the current charges against the Debtors-Defendants, BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM, in this Case is now the SECOND SUPERSEDING INDICTMENT;

WHEREAS the Offeree's are currently in two private administrative processes to setoff, settle, and close the charges in this Case and to setoff, settle, and close the civil tax liabilities underlying the criminal charges against the Debtors-Defendants, BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM based on the original charging instrument- the original INDICTMENT dated April 15, 2010; and,

WHEREAS it is now necessary to amend the private administrative process currently in progress to setoff, settle, and close the criminal charges in this Case to include the charges included in the SECOND SUPERSEDING INDICTMENT.

NOW THEREFORE the Offeree's conditionally accept the Offeror's Offer that the current charges in this Case have not been setoff, settled, and closed upon proof of claim that:

1. The Offerees amendment to the "NOTICE AMENDMENT TO SETOFF ACCOUNTS" to the Internal Revenue Service, a copy attached hereto as Exhibit A and incorporated herein as if fully reproduced herein, incorporating the charges

underlying the SECOND SUPERSEDING INDICTMENT replacing the SUPERSEDING INDICTMENT and replacing the original INDICTMENT in this Case will not have the effect of providing units to setoff the current charges against the Debtors-Defendants, BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM in this Case which when stipulated to by the Offeror will not make this Offer moot;

2. The Offerees amendment "NOTICE OF AMENDMENT TO PRIVATE SETOFF PROCESS" to the private administrative process with the Chief Financial Officer of this Court, attached hereto as Exhibit B and incorporated herein by reference as if fully reproduced herein, incorporating the amendment to allow the units delivered in behalf of the Offerees to this Court as a setoff of the charges underlying the SECOND SUPERSEDING INDICTMENT, when completed will not have the effect of a Record of stipulation that the funds are available for setoff, settlement and closure of the current charges in this Case, and when stipulated to by the Offeror via the presentment of a Record will not make the Offer moot;

3. The Offerees requesting time under the principles of due process of law and equal protection of rights (remedies) cannot setoff, settle, and close the underlying charges in this Case so that no party is prejudiced herein, and making any further proceedings in the public, other than to ratify the final settlement, moot, and making the Offer moot.

Executed without the United States in California republic, Tulare County, this thirtieth day of the first month in the year of our Lord, two thousand and twelve.

In Witness Whereof, we have hereunto set our hands and seals.

Thank you for your assistance in this matter.

_Britt A. Bossingham_

Authorized Representative

_Elisabeth A. Bossingham_

Authorized Representative

**Please direct responses to third party public witness:**

Benton Hall, Notary
3546 East Presidio Circle
Mesa, Arizona [85213]
Non-domestic without the U.S
Phone: (480) 319-1552
Email: benton.private@gmail.com

Enclosures:   Exhibit A: Amended Notice to Setoff Accounts
              Exhibit B: Notice of Amended Notice of Tender for Setoff

Cc:

**Mark Eugene Cullers**
c/o U.S. Department of Justice
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Phone: (559) 497-4000
Fax: (559) 497-4099
Email: mark.cullers@usdoj.gov

**Henry Zazueta Carbajal, III**
U.S. Dept. of Justice, U.S. Atty's Office, E.D.
2500 Tulare Street
Suite 4401
Fresno, CA 93721
Phone: (559) 497-4028
Email: henry.carbajal@usdoj.gov

**Chief Financial Officer**
c/o UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street
Fresno, CA 93721

**CLERK OF COURT (Case No. 1:10-cr-00150-AWl)**
c/o UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street
Fresno, CA 93721

**All serviced by: USPS "Certificate of mailing (PS form 3817)**

# AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT

The Offeree's Affiant's, Brett Allen Bossingham and Elisabeth Ann Bossinham, hereinafter "Affiant's", does solemnly affirm, declare and state as follows:

1. Affiant's are competent to state the matters set forth herein;

2. Affiant's have knowledge of the facts stated herein;

3. All the facts herein stated are true, correct and complete, admissible as evidence. If called upon as witnesses, Affiant's will testify to their veracity;

4. There is no evidence that the Offeree's are not a friend of THIS COURT, and Affiant's believes none exists;

5. There is no evidence that does not come now Brett Allen Bossingham and Elisabeth Ann Bossingham, as Paramount Security Interest holders in all property and collateral both registered and unregistered belonging to the Debtors-Defendants, BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM, and also accommodation parties, hereinafter "Offeree's", and Affiant's believe none exists;

6. There is no evidence that the Offerees, having not attended a hearing on January 23, 2012, in CASE NO. 1:10-CR-00150-AWI, are made aware of the fact that a SECOND SUPERSEDING INDICTMENT hereinafter "Offer", from United states of America, is the current charging instrument against Debtors-Defendants, BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM, in CASE NO. 1:10-CR-00150-AWI, hereinafter "Case". The Offerees are remiss in not extending the current accommodation setoff process, conducted by the Offerees as Accommodation Parties in this Case applicable to the original Indictment charges, so that said accommodation process is also applicable to the SECOND SUPERSEDING INDICTMENT to discharge the current accounts in this Case. The Offerees have but two words for such shortcomings in assisting this Court, FORGIVE US! and Affiant's believe none exists;

7. There is no evidence that the Offerees amendment to the "NOTICE OF TENDER FOR SETOFF" to the Internal Revenue Service, a copy attached hereto as Exhibit A and incorporated herein as if fully reproduced herein, incorporating the charges underlying the SECOND SUPERSEDING INDICTMENT replacing the SUPERSEDING INDICTMENT and replacing the original INDICTMENT in this Case will not have the effect of providing units to setoff the current charges against the Debtors-Defendants, BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM in this Case which when stipulated to by the Offeror will not make this Offer moot, and Affiant's believe none exists, and;

8. There is no evidence that the Offerees requesting time under the principles of due process of law and equal protection of rights (remedies) cannot setoff, settle, and close the underlying charges in this Case so that no party is prejudiced herein, and making any further proceedings in the public, other than to ratify the final settlement, moot, and making the Offer moot, and Affiant's believe none exists.

Thank you for your assistance in this matter.

# Commercial Affirmation and Verification

Tulare County )
California republic ) affirmed and subscribed:
United States of America )

We, Brett Allen Bossingham and Elisabeth Ann Bossingham, Secured Party Creditors, under our unlimited liability and Commercial Affirmation, proceeding in good faith, being of sound mind, having first-hand knowledge, affirm, state, and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

In Witness Whereof, we have hereunto set our hands and seals.

*Brett L. Bossingham*

Brett Allen Bossingham, Secured Party Creditor
ALL RIGHTS RESERVED

*Elisabeth A. Bossingham*

Elisabeth Ann Bossingham, Secured Party Creditor
ALL RIGHTS RESERVED

# EXHIBIT B
# RECORD OF PRESENTMENT

1. **NOTICE OF AMENDMENT TENDER FOR SETOFF** (5 leaves);

2. **REQUEST REGARDING A STATEMENT OF ACCOUNT** (1 leaf):

**EXHIBIT A:**

3. **EXHIBIT A cover page** (1 leaf);

4. **NOTICE: NOTICE OF AMENDMENT TO SETOFF ACCOUNTS**, dated 30 January 2012 (2 leaves);

5. **COUPON** in the amount of NINE MILLION AND 00/100 DOLLARS (1 leaf);

6. **"SECOND SUPERSEDING INDICTMENT"** in Case Number 1:10-cr-00150-AWI IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, (UNITED STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM), including but not limited to Counts 1-9, with banker's acceptance endorsement on front page and reverse page of first leaf (12 leaves);

7. **I.R.S. FORM 1040-ES PAYMENT VOUCHER**, with banker's acceptance indorsement on reverse page of leaf, for BRETT A. BOSSINGHAM Account # ***-**-9439 and ELISABETH A. BOSSINGHAM Account #***-**-3521 (1 leaf);

8. **PRIVATE REGISTERED SETOFF BOND NO. 20120128B**, dated January 28, 2012 (1 leaf);

9. **PRIVATE REGISTERED SETOFF BOND NO. 20120128E**, dated January 28, 2012 (1 leaf);

10. **UCC-1 FINANCING STATEMENT**, Document No. 31868270002, Filing No. 12-7298994889, dated January 28, 2012 (3 leaves);

11. **UCC-3 FINANCING ASSIGNMENT**, Document No. 31868270003, Filing No. 12-72989949, dated January 28, 2012 (3 leaves);

12. **UCC-1 FINANCING STATEMENT**, Document No. 31868330002, Filing No. 12-7298995032, dated January 28, 2012 (3 leaves);

13. **UCC-3 FINANCING ASSIGNMENT**, Document No. 31868330003, Filing No. 12-72989951, dated January 28, 2012 (3 leaves);

14. **NOTARY'S CERTIFICATE OF SERVICE** January 30, 2012 (signed original on file) (2 leaves); and

15. Reference copy of this **NOTARY'S CERTIFICATE OF SERVICE** January 30 2012 (signed original on file) (3 leaves).

Claimant
Brett Allen Bossingham
Elisabeth Ann Bossingham
c/o Benton Hall, Notary
3546 East Presidio Circle
Mesa, Arizona [85213]
Non-Domestic without the U.S.

## THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
## NOTICE TO AGENT IS NOTICE TO PRINCIPAL --- NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# NOTICE

# NOTICE OF AMENDMENT TENDER FOR SETOFF

30 January 2012

Respondent:
**Chief Financial Officer**
c/o UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street
Fresno, CA 93721
**Serviced By: USPS "Certificate of Mailing" (PS Form 3817)**

Re:   Case Number 1:10-cr-00150-AWI, IN THE UNITED STATES DISTRICT COURT FOR THE
      EASTERN DISTRICT OF CALIFORNIA, (UNITED STATES OF AMERICA V. BRETT ALLEN
      BOSSINGHAM and ELISABETH ANN BOSSINGHAM), hereinafter "SECOND SUPERSEDING
      INDICTMENT".

WHEREAS, on January 30, 2012 instruments of tender for setoff, hereinafter "TENDER" for the setoff
of Case Number 1:10-cr-00150-AWI, IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF CALIFORNIA, (UNITED STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM and
ELISABETH ANN BOSSINGHAM), including but not limited to Counts 1-9, hereinafter "SECOND
SUPERSEDING INDICTMENT", were presented for setoff to:

INTERNAL REVENUE SERVICE
Stop 4440
P.O. Box 9036
Ogden, Utah 84201

WHEREAS, on January 30, 2012, the TENDER is deemed accepted for the setoff of Case Number 1:10-
cr-00150-AWI, IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA, (UNITED STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM), including but not limited to Counts 1-9, hereinafter "SECOND SUPERSEDING INDICTMENT", pursuant to and evidenced by the records enclosed herewith and incorporated herein as "Exhibit A".

THEREFORE, Brett Allen Bossingham and Elisabeth Ann Bossingham, hereinafter "Claimants", requests that the balance of the ACCOUNT be adjusted to Zero dollars ($0.00) to reflect the ledgering of said TENDER.

Enclosed herewith is a Request Regarding a Statement of Account, pursuant to Uniform Commercial Code §9-210 and its implementation in the State of California, as a record authenticated by the Debtor requesting that the Respondent approve or correct the statement. Respondent has Fourteen (14) days to comply with this request and provide an authenticated record.

If the Request Regarding a Statement of Account is not corrected by the Respondent within Fourteen (14) days, then it shall be deemed accepted and/or approved. Respondent's failure to respond within Fourteen (14) days of the postmark of the presentment of this Notice of Tender for Setoff shall cause the Claimant to have executed a Certificate of Non-Response by the Notary listed below. Said Certificate of Non-Response shall serve as evidence of the Respondent's acceptance and/or approval of this Notice of Tender for Setoff and the enclosed Request Regarding a Statement of Account.

Upon the Respondent's acceptance of the Request Regarding a Statement of Account, the Respondent shall credit Case Number 1:10-cr-00150-AWI, IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, (UNITED STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM), including but not limited to Counts 1-9 hereinafter, "SECOND SUPERSEDING INDICTMENT", with the TENDER and discharge any and all public and private claims, levies, liens or holdings of the Defendants-Debtors, BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM resulting from any "SECOND SUPERSEDING INDICTMENT" and all variations and derivatives thereof; Respondent shall rescind on any "SECOND SUPERSEDING INDICTMENT" and or COLLATERAL being held in regards to this matter in the "SECOND SUPERSEDING INDICTMENT" by executing or causing to be executed a Notice of Rescission regarding BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM and all variations and derivatives thereof and any other collateral of or relating to the Claimants in Case Number 1:10-cr-00150-AWI, IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, (UNITED STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM), including but not limited to Counts 1-9 hereinafter "SECOND SUPERSEDING INDICTMENT", and file said Notice of Discharge and dismissal of the "SECOND SUEPRSEDING INDICTMENT" in UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA. Respondent shall also execute all procedures for the discharge of all liens and levies or detainers in the "SECOND SUPERSEDING INDICTMENT", belonging to the Defendants-Debtors, BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM to hold the Defendants-Debtors, BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM non liable for public performance.

Respondent's failure to execute or cause to be executed the Notice of Discharge of Case Number 1:10-cr-00150-AWI, IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, (UNITED STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM), including but not limited to Counts 1-9 hereinafter "SECOND SUPERSEDING INDICTMENT", within Fourteen (14) days of the mailing of the Request Regarding a Statement of Account shall constitute the granting and conveying of a Specific Power of Attorney by the Respondent to the Claimants for the Claimants to execute any and all said instruments effectuate same on behalf of the Respondent. In addition, the Respondent shall also grant and convey a Specific Power of Attorney

to the Claimants to execute any and all instruments, communications, or correspondences the Claimant's deem necessary for the perfection of the Claimant's paramount security interest in the Defendants-Debtors, BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM.

Respondent shall give notice to the Claimants of the filing of the Discharge of Case Number 1:10-cr-00150-AWI, IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, (UNITED STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM), including but not limited to Counts 1-9, hereinafter " SECOND SUERSEDING INDICTMENT", and all variations and derivatives thereof, by mailing certified copies of said instruments to the Claimants through the Notary listed below. Respondent's failure to give notice to the Claimants within Fourteen (14) of the mailing shall be deemed a failure to perform and shall cause the Claimants to have executed a Certificate of Non-Performance by the Notary listed below. Said Certificate of Non-Performance shall serve as evidence of the Respondent's acceptance and/or approval of the granting and conveying of the Specific Power-of-Attorney-in-Fact mentioned above.

Any and all responses, notices, or correspondence regarding this NOTICE OF AMENDMENT TENDER FOR SETOFF and REQUEST REGARDING A STATEMENT OF ACCOUNT shall be directed to the Claimants, by U.S.P.S. Certified or Registered Mail, at the following address:

Brett Allen Bossingham
Elisabeth Ann Bossingham
c/o Benton Hall, Notary
3546 East Presidio Circle
Mesa, Arizona [85213]
Non-Domestic without the U.S.

Service in any other manner will be deemed defective on its face.

**SEALS:** The seals on the documents represent that the parties intend the agreement to entail legal consequences.

Executed in Tulare county, California republic, this Thirtieth day of the First month in the year Two-Thousand and Twelve.

In Witness Whereof, we have hereunto set our hands and seals.

*Brett L. Bossingham*

Brett Allen Bossingham, Authorized Representative
For the Accommodation Party & Secured Party Creditor

*Elisabeth L. Bossingham*

Elisabeth Ann Bossingham, Authorized Representative
For the Accommodation Party & Secured Party Creditor

NOTICE: THIS DOCUMENT IS NOT INTENDED TO THREATEN, HARASS, HINDER OR OBSTRUCT ANY LAWFUL OPERATIONS. IT IS FOR THE PURPOSES OF OBTAINING LAWFUL REMEDY AS IS PROVIDED BY LAW.

**Enclosure(s):**

1. **REQUEST REGARDING A STATEMENT OF ACCOUNT** (1 leaf):
2. **NOTARY'S CERTIFICATE OF SERVICE** dated January 30, 2012 (signed original on file) (3 leaves);

**EXHIBIT A:**

3. **EXHIBIT A** cover page (1 leaf);
4. **NOTICE: NOTICE OF AMENDMENT TO SETOFF ACCOUNTS** dated 30 January 2012 (2 leaves);
5. **COUPON** in the amount of NINE MILLION AND 00/100 DOLLARS (1 leaf);
6. **" SECOND SUPERSEDING INDICTMENT"**, in Case Number 1:10-cr-00150-AWI, IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, (UNITED STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM), including but not limited to Counts 1-9, duly indorsed as follows: (12 Leaves);
7. **I.R.S. FORM 1040-ES PAYMENT VOUCHER**, with banker's acceptance indorsement on reverse page of leaf, for Account BRETT A. BOSSINGHAM ***-**-9439 and ELISABETH A. BOSSINGHAM Account #***-**-3521 (1 leaf);
8. **PRIVATE REGISTERED SETOFF BOND NO. 20120128B** dated January 28, 2012 (1 leaf);
9. **PRIVATE REGISTERED SETOFF BOND NO. 20120128E** dated January 28, 2012 (1 leaf);
10. **UCC-1 FINANCING STATEMENT**, Document No. 31868270002, Filing No. 12-7298994889, dated January 28, 2012 (3 leaves);
11. **UCC-3 FINANCING ASSIGNMENT**, Document No. 31868270003, Filing No. 12-72989949, dated January 28, 2012 (3 leaves); and
12. **UCC-1 FINANCING STATEMENT**, Document No. 31868330002, Filing No. 12-7298995032, dated January 28, 2012 (3 leaves);
13. **UCC-3 FINANCING ASSIGNMENT**, Document No. 31868330003, Filing No. 12-72989951, dated January 28, 2012 (3 leaves); and
14. **NOTARY'S CERTIFICATE OF SERVICE** January 30, 2012 (signed original on file) (2 leaves).

NOTICE OF TENDER FOR SETOFF

Cc:

**CLERK OF COURT (Case No. 1:10-cr-00150-AWI)**
c/o UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street
Fresno, CA 93721

**United States of America**
Mark Eugene Cullers
c/o U.S. Department of Justice
2500 Tulare Street
Suite 4401
Fresno, CA 93721
Phone: (559) 497-4000
Fax: (559) 497-4099
Email: mark.cullers@usdoj.gov

**United States of America**
BENJAMIN B. WAGNER
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorney
4401 Federal Courthouse
2500 Tulare Street
Fresno, CA 93721

**United States of America**
Henry Zazueta Carbajal, III
U.S. Dept Of Justice, Us Atty's Office, E.d. Cal.
2500 Tulare Street
Suite 4401
Fresno, CA 93711
Phone: (559) 497-4028
Fax: (559) 497-4099
Email: henry.carbajal@usdoj.gov

# All serviced by: USPS "Certificate of Mailing" (PS Form 3817)

**To:** **Chief Financial Officer**
c/o UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street
Fresno, CA 93721
**Serviced By: USPS "Certificate of Mailing" (PS Form 3817)**

**From:** Brett Allen Bossingham and Elisabeth Ann Bossingham, Authorized Representative
For the Accommodation Party & Secured Party Creditor

**Re:** **REQUEST REGARDING A STATEMENT OF ACCOUNT FOR** "SECOND SUPERSEDING
INDICTMENT" in Case Number 1:10-cr-00150-AWI IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA, (UNITED STATES OF AMERICA V. BRETT ALLEN
BOSSINGHAM and ELISABETH ANN BOSSINGHAM).

---

**REQUEST REGARDING A STATEMENT OF ACCOUNT**
**Pursuant to the Uniform Commercial Code § 9-210 and its implementation in the State of**
**California, this is a record authenticated by the debtor requesting that the recipient approve or**
**correct a statement indicating what the debtor believes to be the aggregate amount of unpaid**
**obligations secured by collateral as of a specified date and reasonably identifying the transaction**
**or relationship that is the subject of the request. Recipient has fourteen (14) days to comply with**
**this request and provide an authenticated record.**

### STATEMENT OF ACCOUNT

Date: **January 30, 2012**

Creditor: **UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF**
**CALIFORNIA**

Debtor: **BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM**

Case No.: **1:10-cr-00150-AWI**

Collateral: **BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM**

Balance Due: **$0.00**

I declare under penalty of perjury that the information above is true and correct.

-BRETT A. BOSSINGHAM
-ELISABETH A. BOSSINGHAM

By: _____
Brett Allen Bossingham, Authorized Representative
For the Accommodation Party & Secured Party Creditor

By: _____
Elisabeth Ann Bossingham, Authorized Representative
For the Accommodation Party & Secured Party Creditor

# EXHIBIT A
## RECORD OF PRESENTMENT

1. NOTICE: **NOTICE OF AMENDMENT TO SETOFF ACCOUNTS** dated 30 January 2012 (2 leaves);

2. **COUPON** in the amount of NINE MILLION AND 00/100 DOLLARS (1 leaf);

3. " **SECOND SUPERSEDING INDICTMENT**", in Case Number 1:10-cr-00150-AWI, IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, (UNITED STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM), including but not limited to Counts 1-9, duly indorsed as follows: (12 Leaves);

4. **I.R.S. FORM 1040-ES PAYMENT VOUCHER**, with banker's acceptance indorsement on reverse page of leaf, for Account BRETT A. BOSSINGHAM ***-**-9439 and ELISABETH A. BOSSINGHAM Account #***-**-3521 (1 leaf);

5. **PRIVATE REGISTERED SETOFF BOND NO. 20120128B** dated January 28, 2012 (1 leaf);

6. **PRIVATE REGISTERED SETOFF BOND NO. 20120128E** dated January 28, 2012 (1 leaf);

7. **UCC-1 FINANCING STATEMENT**, Document No. 31868270002, Filing No. 12-7298994889, dated January 28, 2012 (3 leaves);

8. **UCC-3 FINANCING ASSIGNMENT**, Document No. 31868270003, Filing No. 12-72989949, dated January 28, 2012 (3 leaves); and

9. **UCC-1 FINANCING STATEMENT**, Document No. 31868330002, Filing No. 12-7298995032, dated January 28, 2012 (3 leaves);

10. **UCC-3 FINANCING ASSIGNMENT**, Document No. 31868330003, Filing No. 12-72989951, dated January 28, 2012 (3 leaves); and

11. **NOTARY'S CERTIFICATE OF SERVICE** January 30, 2012 (signed original on file) (2 leaves).

Accommodation Party:
Brett Allen Bossingham
Elisabeth Ann Bossingham
c/o Benton Hall, Notary
3546 East Presidio Circle
Mesa, Arizona [85213]
Non-Domestic without the U.S.

## THIS IS A PRIVATE COMMUNICATION BETWEEN THE PARTIES
### NOTICE TO AGENT IS NOTICE TO PRINCIPAL ••• NOTICE TO PRINCIPAL IS NOTICE TO AGENT

# NOTICE

## NOTICE OF AMENDMENT TO SETOFF ACCOUNTS

Date of Notice:    30 January 2012

Notice for:    INTERNAL REVENUE SERVICE
Stop 4440
P.O. Box 9036
Ogden, Utah 84201

Service by:    Registered Mail Article No. RE 085 255 445 US

In the matter of:    Enclosed tender for setoff of Case Number 1:10-cr-00150-AWI, IN THE UNITED STATES
DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, (UNITED STATES OF AMERICA
V. BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM), including but not limited to
Counts 1-9, hereinafter "SECOND SUPERSEDING INDICTMENT".

Please find enclosed the following instruments:

1. **ORIGINAL:** COUPON in the amount of NINE MILLION AND 00/100 DOLLARS (1 leaf);

2. **ORIGINAL:** "SECOND SUPERSEDING INDICTMENT", in Case Number 1:10-cr-00150-AWI IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, (UNITED STATES OF AMERICA V. BRETT ALLEN
BOSSINGHAM and ELISABETH ANN BOSSINGHAM), duly indorsed as follows:
   a. "ACCEPT FOR VALUE"
   b. "RETURN FOR VALUE"
   c. "EXEMPT FROM LEVY"
   d. "DISCHARGE ALL PRESENTMENTS AND RELATED FEES"
   e. "ADJUST THE BALANCE TO ZERO"
   f. "PRIVATE PREPAID TREASURY EXEMPTION # 541869439"
   g. "CHARGE THE SAME TO: BRETT A. BOSSINGHAM 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 "
   h. "PRIVATE PREPAID TREASURY EXEMPTION # 568253521"
   i. "CHARGE THE SAME TO: ELISABETH A. BOSSINGHAM 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 "
   j. "(signature) (date) (seal)";

3. **ORIGINAL:** I.R.S. Form 1040-ES Payment Voucher, duly indorsed as follows:
   a. "ACCEPT FOR VALUE – RETURN FOR VALUE"
   b. "EXEMPT FROM LEVY – PREPAID COMMON STOCK"
   c. "DISCHARGE ALL PRESENTMENTS AND RELATED FEES"
   d. "ADJUST THE BALANCE TO ZERO"

  e. "PRIVATE PREPAID TREASURY EXEMPTION # 541869439"
  f. "CHARGE THE SAME TO: BRETT A. BOSSINGHAM 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"
  g. "PRIVATE PREPAID TREASURY EXEMPTION # 568253521"
  h. "CHARGE THE SAME TO: ELISABETH A. BOSSINGHAM 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 "
  i. "(signature) (date) (seal)";
4. **ORIGINAL:** PRIVATE REGISTERED SETOFF BOND NO. 20120128B (1 leaf);
5. **ORIGINAL:** PRIVATE REGISTERED SETOFF BOND NO. 20120128E (1 leaf);
6. **COPY:** UCC-1 Financing Statement, Document No. 31868270002, Filing No. 12-7298994889, dated January 28, 2012 (3 leaves);
7. **COPY:** UCC-3 Financing Assignment, Document No. 3186827003, Filing No. 12-72989949, dated January 28, 2012 (3 leaves); and
8. **COPY:** UCC-1 Financing Statement, Document No. 31868330002, Filing No. 12-7298995032, dated January 28, 2012 (3 leaves);
9. **COPY:** UCC-3 Financing Assignment, Document No. 31868330003, Filing No. 12-72989951, dated January 28, 2012 (3 leaves); and
10. **REFERENCE COPY:** Notary's Certificate of Service (signed original on file) (1 leaf).

These instruments are being tendered by Brett Allen Bossingham and Elisabeth Ann Bossingham, hereinafter "Accommodation Party", for the setoff of Case Number 1:10-cr-00150-AWI, IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, (UNITED STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM), including but not limited to Counts 1-9, hereinafter "SECOND SUPERSEDING INDICTMENT", in behalf of BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM, and are to be used to affect debit and credit accounting transactions for the settlement and closure of said account. If any of the enclosed instruments contain any defects or are incorrect, incomplete, or inaccurate, please return the same to the Accommodation Party via the Notary at the address shown above within 10 days from the date of receipt.

Please exercise ordinary care, as the party entitled to enforce these instruments, to ensure that all debit or credit transactions ledgered to account #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 for BRETT A. BOSSINGHAM and account #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 for ELISABETH A. BOSSINGHAM are done so in the best interest of the United States Treasury.

Sincerely,

By: _Brett A. Bossingham_
Brett Allen Bossingham, Accommodation Party

By: _Elisabeth A. Bossingham_
Elisabeth Ann Bossingham, Accommodation Party

# COUPON



-----------------------------------------cut here-----------------------------------------

# COUPON

#PR-20111206-A

30 January 2012

Pay to the
Order of:  **United States Treasury**

$9,000,000.00

Nine Million and 00/100 Dollars

Tendered as full satisfaction of the claim for Case No. 1:10-cr-00150-AWI,
hereinafter "SECOND SUPERSEDING INDICTMENT", including but
not limited to counts 1-9

**Memo**

*Brett A. Bossingham*
Brett A. Bossingham, Authorized Representative

*Elisabeth A. Bossingham*
Elisabeth A. Bossingham, Authorized Representative



1  BENJAMIN B. WAGNER
   United States Attorney
2  MARK E. CULLERS
   HENRY Z. CARBAJAL III
3  Assistant U.S. Attorneys
   4401 Federal Courthouse
4  2500 Tulare Street
   Fresno, CA 93721
5  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
6
   Attorneys for the
7  United States of America

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

   UNITED STATES OF AMERICA,              CASE NO. 1:10-CR-00150-AWI
12
                    Plaintiff,            VIOLATIONS: 18 U.S.C. § 371 -
13                                        Conspiracy;
                                    )     26 U.S.C. § 7201 and 18 U.S.C.
14                                  )     § 2 - Tax Evasion and Aiding
                                    )     and Abetting (8 Counts)
15 BRETT ALLEN BOSSINGHAM, and     )
   ELISABETH ANN BOSSINGHAM,       )
16                                  )
                                    )
17                  Defendants.     )
                                    )
18 _____)

19       S E C O N D   S U P E R S E D I N G   I N D I C T M E N T

20 COUNT ONE: [18 U.S.C. § 371 - Conspiracy]

21      The Grand Jury charges:

22                    BRETT ALLEN BOSSINGHAM, and
                      ELISABETH ANN BOSSINGHAM,
23

24 defendants herein, as follows:

25                                I.

26                          INTRODUCTION

27      1.   At times relevant herein, defendants BRETT ALLEN BOSSINGHAM

28 and ELISABETH ANN BOSSINGHAM were husband and wife, and resided in

                                  1

1 Woodlake, California, within the State and Eastern District of
2 California.

3                                    II.

4                           THE CONSPIRACY

5       2.   Beginning on a date not known to the Grand Jury, but no
6 later than on or about January 1, 2000, and continuing until on or
7 about April 2010, in the State and Eastern District of California,
8 and elsewhere, defendants BRETT ALLEN BOSSINGHAM and ELISABETH ANN
9 BOSSINGHAM did unlawfully, voluntarily, intentionally and knowingly
10 conspire, combine, confederate, and agree together and with each
11 other and with other individuals both known and unknown to the Grand
12 Jury to defraud the United States for the purpose of impeding,
13 impairing, obstructing, and defeating the lawful Government functions
14 of the Internal Revenue Service of the Treasury Department in the
15 ascertainment, computation, assessment, and collection of revenue: to
16 wit, income taxes.

17                                   III.

18                 MANNER AND MEANS OF THE CONSPIRACY

19      3.   In furtherance of the conspiracy, defendants BRETT ALLEN
20 BOSSINGHAM and ELISABETH ANN BOSSINGHAM, employed, among others, the
21 following manner and means:

22           A.   The defendants used, and caused to be used, offshore
23 bank accounts, "warehouse" banking, and abusive tax avoidance schemes
24 and trust organizations to hide and shield their income from the
25 Internal Revenue Service.

26           B.   The defendants filed, and caused to be filed, bogus
27 liabilities, including Deeds of Trust, against their properties to
28 create the appearance of no equity in those properties in order to

                                      2

1  further impede the Internal Revenue Service in its duty to collect
2  taxes due and owing to the United States.

3      . C.  The defendants filed false and fraudulent tax returns
4  with the Internal Revenue Service which grossly understated their
5  taxable income and falsely claimed that the defendants owed no tax or
6  were entitled to tax refunds.

7      D.  As a result of the defendants' conduct, over $100,000
8  in taxes has been evaded as of the date of this Indictment.

9                              IV.

10                          OVERT ACTS

11     4.  In furtherance of the conspiracy and to effect the objects
12  thereof, defendants BRETT ALLEN BOSSINGHAM and ELISABETH ANN
13  BOSSINGHAM performed the following overt acts, among others, in the
14  State and Eastern District of California, and elsewhere:

15     A.  On or about July 17, 2000, defendant ELISABETH ANN
16  BOSSINGHAM filed an IRS Form W-4, Employee's Withholding Allowance
17  Certificate, with her former employer Visalia Medical Clinic, Inc.,
18  claiming to be exempt from federal income tax withholding.

19     .  B.  On or about September 29, 2000, defendants BRETT ALLEN
20  BOSSINGHAM and ELISABETH ANN BOSSINGHAM signed a document titled
21  "Resolutions of Director" for purported International Business
22  Company, Heritage AT Ltd, authorizing the company to open and
23  maintain an account with a bank in Grenada.

24     C.  On or about September 29, 2000, defendants BRETT ALLEN
25  BOSSINGHAM and ELISABETH ANN BOSSINGHAM signed a document titled
26  . "Resolutions of Director" for purported International Business
27  Company, Heritage AT Ltd, authorizing the company to open and
28  maintain an account with a bank in Nassau, Bahamas.

                              3

1            D.   On or about May 11, 2003, defendants ELISABETH ANN

2    BOSSINGHAM and BRETT ALLEN BOSSINGHAM established an anonymous

3    account with Interactive Currency Interface System, also known as

4    "MYICIS", a "warehouse" banking operation in Arkansas.

5            E.   On or about June 23, 2005, defendant BRETT ALLEN

6    BOSSINGHAM utilized Lake City LLC, an Oklahoma Limited Liability

7    Company, to encumber his personal residence located at 20278 Avenue

8    360, Woodlake, California.

9            F.   On or about April 8, 2007, defendant BRETT ALLEN

10   BOSSINGHAM filed a false and fraudulent U.S. Individual Income Tax

11.  Return, Form 1040, with the Internal Revenue Service for the calendar

12   year 2000.

13           G.   On or about April 8, 2007, defendant ELISABETH ANN

14   BOSSINGHAM filed a false and fraudulent U.S. Individual Income Tax

15   Return, Form 1040, with the Internal Revenue Service for the calendar

16   year 2000.

17           H.   On or about April 9, 2007, defendant BRETT ALLEN

18   BOSSINGHAM filed a false and fraudulent U.S. Individual Income Tax

19   Return, Form 1040, with the Internal Revenue Service for the calendar

20   year 2001.

21           I.   On or about April 9, 2007, defendant ELISABETH ANN

22   BOSSINGHAM filed a false and fraudulent U.S. Individual Income Tax

23   Return, Form 1040, with the Internal Revenue Service for the calendar

24   year 2001.

25           J.   On or about April 11, 2007, defendant BRETT ALLEN

26   BOSSINGHAM filed a false and fraudulent U.S. Individual Income Tax

27   Return, Form 1040, with the Internal Revenue Service for the calendar

28   year 2002.

4

1   K. On or about April 11, 2007, defendant ELISABETH ANN
2 BOSSINGHAM filed a false and fraudulent U.S. Individual Income Tax
3 Return, Form 1040, with the Internal Revenue Service for the calendar
4 year 2002.

5   ·L. On or about April 19, 2007, defendant BRETT ALLEN
6 BOSSINGHAM filed a false and fraudulent U.S. Individual Income Tax
7 Return, Form 1040, with the Internal Revenue Service for the calendar
8 year 2003.

9   M. On or about April 19, 2007, defendant ELISABETH ANN
10 BOSSINGHAM filed a false and fraudulent U.S. Individual Income Tax
11 Return, Form 1040, with the Internal Revenue Service for the calendar
12 year 2003.

13   N. On or about October 21, 2009, defendant ELISABETH ANN
14 BOSSINGHAM filed a false and fraudulent Amended U.S. Individual
15 Income Tax Return, Form 1040X, with the Internal Revenue Service for
16 the calendar year 2000.

17   O. On or about October 21, 2009, defendant ELISABETH ANN
18 BOSSINGHAM filed a false and fraudulent Amended U.S. Individual
19 Income Tax Return, Form 1040X, with the Internal Revenue Service for
20 the calendar year 2001.

21   P. On or about October 21, 2009, defendant ELISABETH ANN
22 BOSSINGHAM filed a false and fraudulent Amended U.S. Individual
23 Income Tax Return, Form 1040X, with the Internal Revenue Service for
24 the calendar year 2002.

25   Q. On or about October 21, 2009, defendant ELISABETH ANN
26 BOSSINGHAM filed a false and fraudulent Amended U.S. Individual
27 Income Tax Return, Form 1040X, with the Internal Revenue Service for
28 the calendar year 2003.

5

1          R.   On or about April 27, 2010, defendant BRETT ALLEN

2  BOSSINGHAM executed an application to register a Missouri limited

3  liability company in California for the purpose of encumbering a

4  rental property in Visalia, California.

5         All in violation of Title 18, United States Code, Section 371.

6

7  COUNT TWO:     [26 U.S.C. § 7201 - Attempt to Evade and Defeat the
                 Payment of Tax and Aiding and Abetting]

8        The Grand Jury further charges: THAT

9
                            BRETT ALLEN BOSSINGHAM,

10

11  defendant herein, a resident of Woodlake, California, on or about

    April 8, 2007, within the State and Eastern District of California,

12  did wilfully attempt to evade and defeat a large part of the income

13
    tax due and owing by him to the United States of America for the

14  calendar year 2000, by preparing and causing to be prepared, and by

15  signing and causing to be signed, a false and fraudulent U.S.

16  Individual Income Tax Return, Form 1040, which was filed with the

17  Internal Revenue Service.  In that false income tax return, he stated

18  that his taxable income for the calendar year was the sum of $526,

19  and that the amount of tax due and owing thereon was the sum of $0.

20  In fact, as he then and there knew, his taxable income for the

21  calendar year was in excess of the amount stated on the return, and,

22  upon the additional taxable income, additional tax was due and owing

23  to the United States of America.

24         All in violation of Title 26, United States Code, Section 7201.

25  ///

26  ///

27  ///

28

6

COUNT THREE: [26 U.S.C. § 7201 - Attempt to Evade and Defeat the Payment of Tax and Aiding and Abetting]

The Grand Jury further charges: THAT

BRETT ALLEN BOSSINGHAM,

defendant herein, a resident of Woodlake, California, on or about April 9, 2007, within the State and Eastern District of California, did wilfully attempt to evade and defeat a large part of the income tax due and owing by him to the United States of America for the calendar year 2001, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, which was filed with the Internal Revenue Service. In that false income tax return, he stated that his taxable income for the calendar year was the sum of $0, and that the amount of tax due and owing thereon was the sum of $0. In fact, as he then and there knew, his taxable income for the calendar year was in excess of the amount stated on the return, and, upon the additional taxable income, additional tax was due and owing to the United States of America.

All in violation of Title 26, United States Code, Section 7201.

COUNT FOUR: [26 U.S.C. § 7201 - Attempt to Evade and Defeat the Payment of Tax and Aiding and Abetting]

The Grand Jury further charges: THAT

BRETT ALLEN BOSSINGHAM,

defendant herein, a resident of Woodlake, California, on or about April 11, 2007, within the State and Eastern District of California, did wilfully attempt to evade and defeat a large part of the income tax due and owing by him to the United States of America for the calendar year 2002, by preparing and causing to be prepared, and by

7

1 | signing and causing to be signed, a false and fraudulent U.S.
2 | Individual Income Tax Return, Form 1040, which was filed with the
3 | Internal Revenue Service. In that false income tax return, he stated
4 | that his taxable income for the calendar year was the sum of $0, and
5 | that the amount of tax due and owing thereon was the sum of $0. In
6 | fact, as he then and there knew, his taxable income for the calendar
7 | year was in excess of the amount stated on the return, and, upon the
8 | additional taxable income, additional tax was due and owing to the
9 | United States of America.

10 | All in violation of Title 26, United States Code, Section 7201.

11

12 | COUNT FIVE: [26 U.S.C. § 7201 - Attempt to Evade and Defeat the Payment of Tax and Aiding and Abetting]

13

The Grand Jury further charges: THAT

14

BRETT ALLEN BOSSINGHAM,

15

defendant herein, a resident of Woodlake, California, on or about

16

April 19, 2007, within the State and Eastern District of California,

17

did wilfully attempt to evade and defeat a large part of the income

18

tax due and owing by him to the United States of America for the

19

calendar year 2003, by preparing and causing to be prepared, and by

20

signing and causing to be signed, a false and fraudulent U.S.

21

Individual Income Tax Return, Form 1040, which was filed with the

22

Internal Revenue Service. In that false income tax return, he stated

23

that his taxable income for the calendar year was the sum of $0, and

24

that the amount of tax due and owing thereon was the sum of $0. In

25

fact, as he then and there knew, his taxable income for the calendar

26

year was in excess of the amount stated on the return, and, upon the

27

additional taxable income, additional tax was due and owing to the

28

8

1 | United States of America.

2 | All in violation of Title 26, United States Code, Section 7201.

3

4 | COUNT SIX: · [26 U.S.C. § 7201 - Attempt to Evade and Defeat the Payment of Tax and Aiding and Abetting]

5 | The Grand Jury further charges: THAT

6

7 | ELISABETH ANN BOSSINGHAM,

defendant herein, a resident of Woodlake, California, on or about

8 | April 8, 2007, within the State and Eastern District of California,

9 | did wilfully attempt to evade and defeat a large part of the income

10 | tax due and owing by her to the United States of America for the

11 | calendar year 2000, by preparing and causing to be prepared, and by

12 | signing and causing to be signed, a false and fraudulent U.S.

13 | Individual Income Tax Return, Form 1040, which was filed with the

14 | Internal Revenue Service. In that false income tax return, she

15 | stated that her taxable income for the calendar year was the sum of

16 | $33,501, and that the amount of tax due and owing thereon was the sum

17 | of $0. In fact, as she then and there knew, her taxable income for

18 | the calendar year was in excess of the amount stated on the return,

19 | and, upon the additional taxable income, additional tax was due and

20 | owing to the United States of America.

21 | All in violation of Title 26, United States Code, Section 7201.

22

23 | COUNT SEVEN: [26 U.S.C. § 7201 - Attempt to Evade and Defeat the

24 | Payment of Tax and Aiding and Abetting]

25 | The Grand Jury further charges: THAT

26 | ELISABETH ANN BOSSINGHAM,

27 | defendant herein, a resident of Woodlake, California, on or about

28 | April 9, 2007, within the State and Eastern District of California,

9

1  did wilfully attempt to evade and defeat a large part of the income
2  tax due and owing by her to the United States of America for the
3  calendar year 2001, by preparing and causing to be prepared, and by
4  signing and causing to be signed, a false and fraudulent U.S.
5  Individual Income Tax Return, Form 1040, which was filed with the
6  Internal Revenue Service. In that false income tax return, she
7  stated that her taxable income for the calendar year was the sum of
8  $3,604.70, and that the amount of tax due and owing thereon was the
9  sum of $0. In fact, as she then and there knew, her taxable income
10 for the calendar year was in excess of the amount stated on the
11 return, and, upon the additional taxable income, additional tax was
12 due and owing to the United States of America.

13      All in violation of Title 26, United States Code, Section 7201.

14

15 COUNT EIGHT:    [26 U.S.C. § 7201 - Attempt to Evade and Defeat the
                  Payment of Tax and Aiding and Abetting]
16
        The Grand Jury further charges: THAT
17
                   ELISABETH ANN BOSSINGHAM,
18
   defendant herein, a resident of Woodlake, California, on or about
19
   April 11, 2007, within the State and Eastern District of California,
20
   did wilfully attempt to evade and defeat a large part of the income
21
   tax due and owing by her to the United States of America for the
22
   calendar year 2002, by preparing and causing to be prepared, and by
23
   signing and causing to be signed, a false and fraudulent U.S.
24
   Individual Income Tax Return, Form 1040, which was filed with the
25
   Internal Revenue Service. In that false income tax return, she
26
   stated that her taxable income for the calendar year was the sum of
27
   $3,644.92, and that the amount of tax due and owing thereon was the
28

                              10

1  sum of $0. In fact, as she then and there knew, her taxable income
2  for the calendar year was in excess of the amount stated on the
3  return, and, upon the additional taxable income, additional tax was
4  due and owing to the United States of America.

5  All in violation of Title 26, United States Code, Section 7201.

6

7  COUNT NINE:     [26 U.S.C. § 7201 - Attempt to Evade and Defeat the
                   Payment of Tax and Aiding and Abetting]
8

9  The Grand Jury further charges: THAT

10.                   ELISABETH ANN BOSSINGHAM,

11  defendant herein, a resident of Woodlake, California, on or about
12  April 19, 2007, within the State and Eastern District of California,
13  did wilfully attempt to evade and defeat a large part of the income
14  tax due and owing by her to the United States of America for the
15  calendar year 2003, by preparing and causing to be prepared, and by
16  signing and causing to be signed, a false and fraudulent U.S.
17  Individual Income Tax Return, Form 1040, which was filed with the
18  Internal Revenue Service. In that false income tax return, she
19  stated that her taxable income for the calendar year was the sum of
20  $0, and that the amount of tax due and owing thereon was the sum of
21  $0. In fact, as she then and there knew, her taxable income for the
22  calendar year was in excess of the amount stated on the return, and,
23  upon the additional taxable income, additional tax was due and owing
24  to the United States of America.

25  ///
26  ///
27  ///
28  ///

11

1    All in violation of Title 26, United States Code, Section 7201.

2

3
                          A TRUE BILL.
4
                          /s/ Signature on file w/AUSA
5
                          FOREPERSON
6

7

8
     BENJAMIN B. WAGNER
9    United States Attorney

10   By_____ Stanley A. Boone &oe
         MARK E. CULLERS,
11       Assistant U.S. Attorney
         Chief, Fresno Office
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              12

Form **1040-ES**
Department of the Treasury
Internal Revenue Service

20**11 Estimated Tax**

**Payment**
**Voucher** 4

OMB No. 1545-0074

File only if you are making a payment of estimated tax by check or money order. Mail this voucher with your check or money order payable to **"United States Treasury."** Write your social security number and "2011 Form 1040-ES" on your check or money order. Do not send cash. Enclose, but do not staple or attach, your payment with this voucher.

Calendar year—Due Jan. 17, 2012

Amount of estimated tax you are paying by check or money order.

| | Dollars | Cents |
|---|---|---|

| | | | |
|---|---|---|---|
| Your first name and initial | Your last name | | Your social security number |
| BRETT A. | BOSSINGHAM | | 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 |
| If joint payment, complete for spouse | | | |
| Spouse's first name and initial | Spouse's last name | | Spouse's social security number |
| ELISABETH A. | BOSSINGHAM | | 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 |
| Address (number, street, and apt. no.) | | | |
| 1627 SOUTH COURT STREET, SUITE F | | | |
| City, state, and ZIP code. (If a foreign address, enter city, province or state, postal code, and country.) | | | |
| VISALIA, CALIFORNIA 93277 | | | |

Print or type

**For Privacy Act and Paperwork Reduction Act Notice, see instructions on page 8.**
Form 1040-ES (2011)                          -9-

# PRIVATELY REGISTERED SETOFF BOND

BOND NUMBER

20120128B

# $9,000,000.00

REGISTERED

CALIFORNIA SECRETARY OF STATE
UCC DOCUMENT NO.: 31868270002
UCC FILING NO.: 12-7298994889

Pay to the Order of: UNITED STATES TREASURY ("PAYEE")
1500 Pennsylvania Avenue N.W.
Washington, D.C. 20220

Issue Date: January 28, 2012

Maturity Date: January 28, 2042

For Further Credit to: THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA for Case No. 1:10-cr-00150-AWI in behalf of BRETT ALLEN BOSSINGHAM.

By/On/Through: Brett Allen Bossingham, Surety ("Creditor")
Private Offset Account No. 541869439

WHEREAS only fiat money exists in circulation for the discharge of debts, and

WHEREAS this instrument is intended to constitute a Privately Registered Setoff Bond,

BE IT KNOWN THAT:

This Privately Registered Setoff Bond is tendered in good faith as full satisfaction of any and all claims and/or demands;

The undersigned Creditor, being of sound mind and having only honorable intentions, issues this Privately Registered Setoff Bond for the purposes of protecting secured interests, reserving rights of recourse, remedy, and subrogation, and to maintain the honor of the above-named account holders and accounts;

The undersigned Creditor, in his rightful *Sui Juris* status, does hereby knowingly and with full disclosure hold, hind, and obligate the collateral of the Creditor;

This instrument is intended to insure, underwrite, indemnify, and discharge the above-noted account holders and accounts against any and all pre-existing current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contract and/or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this hond;

By this instrument the undersigned Creditor is voluntarily acting as surety for all of the above-noted account holders and accounts, each severally and jointly, for any amount up to and including Nine Million United States Dollars ($9,000,000.00) thereby honorably discharging and vacating dollar-for-dollar all obligations listed above until the sum or the term of this Privately Registered Setoff Bond is exhausted.

SATISFACTION OF LIABILITIES. The PAYEE may demand payment of all or any portion hereof at its discretion by posting the payment to the Private Offset Account above-indicated dollar-for-dollar and transferring the obligation hy TT&L or presentment to:

Timothy F. Geithner ("Secretary")
Secretary of the Treasury
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

PRIVATE OFFSET ACCOUNT. The PAYEE shall by the end of business on the day of presentment, hut in no case later than one business day thereafter, post the full or partial value of this bond to satisfy, set-off, pay, terminate, and discharge dollar-for-dollar in accord with generally accepted accounting principles any and all past, present, and/or future debts, liabilities, encumbrances, deficiencies, deficits, liens, charges, fees, interest, bills, true bills, taxes, obligations of contract and/or performance, instruments of debt, and all other obligations (jointly and severally) attributed to the account holders and accounts above-noted.

AMOUNT DUE.                         PAYEE enter the amount due below

$ | | | | | | | | | | | . | |

MATURITY. Upon demand, the Secretary shall release the obligation dollar-for-dollar to the extent so paid, with the balance of the bond remaining in full force and effect. Upon satisfaction of this obligation in full, the Secretary shall mark this bond cancelled and return it bearing the marks of cancellation to the Principal or the Principal's heirs by registered mail. All profits and proceeds accruing since presentment to remain with the Secretary for the benefit and use of the United States Department of the Treasury.

*IN WITNESS WHEREOF, the Signatory to this bond does hereby affix his respective hand and seal on this twenty-eighth day of the first month in the year of our Lord Two Thousand and Twelve.*

By: *Brett L. Bossingham* (seal)
Brett Allen Bossingham, Surety/Underwriter
Exemption ID # 541869439
Non-domestic mail
in care of: 1827 South Court Street, Suite F
Visalia, California

# PRIVATELY REGISTERED SETOFF BOND

BOND NUMBER

**20120128E**

# $9,000,000.00

REGISTERED

CALIFORNIA SECRETARY OF STATE
UCC DOCUMENT NO.: 31868330002
UCC FILING NO.: 12-7298995032

Pay to the Order of: UNITED STATES TREASURY ("PAYEE")
1500 Pennsylvania Avenue N.W.
Washington, D.C. 20220

**Issue Date:** January 28, 2012

**Maturity Date:** January 28, 2042

For Further Credit to: THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA for the Case No. 1:10-cr-00150-AWI in behalf of ELISABETH ANN BOSSINGHAM.

By/On/Through: Elisabeth Ann Bossingham, Surety ("Creditor")
Private Offset Account No. 568253521

WHEREAS only fiat money exists in circulation for the discharge of debts, and

WHEREAS this instrument is intended to constitute a Privately Registered Setoff Bond,

BE IT KNOWN THAT:

This Privately Registered Setoff Bond is tendered in good faith as full satisfaction of any and all claims and/or demands;

The undersigned Creditor, being of sound mind and having only honorable intentions, issues this Privately Registered Setoff Bond for the purposes of protecting secured interests, reserving rights of recourse, remedy, and subrogation, and to maintain the honor of the above-named account holders and accounts;

The undersigned Creditor, in his rightful *Sui Juris* status, does hereby knowingly and with full disclosure hold, bind, and obligate the collateral of the Creditor;

This instrument is intended to insure, underwrite, indemnify, and discharge the above-noted account holders and accounts against any and all pre-existing current and future losses, costs, debts, taxes, encumbrances, deficits, deficiencies, liens, judgments, true bills, obligations of contract and/or performance, defaults, charges, and any and all other obligations as may exist or come to exist during the term of this bond;

By this instrument the undersigned Creditor is voluntarily acting as surety for all of the above-noted account holders and accounts, each severally and jointly, for any amount up to and including Nine Million United States Dollars ($9,000,000.00) thereby honorably discharging and vacating dollar-for-dollar all obligations listed above until the sum or the term of this Privately Registered Setoff Bond is exhausted.

SATISFACTION OF LIABILITIES. The PAYEE may demand payment of all or any portion hereof at its discretion by posting the payment to the Private Offset Account above-indicated dollar-for-dollar and transferring the obligation by TT&L or presentment to:

Timothy F. Geithner ("Secretary")
Secretary of the Treasury
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, D.C. 20220

PRIVATE OFFSET ACCOUNT. The PAYEE shall by the end of business on the day of presentment, but in no case later than one business day thereafter, post the full or partial value of this bond to satisfy, set-off, pay, terminate, and discharge dollar-for-dollar in accord with generally accepted accounting principles any and all past, present, and/or future debts, liabilities, encumbrances, deficiencies, deficits, liens, charges, fees, interest, bills, true bills, taxes, obligations of contract and/or performance, instruments of debt, and all other obligations (jointly and severally) attributed to the account holders and accounts above-noted.

AMOUNT DUE.                    PAYEE enter the amount due below

$ [ ][ ][ ][ ][ ][ ][ ][ ] . [ ][ ]

MATURITY. Upon demand, the Secretary shall release the obligation dollar-for-dollar to the extent so paid, with the balance of the bond remaining in full force and effect. Upon satisfaction of this obligation in full, the Secretary shall mark this bond cancelled and return it bearing the marks of cancellation to the Principal or the Principal's heirs by registered mail. All profits and proceeds accruing since presentment to remain with the Secretary for the benefit and use of the United States Department of the Treasury.

IN WITNESS WHEREOF, the Signatory to this bond does hereby affix his respective hand and seal on this Twenty-Eight day of the First month in the year of our Lord Two Thousand and Twelve.

By: *Elisabeth A. Bossingham* (seal)
Elisabeth Ann Bossingham, Surety/Underwriter
Exemption ID # 568253521
Non-domestic mail
in care of: 1827 South Court Street, Suite F
Visalia, California

# State of California

## Secretary of State

I, **Debra Bowen** , Secretary of State of the State of California, hereby certify:

That the attached transcript of 2  page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of

January 28, 2012

Debra Bowen

Secretary of State

FILE #        127298994889

# CC FINANCING STATEMENT

LLOW INSTRUCTIONS (front and back) CAREFULLY

NAME & PHONE OF CONTACT AT FILER [optional]

i59) 737-1655

. SEND ACKNOWLEDGMENT TO: (Name and Address)

RETT A BOSSINGHAM
827 SOUTH COURT STREET
;UITE F
'ISALIA, CA 93277
JSA

DOCUMENT NUMBER: 31868270002
FILING NUMBER: 12-7298994889
FILING DATE: 01/28/2012 14:33
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| BRETT A BOSSINGHAM | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |
| 1827 SOUTH COURT STREET, SUITE F | VISALIA | | CA | 93277 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION REGISTERED PERSON | 1f. JURISDICTION OF ORGANIZATION CALIFORN IA | 1g. ORGANIZATIONAL ID#, if any ***-**-9439 | □ NONE |
|---|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
| 2c. MAILING ADDRESS | CITY | | STATE | POSTAL CODE | COUNTRY |

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any | □ NONE |
|---|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| bossingham | Brett | Allen | | of |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 1827 South Court Street, Suite F | Visalia, California | CA | [93277] | ZZZ. |

4. This FINANCING STATEMENT covers the following collateral:

PRIVATE REGISTERED SETOFF BOND NO. 20120128B

Value of Collateral: Nine-Million and 00/100 Dollars --- USD $9,000,000.00

5. ALT DESIGNATION: □ LESSEE/LESSOR □ CONSIGNEE/CONSIGNOR □ BAILEE/BAILOR □ SELLER/BUYER □ AG. LIEN □ NON-UCC FILING

| □ 6. This FINANCING STATEMENT Is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] □ All Debtors □ Debtor 1 □ Debtor 2 |
|---|---|

8. OPTIONAL FILER REFERENCE DATA

PRIVATE REGISTERED SETOFF BOND NO. 20120128B

FILING OFFICE COPY

# UC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT |
|---|
| 9a. ORGANIZATION'S NAME |
| BRETT A BOSSINGHAM |

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| | | |

10. MISCELLANEOUS:

DOCUMENT NUMBER: 31868270002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME |
|---|
| |

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 11d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME |
|---|
| |

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

16. Additional collateral description:

15. Name and address of RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a ☑ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

# State of California

## Secretary of State

I, **Debra Bowen** , Secretary of State of the State of California, hereby certify:

That the attached transcript of 2  page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



*IN WITNESS WHEREOF,* I execute this certificate and affix the Great Seal of the State of California this day of

January 28, 2012

_____

*Debra Bowen*

Secretary of State

FILE #        1272989949

# CC FINANCING STATEMENT AMENDMENT

LLOW INSTRUCTIONS (front and back) CAREFULLY

NAME & PHONE OF CONTACT AT FILER [optional]

559) 737-1655

. SEND ACKNOWLEDGMENT TO: (Name and Address)

RETT A BOSSINGHAM
827 SOUTH COURT STREET
;UITE F
'ISALIA, CA 93277
JSA

DOCUMENT NUMBER: 31868270003
FILING NUMBER: 12-72989949
FILING DATE: 01/28/2012 14:36
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

| a. INITIAL FINANCING STATEMENT FILE # | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 2-7298994889 | |

:. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

;. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

!. ☑ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c

6. CURRENT RECORD INFORMATION:

| | 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

7. CHANGED (NEW) OR ADDED INFORMATION:

| | 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | UNITED STATES TREASURY | | | |
| OR | 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | | |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1500 PENNSYLVANIA AVENUE, N.W. | WASHINGTON | DC | 20220- | USA |

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

PRIVATE REGISTERED SETOFF BOND NO. 20120128B

Value of Collateral: Nine-Million and 00/100 Dollars ---USD $9,000,000.00

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| | a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | bossingham | Brett | Allen | |

10. OPTIONAL FILER REFERENCE DATA

PRIVATE REGISTERED SETOFF BOND NO. 20120128B

FILING OFFICE COPY

# UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

| 12. INITIAL FINANCING STATEMENT FILE # (same as item 1a on Amendment form) |
|---|
| 12-7298994889 |

13. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as item 9 on Amendment form)

| | 13a. ORGANIZATION'S NAME | | |
|---|---|---|---|
| OR | 13b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
| | bossingham | Brett | Allen |

14 MISCELLANEOUS

DOCUMENT NUMBER: 31868270003
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

14. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (14a or 14b) - do not abbreviate or combine names

| | 14a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|---|
| OR | 14b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 14c. MAILING ADDRESS | | CITY | | STATE | POSTAL CODE | COUNTRY |
| 14d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 14e. TYPE OF ORGANIZATION | 14f. JURISDICTION OF ORGANIZATION | 14g. ORGANIZATIONAL ID#, if any ⬜ NONE | | |

15. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (15a or 15b) - do not abbreviate or combine names

| | 15a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|---|
| OR | 15b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 15c. MAILING ADDRESS | | CITY | | STATE | POSTAL CODE | COUNTRY |
| 15d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 15e. TYPE OF ORGANIZATION | 15f. JURISDICTION OF ORGANIZATION | 15g. ORGANIZATIONAL ID#, if any ⬜ NONE | | |

16. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (16a or 16b) - do not abbreviate or combine names

| | 16a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|---|
| OR | 16b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | | SUFFIX |
| 16c. MAILING ADDRESS | | CITY | | STATE | POSTAL CODE | COUNTRY |
| 16d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 16e. TYPE OF ORGANIZATION | 16f. JURISDICTION OF ORGANIZATION | 16g. ORGANIZATIONAL ID#, if any ⬜ NONE | | |

17. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (17a or 17b)

| | 17a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|---|
| OR | 17b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX | |
| | GEITHNER | TIMOTHY | F | | | |
| 17c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY | |
| 1500 PENNSYLVANIA AVENUE, N.W. | | WASHINGTON | DC | 20220- | USA | |

18. ADDITIONAL SECURED PARTY'S NAME (or Name of TOTAL ASSIGNEE) - insert only one name (18a or 18b)

| | 18a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|---|
| OR | 18b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 18c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

FILING OFFICE COPY

# State of California

## Secretary of State

I, **Debra Bowen** , Secretary of State of the State of California, hereby certify:

That the attached transcript of 2  page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of

January 28, 2012

_Debra Bowen_

Secretary of State

FILE #      127298995032

# JCC FINANCING STATEMENT

OLLOW INSTRUCTIONS (front and back) CAREFULLY

**\. NAME & PHONE OF CONTACT AT FILER [optional]**

(559) 280-4858

**3. SEND ACKNOWLEDGMENT TO: (Name and Address)**

ELISABETH A BOSSINGHAM
1827 SOUTH COURT STREET
SUITE F
VISALIA, CA 93277
USA

DOCUMENT NUMBER: 31888330002
FILING NUMBER: 12-7298995032
FILING DATE: 01/28/2012 14:43
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names**

| OR | 1a. ORGANIZATION'S NAME ELISABETH A BOSSINGHAM | | | |
|---|---|---|---|---|
| | 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1827 SOUTH COURT STREET, SUITE F | VISALIA | CA | 93277 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 1e. TYPE OF ORGANIZATION REGISTERED PERSON | 1f. JURISDICTION OF ORGANIZATION CALIFORN IA | 1g. ORGANIZATIONAL ID#, if any ***-**-3521 ☐ NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names**

| OR | 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID#, if any ☐ NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)**

| OR | 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| | 3b. INDIVIDUAL'S LAST NAME bossingham | FIRST NAME Elisabeth | MIDDLE NAME Ann | SUFFIX of |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1827 South Court Street, Suite F | Visalia, California | CA | [93277] | ZZZ |

**4. This FINANCING STATEMENT covers the following collateral:**

PRIVATE REGISTERED SETOFF BOND NO. 20120128E

Value of Collateral: Nine-Million and 00/100 Dollars --- USD $9,000,000.00

**5. ALT DESIGNATION:** ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

| ☐ 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]   [optional] ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 |
|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

PRIVATE REGISTERED SETOFF BOND NO. 20120128E

FILING OFFICE COPY

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

| 9a. ORGANIZATION'S NAME | | |
|---|---|---|
| ELISABETH A BOSSINGHAM | | |

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME, SUFFIX |
|---|---|---|
| | | |

0. MISCELLANEOUS:

DOCUMENT NUMBER: 31868330002
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 11b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| 11c. MAILING ADDRESS | CITY | | STATE / POSTAL CODE | COUNTRY |
| 11d. SEE INSTRUCTIONS / ADD'L DEBTOR INFO | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID#, if any | NONE |

12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

16. Additional collateral description:

15. Name and address of RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

17. Check only if applicable and check only one box.
Debtor is a ☑ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction - effective 30 years
☐ Filed in connection with a Public-Finance Transaction - effective 30 years

FILING OFFICE COPY

# State of California

## Secretary of State

I, **Debra Bowen** , Secretary of State of the State of California, hereby certify:

That the attached transcript of 2  page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF**, I execute this certificate and affix the Great Seal of the State of California this day of

January 28, 2012

Debra Bowen

Secretary of State

FILE #        1272989951

# JCC FINANCING STATEMENT AMENDMENT

OLLOW INSTRUCTIONS (front and back) CAREFULLY

**. NAME & PHONE OF CONTACT AT FILER [optional]**

559) 280-4858

**3. SEND ACKNOWLEDGMENT TO: (Name and Address)**

ELISABETH A BOSSINGHAM
1827 SOUTH COURT STREET
SUITE F
VISALIA, CA 93277
USA

**DOCUMENT NUMBER: 31868330003**
**FILING NUMBER: 12-72989951**
**FILING DATE: 01/28/2012 14:45**
**IMAGE GENERATED ELECTRONICALLY FOR WEB FILING**
**THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY**

| 1a. INITIAL FINANCING STATEMENT FILE # | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. |
|---|---|
| 12-7298995032 | |

2. ☐ **TERMINATION:** Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination.

3. ☐ **CONTINUATION:** Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.

4. ☑ **ASSIGNMENT (full or partial):** Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.

5. **AMENDMENT (PARTY INFORMATION):** This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these.
Also check one of the following three boxes and provide appropriate information in items 6 and/or 7.

☐ CHANGE name and/or address: Please refer to the detailed instructions in regards to changing the name/address of a party.    ☐ DELETE name: Give record name to be deleted in item 6a or 6b.    ☐ ADD name: Complete item 7a or 7b, and also item 7c

**6. CURRENT RECORD INFORMATION:**

| 6a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR 6b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

**7. CHANGED (NEW) OR ADDED INFORMATION:**

| 7a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR UNITED STATES TREASURY | | | |
| 7b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 1500 PENNSYLVANIA AVENUE, N.W. | WASHINGTON | DC | 20220- | USA |

| 7d. SEE INSTRUCTIONS | ADD'L DEBTOR INFO | 7e. TYPE OF ORGANIZATION | 7f. JURISDICTION OF ORGANIZATION | 7g. ORGANIZATIONAL ID#, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**8. AMENDMENT (COLLATERAL CHANGE):** check only one box.

Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☑ assigned.

PRIVATE REGISTERED SETOFF BOND NO. 20120128E

Value of Collateral: Nine-Million and 00/100 Dollars --- USD $9,000,000.00

**9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT** (name of assignor, if this is an Assignment). If this is an Amendment authorized by Debtor which adds collateral or adds the authorizing Debtor, or if this is a Termination authorized by a Debtor, check here ☐ and enter name of DEBTOR authorizing this amendment.

| a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| OR b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| bossingham | Elisabeth | Ann | |

**10. OPTIONAL FILER REFERENCE DATA**

PRIVATE REGISTERED SETOFF BOND NO. 20120128E

**FILING OFFICE COPY**

# UCC FINANCING STATEMENT AMENDMENT ADDITIONAL PARTY

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**2. INITIAL FINANCING STATEMENT FILE #** (same as item 1a on Amendment form)
2-7298995032

**3. NAME OF PARTY AUTHORIZING THIS AMENDMENT** (same as item 9 on Amendment form)

| | | |
|---|---|---|
| **13a. ORGANIZATION'S NAME** | | |
| OR **13b. INDIVIDUAL'S LAST NAME** bossingham | **FIRST NAME** Elisabeth | **MIDDLE NAME, SUFFIX** Ann |

**14 MISCELLANEOUS**

DOCUMENT NUMBER: 31868330003
IMAGE GENERATED ELECTRONICALLY FOR WEB FILING
THE ABOVE SPACE IS FOR CA FILING OFFICE USE ONLY

**14. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (14a or 14b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| **14a. ORGANIZATION'S NAME** | | | | |
| OR **14b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | | **MIDDLE NAME** | **SUFFIX** |
| **14c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| **14d. SEE INSTRUCTIONS** **ADD'L DEBTOR INFO** | **14e. TYPE OF ORGANIZATION** | **14f. JURISDICTION OF ORGANIZATION** | **14g. ORGANIZATIONAL ID#, if any** | ☐ NONE |

**15. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (15a or 15b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| **15a. ORGANIZATION'S NAME** | | | | |
| OR **15b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | | **MIDDLE NAME** | **SUFFIX** |
| **15c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| **15d. SEE INSTRUCTIONS** **ADD'L DEBTOR INFO** | **15e. TYPE OF ORGANIZATION** | **15f. JURISDICTION OF ORGANIZATION** | **15g. ORGANIZATIONAL ID#, if any** | ☐ NONE |

**16. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (16a or 16b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| **16a. ORGANIZATION'S NAME** | | | | |
| OR **16b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | | **MIDDLE NAME** | **SUFFIX** |
| **16c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |
| **16d. SEE INSTRUCTIONS** **ADD'L DEBTOR INFO** | **16e. TYPE OF ORGANIZATION** | **16f. JURISDICTION OF ORGANIZATION** | **16g. ORGANIZATIONAL ID#, if any** | ☐ NONE |

**17. ADDITIONAL SECURED PARTY'S NAME** (or Name of TOTAL ASSIGNEE) - insert only one name (17a or 17b)

| | | | | |
|---|---|---|---|---|
| **17a. ORGANIZATION'S NAME** | | | | |
| OR **17b. INDIVIDUAL'S LAST NAME** GEITHNER | **FIRST NAME** TIMOTHY | **MIDDLE NAME** F | | **SUFFIX** |
| **17c. MAILING ADDRESS** 1500 PENNSYLVANIA AVENUE, N.W. | **CITY** WASHINGTON | **STATE** DC | **POSTAL CODE** 20220- | **COUNTRY** USA |

**18. ADDITIONAL SECURED PARTY'S NAME** (or Name of TOTAL ASSIGNEE) - insert only one name (18a or 18b)

| | | | | |
|---|---|---|---|---|
| **18a. ORGANIZATION'S NAME** | | | | |
| OR **18b. INDIVIDUAL'S LAST NAME** | **FIRST NAME** | **MIDDLE NAME** | | **SUFFIX** |
| **18c. MAILING ADDRESS** | **CITY** | **STATE** | **POSTAL CODE** | **COUNTRY** |

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below the undersigned Notary mailed to:

INTERNAL REVENUE SERVICE
Mail Stop 4440
P.O. Box 9036
Ogden, Utah 84201

hereinafter, "Recipient", documents and sundry papers pertaining to certain Case No. 1:10-cr-00150-AWI IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA (UNITED STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM AND ELISABETH ANN BOSSINGHM as follows:

1. ORIGINAL: NOTICE OF AMENDMENT TO SETOFF ACCOUNTS, dated 30 January 2012 [2 leaves];
2. ORIGINAL: COUPONS in the amounts of NINE MILLION AND 00/100 DOLLARS dated January 30, 2012 [1 leaf];
3. Copy: "SECOND SUPERSEDING INDICTMENT" in Case Number 1:10-cr-00150-AWI IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, (UNITED STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM AND ELISABETH ANN BOSSINHAM), with banker's acceptance endorsement on front page and reverse page of first leaf (12 leaves);
4. ORIGINAL: I.R.S. FORM 1040-ES PAYMENT VOUCHERS, with banker's acceptance indorsement on reverse page of leaf, for BRETT A. BOSSINGHAM Account # ***-**-9439 and ELISABETH A. BOSSINGHAM Account #***-**-3521 and dated January 30, 2012 (1 leaf);
5. ORIGINAL: PRIVATE REGISTERED SETOFF BOND NO. 2012012BB dated January 28, 2012 (1 leaf);
6. ORIGINAL: PRIVATE REGISTERED SETOFF BOND NO. 20120128E dated January 28, 2012 (1 leaf);
7. COPY: UCC-1 FINANCING STATEMENT, Document No. 31868270002, Filing No. 12-7298994889, dated January 28, 2012 (3 leaves);
8. COPY: UCC-3 FINANCING ASSIGNMENT, Document No. 31868270003, Filing No. 12-72989949, January 28, 2012 (3 leaves); and
9. COPY: UCC-1 FINANCING STATEMENT, Document No. 31868330002, Filing No. 12-7298995032, dated January 28, 2012 (3 leaves);
10. COPY: UCC-3 FINANCING ASSIGNMENT, Document No. 31868330003, Filing No. 12-72989951, January 28, 2012 (3 leaves); and
11. REFERENCE COPY: NOTARY'S CERTIFICATE OF SERVICE dated January 30, 2012 (signed original on file) (2 leaves).

This mailing contains a total of thirty-two (32) leaves.

Said service was by United States Postal Service, Registered Mail No. RE 085 255 445 US, Return Receipt attached by placing same in a postpaid envelope properly addressed to Recipient at the said address and depositing same at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

___January 30, 2012___
DATE

NOTARY

Benton Hall, Notary
3546 East Presidio Circle

Mesa, Arizona [85213]
Phone: (480) 319-1552
Email: benton.private@email.com

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned Notary mailed to:

**Chief Financial Officer**
c/o UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street
Fresno, CA 93721

**Cc:** **United States of America**
Mark Eugene Cullers
c/o U.S. Department of Justice
2500 Tulare Street
Suite 4401
Fresno, CA 93721
Phone: (559) 497-4000
Fax: (559) 497-4099
Email: mark.cullers@usdoj.gov

**United States of America**
BENJAMIN B. WAGNER
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorney
4401 Federal Courthouse
2500 Tulare Street
Fresno, CA 93721

**United States of America**
Henry Zazueta Carbajal, III
U.S. Dept Of Justice, Us Atty's Office, E.d. Cal.
2500 Tulare Street
Suite 4401
Fresno, CA 93711
Phone: (559) 497-4028
Fax: (559) 497-4099
Email: henry.carbajal@usdoj.gov

## All serviced by: USPS "Certificate of Mailing" (PS Form 3817)

hereinafter, "Recipients", the documents and sundry papers pertaining to a certain Case Number 1:10-cr-00150-AWI, in UNITED STATES DISTRICT COURT, FOR THE EASTERN DISTRICT OF CALIFORNIA (UNITED STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM) as follows:

1. **NOTICE OF AMENDMENT TENDER FOR SETOFF** (5 leaves);

2. **REQUEST REGARDING A STATEMENT OF ACCOUNT** (1 leaf):

**EXHIBIT A:**

3. **EXHIBIT A cover page** (1 leaf);

4. NOTICE: **NOTICE OF AMENDMENT TO SETOFF ACCOUNTS**, dated 30 January 2012 (2 leaves);

5. **COUPON** in the amount of NINE MILLION AND 00/100 DOLLARS (1 leaf);

6. **"SECOND SUPERSEDING INDICTMENT"** in Case Number 1:10-cr-00150-AWI IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, (UNITED STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM), including but not limited to Counts 1-9, with banker's acceptance endorsement on front page and reverse page of first leaf (12 leaves);

7. **I.R.S. FORM 1040-ES PAYMENT VOUCHER**, with banker's acceptance indorsement on reverse page of leaf, for BRETT A. BOSSINGHAM Account # \*\*\*-\*\*-9439 and ELISABETH A. BOSSINGHAM Account #\*\*\*-\*\*-3521 (1 leaf);

8. **PRIVATE REGISTERED SETOFF BOND NO. 20120128B**, dated January 28, 2012 (1 leaf);

9. **PRIVATE REGISTERED SETOFF BOND NO. 20120128E**, dated January 28, 2012 (1 leaf);

10. **UCC-1 FINANCING STATEMENT**, Document No. 31868270002, Filing No. 12-7298994889, dated January 28, 2012 (3 leaves);

11. **UCC-3 FINANCING ASSIGNMENT**, Document No. 31868270003, Filing No. 12-72989949, dated January 28, 2012 (3 leaves);

12. **UCC-1 FINANCING STATEMENT**, Document No. 31868330002, Filing No. 12-7298995032, dated January 28, 2012 (3 leaves);

13. **UCC-3 FINANCING ASSIGNMENT**, Document No. 31868330003, Filing No. 12-72989951, dated January 28, 2012 (3 leaves);

14. **NOTARY'S CERTIFICATE OF SERVICE** January 30, 2012 (signed original on file) (2 leaves); and

15. Reference copy of this **NOTARY'S CERTIFICATE OF SERVICE** January 30 2012 (signed original on file) (3 leaves).

These mailings contained a total of forty-two (42) leaves each. They were sent via the United States Postal Service under the control, direction, and instruction of the USPS "Certificate of Mailing" (PS Form 3817) referenced above. The aforesaid mailings were placed in postpaid envelopes properly addressed to the Recipients. They were deposited at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

January 30, 2012
DATE

*Benton Hall*

Benton Hall, Notary
3546 East Presidio Circle
Mesa, Arizona [85213]
Phone (480) 319-1552
Email: benton.private@gmail.com

Case #PR-20111206-A

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

# NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified that on the date noted below, the undersigned Notary mailed to

### United States of America
Benjamin B. Wagner, United States Attorney
Mark E. Cullers, Assistant U.S. Attorney
4401 Federal Courthouse
2500 Tulare Street
Fresno, CA 93721

Cc:

### Chief Financial Officer
c/o UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street
Fresno, CA 93721

### United States of America
Mark Eugene Cullers
c/o U.S. Department of Justice
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Phone: (559) 497-4000
Fax: (559) 497-4099
Email: mark.cullers@usdoj.gov

### United States of America
Henry Zazueta Carbajal, III
U.S. Dept. of Justice, U.S. Atty's Office, E.d. Cal.
2500 Tulare Street
Suite 4401
Fresno, CA 93721
Phone: (559) 497-4028
Fax: (559) 497-4099
Email: henry.carbajal@usdoj.gov

### All serviced by: USPS "Certificate of Mailing" (PS Form 3817)

hereinafter, "Recipients," the documents and sundry papers pertaining to a certain Remedy to apply to SECOND SUPERSEDING INDICTMENT, in Case Number 1:10-CR-00150-AWI, dated September 29, 2011, issued in THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA (UNITED STATES OF AMERICA V. BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM, as follows:

1. **NOTICE: FORGIVE ME REQUEST NOTICE OF AMENDMENT TO PRIVATE SETOFF PROCESS** to Remedy to apply to "SECOND SUPERSEDING INDICMENT" dated September 29, 2011 (6 leaves);

2. **EXHIBIT A:** Notice of Amendment to Setoff Accounts, (33 leaves);

3. **EXHIBIT B:** Notice of Amendment Tender for Setoff, (10 leaves); and

4. Reference copy of this **NOTARY'S CERTIFICATE OF SERVICE** dated January 30 2012, (signed original on file) (2 leaves).

These mailings contained a total of fifty-one (51) leaves each. They were sent via the United States Postal Service under the control and direction of the USPS "Certificate of Mailing" (PS Form 3817) referenced above. The aforesaid mailings were placed in postpaid envelopes properly addressed to the Recipients. They were deposited at an official depository under the exclusive face and custody of the United States Postal Service within the State of Arizona.

<u>January 30, 2012</u>

**DATE**

**Notary**

**Benton Hall,**

**3546 East Presidio Circle**

**Mesa, Arizona [85213]**

**Phone: (480) 319-1552**

**Email: benton.private@gmail.com**

**LEGAL NOTICE** The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.