FILED

February 10, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*
*AT FRESNO*

UNITED STATES OF AMERICA

**CASE CR-10-150-AWI**

vs.

QUESTIONS FROM JURY

BRETT AND ELISABETH BOSSINGHAM
_____/

The attached are questions submitted to the Court during deliberations in the above-entitled case.

H. NAZAROFF
Courtroom Deputy

1

Request for Clarification from
Judge Ishii

Can you clarify what
are "rights terms & conditions
as previously so stated"

as is claimed by defendants
at each opportunity to speak?

— First
— Alternate

*[signature]*
Alex Moir