FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 05 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellee,<br><br>  v.<br><br>BRETT ALLEN BOSSINGHAM,<br><br>    Defendant - Appellant. | No. 12-10251<br><br>D.C. No. 1:10-cr-00150-AWI<br>Eastern District of California,<br>Fresno<br><br>ORDER |

Before: REINHARDT, WARDLAW, and BEA, Circuit Judges.

On May 16, 2012, this court ordered appellant, within 28 days, either to retain private counsel, file a motion for appointment of counsel at government expense, or inform the court in writing of his desire that the court exercise its discretion to permit him to proceed on appeal without the assistance of counsel. The order warned appellant that failure to comply would result in the automatic dismissal of the appeal by the Clerk of the Court. On June 20, 2012, the court granted appellant an additional 21 days to comply with the May 16, 2012 order. To date, appellant has not complied with the court's order. Accordingly, this appeal is dismissed as apparently filed erroneously.

**DISMISSED.**

AS/MOATT