UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    v.<br><br>BRETT ALLEN BOSSINGHAM and<br>ELISABETH ANN BOSSINGHAM,<br><br>    Defendants | CASE NO. 1:10-CR-0150 AWI<br><br>ORDER DIRECTING THE CLERK OF COURT TO RETURN DOCUMENTS RECEIVED |

The court has received two copies of documents from Defendant Brett Allen entitled, "NOTICE OF CONDITIONAL ACCEPTANCE OF OFFER FROM OFFEREE ENTITLED 'SUMMONS' Part C -- to be given to notice Form 2039." In the interests of justice and preserving the record, the Clerk of the Court is DIRECTED to attach to this order one copy of this document. However, as previously found, these documents are not relevant to the criminal case against Defendant and have no legal impact. As such, the Clerk of the Court is DIRECTED to return these materials back to Defendant. To the extent Defendant attempts to re-file these documents in the future, the Clerk of the Court is DIRECTED to RETURN them to Defendant.

IT IS SO ORDERED.

Dated:   January 11, 2014                         _____
                                                   SENIOR DISTRICT JUDGE