```
                                    Offeree:  Bossingham: Brett Allen
                                              Grantee
                                        c/o   BRETT ALLEN BOSSINGHAM
                                              Federal Register Number
                                              65409-097
                                              P.O. Box 7001
                                              Taft, CA 92368
```

Offeror:

Chancellor of the Court
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street
Fresno, CA 93721     (RE: Case # 1:10-CR-00150-AWI)

Laura Del Villar
U.S. Probation Officer
501 I street, room 2500
Sacramento, CA 95814-7300

Laura Del Villar
U.S. Probation Officer
2500 Tulare Street
Fresno, CA 93721

**FILED NOV 18 2015**
**RECEIVED NOV 18 2015**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**NOTICE**
November 13th 2015
NOTICE of RECISION of ENDORSEMENT
of document entitled: Waiver of Hearing to Modify Conditions

**NOTICE**
November 13th 2015

NOTICE of Presentation of Properly Endorsed document
entitled: Waiver of Hearing to Modify Conditions

**NOTICE BY WAY OF AN AFFIDAVIT OF SPECIFIC NEGATIVE AVERMENT**

There is no evidence that:

1. Offeree is not acting by way of equity in a case where there is a conflict between Law and Equity, and;

2. Offeree is not recinding the endorsement of the Offer, herein incorporated as Exhibit "A", brought to Offeree on November 12th, 2015 by Case manager Ms. Aguirre, of the Taft Correctional Facility, Taft, California, and;

3. Offeree is not presenting to the Offeror a properly endorsed restrictive signature, on <u>both sides</u> of the document entitled: "Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision", endorsed by the Grantee on November 13th, 2015, herein referred to and incorporated as Exhibit "B", and;

4.  Exhibit "B" is not a sufficient replacement for Exhibit "A", allowing for the COURT of LAW of the UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA, to maintain the facade of honor in Case #1:10-CR-00150-AWI, until the conflict between Equity and Law can be remedied, for Equity will not suffer a wrong without a remedy, and Further Affiant Saith Not.

"I certify under **PENALTY OF PERJURY** under the laws of the State of California that the foregoing is true and correct"

_____ Dated 11-13-2015
Authorized Agent/Grantee

Enclosures: Exhibit "A": Waiver of Hearing to Modify Conditions Of Probation/Supervised Release or Extend Terms of Supervision. Not dated. Recinded by Grantee

Exhibit "B": Waiver of Hearing to Modify Conditions Of Probation/Supervised Release or Extend Term of Supervision. Dated 11-13-2015

# EXHIBITS

# EXHIBIT A

# UNITED STATES DISTRICT COURT
## Eastern District of California

### Waiver of Hearing to Modify Conditions
### Of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall also comply with the following special conditions:
1. The defendant shall reside and participate in a Residential Reentry Center, Turning Point, for a period of up to 180 days; said placement shall commence on January 10, 2016, pursuant to 18 U.S.C. § 3563(b)(11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

Witness _____  Signed *Accepted by grantee* BRETT T. BOSSINGHAM
Laura Del Villar                         Brett Bossingham
U.S. Probation Officer                   Probationer or Supervised Releasee

_____
Date

*private*

EXHIBIT 'A' PAGE 1 of 1

# EXHIBIT

# B

# UNITED STATES DISTRICT COURT
## Eastern District of California

### Waiver of Hearing to Modify Conditions
### Of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall also comply with the following special conditions:

1. The defendant shall reside and participate in a Residential Reentry Center, Turning Point, for a period of up to 180 days; said placement shall commence on January 10, 2016, pursuant to 18 U.S.C. § 3563(b)(11). The defendant shall pay the cost of confinement as determined by the Bureau of Prisons.

*[Handwritten margin notes: "Private", "Priorty", "Special", "Private", "Priorty", "Special"]*

*[Handwritten: "Accepted by GRANTEE"]*

Witness _____  Signed *[signature]* Bossingham: Brett Allen  11-13-2015
Laura Del Villar                                Brett Bossingham
U.S. Probation Officer                       Probationer or Supervised Releasee

_____
Date

*[Handwritten at bottom: "EXHIBIT 'B' PAGE 1 of 2 - 2 ON BACKSIDE"]*