# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff<br><br>v.<br><br>**BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM,**<br><br>**Defendants** | **CASE NO. 1:10-CR-0150 AWI**<br><br>**ORDER DIRECTING THE CLERK OF COURT TO RETURN DOCUMENT RECEIVED AND FILE COPY AS AN EXHIBIT** |

Defendant Brett Allen Bossingham has sent to the court a document entitled:

PRIVATE NOTICE APPOINTMENT OF PRIVATE TRUSTEE
April 3rd 2017
NOTICE OF ABSOULUTE ACCEPTANCE FOR VALUE JUDGMENT AND COMMITMENT ORDER IN CASE # 1:10-CR-00150-AWI-01 and CASE # 1:10-CR-00150-02 BY GRANTEE

In the interests of justice and preserving the record, the Clerk of the Court is DIRECTED to attach to this order one copy of this document to be filed as an exhibit.  Documents like the ones submitted are not relevant to the criminal case against Defendants and have no legal impact in this case.  As such, the Clerk of the Court is DIRECTED to return these materials back to Brett Allen Bossingham.  To the extent Brett Allen Bossingham attempts to re-file these documents in the future, the Clerk of the Court is DIRECTED to RETURN them to him.

IT IS SO ORDERED.

Dated:   April 5, 2017                                     _____
                                                                            SENIOR  DISTRICT  JUDGE