# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>**BRETT ALLEN BOSSINGHAM and ELISABETH ANN BOSSINGHAM,**<br><br>**Defendants** | CASE NO. 1:10-CR-0150 AWI<br><br>**ORDER DIRECTING THE CLERK OF COURT TO RETURN DOCUMENT RECEIVED** |

Defendant Brett Allen Bossingham has sent to the court documents entitled:

PRIVATE NOTICE APRIL 13TH 2017 NOTICE OF INTEREST

NOTICE THAT THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA, HAS BEEN DIVESTED OF ITS JURISDICTION IN PUBLIC CASE #1:10-CR-00150-AWI-02 ON APRIL 3RD 2017

NOTICE OF RE-PRESENTMENT OF CORRECTED DOCUMENTS ORIGINALLY PRESENTED ON APRIL 3D 2017, TO SETTLE ACCOUNTS WITH THE UNITED STATES TREASURY

NOTICE TO TRUSTEE TO SET-OFF, SETTLE, AND CLOSE THE ACCOUNTS IN THE PRIVATE

NOTICE TO PROVIDE RECEIPT AND CALL FOR PROFITS

and

PRIVATE NOTICE APPOINTMENT OF PRIVATE TRUSTEE

April 3rd 2017

NOTICE OF ABSOULUTE ACCEPTANCE FOR VALUE JUDGMENT AND COMMITMENT ORDER IN CASE # 1:10-CR-00150-AWI-01 and CASE # 1:10-CR-00150-02 BY GRANTEE

In these documents, Defendant directs the Clerk of the Court to close his criminal case based on

the assertion that a private bond of $100 billion has been provided to the United States Department

of Treasury to settle his account which has divested this court of jurisdiction.  Documents like the ones submitted are not relevant to the criminal case against Defendants and have no legal impact in this case.  The Clerk of the Court is DIRECTED to return these materials back to Brett Allen Bossingham.  To the extent Brett Allen Bossingham attempts to re-submit this document in the future, the Clerk of the Court is DIRECTED to RETURN them to him.

IT IS SO ORDERED.

Dated:   April 20, 2017                                    _____
                                                                           SENIOR  DISTRICT  JUDGE