UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRETT ALLEN BOSSINGHAM,<br><br>Defendant. | No. 1:10-cr-00150-DAD<br><br>ORDER DIRECTING CLERK TO RETURN COPIES OF DOCUMENTS |

On January 25, 2018 and January 30, 2018, the court received an assortment of documents filed by the defendant Brett Allen Bossingham in this closed criminal case. These documents, which concerned various assertions about defendant's status as a "Sovereign Citizen," are clearly neither a motion brought under 28 U.S.C. § 2255 nor a request for post-conviction or habeas corpus relief. They are therefore not appropriate for filing on the docket in this closed action. The court notes defendant has similarly filed such irrelevant and inappropriate documents in the past. (*See, e.g.*, Doc. Nos. 242, 246, 249, 251.)

/////
/////
/////
/////
/////

1

Accordingly, the court directs the Clerk of the Court to return these documents to defendant Brett Allen Bossingham. No further orders will issue in response to similar filings by defendant in the future.

IT IS SO ORDERED.

Dated: **January 30, 2018**

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE